## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHAMPION ENTERPRISES, INC., | ) | Case No. 09-_____ (___) |
| | ) | |
| Debtor. | ) | Joint Administration Requested |
| | ) | |

## LIST OF CREDITORS HOLDING 35 LARGEST UNSECURED CLAIMS

Following is the list of the Debtor's creditors holding the 35 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 35 largest unsecured claims. *See* 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted. | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured also state value of security) |
| Corporate Trust Office, Wells Fargo Bank, N.A., trustee for Champion Enterprises, Inc. 2.75% Convertible Senior Notes due 2037<br><br>625 Marquette Ave. Minneapolis, MN 55479 | Wells Fargo Bank, N.A. Trustee<br>MAC 9311-110<br>625 Marquette Ave.<br>Minneapolis, MN 55479<br>Fax: (612) 667-9825 | Convertible Bond | | $182,569,932 |
| BlueLinx Corporation<br><br>PO Box 642265<br>Pittsburgh, PA 15264-2265 | BlueLinx Corporation Collections Manager<br>PO Box 642265<br>Pittsburgh, PA 15264-2265<br>(770) 953-7000<br>Fax: (770) 221-2129 | Trade Creditor | | $659,683 |

| | | | |
|---|---|---|---|
| Universal Forest Products<br><br>33373 Treasury Center<br>Chicago, IL 60694-3300 | Universal Forest Products<br>Collections Manager<br>33373 Treasury Center<br>Chicago, IL 60694-3300<br>(800) 658-2566<br>Fax: (570) 875 1518 | Trade Creditor | $313,351 |
| General Electric Co – Appliance<br><br>307 N. Hurstbourne Pkwy<br>Louisville, KY 40222 | General Electric Co – Appliance<br>Collections Manager<br>307 N. Hurstbourne Pkwy<br>Louisville, KY 40222<br>(800) 828-1329<br>Fax: (866) 802-6790 | Trade Creditor | $295,192 |
| Nordyne, Inc.<br><br>PO Box 803913<br>Kansas City, MO 64180-3913 | Nordyne, Inc.<br>Collections Manager<br>PO Box 803913<br>Kansas City, MO 64180-3913<br>(636) 561-7505<br>Fax: (888) 444-7697 | Trade Creditor | $ 276,242 |
| Palace Sports & Entertainment<br><br>PO Box 79001<br>Detroit, MI 48279-1092 | Palace Sports & Entertainment<br>Collections Manager<br>PO Box 79001<br>Detroit, MI 48279-1092<br>(248) 377-0100<br>Fax: (248) 377-2154 | Trade Creditor | $262,500 |
| Powell's Tire and Axle Inc.<br><br>635 Hwy 9 Bypass West<br>Loris, SC 29569 | Powell's Tire and Axle Inc.<br>Collections Manager<br>635 Hwy 9 Bypass West<br>Loris, SC 29569<br>(843) 756-5544<br>Fax: (843) 756-1819 | Trade Creditor | $207,528 |
| Willco Wholesale Distributors Inc.<br><br>1601 W 8th Street<br>Muncie, IN 47302 | Willco Wholesale Distributors Inc.<br>Collections Manager<br>1601 W 8th Street<br>Muncie, IN 47302<br>(765) 289-6606<br>Fax: (765) 289-6718 | Trade Creditor | $200,425 |
| Syntec Industries<br><br>Dept # 1631<br>PO Box 11407<br>Birmingham, AL 35246-1631 | Syntec Industries<br>Collections Manager<br>Dept # 1631<br>PO Box 11407<br>Birmingham, AL 35246-1631<br>(800) 526-8428<br>Fax: (706) 235-1768 | Trade Creditor | $ 193,567 |

| | | | |
|---|---|---|---|
| Paco Steel & Engineering Corp.<br><br>PO Box 60600<br>Los Angeles, CA 90060-0600 | Paco Steel & Engineering Corp.<br>Collections Manager<br>PO Box 60600<br>Los Angeles, CA 90060-0600<br>(800) 421-1473<br>Fax: (310) 608-1112 | Trade Creditor | $179,969 |
| Shaw Industries<br><br>PO Box 100232<br>Atlanta, GA 30384 | Shaw Industries<br>Collections Manager<br>PO Box 100232<br>Atlanta, GA 30384<br>(800) 831-7634<br>Fax: (706) 428-8205 | Trade Creditor | $167,712 |
| Empire Wholesale Lumber Co.<br><br>1558 Momentum Place<br>Chicago, IL 60689-5315 | Empire Wholesale Lumber Co.<br>Collections Manager<br>1558 Momentum Place<br>Chicago, IL 60689-5315<br>(330) 665-7800<br>Fax: (330) 665-7899 | Trade Creditor | $165,287 |
| Guardian Building Products<br><br>PO Box 207<br>Greenville, SC 29602 | Guardian Building Products<br>Collections Manager<br>PO Box 207<br>Greenville, SC 29602<br>(800) 569-4262<br>Fax: (864) 281-3498 | Trade Creditor | $155,966 |
| Stephanie Newton<br><br>440 Cardwell Lane<br>Frankfort, KY 40601 | Henry Queener<br>1230 17th Ave., S.<br>Nashville, TN 37212<br>(615) 327-9990<br>Fax: (615)327-9998 | Judgment Creditor | $155,000 |
| State Industries, Inc.<br><br>12610 Collection Center Drive<br>Chicago, IL 60693-0120 | State Industries, Inc.<br>Collections Manager<br>12610 Collection Center Drive<br>Chicago, IL 60693-0120<br>(800) 365-8170<br>Fax: (615) 792-6387 | Trade Creditor | $148,787 |
| AMS of Indiana<br><br>PO Box 98<br>Elkhart, IN 46515 | AMS of Indiana<br>Collections Manager<br>3933 East Jackson Blvd<br>Elkhart, IN 46516<br>(574) 293-5526<br>Fax: (574) 294-1366 | Trade Creditor | $146,265 |

| Creditor | Contact | Type | Amount |
|---|---|---|---|
| NaviSite, Inc.<br><br>Uniondale, NY 11555-0138<br>(978) 946-7777<br>Fax: (978) 946-7899 | NaviSite, Inc.<br>Collections Manager<br>Uniondale, NY 11555-0138<br>(978) 946-7777<br>Fax: (978) 946-7899 | Trade Creditor | $130,076 |
| ICI Dulux Paint Centers<br><br>21033 Network Place<br>Chicago, IL 60673-1210 | ICI Dulux Paint Centers<br>Collections Manager<br>21033 Network Place<br>Chicago, IL 60673-1210<br>(814) 943-5225<br>Fax: (440) 297-4603 | Trade Creditor | $129,181 |
| Kinro, Inc.<br><br>PO Box 910886<br>Dallas, TX 75391-0886 | Kinro, Inc.<br>Collections Manager<br>PO Box 910886<br>Dallas, TX 75391-0886<br>(817) 483-7791<br>Fax: (817) 478-8649 | Trade Creditor | $127,253 |
| Elixir Industries<br><br>1300 Pope Drive<br>Douglas, GA 31533 | Elixir Industries<br>Collections Manager<br>1300 Pope Drive<br>Douglas, GA 31533<br>(912) 384-2078<br>Fax: (912) 384-6480 | Trade Creditor | $107,285 |
| Adobe Homes, LLC<br><br>1695 W Sunridge Dr.<br>Tucson, AZ 85704 | Adobe Homes, LLC<br>Collections Manager<br>1695 W Sunridge Dr.<br>Tucson, AZ 85704<br>(520) 741-2212<br>Fax: (520) 741-7787 | Trade Creditor | $100,717 |
| Patrick Industries Inc.<br><br>PO Box 638<br>Elkhart, IN 46515-0638 | Patrick Industries Inc.<br>Collections Manager<br>PO Box 638<br>Elkhart, IN 46515-0638<br>(717) 653-2086<br>Fax: (574) 523-2434 | Trade Creditor | $96,900 |
| Consolidated Electrical Dist - Riverside, CA<br><br>PO Box 339<br>Rancho Cucamonga, CA 91729 | Consolidated Electrical Dist - Riverside, CA<br>Collections Manager<br>PO Box 339<br>Rancho Cucamonga, CA 91729<br>(909) 987-8900<br>Fax: (909) 987-8990 | Trade Creditor | $93,652 |
| Dave Carter & Associates, Inc.<br><br>Post Office Box 934842<br>Atlanta, GA 31193-4842 | Dave Carter & Associates, Inc.<br>Collections Manager<br>Post Office Box 934842<br>Atlanta, GA 31193-4842<br>(352) 732-2292<br>Fax: (352) 732-8475 | Trade Creditor | $93,300 |

| Creditor | Contact | Type | Status | Amount |
|---|---|---|---|---|
| Phoenix Housing Group dba So Showcase Hsg. 4604 Dundas Drive Greensboro, NC 27407 | Phoenix Housing Group Collections Manager 4604 Dundas Drive Greensboro, NC 27407 (336) 226-9066 Fax: (336) 855-1997 | Trade Creditor | | $91,620 |
| GreenFiber PO Box 8500-5865 Philadelphia, PA 19178-5865 | GreenFiber Collections Manager PO Box 8500-5865 Philadelphia, PA 19178-5865 (704) 379-0640 Fax: (704) 379-0685 | Trade Creditor | | $86,957 |
| Aspen Laser Inc. 5700 Flatiron Parkway Boulder, CO 80301-5733 | Aspen Laser Inc. Collections Manager 5700 Flatiron Parkway Boulder, CO 80301-5733 Fax: (303) 530-0344 | Trade Creditor | Unliquidated | $79,758 |
| Novell, Inc. PO Box 641025 Pittsburgh, PA 15264-1025 | Novell, Inc. Collections Manager PO Box 641025 Pittsburgh, PA 15264-1025 (800) 453-1267 Fax: (801) 861-2654 | Trade Creditor | | $77,106 |
| Leonard Weinberg dba Corona Investment Co. 10450 Charing Cross Rd Los Angeles, CA 90024 | Corona Investment Co. Collections Manager 10450 Charing Cross Rd Los Angeles, CA 90024 (310) 474-2521 Fax: (310) 474-1580 | Landlord | | $75,323 |
| Wesco Distribution Inc. 1751 Solutions Center Drive Chicago, IL 60677-1077 | Wesco - Receivables Corp 1751 Solutions Center Drive Chicago, IL 60677-1077 (717) 901-4880 Fax: (717) 901-4854 | Trade Creditor | | $69,352 |
| Lockett Construction, Inc. Anderson Park Bldg. 16880 N. E. 79th St. Redmond, WA 98052-4424 | Lockett Construction, Inc. On Behalf of Plaintiff: Jamie K. Elison, Marston Elison, PLLC Anderson Park Bldg. 16880 N. E. 79th St. Redmond, WA 98052-4424 (425) 861-5700 Fax: (425) 861-6969 | Judgment Creditor | | $65,000 |

| | | | |
|---|---|---|---|
| Seven D Wholesale of PA LP<br><br>PO Box 218<br>Ebensburg, PA 15931 | Seven D Wholesale of PA LP<br>Collections Manager<br>C/O First Commonwealth Bank<br>PO Box 218<br>Ebensburg, PA 15931<br>(814) 866-8151<br>Fax: (814) 886-7077 | Trade Creditor | $63,719 |
| 755 Tower Associates LLC<br>Dept #77348<br>PO Box 77000<br>Detroit, MI 48277-0348 | 755 Tower Associates LLC<br>Collections Manager<br>Dept #77348<br>PO Box 77000<br>Detroit, MI 48277-0348<br>(248) 644-7600<br>Fax: (248) 362-2910 | Landlord | $62,159 |
| Lippert Components, Inc.<br>88704 Expedite Way<br>Chicago, IL 60695-1700 | Lippert Components, Inc.<br>88704 Expedite Way<br>Chicago, IL 60695-1700<br>(574) 535-2085<br>Fax: (574) 535-2091 | Trade Creditor | $60,851 |
| Boise Cascade<br><br>PO Box 360896<br>Pittsburgh, PA 15251-6896 | Boise Cascade<br>PO Box 360896<br>Pittsburgh, PA 15251-6896<br>(208) 384-6351<br>Fax: (978) 670-3996 | Trade Creditor | $60,515.41 |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHAMPION ENTERPRISES, INC., | ) | Case No. 09-_____ (___) |
| | ) | |
| Debtor. | ) | Joint Administration Requested |
| | ) | |

## CERTIFICATION CONCERNING LIST OF CREDITORS HOLDING 35 LARGEST UNSECURED CLAIMS

The debtor and debtor in possession (the "Debtor") in the above-captioned case hereby certifies under penalty of perjury that the *Consolidated List of Creditors Holding 35 Largest Unsecured Claims*, submitted herewith, is complete and to the best of the Debtor's knowledge correct and consistent with Debtor's books and records.

The information contained herein is based upon a review of the Debtor's books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *Consolidated List of Creditors Holding 35 Largest Unsecured Claims* have been completed. Therefore, the listing does not and should not be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any list claims; and/or (3) a waiver of any other right or legal position of the Debtor.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: November 15 2009

_____
Phyllis A. Knight
Executive Vice President, CFO
and Treasurer

DOCS_DE:153241.4