# EXHIBIT A

**Professionals Utilized in the Ordinary Course of Business**

Professionals Utilized in the Ordinary Course of Business

| NAME | SERVICES PROVIDED | ADDRESS | ESTIMATED AMOUNT PAID MONTHLY |
|---|---|---|---|
| Aiken Bridges Nunn Elliott & Tyler, P.A. | Legal | BTC Center Suite 409 181 East Evans Street P.O. Drawer 1931 Florence, SC 29503 | $1,000.00 |
| Allensworth, Porter, LLP | Legal | 620 Congress Avenue Suite 100 Austin, TX 78701 | $500.00 |
| AVI Engineering | Engineering | 3262 Cabaret Trail Suite 202 Saginaw MI 48603 | $25,000.00 |
| Bair, Hilty PC | Legal | 14711 Pebble Bend Drive Houston, TX 77068-2923 | $500.00 |
| Blank Rome LLP | Legal | One Logan Square 18th & Cherry Streets Philadelphia PA 19103 | $5,000.00 |
| Bowne | Edgarizing and filing of SEC documents | 75 Remittance Drive Suite 6495 Chicago, IL 60675-6495 | $2,000.00 |
| Danner & Associates | Legal | 1364 Beverly Road Suite 101 McLean, VA 22101-3628 | $5,000.00 |
| Eversheds LLP | Legal | 1 Wood Street London EC2V 7WS, UK | $10,000.00 |

DOCS_DE:152919.4

| NAME | SERVICES PROVIDED | ADDRESS | ESTIMATED AMOUNT PAID MONTHLY |
|---|---|---|---|
| Fasken, Martineau DuMoulin, LLC | Legal | 2100 - 1075 Georgia Street West Vancouver BC Canada V6E 3G2 | $10,000.00 |
| Honigman Miller Schwartz and Cohn LLP | Legal | 38500 Woodward Avenue Suite 100 Bloomfield Hills, MI 48304 | $1,000.00 |
| Kolano & Saha Associates | Engineering | 3559 Sashabaw Road Waterford, MI 48329 | $1,000.00 |
| PFS Corporation | HUD Labeling and Design Fees | 1507 Matt Pass Cottage Grove, WI 53527 | $35,000.00 Variable ($23.5 a floor) |
| PR Newswire | Wire service for press releases | GPO Box 5897 New York, NY 10087-5897 | $2,000.00 |
| Steenhof Building | Engineering | 100 Hunter Valley Road Orillia, On L3V 6H2 | $10,000.00 |
| Stevenson Keppleman Associates | Employment | 444 South Main Ann Arbor, MI 48104-2304 | $500.00 |
| Thomson Reuters | Investor relations services | P.O. Box 5136 Carol Stream, IL 60197-5136 | $8,500.00 |

# Legal Defense Providers Responsible For Cases Stayed Pursuant to Section 362 of the Bankruptcy Code

| NAME | ADDRESS |
| --- | --- |
| Appel Law Office, PLLC | 10601 North Hayden Road, Suite I-103<br>Scottsdale, AZ 85260 |
| Baird, Holm, McEachen, et al. | 1500 Woodmen Tower<br>Omaha, NE 68102-2068 |
| Balch & Bingham, LLP | 30 Allen Plaza, Suite 700<br>30 Ivan Allen Jr. Boulevard<br>Atlanta, GA 30308 |
| Benesch, Friedlander, Coplan & Aranoff, LLP | 200 Public Square, Suite 2300<br>Cleveland, OH 44114 |
| Bernstein, Shur | 100 Middle Street<br>P.O. Box 9729<br>Portland, ME 04101-5029 |
| Boone, Karlberg & Haddon | Suite 301 Central Square<br>201 West Main Street<br>P.O. Box 9199<br>Missoula, MT 59807-9199 |
| Boult, Cummings, Conners & Berry | 414 Union Street<br>Suite 1600<br>Nashville, TN 37219 |
| Bowman & Brooke | 1111 East Main Street<br>Suite 2100<br>Richmond, VA 23219-4030 |
| Bradley & Riley, PC | Tower Place<br>One South Gilbert Street<br>Iowa City, IA 52240 |
| Bradley, Arant, Rose & White, LLP | One Federal Place<br>1819 Fifth Avenue North<br>Birmingham, AL 35203 |
| Brewster, Morhous, Cameron, Caruth, Moore, et al. | 418 Bland Street<br>PO Box 529<br>Bluefield, WV 24701-0529 |
| Buchanan & Land, LLP | P.O. Box 2848<br>Columbus, GA 31902 |
| Burch, Porter & Johnson, PLLC | P.O. Box 130<br>107 West Blythe Street<br>Paris, TN 38242 |
| Campbell, Black, Carnine Hedlin | 108 South Ninth St.<br>P.O. Drawer C<br>Mt. Vernon, IL 62864 |

| | |
|---|---|
| Chernay Peterson | 51 Hanford Street<br>Sutter Creek, CA 95685 |
| Clark Lindauer McClinton Fetherston Edmonds | 880 Liberty Street, N.E.<br>P.O. Box 2206<br>Salem, OR 97308-2206 |
| Conboy, McKay, Buchanan & Kendall, LLP | 407 Sherman Street<br>Watertown, NY 13601-3999 |
| Cook, Brown, LLP | 555 Capitol Mall<br>Suite 425<br>Sacramento, CA 95814 |
| Costello, Cooney & Fearon, LLP | 205 South Salina Street<br>Syracuse, NY 13202 |
| Deatrick & Spies, PSC | 1587 Story Avenue<br>Louisville, KY 40206-1759 |
| Decker, Jones, McMackin, McClane, Hall & Bates, P.C. | Burnett Plaza Suite 2000801<br>Cherry Street, Unit 46<br>Fort Worth, TX 76102-6836 |
| Delany & O'Brien | 325 Chestnut Street<br>Suite 212<br>Philadelphia, PA 19106 |
| Dinsmore & Shohl, LLP | Lexington Financial Center<br>Suite 2020250 W. Main Street<br>Lexington, KY 40507 |
| Driggers, Shultz & Herbst, P.C. | 2600 West Big Beaver Road<br>Suite 550<br>Troy, MI 48084 |
| Ellis & Winters, LLP | 333 North Greene St.<br>Suite 200<br>Greensboro, NC 27401 |
| Elmore & Wall, P.A. | 145 King Street<br>Suite 302<br>Post Office Box 1200<br>Charleston, SC 29401 |

| | |
|---|---|
| Foley & Lardner | One Detroit Center<br>500 Woodward Avenue<br>Suite 2700<br>Detroit, MI 48226<br><br>One Maritime Plaza, 6th Floor<br>San Francisco, CA 94111-3404<br><br>One Independent Drive<br>Suite 1300<br>Jacksonville, FL 32202-5017 |
| Franke & Salloum | 2605 Fourteenth Street<br>P.O. Drawer 460<br>Gulfport, MS 39501 |
| Frost, Brown & Todd, LLC | 201 North Illinois Street<br>Suite 1000P. O. Box 44961<br>Indianapolis, IN 46244-0961 |
| Harness, Dickey & Pierce, PLC | 5445 Corporate Drive<br>Suite 200<br>Troy, MI 48098 |
| Harris, Beach, PLLC | Larkin at Exchange<br>726 Exchange Street<br>Buffalo, NY 14210 |
| Hartman, Underhill & Brubaker | 221 East Chestnut Street<br>Lancaster, PA 17602 |
| Herndon, Coleman, Brading & McKee | 104 East Main Street<br>Johnson City, TN 37604 |
| Hickman, Goza & Spragins, PLLC | 1305 Madison Avenue<br>P.O. Drawer 668<br>Oxford, MS 38655 |
| Howell, Gibson & Hughes, P.A. | 25 Rue Du Bois Lady's Island<br>Beaufort, SC 29901-0040 |
| Howser Newman & Besley, LLC | 1508 Washington Street<br>P.O. Box 12009<br>Columbia, SC 29211 |
| Jackson, Walker, LLP | 901 Main Street<br>Suite 6000<br>Dallas, TX 75202-3797 |
| Jones, Skelton & Hochuli | 2901 North Central Avenue<br>Suite 800<br>Phoenix, AZ 85012 |

| | |
|---|---|
| Juneau David | 1018 Harding Street<br>Suite 202<br>Lafayette, LA 70503 |
| Kennon, Craver, Belo, Craig, McKee, PLLC | BB&T Plaza<br>4011 University Drive, Suite 300<br>Durham, NC 27707 |
| Klinedinst, PC | 5 Hutton Centre<br>Suite 1000<br>Santa Ana, CA 92707<br><br>The Koll Center<br>501 Broadway<br>Suite 600<br>San Diego, CA 92101 |
| Lanier, Ford, Shaver & Payne | 200 West Court Square<br>Suite 5000<br>PO Box 2087<br>Huntsville, AL 35804 |
| Lavin, O'Neil, Ricci, Cedrone & DiSipio | Suite 1000<br>510 Walnut Street<br>Philadelphia, PA 19106 |
| Law Offices of Don Featherstone | 1075 Montecito Drive<br>Corona, CA 92879 |
| Law Offices of Jennifer Rogers, LLC | Park Office Building<br>400 Third Avenue, Suite 211<br>Kingston, PA 18704 |
| Liebmann, Conway, Olejniczak & Jerry | 231 South Adams Street<br>P.O. Box 23200<br>Green Bay, WI 54305-3200 |
| Littler, Mendelson, PC | 50 West San Fernando Street<br>14th Floor<br>San Jose, CA 95113 |
| Looney, Nichols & Johnson, PLLC | 528 Northwest 12th Street<br>Oklahoma City, OK 73103 |
| Lunn, Irion, Salley, Carlisle & Gardner | 330 Marshall Street, Suite 500<br>P.O Box 1534<br>Shreveport, LA 71101 |
| Malone, Middleman, P.C. | Northridge Office Plaza<br>117 VIP Drive, Suite 310<br>Wexford, PA 15090 |

| | |
|---|---|
| Manning, Gosda & Arredondo, LLP | 5847 San Felipe Road Suite 1500 Houston, TX 77057 |
| Marshall, Dennehey, Warner, Coleman & Goggin, P.C. | 425 Eagle Rock Avenue Suite 302 Roseland, NJ 07068 |
| McDowell, Rice, Smith & Buchanan | 605 W. 47th Street Suite 350 Kansas City, MO 64112 |
| McGuire, Woods, LLP | One James Center 901 East Cary Street Richmond, VA 23219-4030 |
| McLennan Ross, LLP | 1600 Stock Exchange Tower 300 - 5th Avenue S.W. Calgary AB Canada T2P 3C4 |
| Miller & Martin, PLLC | 1200 One Nashville Place 150 Fourth Avenue North Nashville, TN 37219-9270 |
| Miller, Canfield, Paddock & Stone | 150 W Jefferson Avenue Suite 2500 Detroit, MI 48226 |
| Miller, Faignant & Behrens, PC | 1213 U.S. Route 7 North P. O. Box 6688 Rutland, VT 05702-6688 |
| Miller, Kistler, Campbell, Miller, Williams & Benson | 124 North Allegheny Street Bellefonte, PA 16801-4669 |
| Northrup, McConnell & Sizemore, PLLC | 123 Biltmore Avenue Asheville, NC 28801 |
| O'Malley, Harris, Durkin & Perry, PC | 345 Wyoming Avenue Scranton, PA 18503-1235 |
| O'Neil, Parker & Williamson | 416 Cumberland Avenue, S.W. P.O. Box 217 Knoxville, TN 37902 |
| Odgen, Murphy & Wallace, PLLC | 1601 Fifth Avenue Suite 2100 Seattle, WA 98101-1686 |
| Pearce & Durick | 314 East Thayer Avenue P.O. Box 400 Bismarck, ND 58502 |
| Plauche, Smith & Nieset | 1123 Pithon Street PO Drawer 1705 Lake Charles, LA 70601 |

| | |
|---|---|
| Poliquin & DeGrave, LLP | 22972 Mill Creek Drive<br>Laguna Hills, CA 92653 |
| Porteous, Hainkel, Johnson & Sarpy | 704 Carondelet Street<br>New Orleans, LA 70130 |
| Pringle & Herigstad, PC | 2525 Elk Drive<br>P.O. Box 1000<br>Minot, ND 58702 |
| Pullin, Fowler & Flanagan, PLLC | JamesMark Building<br>901 Quarrier Street<br>Charleston, WV 25301 |
| Rabbitt, Pitzer & Snodgras, P.C. | 100 South Fourth Street<br>Suite 400<br>St. Louis, MO 63102-1821 |
| Ray, Quinney & Nebeker | 36 South State Street<br>Suite 1400<br>Salt Lake City, UT 84145 |
| Ringer, Henry, Buckley & Seacord, P.C. | 14 E Washington St.<br>Suite 200<br>Orlando, FL 32801 |
| Ritchey, Simpson & Glick, PLLC | The Mountain Brook Center<br>2700 Highway 280 South<br>Suite 203 W<br>Birmingham, AL 35234 |
| Riter Mayer Hofer Wattier & Brown, LLP | 319 South Coteau Street<br>P.O. Box 280<br>Pierre, SD 57501-0280 |
| Robert T. Varney & Associates | 121 North Main Street, 4th floor<br>Bloomington, IL 61701 |
| Robinson, Bradshaw & Hinson | 101 North Tryon Street<br>Suite 1900<br>Charlotte, NC 28246 |
| Rodey, Dickason, Sloan, Akin & Robb, PA | Albuquerque Plaza, Suite 2200201 Third Street NW<br>Albuquerque, NM 87102-3370 |
| Rupp, Baasee, Pfalzgfaf, Cunningham & Coppola, LLC | 1600 Liberty Blvd.<br>Buffalo, NY 14202 |
| Schroder, Joseph & Associates, LLP | 766 Ellicott Street<br>Buffalo, NY 14203 |
| Stradley Ronon Stevens & Young LLP | 2600 One Commerce Square<br>Philadelphia, PA 19103 |
| Sulloway & Hollis, LLP | 9 Capitol Street<br>P.O. Box 1256<br>Concord, NH 03302-1256 |

DOCS_DE:152919.4

| | |
|---|---|
| Sweeney & Sheehan | 1515 Market Street<br>19th Floor<br>Philadelphia, PA 19102 |
| Taylor, Porter, Brooks & Phillips | 451 Florida Street<br>8th Floor Bank One Centre<br>P.O. Box 2471<br>Baton Rouge, LA 70801 |
| The Mattacola Law Firm | 217 North Washington Street<br>P.O. Box 725<br>Rome, NY 13442 |
| Tucker, Ellis & West, LLP | 1150 Huntington Building<br>925 Euclid Avenue<br>Cleveland, OH 44115 |
| Turner, Reid, Duncan, Loomer & Patton | 1355 East Bradford Parkway, Suite A<br>P.O. Box 4043<br>Springfield, MO 65808 |
| Voorhies & Labbe | 700 St. John Street<br>P.O. Box 3527<br>Lafayette, LA 70502-3527 |
| Warner, Norcross & Judd | 900 Fifth Third Center<br>111 Lyon Street, NW<br>Grand Rapids, MI 49503-2487 |
| Wells & Cuellar | The Lyric Centre<br>440 Louisiana, Suite 718<br>Houston, TX 77002 |
| Wheeler, Trigg, O'Donnell, LLP | Suite 3600<br>1801 California Street Denver, CO 80202 |
| Wilson, Halbrook & Bayard, LLP | 107 West Market Street<br>P.O. Box 690<br>Georgetown, DE 19947 |
| Wilson, Smith, Cochran, Dickerson | 1700 The Financial Center<br>1215 Fourth Avenue<br>Seattle, WA 98161 |
| Woolf, McClane, Bright, Allen & Carpenter, PLLC | 900 Riverview Tower<br>900 S. Gay Street<br>Knoxville, TN 37902-1810 |
| Wright, Lindsay & Jennings, LLP | 200 W. Capitol Avenue<br>Suite 2200<br>Little Rock, AR 72201 |
| Young, Clement, Rivers, LLP | 28 Broad Street<br>PO Box 993<br>Charleston, SC 29402-0993 |