**Exhibit B**

**Declaration of Brian E. Cejka**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHAMPION ENTERPRISES, INC., et al.,[1] | ) | Case No. 09-14019 (____) |
| | ) | |
| Debtors. | ) | Joint Administration Requested |
| | ) | |

## DECLARATION OF BRIAN E. CEJKA IN SUPPORT OF DEBTORS' APPLICATION TO EMPLOY AND RETAIN ALVAREZ & MARSAL NORTH AMERICA, LLC AS FINANCIAL ADVISORS TO DEBTORS AND DEBTORS IN POSSESSION PURSUANT TO SECTION 327(a) OF THE BANKRUPTCY CODE

I, Brian E. Cejka, being duly sworn, hereby states as follows:

31.     I am a Managing Director with Alvarez & Marsal North America, LLC

(together with employees of its affiliates (all of which are wholly-owned by its parent company

and employees), its wholly owned subsidiaries, and independent contractors, "A&M"), a

restructuring advisory services firm with numerous offices throughout the country. I submit this

declaration on behalf of A&M (the "Affidavit") in support of the Debtors' Application to

Employ And Retain Alvarez & Marsal North America, LLC as Financial Advisors to Debtors

And Debtors in Possession Pursuant to Section 327(a) of the Bankruptcy Code (the

"Application") on the terms and conditions set forth in the Application and the engagement letter

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Redman Homes, Inc. (4957); Champion Enterprises, Inc. (3168); Champion Home Builders Co. (4984); New Era Building Systems, Inc. (0928); North American Housing Corp. (1097); Homes of Merit, Inc. (8488); Western Homes Corporation (6910); Star Fleet, Inc. (0506); Champion Enterprises Management Co. (6726); Champion Retail, Inc. (2154); San Jose Advantage Homes, Inc. (1951); Highland Acquisition Corp. (8962); Highland Manufacturing Company LLC (6762); SSH Liquidating Corp. (6678); Champion Homes of Boaz, Inc. (3165); Iseman Corp. (5899); MHCDC, LLC (3417); HomePride Finance Corp. (4767); and Champion Development Corp. (4642). The address for all Debtors is 755 W. Big Beaver, Suite 1000, Troy, MI 48084.

between Debtors and A&M attached to the Application as Exhibit A (the "Engagement Letter").
Except as otherwise noted,[2] I have personal knowledge of the matters set forth herein.

### Disinterestedness and Eligibility

32.     A&M together with its affiliates (the "Firm") utilize certain procedures
("**Firm Procedures**") to determine the Firm's relationships, if any, to parties that may have a
connection to a client debtor. In implementing the Firm Procedures, the following actions were
taken to identify parties that may have connections to the Debtors, and the Firm's relationship
with such parties:

33.     A&M requested and obtained from the Debtors extensive lists of
interested parties and significant creditors (the "**Potential Parties in Interest**").[3] The list of
Potential Parties in Interest which A&M reviewed is annexed hereto as Schedule A. The
Potential Parties in Interest reviewed include, among others, the Debtors, prepetition lenders,
officers, directors, the thirty five (35) largest unsecured creditors of the Debtors (on a
consolidated basis), significant customers and suppliers, parties holding ownership interests in
the Debtors, significant counterparties to material agreements and significant litigation claimants.

---

[2] Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at A&M and are based on information provided by them.
[3] The list of Potential Parties in Interest is expected to be updated during these cases. A&M continues to review the relationships its attorneys may have with potentially interested parties and to determine whether any relationships other than those set forth herein exist. As may be necessary, A&M will supplement this Affidavit if it becomes aware of a relationship that may adversely affect A&M's retention in these cases or discovers additional parties in interest through the filing of statements of financial affairs or statements under Rule 2019. A&M will update this disclosure if it is advised of any trading of claims against or interests in the Debtors that may relate to A&M's retention or otherwise requires such disclosure.

- 2 -

34.     A&M then compared the names of each of the Potential Parties in Interest to the names in its master electronic database of the Firm's current and recent clients (the "**Client Database**"). The Client Database generally includes the name of each client of the Firm, the name of each party who is or was known to be adverse to the client of the Firm in connection with the matter in which the Firm is representing such client, the name of each party that has, or had, a substantial role with regard to the subject matter of the Firm's retention, and the names of the Firm professionals who are, or were, primarily responsible for matters for such clients.

35.     An email was issued to all Firm professionals requesting disclosure of information regarding: (i) any known personal connections between the respondent and/or the Firm on the one hand, and either the Potential Parties in Interest or the Debtors, on the other hand,[4] (ii) any known connections or representation by the respondent and/or the Firm of any of the Potential Parties in Interest in matters relating to the Debtors; and (iii) any other conflict or reason why A&M may be unable to represent the Debtors.

36.     Known connections between former or recent clients of the Firm and the Potential Parties in Interest were compiled for purposes of preparing this Affidavit. These connections are listed in Schedule B annexed hereto.

---

[4] In reviewing its records and the relationships of its professionals, A&M did not seek information as to whether any A&M professional or member of his/her immediate family: (a) indirectly owns, through a public mutual fund or through partnerships in which certain A&M professionals have invested but as to which such professionals have no control over or knowledge of investment decisions, securities of the Debtors or any other party in interest; or (b) has engaged in any ordinary course consumer transaction with any party in interest. If any such relationship does exist, I do not believe it would impact A&M's disinterestedness or otherwise give rise to a finding that A&M holds or represents an interest adverse to the Debtors' estates.

- 3 -

37.    As a result of the Firm Procedures, I have thus far ascertained that, except as may be set forth herein, upon information and belief, if retained, A&M:

38.    is not a creditor of the Debtors (including by reason of unpaid fees for prepetition services),[5] an equity security holder of the Debtors;

39.    is not, and has not been, within 2 years before the date of the filing of the petition, a director, officer, or employee of the Debtors; and

40.    does not have an interest materially adverse to the interests of the Debtors' estates, or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

41.    As can be expected with respect to any international professional services firm such as A&M, the Firm provides services to many clients with interests in the Debtors' chapter 11 cases. To the best of my knowledge, except as indicated below, the Firm's services for such clients do not relate to the Debtors' chapter 11 cases.

42.    In the course of its review, A&M learned that the Firm maintains a relationship with certain Potential Parties in Interest that may relate to the Debtors' cases. Specifically, the spouse of a Managing Director in A&M's parent company's corporate services group ("Employee A") is in the Special Loan Group with JPMorgan Chase. Employee A's spouse may or may not be involved in this case on behalf of JPMorgan Chase. Employee A will have no involvement in these cases.

---

[5]  See paragraph 11 below.

- 4 -

43. Further, as part of its diverse practice, the Firm appears in numerous cases and proceedings, and participates in transactions that involve many different professionals, including attorneys, accountants, and financial consultants, who represent claimants and parties-in-interest in the Debtors' chapter 11 cases. Further, the Firm has performed in the past, and may perform in the future, advisory consulting services for various attorneys and law firms, and has been represented by several attorneys and law firms, some of whom may be involved in these proceedings. The Debtors have and will retain various professionals during the pendency of these cases, including Morgan Joseph & Co. Inc, Ernst & Young and Epiq Bankruptcy Solutions, LLC. The Debtors may retain other professionals after the date of the filing of their chapter 11 petitions (the "Petition Date"). A&M has previously worked with these professionals and may continue to work with them on various representations, at times representing the same parties and at other times representing parties with similar interests or parties with adverse interests. Based on our current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships create interests materially adverse to the Debtors in matters upon which A&M is to be employed, and none are in connection with these cases.

44. To the best of my knowledge, no employee of the Firm is a relative of, or has been connected with the United States Trustee in this district or its employees.

45. Accordingly, to the best of my knowledge, A&M is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, in that A&M: (i) is not a creditor, equity security holder, or insider of the Debtors; (ii) was not, within two years before the date of filing of the Debtors' chapter 11 petitions, a director, officer, or employee of

- 5 -

the Debtors; and (iii) does not have an interest materially adverse to the interest of the Debtors'
estates or of any class of creditors or equity security holders.

46.     If any new material relevant facts or relationships are discovered or arise,
A&M will promptly file a supplemental declaration.

## Compensation

47.     Subject to Court approval and in accordance with the applicable
provisions of the Bankruptcy Code, the Bankruptcy Rules, applicable United States Trustee
guidelines, and the Local Rules of this Court, A&M will seek from the Debtors payment for
compensation on an hourly basis and reimbursement of actual and necessary expenses incurred
by A&M. A&M's customary hourly rates as charged in bankruptcy and non-bankruptcy matters
of this type by the professionals assigned to this engagement are outlined in the Application.
These hourly rates are adjusted annually.

48.     To the best of my knowledge, (i) no commitments have been made or
received by A&M with respect to compensation or payment in connection with these cases other
than in accordance with applicable provisions of the Bankruptcy Code and the Bankruptcy Rules,
and (ii) A&M has no agreement with any other entity to share with such entity any compensation
received by A&M in connection with these chapter 11 cases.

- 6 -

49. By reason of the foregoing, I believe A&M is eligible for employment and retention by the Debtors pursuant to sections 327(a) (as modified by sections 1107(b)), 330 and 331 of the Bankruptcy Code and the applicable Bankruptcy Rules and Local Rules.

Executed on _November 14, 2009_

By: /s/ _____

Brian E. Cejka
Managing Director
Alvarez & Marsal North America LLC

Sworn to and subscribed before
me this 14th day of Nov , 2009

/s/ _____
Notary Public
Notary Public State of Texas
No. _____
Qualified in Dallas County
Commission Expires 4-13-13

JOSHUA BLAKE BEADLES
Notary Public
STATE OF TEXAS
My Comm. Exp. 04-13-13

- 7 -

**Schedule A - List of Potential Parties in Interest**

## Debtors and Affiliates

Redman Homes, Inc.
Champion Enterprises, Inc.
Champion Home Builders Co.
New Era Building Systems, Inc.
North American Housing Corp.
Homes of Merit, Inc.
Western Homes Corporation
Star Fleet, Inc.
Champion Enterprises Management Co.
Champion Retail, Inc.
San Jose Advantage Homes, Inc.
Highland Acquisition Corp.
Highland Manufacturing Company LLC
Champion Homes of Boaz, Inc.
SSH Liquidating Corp.
Iseman Corp.
MHCDC LLC
HomePride Finance Corp.
Champion Development Corp.

## Directors and Officers

Robert W. Anestis
Eric S. Belsky
William C. Griffiths
Selwyb Isakow
G. Michael Lynch
Thomas A. Madden

Phyllis A. Knight
Roger K. Scholten
Richard P. Hevelhorst
William H. Stamer
John W. Glenhill
Louis F. Ventura
Kevin J. Goethels
Jimmy E. Paul
Thomas DaRosa
Tim Ackeret
Marci Maison
Al Whitehouse
Craig Fleming
Bob Siembieda
Daniel McMurtrie

Jenny Kim
Sue Rutkowski
Kevin Goethals
Tom Snudden

## Secured Creditors/Lienholders

Babson Capital Management
Canyon Partners
Comerica Bank
Credit Suisse
CS Alternative Capital Management
Cypresstree Investment Management Co
Deutsche Asset Management / Scudder
Fifth Third Bank
Fraser Sullivan
General Electric Investment Corp
Gulf Stream Asset Management
Highland Capital Management
JP Morgan Chase
LaSalle National Bank
Lonestar
MAK Capital
National City Bank
Raven Asset Management
RBS Citizen
Westgate Horizons
White Horse Capital
Z Capital

AMS OF INDIANA, INC.
BANK OF THE WEST
BANK ONE, MICHIGAN, AS AGENT
BANKS CORPORATION
BARLOWORLD FLEET LEASING LLC
CITICORP VENDOR FINANCE, INC.
FIRST NATIONAL BANK, FULDA, MN
GENERAL ELECTRIC CAPITAL
CORPORATION
IKON FINANCIAL SERVICES
IOS CAPITAL
LASALLE BRISTOL CORPORATION
PACO STEEL & ENGINEERING
CORPORATION

TOYOTA MOTOR CREDIT
CORPORATION
U S BANCORP
UNIVERSAL FOREST PRODUCTS
EASTERN
UNIVERSAL FOREST PRODUCTS
WESTERN
US BANCORP
WELLS FARGO BANK, NA,
WELLS FARGO FINANCIAL LEASING
WEYERHAEUSER COMPANY

## Top Unsecured Creditors

LaGrange County Treasurer
First Insurance Funding Corp
Ernst & Young
National Buyer's Group Inc
AFCO
Palace Sports & Entertainment
Luxury Homes, Inc.
Jensen Homes, Inc
Universal Forest Products
The Hartford
James L Howard
Factory Homes Outlet, Inc
NaviSite, Inc
Volume Buyers LLC
Clines's Modular Builders
Syntec Industries
Southport Assoc I LLLP
Hopjohn, Inc.
Quality Homes, Inc.
Golden Rule Homes Inc.
Mountain State Home Showcase, Inc
Aspen Laser Inc
Powell's Tire and Axle Inc
John A Alverez & Sons Inc
General Electric Co - Appliance
Fastenal Company
Paco Steel & Engineering Corp
Cypress Lake Association
Nordyne, Inc
RDH - Silvercrest Homes
5724 Industry Lane LLC
Hughes Wheel and Axle

R C Manufactured Homes
Seven D Wholesale of PA LP
TJT Inc - Emmett ID
Guardian Building Products
Dow Chemical Company - Chicago, IL
Best Choice Mfd Hsg Contractors Inc
Adom LLC
BlueLinx Corporation - Net 2nd 10th Prox
Cocalico School District - Taxes
Karsten Enterprises-FL, Inc.
Nucor Steel Berkeley
ALLSET MOBILE HOME SERVICES,
INC
Kinro, Inc
Wesco Distribution Inc
Vision Service Plan
Southern California Edison
HI Desert Affordable Housing, Inc.
Patrick Industries Inc
Orepac Building Products
J & S Recycling
Hambro Forest Products Inc
Blazon International Group
Dairyman Supply Co Inc
Dairyman Supply Co. Inc.
Santana Towers (MULLER COMPANY)
General Electric Co-Appliance
Structural Component Systems Inc
Weyerhaeuser NR Company
BlueLinx Corporation
Boise Cascade
BBC Distribution LLC
Sage Software, Inc
Sign of the Unicorn
Material Distributors, Inc.
Star Fleet, Inc.
RVP Construction Inc
Walker Sales & Distribution
AMS of Indiana
C & G Homes of Lake City, Inc.
BlueLinx Corporation (Georgia-Pacific)
State Industries, Inc
Ringer Henry Buckley & Seacord PA
Perrotta, Charles
Ferguson Enterprises Inc.
DeGol Carpet

SANDI MARPLE (CLARABEN HOMES
RENT)
Woodgrain Millwork, Inc
Dave Carter & Associates, Inc.
Shaw Industries
ADP Inc - Divisionals
TJT Inc
Home Depot Commercial Credit
Phoenix Housing Group
Masco Builder Cabinet Group
United States Dept. of the Interior
Western Showcase Homes, Inc.
Thomson Financial LLC
Sure Trac of Texas, Inc.
Keystone Cabinet Distribution
ICI Dulux Paint Centers
Bartow Municipal Airport Dev. Authority
Dow Chemical Company
GreenFiber
California Axle and Tire
Evergreen Empire Mills
VCOM Solutions
ESCO Industries
Syntec Industries LLC
LaSalle Bristol
Alpha Systems Inc
Quality Aluminum Products, Inc.
United Fibers LLC
BAKER MANAGEMENT CO
Lippert Components, Inc
Clarion Bathware
Hawks Enterprises, Inc.
Cana International Inc
Elixir Industries
North Pacific - San Francisco
Applegate Insulation
Atwood Mobile Products
Shepherd Distribution Co
Automatic Sprinkler of Texas, Inc.
Building Products, Inc.
Idaho Western
Robert Weed Plywood
Whirlpool Corporation
Swann Sales
Heartland Village, Inc.

**Professionals**

Pachulski Stang Ziehl & Jones
Morgan Joseph
Alvarez & Marsal
Sitrick
Dykema Gossett
Wilkie Farr & Gallagher
Epiq Bankruptcy Solutions
Aiken Bridges Nunn Elliott & Tyler, P.A.
Allensworth, Porter, LLP
Appel Law Office, PLLC
AVI Engineering
Bair, Hilty PC
Baird, Holm, McEachen, et al.
Balch & Bingham, LLP
Benesch, Friedlander, Coplan & Aranoff,
LLP
Bernstein, Shur
Blank Rome LLP
Boone, Karlberg & Haddon
Boult, Cummings, Conners & Berry
Bowman & Brooke
Bowne
Bradley & Riley, PC
Bradley, Arant, Rose & White, LLP
Brewster, Morhous, Cameron, Caruth,
Moore,et al.
Buchanan & Land, LLP
Burch, Porter & Johnson, PLLC
Campbell, Black, Carnine Hedlin
Chernay Peterson
Clark Lindauer McClinton Fetherston
Edmonds
Conboy, McKay, Buchanan & Kendall, LLP
Cook, Brown, LLP
Costello, Cooney & Fearon, LLP
Danner & Associates
Deatrick & Spies, PSC
Decker, Jones, McMackin, McClane, Hall &
Bates, P.C.
Delany & O'Brien
Dinsmore & Shohl, LLP
Driggers, Shultz & Herbst, P.C.
Dykema Gossett PLLC
Ellis & Winters, LLP

Elmore & Wall, P.A.
Fasken, Martineau DuMoulin, LLC
Foley & Lardner
Franke & Salloum
Frost, Brown & Todd, LLC
Harness, Dickey & Pierce, PLC
Harris, Beach, PLLC
Hartman, Underhill & Brubaker
Herndon, Coleman, Brading & McKee
Hickman, Goza & Spragins, PLLC
Honigman Miller Schwartz and Cohn LLP
Howell, Gibson & Hughes, P.A.
Howser Newman & Besley, LLC
Jackson, Walker, LLP
Jones, Skelton & Hochuli
Juneau David
Kennon, Craver, Belo, Craig, McKee, PLLC
Klinedinst, PC
Kolano & Saha Associates
Lanier, Ford, Shaver & Payne
Lavin, O'Neil, Ricci, Cedrone & DiSipio
Law Offices of Don Featherstone
Law Offices of Jennifer Rogers, LLC
Liebmann, Conway, Olejniczak & Jerry
Littler, Mendelson, PC
Looney, Nichols & Johnson, PLLC
Lunn, Irion, Salley, Carlisle & Gardner
Malone, Middleman, P.C.
Manning, Gosda & Arredondo, LLP
Marshall, Dennehey, Warner, Coleman & Goggin, P.C.
McDowell, Rice, Smith & Buchanan
McGuire, Woods, LLP
McLennan Ross, LLP
Miller & Martin, PLLC
Miller, Canfield, Paddock & Stone
Miller, Faignant & Behrens, PC
Miller, Kistler, Campbell, Miller, Williams & Benson
Northrup, McConnell & Sizemore, PLLC
O'Malley, Harris, Durkin & Perry, PC
O'Neil, Parker & Williamson
Odgen, Murphy & Wallace, PLLC
Origen Financial, LLC
Pearce & Durick
PFS Corporation

Plauche, Smith & Nieset
Poliquin & DeGrave, LLP
Porteous, Hainkel, Johnson & Sarpy
PR Newswire
Pringle & Herigstad, PC
Pullin, Fowler & Flanagan, PLLC
Rabbitt, Pitzer & Snodgras, P.C.
Ray, Quinney & Nebeker
Ringer, Henry, Buckley & Seacord, P.C.
Ritchey, Simpson & Glick, PLLC
Riter Mayer Hofer Wattier & Brown, LLP
Robert T. Varney & Associates
Robinson, Bradshaw & Hinson
Rodey, Dickason, Sloan, Akin & Robb, PA
Rupp, Baasee, Pfalzgfaf, Cunningham & Coppola, LLC
Schroder, Joseph & Associates, LLP
Steenhof Building
Stevenson Keppleman Associates
Stradley Ronon Stevens & Young LLP
Sulloway & Hollis, LLP
Sweeney & Sheehan
Taylor, Porter, Brooks & Phillips
The Mattacola Law Firm
Thomson Reuters
Tucker, Ellis & West, LLP
Turner, Reid, Duncan, Loomer & Patton
Voorhies & Labbe
Warner, Norcross & Judd
Wells & Cuellar
Wheeler, Trigg, O'Donnell, LLP
Wilson, Halbrook & Bayard, LLP
Wilson, Smith, Cochran, Dickerson
Woolf, McClane, Bright, Allen & Carpenter, PLLC
Wright, Lindsay & Jennings, LLP
Young, Clement, Rivers, LLP
Eversheds LLP

**Landlords**

5724 INDUSTRY LANE LLC
755 TOWER ASSOCIATES LLC
BARTOW MUNICIPAL AIRPORT
BARTOW MUNICIPAL AIRPORT
BENJOR LLC

CALISTOGA DEPOT
CAPITAL ADVISORY GROUP
CHAPMAN REALTY COMPANY INC.
CHARLES E LESTER
CHARLES PERROTTA
CORONA INVESTMENT CO
DAVID & BARBARA SMITH
FFT LAND MANAGEMENT INC.
FROG PROPERTIES TN - DRESDEN LLC
GLENHARDIE PARTNERS LP
GREG LITTLE
HIRA N PATEL
HOWE GROUP LLC
JOHN P FULTZ
LDC MOUNTAIN/ARROW SHOPPING
CENTER LLC
LONE BUTTE INDUSTRIAL
DEVELOPMENT CORP
NEW YORK REAL ESTATE
ASSOCIATES LLC
ONEIDA CNTY INDSTRL
DEVELOPMENT AGENCY
PANELLA PROPERTIES LTD
PHARUS DEVELOPMENT GROUP LLC
PLAZA DEL AMO LLC
PLAZA ENTERPRISES
SANDI MARPLE
SANTANA TOWERS IRP MULLER-
SBOT LP
STRATFORD VILLAGE BUSINESS
PARK LL
THE CITY OF LAKE CITY, FLORIDA
THE CITY OF LAKE CITY, FLORIDA
THERESA MONTE LEONE
TURF CARE SUPPLY CORP
UNIVERSITY HEIGHTS CORPORATION
VALLEY PARKWAY - VINEYARD
PARTNERSHIP
VILLAGE PROPERTIES LLC

## Utilities

Alabama Power
Allegheny Power
American Electric Power
Appalachian Power

Atmos Energy
Black Hills Utility Holdings, Inc.
Board of Public Utilities
Boaz Water & Sewer Board
City of Burleson
City of Bartow
City of Corona-Utilities
City of Chandler
City of Lake City
City of Silverton
City of Sanford
City of Salisbury
City of Woodland - Utility Dept.
City of York - Water Dept
Duke Power
Dominion Peoples
Dayton Power & Light Company
East Cocalico Township
Florida Power & Light Company
Frederick County Division Of Utilities-Solid
Waste
Greenfield Twp Municipal
The Gas Company
Hudson Energy Services, LLC
Henry Water Department
Harnett County Dept. of Public Utiltieis
Hess Corporation
Idaho Power
Intermountain Gas Co.
LaGrange County REMC
LaGrange Water & Sewage
Lumbee River Electric
Lindsay-Strathmore Irrigation
Little Thompson Water District
Municipal Authority
Minnesota Energy Resources
Marshall-Dekalb Electric Cooperative
Metro Lift Propane
Nebraska Public Power Dist
Northwest Alabama Gas District
Northern Indiana Public Service Company
National Fuel
Northwest Natural Gas
New York State Electric & Gas
Open Flow Energy
Pacific Gas & Electric, Inc

Piedmont Natural Gas
Pennsylvania-American Water Co
Penelec
PP&L Electric Utilities Corp
Progress Energy Carolinas, Inc.
Portland General Electric
PSNC Payment Center
Seminole Energy Services LLC
Southern California Edison
Stand Energy Corporation
South Jersey Industries
South River EMC
State Water Resources Control Board
Topeka Utilities
Town of Berthoud
Town of Boones Mill
UGI Utilities
United States Electric Corp of Washington
Virginia Department of Health
Worthington Public Utilities
West Tennessee Public Utility
Waterworks and Sewer Board
Xcel - Public Service CO OP

## Litigation Parties

A&A ENTERPRISES, INC.
A. NORRIS HOPKINS, JR.
A. RICHARD SNELL
A. TODD ROSE
A-1 HOMES OF AMARILLO
ABBA ELECTRIC
ACQUILLA, INC.
ADAM WEINER
AFFORDABLE HOUSING
ALBERT HARKER
ALDO STOLTE
ALEXANDER GELMAN
ALFONSO GAMBONE
ALICIA CARTER
ALLEN SRAGOW
AMY MORIN F/K/A GUNVILLE
ANDRE CHERNAY
ANDRE DENNIS
ANDREA TEVES SMITH
ANDREW HICKS

ANTHONY TARGIA
AUDUBON INSURANCE COMPANY
BARBARA MCKEE TRAVELERS
PROPERTY CAS.
BARRY DOMINGUE
BC DEVELOPMENT, INC.
BENJAMIN MCCOY HOWSER
BENJAMIN TAYLOR
BERNARD L. NACHTRAB, CPCU
BILL GROVER
BILLY CALLOWAY MOBILE HOMES,
INC.
BOBBY SCOTT
BRANDON NICHOLS
BRETT HAACKER
BRIAN RAGAN
BROOKSIDE HOMES, INC.
BRUCE MCKENZEE
BRYAN BAUMANN
BUCHART HORN ARCHITECTS
BUD'S MOBILE HOMES, INC.
C. SCOTT MASEL
CA STATE AUTO ASSOC. JOSEPH
ASTLEFORD
CAMERON MCKINNEY
CAMERON MORGAN
CAMPBELL, BLACK, CARNINE,
HEDIN, BALLARD
CAREY COOPER
CAREY VARNADO
CARLYLE SHERRILL
CASEY YOUNG
CASH MOBILE HOMES, INC.
CHAMPION HOMES OF LOUISIANNA,
LLC
CHARLES & CO., LLC AND
CHARLES BULL, JR.
CHARLES D. CHRISTMAS
CHARLES SHAFFER
CHARLES WATSON CROSS
CHERYL RYAN
CHRIS BOYCHUK
CHRISTOPHER BARNES
CHRISTOPHER DAVIS
CHRISTOPHER MYERS
CHUBB INSURANCE CO.

CLARK'S
CMH HOMES INC, VANDERBILT
MORT. & FIN.
CO-COUNSEL IN TEXAS:
COMMUNITY SALES
CONRAD S.P. WILLIAMS III
CRAIG BROWN
CRAIG PATRICK
D. BRENT WELLS
DAN GASS
DAN L. SCHAAP
DANIEL BATES
DANIEL D. WARE
DANIEL HILL
DANIEL WARE
DARYL ROSIN
DAVID B. TRUJILLO, ESQ.
DAVID BREWSTER
DAVID C. WRIGHT, III
DAVID DEATRICK, JR.
DAVID HENNINGS
DAVID JUSTIN LYNCH
DAVID SOLOMON, ESQ.
DAWNMARIE OZOG
DEBORAH HERNDON
DEBRA HOFFARTH
DENIS P. ZUZIK
DENNIS H. SNYDER
DEREK SWAJANEN
DIANE RUTT
DOMINIC O. FARIELLO
DON GALVEZ
DONALD BRUCE, ESQ.
DONALD LEE
DONNA INHERN
DOROTHY NASH
DOUGLAS M. BATES
DWIGHT HATFIELD MANUFACTURED
HOMES, INC.
ED ZIONCHECK
EDWARD & JEANNE CLEMENT
EDWARD RICCO
EEOC
EILEEN RIDLEY
ENTERPRISE MANUFACTURED
HOMES

ERIC HOWARD
ERIC PAUL EDWARDSON
ERIC ZALUD
ERNEST WILLIAMS
ESTATE OF CONSTANCE MAYO:
ESTATE OF KEVIN BRECHBIEL:
EULIS SIMIEN, JR.
EXPRESS ESCROW CO.
FIELDING E. BALLARD III
FRANK JOHNSTON
FRANK ORTEL
FREDRICK FEENEY, II
FREEDOM HOMES
GENE TURK, JR., ESQ.
GEOFFREY MARSH
GEORGE R. PIERCE, INC.
GEORGE VINCI
GERALD "MARTY" JOHNSON, JR.
GERALD BUCKOSKY
GERALD HANCHULAK
GERALD MEUNIER
GLENN ADAMS
GLESNER MOBILE HOME SALES, INC.
GOODLOE LEWIS
GRANT COUNTY MANUFACTURED
HOUSING
GRANT PARK DEVELOPMENT
GREEN TREE CREDIT SERVICES, LLC.
GREENBERG & SADA, P.C.
GREG MATTACOLA
GREGORY RITCHEY
GUY BLAIRE
HANK NESS
HANOVER CITIZENS INSURANCE CO.
HARBOR VILLAGE HOME CENTER,
INC.
HURST, MORRISSEY & HURST, PLLC
IN PRO PER
J. D. HUDSON
J. FORD LITTLE
J. ROBERT BEAUVAIS
J. ROBERT ECKLEY
J. RODNEY MESSINA
JACK HARANG, APLC
JACK L. GARTON
JACK W. HARANG, APLC

JAMES "DART" MEADOWS
JAMES CAHANIN
JAMES COLLINS
JAMES E. MARINO
JAMES J. MAJERNIK
JAMES KING
JAMES KOMMERS, ESQ.
JAMES L. MCRAE
JAMES LEE TEAGUE
JAMES M. HARTMANN
JAMES MAJERNIK
JAMES MERRITT, JR.
JAMES MURPHY
JAMES OWERS
JAMIE FLANAGAN
JAMIE FLANAGAN
JARED DES ROSIERS
JARROD W. SMITH UNIVERSITY
BUILDING
JASON DEAN/INDYMAC BANK
JEFFREY TZERMAN
JENNIFER ROGERS
JENNY KASER
JERALD ALBUM
JEREMY & ELIZABETH ALLEN.
JESSE ELISON
JOEL CRAIG
JOHN ANDREWS
JOHN BIRMINGHAM, JR.
JOHN DEBERRY, ESQ.
JOHN DELANY III
JOHN HANEY, JR.
JOHN HARWICK
JOHN JJJ. SYLVANUS
JOHN R. HOOPES
JOHN R. WRAY
JOHN SMALLEY
JOHN W. PARKER
JOHNNIE BROWN
JOSEPH KUEBER
JOSEPH MAY
JOSEPH STENGEL
JOSEPH T. LANDER
JOSEPH W. STEELE
KAREN KURNAT
KEN HARPER

KENNETH LOUGEE
KENNETH PIERCE
KENN-SCHELL
KENTUCKY HOMES, JEFFREY BUNDY
KEVIN BELL
KEVIN GRAMLING
KEVIN MIMS
KEVIN PRICE
KEVIN R. PATMORE
KIDDE, INC.
KIMBERLY GUEST
KIMBERLY HERLIHY
KIRK BLECHA
KIRK OKAY
KRISTIN DAVIS
KRISTINA THOMAS WHITAKER
KYLE JONES
KYLE WILSON
KYLE WOLF
L. ANDREW HOLLIS, JR.
LACY WHALEY
LAMONT DOMINGUE
LANE MARTIN
LARRY D. WINES
LARRY FORD
LARRY'S HOMES OF PENNSYLVANIA,
INC.
LAUREN UDDEN
LAURENCE A. STEEL
LAW OFFICE OF JOSEPH M. BRUNO
LAW OFFICES OF CRAIG A. SHERMAN
LAW OFFICES OF JAMES STOUT
LAW OFFICES OF WILLIAM FOLSOM
LAWRENCE J. CENTOLA, JR.
LAWRENCE MORHOUS
LEONARD FEIGEL
LEONARD HOWES
LEWIS GOODLOE
LEXINGTON INSURANCE CO.
LINDA JOSEPH
LINDA PISANI
LORI COLEMAN
LOUIS W. OLIVER, III
LUXURY HOMES, INC.
M. LEWIS HALL
M. TERRANCE HOYCHICK

MAIA TSURUMI
MARC APPEL
MARCIA MOLLERE
MARK BOGARD
MARK D. BALL
MARK LOVETT
MARK MIODUSZEWSKI
MARK POLIQUIN
MARK POLIQUIN
MARK ZUKOWSKI
MART G. FENDLEY
MARTIN BUCKLEY
MARTIN MASTERS
MARVIN GRAS, ESQ.
MARY C. MCLANE
MARYANNA PENTON
MATTHEW & TAMMY CLOUD
MATTHEW BUTLER
MATTHEW PEAIRE
MATTHEW SALAZAR
MATTHEW SCHALK
MATTHEW TURNER
MATTHEW VOORS
MATTHEW VOORS
MAXEY HOMES, INC.
MEGAN WILLOUGHBY
MICHAEL & DONNA HENDERSON
MICHAEL BEGOUN
MICHAEL BOSSE
MICHAEL CONNON
MICHAEL DANIELS
MICHAEL DESJARDINS
MICHAEL F. CAVANAUGH
MICHAEL HARPER
MICHAEL J. KUNSCH
MICHAEL J. SCHULTE
MICHAEL MCNULTY
MICHAEL PARRISH
MICHAEL PIERCE
MICHAEL SANDS, JR.
MIKAL C. WATTS, P.C.
MITCHELL ELLIS GREEN, ESQ.
MODULAR MARKET PLACE
MODULAR SPACE CORP.
MONICA PENNESI MARSICO
MORGAN TEMPLETON

MOUNTAIN STATE HOME SHOWCASE, INC.
NATIONWIDE MUTUAL INSURANCE CO.
NORDYNE
OHIO DEPT. OF JOB & FAMILY SERVICE
OLG LAND, INC. D/B/A HOLLY VILLAGE
ORIGIN FINANCIAL, INC.
ORLANDO & ANGELINA MONTOYA
PAMELA FORD
PARKS-MOBILE AIR OF WEST MONROE, LLC
PATRICK HIGGINS
PAUL BURNS
PAUL FLOHR D/B/A FLOHR CONSTRUCTION
PAUL G. MINOLETTI
PAUL JORDAN
PAUL KOLLER
PAUL Y. LEE
PETER CUMMINS
PETER MARCHESI
PHILIP FOCO
PHILIP O'SHEA, JR.
PHILLIP KOENIG
PICOTTE MNGMT. CO., INC.
PIERCE HOMES, INC.
POWELL "GEE" OGELTREE, JR.
PROGRESSIVE INS. CO.
QUALITY MANUFACTURED HOMES
R & R MOVERS, INC. CODY RIVERS
R. D. ANDERSON
R. RICHARD FARNELL RONALD E. NORMAN
R. SCOTT WHITEHEAD
RAINBOW HOME CENTER
RALPH'S HOME SALES
RAY COOK
RAYMOND YACKEL
REBECCA FISCHER
REBECCA MESSAL HACKSTAFF, GESSLER
RICHARD BUCHWALD
RICHARD DALTON

RICHARD GLEASON
RICHARD J. BOYD, JR.
RICHARD K. GOLL
RICHARD P. IEYOUB
RICHARD TONRY, II
RICK ROSE
RICKY HEMBA
RIOU LAW OFFICE
ROBERT "BOB" ANDRE
ROBERT ABDELLA
ROBERT BOWMAN, JR.
ROBERT C. HILLARD, LLP
ROBERT DEKOCK
ROBERT HERRING HOMES/ROBERT
HERRING
ROBERT KEETON, III, ESQ.
ROBERT LUCAS
ROBERT MCCRAE
ROBERT SMITH
ROBERT TODD GOOLSBY
ROBERT VARNEY
ROBERT W. HEDRICK
ROBERTA BURNS
RON EDDINS
RUSS MORGAN & PETER SALES
RUSTY SAVOIE
RYAN RODGERS
S. PRICE BARKER
SAUNDERS BRIDGES, JR.
SCOTT SCHOLL
SCOTT STEARNS
SCOTT T. KNOWLES
SEAN BAKER
SIDNEY D. TORRES, III
STANLEY J. BRASSINGTON
STEPHEN BANTON
STEPHEN DUGGAN
STEPHEN MULLINS
STEPHENVILLE HOMES, INC.
STEVEN BOREL
STEVEN GEBO
STEVEN HAROWITZ
STEVEN WARD
SUBURBAN ENERGY SERVICE
TERENCE MATTHEWS, ESQ.
TERRI BROPHY BAIR

TERRYL T. MATT, PLLC
THE OLIVE LAW FIRM
THOMAS BENTON, JR.
THOMAS LANGLEY
TIM UNGER
TIMOTHY SCOTT
TODD ROSE
TODD ROSE
TOM CUNNINGHAM
TOM RAPER
TRACEY BENSON
TRENTON M. STUPAK
U.S. BANK
UNITED HEALTHCARE OF
UNIVERSAL PROPERTY & CASUALTY
CO.
VINCENT NOWAK
W. BRIAN COLLINS
W. BRIAN CORNWELL
WENDY SMITH
WILKENSON & RADER
WILLIAM G. ALMAND, P.A.
WILLIAM N. SWIFT
WILLIAM THOMAS
WILLIAM W. DREHER
WILLOW TREE HOMES &
COMMERCIAL, INC.
WOODS, OVIATT, GILMAN, LLP

**Schedule B - Potential connections or related parties**

# Champion Disclosure

## Creditors [1]

American Electric Power
Babson Capital Management
Bank One
Canyon Partners
Comerica Bank
Credit Suisse
Cypresstree Investment Management Co
Deutsche Asset Management / Scudder
Ernst & Young
Fifth Third Bank
Fraser Sullivan
General Electric Investment Corp
Georgia-Pacific
Gulf Stream Asset Management
Highland Capital Management
JPMorgan Chase
LaSalle Bristol
LaSalle National Bank
National City Bank
Patrick Industries Inc
RBS Citizen
U S Bancorp
UGI Utilities
White Horse Capital

## Members of Noteholders Group [2]

Credit Suisse
Ikon Financial Services
JPMorgan Chase

## Professionals & Advisors [3]

Balch & Bingham, LLP
Blank Rome LLP
Bradley, Arant, Rose & White, LLP
Credit Suisse
Dykema Gossett
Ernst & Young
Eversheds LLP
Foley & Lardner
Frost, Brown & Todd, LLC
Jackson Walker, LLP
McGuire, Woods, LLP
Morgan Joseph
Pachulski Stang Ziehl & Jones
Ray, Quinney & Nebeker
Tucker, Ellis & West, LLP
Wheeler, Trigg, O'Donnell, LLP
Wilkie Farr & Gallagher

## Clients of A&M and/or its Affiliates [4]

Alabama Power
American Electric Power
Bank One
BlueLinx Corporation (Georgia-Pacific)
Comerica Bank
Credit Suisse
Deutsche Asset Management / Scudder
Dow Chemical Company
ESCO Industries
Fifth Third Bank
General Electric Investment Corp
Georgia-Pacific
Hess Corporation
Highland Capital Management
Hudson Energy Services, LLC

---

[1] A&M is currently advising or has previously advised these parties or their affiliates as creditors or various official creditors' committees in which these parties or their affiliates were members or which represented the interests of these parties or their affiliates.

[2] A&M is currently advising or has previously advised various official or unofficial noteholders' committees in which these parties or their affiliates were members or which represented the interests of these parties or their affiliates.

[3] These professionals have represented clients in matters where A&M was also an advisor (or provided crisis management) to the same client. In certain cases, these professionals may have engaged A&M on behalf of such client.

[4] A & M and/ or an affiliate is currently providing or has previously provided certain consulting services to these parties or their affiliates in wholly unrelated matters.

JPMorgan Chase
LaSalle National Bank
Lexington Insurance Co.
National City Bank
Nationwide Mutual Insurance Co.
RBS Citizen
Sage Software, Inc
Thomson Reuters
U S Bancorp
United Healthcare
Xcel - Public Service CO OP

## Significant Equity Holders[5]
ADP Inc
Babson Capital Management
Bank of the West
Canyon Partners
Deutsche Asset Management / Scudder
Dow Chemical Company
General Electric Investment Corp
Highland Capital Management
JPMorgan Chase
Lonestar
Pacific Gas & Electric, Inc
RBS Citizen

## Significant Joint Venture Partners[6]
Weyerhaeuser Company
JPMorgan Chase

## Board Member[7]
Eric S. Belsky

---

[5] These parties or their affiliates are significant equity holders of other clients or former clients of A&M or its affiliates in wholly unrelated matters.

[6] These parties or their affiliates are significant joint venture partners of other clients or former clients of A&M or its affiliates in wholly unrelated matters.

[7] These parties or their affiliates are board members of other clients or former clients of A&M or their affiliates in wholly unrelated matters.

2