IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHAMPION ENTERPRISES, INC., et al.,[1] | ) | Case No. 09-14019 (___) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |

## ORDER AUTHORIZING, BUT NOT DIRECTING, DEBTORS TO PAY PREPETITION CLAIMS OF SHIPPERS AND GRANTING RELATED RELIEF

Upon the motion (the "Motion") of the above-captioned debtors and debtors in possession herein (collectively, the "Debtors"), for entry of an order, authorizing but not directing, the Debtors to pay certain prepetition shipping charges and related possessory liens; and the Court having reviewed the Motion, the Knight Declaration, and all responses to the Motion; and due and proper notice of the Motion having been given under the circumstances; and it appearing that the relief requested is in the best interests of the Debtors, their estates and creditors; and on finding that such relief is necessary to avoid immediate and irreparable harm; and after due deliberation, and good and sufficient cause appearing therefore, it is hereby:

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the Debtors are authorized, but not directed, to pay the Shipping Obligations owing as of the Petition Date, provided that the amounts paid (excluding amounts

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Redman Homes, Inc. (4957); Champion Enterprises, Inc. (3168); Champion Home Builders Co. (4984); New Era Building Systems, Inc. (0928); North American Housing Corp. (1097); Homes of Merit, Inc. (8488); Western Homes Corporation (6910); Star Fleet, Inc. (0506); Champion Enterprises Management Co. (6726); Champion Retail, Inc. (2154); San Jose Advantage Homes, Inc. (1951); Highland Acquisition Corp. (8962); Highland Manufacturing Company LLC (6762); SSH Liquidating Corp. (6678); Champion Homes of Boaz, Inc. (3165); Iseman Corp. (5899); MHCDC, LLC (3417); HomePride Finance Corp. (4767); and Champion Development Corp. (4642). The address for all Debtors is 755 W. Big Beaver, Suite 1000, Troy, MI 48084.

paid prepetition that may not have cleared on the Petition Date) shall not exceed $700,000 in the aggregate unless otherwise ordered by the Court; and it is further

ORDERED that all banks and other financial institutions on which checks were drawn or electronic payment requests made in payment of the prepetition Shipping Obligations approved herein are authorized to receive, process, honor, and pay all such checks and electronic payment requests when presented for payment; provided, however, that sufficient funds are available in the Debtors' bank accounts to cover such payments; and provided, further, that all such banks and financial institutions are authorized to rely on the Debtors' designation of any particular check or electronic payment request as approved by this Order; and it is further

ORDERED that the requirements of Bankruptcy Rule 6003(b), providing that "a motion to pay all or part of a claim that arose before the filing of the petition" shall not be granted by the Court within 20 days of the Petition Date," and the corresponding notice requirements of Rule 6004 shall be waived. This Order shall be effective immediately;

ORDERED, that nothing herein shall be construed as the assumption of any executory contract or unexpired lease by the Debtors; and it is further

ORDERED, that nothing herein shall limit the ability of the Debtors to challenge the validity or amount of the claims for payment of any of the parties whose prepetition amounts are sought to be paid by the Motion.

Dated: _____, 2009

_____
United States Bankruptcy Judge