# EXHIBIT A

**Insurance Programs**

# CHAMPION ENTERPRISES, INC.
## Exhibit "A" - Policy listing
## 2009-2010

| Coverage | Carrier | Effective Date | Expiration Date | Policy No. | Policy Limit | Retention | Premium |
|---|---|---|---|---|---|---|---|
| **Itemized Policies** | | | | | | | |
| WC (countrywide) | Travelers | 10/1/2009 | 10/1/2010 | TC2O-UB-260T0825-09 | Stat/$1,000,000 | $500,000 | $908,191 |
| WC (AZ, OR, WI) | Travelers | 10/1/2009 | 10/1/2010 | TRJ-UB-260T0849-09 | Stat/$1,000,000 | $500,000 | Incl |
| | | | | | | | $908,191 |
| | | | | | | | |
| **Director's & Officers** | Federal Insurance Company (Chubb) | 4/4/2009 | 4/4/2010 | 8132-1073 | 10,000,000 | 500,000/1,000,000 | $500,000 |
| XDO1 | Lloyd's of London | 4/7/2009 | 4/4/2010 | FD0904339 | 10mm xs 10mm | | $266,500 |
| XDO2 | Continental Casualty Company (CNA) | 4/5/2009 | 4/4/2010 | 132033939 | 10mm xs 20mm | | $200,000 |
| XDO3 | National Union Fire Ins. Co. (AIG) | 4/6/2009 | 4/4/2010 | 01-766-14-11 | 10mm xs 20mm | | $160,000 |
| XDO5 Side-A | Houston Casualty Company | 4/9/2009 | 4/4/2010 | 24-MG-09-A9628 | 10mm xs40mm | | $123,000 |
| | | | | | | | $0 |
| | | | | | | TOTAL | $1,249,500 |
| | | | | | | | |
| General Liability | Travelers | 10/1/2009 | 10/1/2010 | TJ-EXGL-260T0917-09 | $250,000 | $1,750,000 SIR | $67,646 |
| | | | | | $2,500,000 agg | | |
| | | | | | $3,500,000 prod agg | | |
| | | | | | | | |
| **Auto Liability** | | | | | | | |
| AL (Star Fleet) | Travelers | 10/1/2009 | 10/1/2010 | TC2J-CAP-260T0874-09 | $2,000,000 | $500,000 | $231,330 |
| AL (Star Fleet) | Travelers | 10/1/2009 | 10/1/2010 | TC2J-LHT-260T0886-09 | $2,000,000 | $500,000 | Incl |
| Auto Hired Car Phys Dam | Travelers | 10/1/2009 | 10/1/2010 | TJ-CAP-133D8052-09 | $50,000 | $1,000 comp/coll | $250 |
| OCP NY | Travelers | 10/1/2009 | 10/1/2010 | TJ-PRH-260T0930-09 | $500,000 | $0 | $100 |
| | | | | | | | $231,680 |
| | | | | | | | |
| **Property** | | | | | | | |
| Primary 15M p/o 25M | Westport (Industrial Risk Insurers) | 5/31/2009 | 5/31/2010 | 31-3-72619 | $ 15,000,000.00 | $ 1,000,000 | $483,890 |
| Primary 10M p/o 25M | Lexington Insurance Company | 5/31/2009 | 5/31/2010 | 19945970 | $10,000,000 | | $335,697 |
| 5M p/o 35M X 25M | Essex Insurance Company | 5/31/2009 | 5/31/2010 | ESP6514 | $5,000,000 | | $21,500 |
| 15M p/o 35M X 25M | Liberty Mutual | 5/31/2009 | 5/31/2010 | MQ2-L9L-441518-019 | $8,000,000 | | $65,847 |
| 7,5M p/o 35M X 25M | Homeland Insurance Company of New York | 5/31/2009 | 5/31/2010 | YSP1210 | $7,000,000 | | $30,493 |
| 7.5M p/o 35M X 25M | Landmark American | 5/31/2009 | 5/31/2010 | LHD362909 | $5,000,000 | | $32,829 |
| | | | | | | TOTAL | $970,256 |
| | | | | | | | |
| Inland Cargo | Hartford | 8/1/2009 | 8/1/2010 | 36MSRY2334 | $100,000 | | $11,600 |
| | | | | | | Itemized Premium Total | $3,438,873 |
| | | | | | | | |
| **Miscellaneous Policies** | | | | | | | |
| **Casualty** | | | | | | | |
| Umbrella | Great American | 10/1/2009 | 10/1/2010 | UMB2195279 | $25,000,000 | | $595,771 |
| X1 | American Guarantee and Liability (Zurich) | 10/1/2009 | 10/1/2010 | 2213740 | 25mm xs 25mm | | $118,826 |
| X2 | Lexington London | 10/1/2009 | 10/1/2010 | AEC-3664888-11 | 25mm xs 50mm | | $83,160 |
| X3 | Federal Ins (Chubb) | 10/1/2009 | 10/1/2010 | 7983-74-89 | 25mm xs 75mm | | $64,000 |
| | | | | | | TOTAL | $861,757 |
| | | | | | | | |
| Foreign Liability | ACE American Insurance | 10/1/2009 | 10/1/2010 | PHFD38830827 | 1,000,000 | | $4,200 |
| | | | | | | | |
| Fiduciary | Federal Insurance Company (Chubb) | 4/4/2009 | 4/4/2010 | 8155-9846 | 15,000,000 | 50,000 | $135,000 |
| | | | | | | | |
| **EPL** | | | | | | | |
| Employment Practices | Lexington | 11/15/2008 | 11/15/2009 | 023814108 | $20,000,000 | $1,000,000 | $146,700 |
| Punitive Wrap | AIG Cat Excess Liability | 11/15/2008 | 11/15/2009 | 4247106 | $20,000,000 | | $13,203 |
| | | | | | | | $159,903 |
| | | | | | | | |
| Commercial Crime | Federal Insurance Company | 4/4/2009 | 4/4/2010 | 8208-1228 | $10,000,000 | $250,000 | $87,500 |
| | | | | | | | |
| Kidnap and Ransom | U.S. Specialty Insurance Company | 5/1/2009 | 5/1/2012 | U709-85308 | 10,000,000 | n/a | $9,250 |
| | | | | | | Miscellaneous Policies Total | $1,257,610 |
| | | | | | | | |
| Errors and Omissions (San Jose Advantage Homes) | Colony Insurance Company | 4/30/2009 | 4/30/2010 | DO0609158 | $1,000,000/$2,000,000 | $5,000 | $9,095 |
| | | | | | $25,000 Lock Box | | |
| | | | | | $50,000 Fair Housing | | |
| | | | | | $10,000 Failure to disclose hazard material | | |
| | | | | | | | |
| GL (San Jose Advantage Homes) | StarNet Insurance Company | 8/31/2009 | 8/31/2010 | MSB000082004 | $1,000,000 | $1,000 | $56,895 |
| AL (San Jose Advantage Homes) | Nationwide Mutual Insurance Company | 4/30/2009 | 4/30/2010 | ACP BA 7251555639 | $1,000,000 | $1,000 | $1,638 |
| WC(San Jose Advantage Homes) | Delos Insurance Company | 8/9/2009 | 8/9/2010 | 01DKRM12007450 | Stat/$1,000,000 | $0 | $8,731 |
| | | | | | | San Jose Advantage Homes | $76,359 |
| | | | | | | | |
| | | | | | | Total All Policies | $4,772,842 |