IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHAMPION ENTERPRISES, INC., et al.,[1] | ) | Case No. 09-14019 (KG) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |

**NOTICE OF AGENDA FOR HEARING ON FIRST DAY MOTIONS SCHEDULED FOR NOVEMBER 17, 2009 AT 1:30 P.M. BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**

This agenda sets forth items in the order they appear in the first day motions binders delivered to the Court. The status of each is set forth below.

1. Voluntary Petitions and Petition Packages

    a.   Redman Homes, Inc.
    b.   Champion Enterprises, Inc.
    c.   Champion Home Builders Co.
    d.   New Era Building Systems, Inc.
    e.   North American Housing Corp.
    f.   Homes of Merit, Inc.
    g.   Western Homes Corporation
    h.   Star Fleet, Inc.
    i.   Champion Enterprises Management Co.
    j.   Champion Retail, Inc.
    k.   San Jose Advantage Homes, Inc.
    l.   Highland Acquisition Corp.
    m.   Highland Manufacturing Company LLC
    n.   SSH Liquidating Corp.
    o.   Champion Homes of Boaz, Inc.
    p.   Iseman Corp.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Redman Homes, Inc. (4957); Champion Enterprises, Inc. (3168); Champion Home Builders Co. (4984); New Era Building Systems, Inc. (0928); North American Housing Corp. (1097); Homes of Merit, Inc. (8488); Western Homes Corporation (6910); Star Fleet, Inc. (0506); Champion Enterprises Management Co. (6726); Champion Retail, Inc. (2154); San Jose Advantage Homes, Inc. (1951); Highland Acquisition Corp. (8962); Highland Manufacturing Company LLC (6762); SSH Liquidating Corp. (6678); Champion Homes of Boaz, Inc. (3165); Iseman Corp. (5899); MHCDC, LLC (3417); HomePride Finance Corp. (4767); and Champion Development Corp. (4642). The address for all Debtors is 755 W. Big Beaver, Suite 1000, Troy, MI 48084.

q. MHCDC, LLC
r. HomePride Finance Corp.
s. Champion Development Corp.

### First Day Administrative Motions

2. Debtors' Motion for Order Directing Joint Administration of Related Chapter 11 Cases for Procedural Purposes Only **(Docket No. 2, filed 11/15/09)**

    **Status**: This matter is going forward.

3. Declaration of Phyllis Knight, Chief Financial Officer of the Debtors, in Support of First Day Motions **(Docket No. 3, filed 11/15/09)**.

    **Status**: The Declaration will be relied upon as evidentiary support for the first day matters listed below.

### Professional Retention Applications and Related Motions

4. Application of Debtors for Order Under 28 U.S.C. § 156(c) Authorizing and Approving the Retention of and Appointing Epiq Bankruptcy Solutions, LLC as Noticing, Claims and Balloting Agent **(Docket No. 14, filed 11/15/09)**

    **Status**: This matter is going forward.

5. Application Of The Debtors Pursuant To Section 327(a) Of The Bankruptcy Code, Rule 2014 Of The Federal Rules Of Bankruptcy Procedure And Local Rule 2014-1 For Authorization To Employ And Retain Pachulski Stang Ziehl & Jones LLP As Counsel For The Debtors And Debtors In Possession Nunc Pro Tunc To The Petition Date **(Docket No. 18, filed 11/15/09)**

    **Status**: This matter will be served out on notice to be heard at a date and time to be determined.

6. Debtors' Application to Employ and Retain Alvarez & Marsal North America, LLC as Financial Advisors to Debtors and Debtors in Possession Pursuant to Sections 327(a) and 328 of the Bankruptcy Code **(Docket No. 8, filed 11/15/09)**

    **Status**: This matter will be served out on notice to be heard at a date and time to be determined.

7. Application for Entry of An Order Authorizing Retention and Employment of Morgan Joseph & Co. Inc. as Financial Advisor and Investment Banker to the Debtors and Debtors-in-Possession Nunc Pro Tunc to the Petition Date **(Docket No. 15, filed 11/15/09)**

Status: This matter will be served out on notice to be heard at a date and time to be determined.

8. Application for Order Authorizing Retention and Employment of Ernst & Young LLP as Auditors for the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date **(Docket No. 28, filed 11/16/09)**

    **Status**: This matter will be served out on notice to be heard at a date and time to be determined.

9. Application Pursuant to Federal Rules of Bankruptcy Procedure 2014(a) for An Order Under Sections 327(a) and 328(a) of the Bankruptcy Code Authorizing the Employment and Retention of Sitrick and Company Inc. as Corporate Communications Consultants to the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date **(Docket No. 19, filed 11/15/09)**

    **Status**: This matter will be served out on notice to be heard at a date and time to be determined.

10. Motion of the Debtors Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code for an Order Authorizing the Debtors to Retain, Employ and Compensate Certain Professionals Utilized in the Ordinary Course of Business **(Docket No. 4, filed 11/15/09)**

    **Status**: This matter will be served out on notice to be heard at a date and time to be determined.

11. Debtors' Motion for an Order Establishing Procedures for Interim Compensation Pursuant to Section 331 of the Bankruptcy Code **(Docket No. 23, filed 11/15/09)**

    **Status**: This matter will be served out on notice to be heard at a date and time to be determined.

### First Day Motions Pertaining to Business Operations

12. Motion of Debtors for Entry of Order Under 11 U.S.C. §§ 105, 345, 363, 503, 1107, and 1108 Authorizing (I) Maintenance of Certain Existing Bank Accounts, (II) Continued Use of Existing Business Forms, (III) Continued Use of Existing Cash Management System, (IV) Continued Performance of Intercompany Transactions and Exercise of Intercompany Setoff Rights, (V) Grant of Postpetition Administrative Priority to Intercompany Claims, and (VI) Limited Waiver of Section 345(b) Deposit and Investment Requirements **(Docket No. 7, filed 11/15/09)**

    **Status**: This matter is going forward.

13. Motion of the Debtors for Entry of an Order: (I) Authorizing the Debtors to (A) Pay Wages, Salaries, and Other Compensation, (B) Maintain Employee Medical and Similar Benefits, and (C) Pay Reimbursable Employee Expenses; and (II) Authorizing and Directing Banks and Other Financial Institutions to Pay all Checks and Electronic Payment Requests Made by the Debtors Relating to the Foregoing **(Docket No. 16, filed 11/15/09)**

    **Status**: This matter is going forward.

14. Motion of the Debtors for an Order (A) Authorizing the Debtors to Pay Certain Prepetition Taxes and Prepetition Fees and (B) Authorizing and Directing Financial Institutions to Honor Related Checks, and Electronic Payment Requests **(Docket No. 13, filed 11/15/09)**

    **Status**: This matter is going forward.

15. Debtors' Motion for an Order Authorizing, But Not Directing, Debtors to Pay Prepetition Claims of Shippers and Granting Related Relief **(Docket No. 21, filed 11/15/09)**

    **Status**: This matter is going forward.

16. Debtors' Motion for Entry of Order Authorizing Debtors to (1) Honor Prepetition Obligations Pursuant to Their Customer Programs and (2) Continue the Same in the Ordinary Course of Business **(Docket No. 12, filed 11/15/09)**

    **Status**: This matter is going forward.

17. Motion of the Debtors for Entry of Interim and Final Orders Under Section 366 of the Bankruptcy Code (A) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing Procedures for Determining Adequate Assurance of Payment **(Docket No. 6, filed 11/15/09)**

    **Status**: The Debtors will present an interim order, and then seek scheduling of a final hearing on the Motion.

18. Debtors' Motion for Entry of Interim and Final Orders Establishing Notification and Hearing Procedures for Transfers of Common Stock **(Docket No. 10, filed 11/15/09)**

    **Status**: The Debtors will present an interim order, and then seek scheduling of a final hearing on the Motion.

19. Motion of the Debtors for Entry of an Order Under 11 U.S.C. Sections 105(a), 361, 362, 363 and 364 and Fed. R. Bankr. P. 6004(a) For an Order Authorizing: (I) Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection with Workers' Compensation, Liability, Property, and Other Insurance Programs, Including Payment of Policy Premiums, and Brokers' Fees; and (II) Continuation of Insurance Premium Financing Programs **(Docket No. 26, filed 11/15/09)**

    Status: This matter is going forward.

20. Motion of the Debtors and Debtors in Possession for an Order Authorizing Payment in the Ordinary Course of (I) Section 503(b)(9) Claims and (II) Certain Obligations for the Postpetition Delivery of Goods and Services **(Docket No. 25, filed 11/15/09)**

    Status: This matter is going forward.

21. Motion of Debtors for Authorization, But Not Directing, To Pay Certain Prepetition Claims of Critical Vendors **(Docket No. 9, filed 11/15/09)**

    Status: This matter is going forward.

## DIP Financing Motion

22. Motion of Debtors for Interim and Final Orders Pursuant to 11 U.S.C. Sections 105, 361, 362, 363, 364, and 365 for Authorization to: (1) Incur Senior Secured Superpriority Postpetition Financing; (2) Use Cash Collateral; (3) Grant Liens and Provide Supepriority Administrative Expense Status; (4) Grant Adequate Protection; (5) Modify the Automatic Stay; and (6) Schedule a Final Hearing **(Docket No. 24, filed 11/15/09)**

    Status: The Debtors will present an interim order, and then seek scheduling of a final hearing on the Motion.

23. Joint Motion Pursuant To Section 107(b) Of The Bankruptcy Code And Bankruptcy Rule 9018 For Authorization To File Under Seal Certain DIP Letters Related to the Proposed Senior Secured Super Priority Priming Debtor-In-Possession Credit And Guaranty Agreement **(Docket No. 5, filed 11/15/09)**

    Status: This matter is going forward.

## Motions Filed for Scheduling

24. Motion of the Debtors for an Order Providing that Creditors' Committee are Appointed in These Cases is Not Required to Provide Access to Confidential Information of the Debtors or to Privileged Information **(Docket No. 22, filed 11/15/09)**

    Status: This matter will be served out on notice to be heard at a date and time to be determined.

25. Motion Of Debtors For Authorization Pursuant To Sections 105 And 363 Of The Bankruptcy Code And Bankruptcy Rule 6004 To Honor Champion's Obligations Under Certain Guarantee Agreements On A Postpetition Basis **(Docket No. 20, filed 11/15/09)**

 **Status**: This matter will be served out on notice to be heard at a date and time to be determined.

26. Debtors' Motion For Authorization Pursuant To Sections 105 And 363 Of The Bankruptcy Code And Bankruptcy Rule 6004 To Honor In The Debtors' Sole Discretion The Limited Repurchase Obligations Of Champion With Respect To Certain Floorplan Financing Agreements **(Docket No. 17, filed 11/15/09)**

 **Status**: This matter will be served out on notice to be heard at a date and time to be determined.

Dated: November 16, 2009

PACHULSKI STANG ZIEHL & JONES LLP

_____
Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: ljones@pszjlaw.com
 dbertenthal@pszjlaw.com
 joneill@pszjlaw.com
 tcairns@pszjlaw.com

[Proposed] Counsel to Debtors and Debtors in Possession