IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHAMPION ENTERPRISES, INC., et al.,[1] | ) | Case No. 09-14019 (KG) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

## CERTIFICATE OF SERVICE

I, Timothy P. Cairns, hereby certify that on the 16th day of November, 2009, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated:

> **Notice of Agenda for Hearing on First Day Motions Scheduled for November 17, 2009 at 1:30 p.m. Before the Honorable Kevin Gross at the United States Bankruptcy Court for the District of Delaware, Located at 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.**

_____
Timothy P. Cairns (Bar No. 4228)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Redman Homes, Inc. (4957); Champion Enterprises, Inc. (3168); Champion Home Builders Co. (4984); New Era Building Systems, Inc. (0928); North American Housing Corp. (1097); Homes of Merit, Inc. (8488); Western Homes Corporation (6910); Star Fleet, Inc. (0506); Champion Enterprises Management Co. (6726); Champion Retail, Inc. (2154); San Jose Advantage Homes, Inc. (1951); Highland Acquisition Corp. (8962); Highland Manufacturing Company LLC (6762); SSH Liquidating Corp. (6678); Champion Homes of Boaz, Inc. (3165); Iseman Corp. (5899); MHCDC, LLC (3417); HomePride Finance Corp. (4767); and Champion Development Corp. (4642). The address for all Debtors is 755 W. Big Beaver, Suite 1000, Troy, MI 48084.

**Champion Enterprises, Inc. 2002**
**Facsimile Service List**
Case No. 09-14019 (KG)
Document No. 154626
47 - Facsimile

([Proposed] Counsel to the Debtors))
Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Mark M. Billion, Esquire
Pachulski Stang Ziehl & Jones LLP
919 Market Street
17th Floor
Wilmington, DE 19801

*Via Facsimile* 302-573-6497
Office Of The U.S. Trustee
844 King Street
Suite 2207
Lockbox 35
Wilmington, De 19801

*Via Facsimile* 302-573-6431
(United States Attorney)
Ellen W. Slights, Esquire
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE 19801

*Via Facsimile* 202-307-6777
(United States Attorney General)
Eric H. Holder, Jr., Esquire
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

*Via Facsimile* 302-739-3811
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

*Via Facsimile* 302-739-5635
Secretary of Treasury
P.O. Box 7040
Dover, DE 19903

*Via Facsimile* 202-622-6415
Secretary of Treasury
15th & Pennsylvania Avenue, N.W.
Washington, DC 20220

*Via Facsimile* 215-516-2015
Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114-0326

*Via Facsimile* 212-336-1348
Mark Schonfeld, Esquire
Regional Director
Securities & Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022

*Via Facsimile* 202-772-9260
Michael A. Berman, Esquire
Securities & Exchange Commission
Office of General Counsel-Bankruptcy
100 F Street, N.E.
Washington, DC 20549

*Via Facsimile* 202-772-9370
Matthew Berry, Esquire
Office of General Counsel
Federal Communications Commission
445 12th Street, S.W.
Washington, DC 20554

***Via Facsimile* 612-667-9825**
(35 Largest)
Wells Fargo Bank, N.A.
Collections Manager
625 Marquette Ave.
Minneapolis, MN 55479

*Via Facsimile 770-221-2129*
(35 Largest)
BlueLinx Corporation
Collections Manager
PO Box 642265
Pittsburgh, PA 15264-2265

*Via Facsimile 864-281-3498*
(35 Largest)
Guardian Building Products
Collections Manager
PO Box 207
Greenville, SC 29602

*Via Facsimile 518-562-8866*
(35 Largest)
Latham Buying Group LLC
Collections Manager
32 Archie Bordeau Road
Plattsburgh, NY 12901

*Via Facsimile 570-875 1518*
(35 Largest)
Universal Forest Products
Collections Manager
33373 Treasury Center
Chicago, IL 60694-3300

*Via Facsimile 574-523-2434*
(35 Largest)
Patrick Industries Inc.
Collections Manager
PO Box 638
Elkhart, IN 46515-0638

*Via Facsimile 352-732-8475*
(35 Largest)
Dave Carter & Associates, Inc.
Collections Manager
Post Office Box 934842
Atlanta, GA 31193-4842

*Via Facsimile 248-377-2154*
(35 Largest)
Palace Sports & Entertainment
Collections Manager
PO Box 79001
Detroit, MI 48279-1092

*Via Facsimile 888-444-7697*
(35 Largest)
Nordyne, Inc.
Collections Manager
PO Box 803913
Kansas City, MO 64180-3913

*Via Facsimile 310-608-1112*
(35 Largest)
Paco Steel & Engineering Corp.
Collections Manager
PO Box 60600
Los Angeles, CA 90060-0600

*Via Facsimile 765-289-6718*
(35 Largest)
Willco Wholesale Distributors Inc.
Collections Manager
1601 W 8th Street
Muncie, IN 47302

*Via Facsimile 866-802-6790*
(35 Largest)
General Electric Co
Appliance Collections Manager
307 N. Hurstbourne Pkwy
Louisville, KY 40222

*Via Facsimile 706-235-1768*
(35 Largest)
Syntec Industries
Dept # 1631
PO Box 11407
Birmingham, AL 35246-1631

*Via Facsimile 717-901-4854*
(35 Largest)
Wesco - Receivables Corp
Collections Manager
1751 Solutions Center Drive
Chicago, IL 60677-1077

*Via Facsimile 706-428-8205*
(35 Largest)
Shaw Industries
Collections Manager
PO Box 100232
Atlanta, GA 30384

*Via Facsimile 615-792-6387*
(35 Largest)
State Industries, Inc.
Collections Manager
12610 Collection Center Drive
Chicago, IL 60693-0120

*Via Facsimile 615-327-9998*
(35 Largest)
Henry Queener
1230 17th Ave., S.
Nashville, TN 37212

*Via Facsimile 843-756-1819*
(35 Largest)
Powell's Tire and Axle Inc.
Collections Manager
635 Hwy 9 Bypass West
Loris, SC 29569

*Via Facsimile 817-478-8649*
(35 Largest)
Kinro, Inc.
Collections Manager
PO Box 910886
Dallas, TX 75391-0886

*Via Facsimile 440-297-4603*
(35 Largest)
ICI Dulux Paint Centers
Collections Manager
21033 Network Place
Chicago, IL 60673-1210

*Via Facsimile 814-886-7077*
(35 Largest)
Seven D Wholesale of PA LP
C/O First Commonwealth Bank
PO Box 218
Ebensburg, PA 15931

*Via Facsimile 336-855-1997*
(35 Largest)
Phoenix Housing Group
Collections Manager
4604 Dundas Drive
Greensboro, NC 27407

*Via Facsimile 303-530-0344*
(35 Largest)
Aspen Laser Inc.
Collections Manager
5700 Flatiron Parkway
Boulder, CO 80301-5733

*Via Facsimile 909-987-8990*
(35 Largest)
Consolidated Electrical Dist - Riverside, CA
Collections Manager
PO Box 339
Rancho Cucamonga, CA 91729

*Via Facsimile 801-861-2654*
(35 Largest)
Novell, Inc.
Collections Manager
PO Box 641025
Pittsburgh, PA 15264-1025

*Via Facsimile 704-379-0685*
(35 Largest)
GreenFiber
Collections Manager
PO Box 8500-5865
Philadelphia, PA 19178-5865

*Via Facsimile 310-474-1580*
(35 Largest)
Corona Investment Co.
Collections Manager
10450 Charing Cross Rd
Los Angeles, CA 90024

*Via Facsimile 912-384-6480*
(35 Largest)
Elixir Industries
Collections Manager
1300 Pope Drive
Douglas, GA 31533

*Via Facsimile 425-861-6969*
(35 Largest)
Lockett Construction, Inc.
On Behalf of Plaintiff: Jamie K. Elison,
Marston Elison, PLLC
Anderson Park Bldg. 16880 N. E. 79th St.
Redmond, WA 98052-4424

*Via Facsimile 330-665-7899*
(35 Largest)
Empire Wholesale Lumber Co.
Collections Manager
1558 Momentum Place
Chicago, IL 60689-5315

*Via Facsimile 978-946-7899*
(35 Largest)
NaviSite, Inc.
Collections Manager
Uniondale, NY 11555-0138

*Via Facsimile 520-741-7787*
(35 Largest)
Adobe Homes, LLC
Collections Manager
1695 W Sunridge Dr.
Tucson, AZ 85704

*Via Facsimile 248-362-2910*
(35 Largest)
755 Tower Associates LLC
Collections Manager
Dept #77348
PO Box 77000
Detroit, MI 48277-0348

*Via Facsimile 574-535-2091*
(35 Largest)
Lippert Components, Inc.
88704 Expedite Way
Chicago, IL 60695-1700

*Via Facsimile 978-670-3996*
(35 Largest)
Boise Cascade
PO Box 360896
Pittsburgh, PA 15251-6896

*Via Facsimile 302-571-1253*
(Counsel to the DIP Lenders)
Robert Brady, Esquire
Matthew Lunn, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

*Via Facsimile 212-728-8111*
(Counsel to the DIP Lenders)
Paul V. Shalhoub, Esquire
Jessica S. Etra, Esquire
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019