IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHAMPION ENTERPRISES, INC., et al.,[1] | ) | Case No. 09-14019 (KG) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |

Hearing Date: November 17, 2009, at 1:30 p.m. prevailing Eastern Time

## NOTICE OF HEARING ON MOTION OF DEBTORS FOR INTERIM ORDER PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363, 364 AND 365 FOR AUTHORIZATION TO: (1) INCUR SENIOR SECURED SUPERPRIORITY POSTPETITION FINANCING; (2) USE CASH COLLATERAL; (3) GRANT LIENS AND PROVIDE SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS; (4) GRANT ADEQUATE PROTECTION; (5) MODIFY THE AUTOMATIC STAY; AND (6) SCHEDULE A FINAL HEARING

TO: (i) the U.S. Trustee, (ii) counsel to the Agent under the DIP Credit Agreement, (iii) counsel to the agents for the Prepetition Lenders; (iii) parties having Third Party Liens under the DIP Credit Agreement; (iv) all other parties with liens of record on assets of the Debtors as of the Petition Date; and (v) the Debtors' thirty-five (35) largest unsecured creditors on a consolidated basis, as identified in their chapter 11 petitions

**PLEASE TAKE NOTICE** that on November 15, 2009, the above-captioned debtors and debtors-in-possession (the "Debtors") filed the *Motion of Debtors for Interim and Final Orders Pursuant to 11 U.S.C. Sections 105, 361, 362, 363, 364, and 365 for Authorization to: (1) Incur Senior Secured Superpriority Postpetition Financing; (2) Use Cash Collateral; (3) Grant Liens and Provide Supepriority Administrative Expense Status; (4) Grant Adequate*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Redman Homes, Inc. (4957); Champion Enterprises, Inc. (3168); Champion Home Builders Co. (4984); New Era Building Systems, Inc. (0928); North American Housing Corp. (1097); Homes of Merit, Inc. (8488); Western Homes Corporation (6910); Star Fleet, Inc. (0506); Champion Enterprises Management Co. (6726); Champion Retail, Inc. (2154); San Jose Advantage Homes, Inc. (1951); Highland Acquisition Corp. (8962); Highland Manufacturing Company LLC (6762); SSH Liquidating Corp. (6678); Champion Homes of Boaz, Inc. (3165); Iseman Corp. (5899); MHCDC, LLC (3417); HomePride Finance Corp. (4767); and Champion Development Corp. (4642). The address for all Debtors is 755 W. Big Beaver, Suite 1000, Troy, MI 48084.

*Protection; (5) Modify the Automatic Stay; and (6) Schedule a Final Hearing* [Docket No. 24] (the "DIP Financing Motion").

**PLEASE TAKE FURTHER NOTICE** that the Debtors attached to the DIP Financing Motion the proposed *Interim Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing Under 11 U.S.C. §§105, 361, 362, 363(b), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and (B) to Utilize Cash Collateral Under 11 U.S.C. §363, (II) Granting Adequate Protection to Prepetition Secured Parties Under 11 U.S.C. §§ 361, 362, 363 and 364, and (III) Scheduling Final Hearing Under Bankruptcy Rule 4001(b) and (c)* (the "Proposed Interim DIP Financing Order"). A copy of the Proposed Interim DIP Financing Order is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to seek interim approval of the DIP Financing Motion and entry of the Proposed Interim DIP Financing Order in substantially the form attached hereto at a hearing (the "Interim Hearing") before the Honorable Kevin Gross, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801, on **November 17, 2009, at 1:30 p.m. prevailing Eastern Time**. A copy of the DIP Financing Motion may be obtained by contacting the Debtors' undersigned proposed counsel or by accessing the website of the Debtors' proposed claims, noticing and solicitation agent, Epiq Bankruptcy Solutions, LLC, at http://chapter11.epiqsystems.com/champion.

**PLEASE TAKE FURTHER NOTICE** that after the Interim Hearing, the Debtors shall serve upon you a complete copy of (a) the DIP Financing Motion, (b) any Interim

DIP Financing Order entered by the Court at the Interim Hearing, and (c) notice of the final hearing on the DIP Financing Motion.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to modify, if necessary, the Proposed Interim DIP Financing Order before or at the Interim Hearing.

Dated: November 16, 2009

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: ljones@pszjlaw.com
dbertenthal@pszjlaw.com
joneill@pszjlaw.com
tcairns@pszjlaw.com

[Proposed] Counsel to Debtors and Debtors in Possession