IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| REDMAN HOMES, INC., | ) | Case No. 09-14018 (KG) |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHAMPION ENTERPRISES, INC., | ) | Case No. 09-14019 (KG) |
| | ) | Re: D.I. No. 2 |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHAMPION HOME BUILDERS CO., | ) | Case No. 09-14025 (KG) |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NEW ERA BUILDING SYSTEMS, INC., | ) | Case No. 09-14020 (KG) |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NORTH AMERICAN HOUSING CORP., | ) | Case No. 09-14021 (KG) |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| HOMES OF MERIT, INC., | ) | Case No. 09-14022 (KG) |
| | ) | |
| Debtor, | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WESTERN HOMES CORPORATION, | ) | Case No. 09-14023 (KG) |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| STAR FLEET, INC., | ) | Case No. 09-14024 (KG) |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHAMPION ENTERPRISES MANAGEMENT CO., | ) | Case No. 09-14026 (KG) |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHAMPION RETAIL, INC., | ) | Case No. 09-14027 (KG) |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SAN JOSE ADVANTAGE HOMES, INC., | ) | Case No. 09-14028 (KG) |
| | ) | |
| Debtor, | ) | |
| | ) | |
| | ) | Chapter 11 |
| HIGHLAND ACQUISITION CORP., | ) | |
| | ) | Case No. 09-14029 (KG) |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| HIGHLAND MANUFACTURING COMPANY LLC, | ) | Case No. 09-14030 (KG) |
| | ) | |
| Debtor, | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SSH LIQUIDATING CORP., | ) | Case No. 09-14031 (KG) |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHAMPION HOMES OF BOAZ, INC., | ) | Case No. 09-14032 (KG) |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ISEMAN CORP., | ) | Case No. 09-14033 (KG) |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| MHCDC, LLC, | ) | Case No. 09-14034 (KG) |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| HOMEPRIDE FINANCE CORP., | ) | Case No. 09-14035 (KG) |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHAMPION DEVELOPMENT CORP. | ) | Case No. 09-14036 (KG) |
| | ) | |
| Debtor, | ) | |

**ORDER AUTHORIZING JOINT ADMINISTRATION OF RELATED
CHAPTER 11 CASES FOR PROCEDURAL PURPOSES ONLY**

This matter coming before the Court on the *Debtors' Motion for Order Directing Joint Administration of Related Chapter 11 Cases for Procedural Purposes Only* (the "Motion")[1]

---

[1] Capitalized terms not defined herein retain the meaning assigned to them in the Motion.

filed by the debtors and debtors in possession in the captioned chapter 11 cases (collectively, the "Debtors"); the Court having reviewed the Motion; the Court finding that: (a) jurisdiction over this matter is proper pursuant to 28 U.S.C. §§ 1334 and 157; (b) the Debtors are "affiliates" within the meaning of section 101(2) of the Bankruptcy Code; (c) the joint administration of the Debtors' cases for procedural purposes is appropriate pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Local Rule 1015-1; and (d) service and notice of the Motion was sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is hereby GRANTED.

2. The captioned chapter 11 cases are hereby consolidated for procedural purposes only and shall be jointly administered by this Court. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the captioned cases, and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

3. The caption of the jointly administered cases shall read as follows:

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHAMPION ENTERPRISES, INC., et al.,[1] | ) | Case No. 09-14019 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Redman Homes, Inc. (4957); Champion Enterprises, Inc. (3168); Champion Home Builders Co. (4984); New Era Building Systems, Inc. (0928); North American Housing Corp. (1097); Homes of Merit, Inc. (8488); Western Homes Corporation (6910); Star Fleet, Inc. (0506); Champion Enterprises Management Co. (6726); Champion Retail, Inc. (2154); San Jose Advantage Homes, Inc. (1951); Highland Acquisition Corp. (8962); Highland Manufacturing Company LLC (6762); SSH Liquidating Corp. (6678); Champion Homes of Boaz, Inc. (3165); Iseman Corp. (5899); MHCDC, LLC (3417); HomePride Finance Corp. (4767); and Champion Development Corp. (4642). The address for all Debtors is 755 W. Big Beaver, Suite 1000, Troy, MI 48084.

4. The clerk shall make a docket entry in each of the Debtors' cases substantially as follows:

> An order (the "Joint Administration Order") has been entered in this case directing the joint administration of the chapter 11 cases listed below for procedural purposes only. The docket in case no. 09-14019 (KG) should be consulted for all matters affecting this case. The following chapter 11 cases are jointly administered pursuant to the Joint Administration Order:

Redman Homes, Inc., Case No. 09-14018; Champion Enterprises, Inc., Case No. 09-14019; Champion Home Builders Co., Case No. 09-14025; New Era Building Systems, Inc., Case No. 09-14020; North American Housing Corp., Case No. 09-14021; Homes of Merit, Inc., Case No. 09-14022; Western Homes Corporation, Case No. 09-14023; Star Fleet, Inc., Case No. 09-14024; Champion Enterprises Management Co., Case No. 09-14026; Champion Retail, Inc., Case No. 09-14027; San Jose Advantage Homes, Inc., Case No. 09-14028; Highland Acquisition Corp., Case No. 09-14029; Highland Manufacturing Company LLC, Case No. 09-14030; SSH Liquidating Corp., Case No. 09-14031; Champion Homes of Boaz, Inc., Case No. 09-14032; Iseman Corp., Case No. 09-14033; MHCDC, LLC, Case No. 09-14034; HomePride Finance Corp, Case No. 09-14035; and Champion Development Corp., Case No. 09-14036.

Dated: November 17, 2009

The Honorable Kevin Gross
United States Bankruptcy Judge