# **EXHIBIT A**

## Supplemental List of Ordinary Course Professionals

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES TO BE RENDERED |
|---|---|---|
| Aidenbaum, Schloff and Bloom PLLC | 6960 Orchard Lake Road, Suite 315 West Blomfield, MI 48322 | Legal services – patent matter |