# United States Bankruptcy Court

## _____ District Of Delaware_____

In re   Redman Homes, Inc._____,          Case No. 09-14018 (KG)_____
                    Debtor

                                                            Chapter 11_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $   10,464,982.00 | | |
| B - Personal Property | Yes | 14 | $   64,622,980.87<br>+ undetermined amounts | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 7 | | $   191,251,113.98<br>+ undetermined amounts | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 8 | | $   26,885.18<br>+ undetermined amounts | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2176 | | $   13,297,394.97<br>+ undetermined amounts | |
| G - Executory Contracts and Unexpired Leases | Yes | 58 | | | |
| H - Codebtors | Yes | 4 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $   N/A |
| J - Current Expenditures of Individual Debtors(s) | No | | | | $   N/A |
| TOTAL | | 2269 | $   75,087,962.87<br>+ undetermined amounts | $   204,575,394.13<br>+ undetermined amounts | |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| CHAMPION ENTERPRISES, INC, *et al.*,[1] | Case No. 09-14019 |
| Debtors. | Jointly Administered |

## GLOBAL NOTES AND STATEMENT OF
## LIMITATIONS, METHODOLOGY AND DISCLAIMER
## REGARDING THE DEBTORS' SCHEDULES OF ASSETS
## AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Champion Enterprises, Inc. and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (the "Debtors") have filed their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements," and collectively with the "Schedules," the "Schedules and Statements") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtors, with the assistance of their advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

Phyllis Knight has signed each set of the Schedules and Statements. Ms. Knight serves as the Chief Financial Officer for Champion Enterprises, Inc. and an officer of its domestic subsidiaries including each of the Debtors in these Chapter 11 cases. In reviewing and signing the Schedules and Statements, Ms. Knight has necessarily relied upon the efforts, statements and representations of various personnel of the Debtors. Ms. Knight has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each U.S. Debtors' federal tax identification number (if any), include: Champion Development Corp. (4642); Champion Enterprises Management Co. (6726); Champion Enterprises, Inc. (3168); Champion Home Builders Co. (4984); Champion Homes of Boaz, Inc. (3165); Champion Retail, Inc. (2154); Highland Acquisition Corp. (8962); Highland Manufacturing Company LLC (6762); HomePride Finance Corp. (4767); Homes of Merit, Inc. (8488); Iseman Corp. (5899); MHCDC, LLC (3417); New Era Building Systems, Inc. (0928); North American Housing Corp. (1097); Redman Homes, Inc. (4957); San Jose Advantage Homes, Inc. (1951); SSH Liquidating Corp. (6678); Star Fleet, Inc. (0506); and Western Homes Corporation (6910). The location of the Debtors' corporate headquarters and the service address for all of the Debtors is: 755 W. Big Beaver Rd., Suite 1000, Troy, MI 48084.

The Global Notes and Statement of Limitations, Methodology and Disclaimer Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all of the Schedules and Statements. The Global Notes should be referred to and reviewed in connection with any review of the Schedules and Statements.[2]

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled to the financial statements of each Debtor. The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment. The Schedules and Statements reflect the Debtors' reasonably best efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent at the Petition Date (as defined herein) or at any time prior to the Petition Date. Likewise, to the extent that a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or any time prior to the Petition Date.

In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements as is necessary and appropriate.

Nothing contained in the Schedules and Statements shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 cases, including, without limitation, any issues involving substantive consolidation, equitable subordination, defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant applicable laws to recover assets or avoid transfers.

**Description of Cases**. On November 15, 2009, (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their business and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On November 16, 2009, an order was entered directing procedural consolidation and joint administration of these chapter 11 cases. Each Debtor's fiscal year ends on the Saturday closest to December 31. All asset information contained in the

---

[2]   The Global Notes are in addition to the specific notes contained in each Debtor's Schedules and Statements. The fact that the Debtors have prepared a "specific note" with respect to any of the Schedules and Statements and not to others should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any of the Debtors' remaining Schedules and Statements.

Schedules and Statements, except where otherwise noted, is reported as of the close of business on November 15, 2009. For all balance sheet asset listings, the Debtors have rounded the value to the nearest $1,000. All liability information contained in the Schedules and Statements are reported as of the best available prepetition information.

**Recharacterization**. Notwithstanding that the Debtors have made reasonable best efforts to correctly characterize, classify, categorize or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized or designated certain items. Thus, the Debtors reserve all rights to recharacterize, reclassify, recategorize or redesignate items reported in the Schedules and Statements at a later time as is necessary and appropriate.

**Liabilities**. The Debtors allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change. The Debtors reserve all rights to modify, amend and supplement the Schedules and Statements as is necessary and appropriate.

The liabilities listed on these Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.

**Insiders**. For purposes of the Schedules and Statements, the Debtors define "insiders" pursuant to section 101(31) of the Bankruptcy Code as (a) directors; (b) officers; and (c) debtor/non-debtor affiliates. The list of directors and officers has been limited to those individuals required to be listed for SEC reporting in the annual proxy filing. Payments to debtor/non-debtor affiliates as set forth in Statement 3c represent the net change in intercompany claims and balances over a period of approximately one year.

Persons listed as "insiders" have been included for informational purposes only. The Debtors do not take any position with respect to (a) such person's influence over the control of the Debtors, (b) the management responsibilities or functions of such individuals, (c) the decision-making or corporate authority of such individual, or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law.

**Intercompany Claims**. Receivables and payables among the Debtors in these chapter 11 cases and their affiliates (each an "Intercompany Receivable" or "Intercompany Payable" and, collectively, the "Intercompany Claims") are reported on Schedule B and Schedule F, respectively. The listing of these amounts is not and shall not be construed as an admission of the characterization of such balances, as debt, equity or otherwise. The Debtors have used reasonable efforts to ensure that the proper intercompany balance is attributed to each legal entity, but reserve all rights to amend the Intercompany Claims in the Schedules and Statements.

**Executory Contracts**.  The Debtors have not set forth executory contracts as assets in the Schedules and Statements.  The Debtors' executory contracts have been set forth in Schedule G.

**Classifications**.  Listing a claim (1) on Schedule D as "secured," (2) on Schedule E as "priority," (3) on Schedule F as "unsecured," or (4) listing a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract.

**Claims Description**.  While the Debtors have made every effort to properly classify each claim listed in the Schedules and Statements as being either disputed or undisputed, liquidated or unliquidated, and contingent or noncontingent, the Debtors have not been able to fully reconcile all payments made to certain third parties and their related entities on account of the Debtors' obligations to same.  Any failure to designate a claim on a given Debtor's Schedules and Statements as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated."  The Debtors reserve all rights to dispute any claim reflected on their respective Schedules and Statements on any grounds, including, without limitation, liability, classification or to otherwise subsequently designate such claims as "disputed," "contingent" or "unliquidated."

**Causes of Action**.  Despite reasonable efforts, the Debtors may not have identified and/or set forth all of their causes of action (filed or potential) against third parties as assets in their Schedules and Statements.  The Debtors reserve all rights with respect to any causes of action and nothing in the Global Notes or the Schedules and Statements shall be deemed a waiver of any such causes of action.

1.      <u>Summary of Significant Reporting Policies</u>.   The following is a summary of significant reporting policies:

(a)      <u>Currency</u>.  All amounts are reflected in U.S. dollars.

(b)      <u>Undetermined Amounts</u>.  The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.

(c)      <u>Totals</u>.  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are "unknown" or "undetermined" amounts, the actual total may be different than the listed total.

(d)      <u>Current Market Value - Net Book Value</u>.  Current market valuations are neither maintained by, nor readily available to, the Debtors.  Accordingly, the Debtors' Schedules and Statements reflect net book values.  Market values may vary, at some times materially, from net book value.  Also, assets that have been fully depreciated or that were expensed for accounting purposes do not appear in these Schedules and Statements as they have no net book value.

(e)　Paid Claims.　The Debtors have authority to pay certain outstanding prepetition payables pursuant to a Bankruptcy Court order, as such, outstanding liabilities have been reduced by any Bankruptcy Court approved postpetition payments made on prepetition payables.　To the extent the Debtors pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend or supplement the Schedules and Statements or take other action such as filing claims objections, as is necessary and appropriate to avoid over payment or duplicate payments for liabilities.

(f)　Excluded Assets and Liabilities.　The Debtors have excluded the following categories of assets and liabilities from the Schedules and Statements: goodwill, intangible pension benefits, and accrued liabilities including, but not limited to, accrued salaries and employee benefits.　Other immaterial assets and liabilities may also have been excluded.

(g)　Liens.　The inventories, property and equipment listed in the Schedules and Statements are presented without consideration of any liens.

2.　Specific Schedules and Statements Disclosures

(a)　Schedule A.　The real property values listed on Schedule A reflect the net book value of the real property.

(b)　Schedule B2.　The Debtors have listed book balances for amounts related to checking, savings and other financial accounts.

(c)　Schedules B13 & B14.　Ownership interests in subsidiaries, partnerships and joint ventures have been listed in these Schedules at an undetermined amount because the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from the net book value.

(d)　Schedule B16.　The Debtors have listed accounts receivable balances at net book balances.

(e)　Schedule B22.　The Debtors and their Subsidiaries (as defined in the Credit Agreement) license the name "Champion Home Centers" to each member of their affiliated company owned and independent retailer network.　This license currently continues for as long as the retailer remains in the "Champion Home Centers" program.　There are over 650 such license agreements, each of which is substantially the same.　The Debtors and their Subsidiaries allow some of the other Subsidiaries to use their marks. Such use is not reported in these Schedules.　Champion Motor Coach, Inc. assigned a portion of its rights to the names "Champion Motor Coach" and "Champion Bus"

for a perpetual term to Thor Industries, Inc./Champion Bus, Inc., the purchaser of Champion Motor Coach, Inc.'s bus manufacturing business.

(f)    <u>Schedule D</u>.  Except as otherwise agreed pursuant to a written agreement, stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D.  Moreover, although the Debtors have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.  The descriptions provided in Schedule D are intended only to be a summary.

The Debtors have not included on Schedule D parties that may believe their claims are secured through setoff rights or inchoate statutory lien rights.  Although there are multiple parties that hold a portion of the debt included in the secured facilities, only the administrative and collateral agents have been listed for purposes of Schedule D.

(g)    <u>Schedule E</u>.  The Debtors have authority to pay certain prepetition obligations including to pay employee wages and other employee benefits in the ordinary course of business pursuant an interim order (the "<u>Employee Wages Order</u>").  Pursuant to such Employee Wages Order, the Debtors believe that any employee claims for prepetition amounts related to ongoing payroll and benefits, whether allowable as a priority or nonpriority claim, have been or will be satisfied, and such satisfied amounts are not listed on Schedule E.

(h)    The Debtors have authority to pay certain prepetition tax obligations in the ordinary course of business pursuant to an interim order (the "<u>Tax Order</u>").  However, out of an abundance of caution all taxing authorities for which the Debtors may have an outstanding liability have been listed on Schedule E in an "Undetermined" amount.

(i)    <u>Schedule F</u> reflects the prepetition amounts owing to certain counterparties to executory contracts and unexpired leases.  In addition, Schedule F does not include rejection damages claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

The claims of individual creditors for, among other things, merchandise, goods, services or taxes are listed on the Debtors' books and records and may not reflect credits or allowances due from such

creditor.  The Debtors reserve all of their rights respecting such credits and allowances.   The dollar amounts listed may be exclusive of contingent and unliquidated amounts.

Schedule F contains information regarding pending litigation involving the Debtors. In certain instances, the Debtor that is the subject of the litigation is unclear or undetermined. However, to the extent that litigation involving a particular Debtor has been identified, such information is contained in the Schedule for that Debtor. The amounts for these potential claims are listed as undetermined and marked as contingent, unliquidated and disputed in the Schedules.

(j)     Schedule G. While every effort has been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable.  The Debtors hereby reserve all of their rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth in Schedule G and to amend or supplement such Schedule as necessary.  Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights.  Such rights, powers, duties and obligations are not set forth separately on Schedule G. Certain construction agreements listed on Schedule G contain mutual indemnification provisions that survive the completion of the construction project.  Theses indemnification liabilities have not been listed separately on Schedule F.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

(k)     Schedule H.  For purposes of Schedule H, only the agents under the prepetition credit facilities are listed for claims arising thereunder. Additionally, the Debtors have not listed any litigation-related Co-Debtors on Schedule H.  Instead, all such listings can be found on the Debtors Schedule F and Statement 4(A), where applicable.

(l)     Statement Question 2.  For purposes of Statement Question 2, net book value was used to determine if income was generated from the sale of an asset.

(m)    <u>Statement Questions 3b and 3c</u>.  Receipts and disbursements are made through a centralized and consolidated cash management system.  Payments made are listed by the entity making such payment notwithstanding that certain payments will have been made on behalf of another entity.  As such, only certain Debtors include a response to Statements questions 3b and 3c.

(n)    <u>Statement Question 8</u>.  The Debtors occasionally incur losses for a variety of reasons including theft and property damage, etc.  Certain of these losses may not have been tracked and, thus, the Debtors have only listed losses that were identifiable in their books and records.  In addition, given the routine nature of inventory shrinkage, the Debtors did not list these losses.

(o)    <u>Statement Question 10</u>.  Listing items on Statement Question 10 does not constitute an admission that these items were transferred outside of the ordinary course.

**<u>Global Notes Control</u>**.  In the event that the Schedules and Statements differ from the foregoing Global Notes, the Global Notes shall control.

<div align="center">

***END OF GLOBAL NOTES***

**SCHEDULES AND STATEMENTS BEGIN ON THE FOLLOWING PAGE**

</div>

In re   Redman Homes, Inc.                                    ,          Case No.   09-14018 (KG)
                        **Debtor**                                                                              **(If known)**

# SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Real property located at 308 Sheridan Drive, Topeka, Indiana | Fee Simple | | $2,813,875 | Property is pledged to secure the secured credit facilities. |
| Real property located at 1500 N. Detroit St., LaGrange, Indiana | Fee Simple | | $3,205,044 | Property is pledged to secure the secured credit facilities. |
| Real property located at 1204 Mill St., Silverton, Oregon | Fee Simple | | $855,614 | Property is pledged to secure the secured credit facilities. |
| Real property located at 101 Garden Spot Road, Ephrata, Pennsylvania | Fee Simple | | $978,813 | Property is pledged to secure the secured credit facilities. |
| Real property located at 501 S. Burleson Blvd., Burleson, Texas | Fee Simple | | $2,611,636 | Property is pledged to secure the secured credit facilities. |

Total ►   $ 10,464,982.00

(Report also on Summary of Schedules.)

In re **Redman Homes, Inc.** _____,     Case No. **09-14018 (KG)**_____
                     **Debtor**                                                      **(If known)**

# SCHEDULE B – PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian," Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Petty Cash | | $3,000.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooprativies. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | See Attached Rider | | $3,555.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | See Attached Rider | | Undetermined |
| 10. Annuities. Itemize and name each issuer. | X | | | |

**B6B (Official Form 6B) (12/07) – Cont.**

In re  Redman Homes, Inc.                              ,          Case No. 09-14018 (KG)
                    **Debtor**                                              **(If known)**

# SCHEDULE B – PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | See Attached Rider | | Undetermined |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | See Attached Rider | | $57,192,353.87 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | See Attached Rider | | $20,072.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

In re  **Redman Homes, Inc.**                                        ,          Case No. **09-14018 (KG)**
                    **Debtor**                                                                    **(If known)**

# SCHEDULE B – PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Vendor Volume Rebates | | $200,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | See Attached Rider | | Undetermined |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | See Attached Rider | | $296,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | See Attached Rider | | $175,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | See Attached Rider | | $2,310,000.00 |
| 30. Inventory. | | See Attached Rider | | $4,362,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

B6B (Official Form 6B) (12/07) – Cont.

In re **Redman Homes, Inc.**_____,        Case No. **09-14018 (KG)**_____
                    **Debtor**                                              **(If known)**

# SCHEDULE B – PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | Other Prepaid Expenses | | $61,000.00 |

____3____ continuation sheets attached        Total ▶

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

$ 64,622,980.87
+ undetermined amounts

## SCHEDULE B - PERSONAL PROPERTY
### Rider B.3 - Security Deposits

| DEPOSIT | AMOUNT |
|---|---|
| Colony of Kettering Apartments | $555.00 |
| Long-Term Security Deposits | $3,000.00 |
| **Total** | **$3,555.00** |

**SCHEDULE B - PERSONAL PROPERTY**
**Rider B.9 - Interests in Insurance Policies**

| INSURANCE COMPANY | TYPE OF POLICY | POLICY NUMBER | SURRENDER OR REFUND VALUE |
|---|---|---|---|
| Federal Insurance Company (Chubb) | Director & Officer | 8132-1073 | See Note* |
| Lloyd's of London | Director & Officer - XDO1 | FD0904339 | See Note* |
| Continental Casualty Company (CNA) | Director & Officer - XDO2 | 132033939 | See Note* |
| National Union Fire Ins. Co. (AIG) | Director & Officer - XDO3 | 01-766-14-11 | See Note* |
| Houston Casualty Company | Director & Officer - XDO5 Side-A | 24-MG-09-A9628 | See Note* |
| Great American | Casualty - Umbrella | UMB2195279 | See Note* |
| American Guarantee and Liability (Zurich) | Casualty - X1 | 2213740 | See Note* |
| Lexington London | Casualty - X2 | AEC-3664888-11 | See Note* |
| Federal Insurance Company (Chubb) | Casualty - X3 | 7983-74-89 | See Note* |
| Federal Insurance Company (Chubb) | Fiduciary | 8155-9946 | See Note* |
| Federal Insurance Company | Commercial Crime | 8208-1228 | See Note* |
| Travelers | Workers Compensation - WC (countrywide) | TC2O-UB-260T0825-09 | See Note* |
| Travelers | Workers Compensation - WC (AZ, OR, WI) | TRJ-UB-260T0849-09 | See Note* |
| Travelers | General Liability | TJ-EXGL-260T0917-09 | See Note* |
| Travelers | Auto Liability - AL (Star Fleet) | TC2J-CAP-260T0874-09 | See Note* |
| Travelers | Auto Liability - Auto Hired Car Phys Dam | TJ-CAP-133D8052-09 | See Note* |
| Travelers | Auto Liability - OCP NY | TJ-PRH-260T0930-09 | See Note* |
| Westport (Industrial Risk Insurers) | Property - Primary 15M p/o 25M | 31-3-72619 | See Note* |
| Lexington Insurance Company | Property - Primary 10M p/o 25M | 19945970 | See Note* |
| Essex Insurance Company | Property - 5M p/o 35M X 25M | ESP6514 | See Note* |
| Liberty Mutual | Property - 15M p/o 35M X 25M | MQ2-L9L-441518-019 | See Note* |
| Homeland Insurance Company of New York | Property - 7.5M p/o 35M X 25M | YSP1210 | See Note* |
| Landmark American | Property - 7.5M p/o 35M X 25M | LHD362909 | See Note* |
| ACE American Insurance | Foreign Liability | PHFD36830827 | See Note* |
| US Specialty Insurance Company | Kidnap and Ransom | U709-85308 | See Note* |

| | |
|---|---|
| **Total** | **Undetermined** |

*Note: Surrender values listed under Schedule B9 of the policyholder, Champion Enterprises, Inc., Case No. 09-14019 (KG).

**SCHEDULE B - PERSONAL PROPERTY**
**Rider B.13 - Stock and interests in incorporated and unincorporated businesses. Itemize.**

| DESCRIPTION | OWNERSHIP INTEREST | VALUE |
|---|---|---|
| Star Fleet, Inc. | 100% | Undetermined |
| | Total | **Undetermined** |

### SCHEDULE B - PERSONAL PROPERTY
### Rider B.16 - Accounts Receivable

| DESCRIPTION | VALUE |
|---|---|
| Accounts Receivable - Trade | $1,230,000.00 |
| Doubtful Accounts - Trade | -$89,000.00 |
| Employee Receivables (Advances) | $3,000.00 |
| Intercompany Receivable - CFH Liquidating Corp. (Non-Filing Entity) | $774,646.20 |
| Intercompany Receivable - Champion Enterprises Management Co. (Filing Entity) | $29,887,225.87 |
| Intercompany Receivable - CRH Liquidating Corp. (Non-Filing Entity) | $740,228.07 |
| Intercompany Receivable - GM Liquidating Corp. (Non-Filing Entity) | $3,338,578.13 |
| Intercompany Receivable - Iseman Corp. (Filing Entity) | $15,122,064.21 |
| Intercompany Receivable - San Jose Advantage Homes, Inc. (Filing Entity) | $783,436.48 |
| Intercompany Receivable - Star Fleet, Inc. (Filing Entity) | $772,396.81 |
| Intercompany Receivable - WM Liquidating Corp. (Non-Filing Entity) | $4,624,778.10 |
| Other Receivables | $5,000.00 |
| **Total** | **$57,192,353.87** |

**SCHEDULE B - PERSONAL PROPERTY**
**Rider B.18 - Other Liquidated Debts Owed to the Debtor**

| DESCRIPTION | VALUE |
|---|---|
| 2006 Iowa Income Tax Refund | $4,243.00 |
| 2006 Virginia Income Tax Refund | $98.00 |
| 2006 West Virginia Income Tax Refund | $3,583.00 |
| 2007 Virginia Income Tax Refund | $4,900.00 |
| 2008 West Virginia Franchise Tax Refund | $7,248.00 |
| **Total** | **$20,072.00** |

**SCHEDULE B -PERSONAL PROPERTY**
**Rider B.22 - Patents, Copyrights and Other Intellectual Property**

| REGISTERED US TRADEMARKS | REGISTRATION NO. | REGISTRATION DATE | VALUE |
|---|---|---|---|
| Dutch | 2050361 | 4/8/1997 | Undetermined |
| Fortune | 2462213 | 6/19/2001 | Undetermined |
| New Moon | 726680 | 1/23/1962 | Undetermined |
| The Great American Homemaker | 1575727 | 1/2/1990 | Undetermined |
| Redman Homes | 3452755 | 6/24/2008 | Undetermined |
| The Great American Homemaker Redman Homes (& Design) | 1273869 | 4/10/1984 | Undetermined |

**SCHEDULE B - PERSONAL PROPERTY**
**Rider B.25 - Automobiles and Other Vehicles**

| DESCRIPTION | NET BOOK VALUE |
|---|---|
| Trucks / Vehicles | $3,533,000.00 |
| Trucks / Vehicles - Accumulated Depreciation | -$3,237,000.00 |
| **Total** | **$296,000.00** |

## SCHEDULE B - PERSONAL PROPERTY
### Rider B.28 - Office Equipment, Furnishings and Supplies

| DESCRIPTION | NET BOOK VALUE |
|---|---|
| Furniture & Fixtures | $1,116,000.00 |
| Computer Equipment | $1,480,000.00 |
| Furniture & Fixtures - Accumulated Depreciation | -$1,048,000.00 |
| Computer Equipment - Accumulated Depreciation | -$1,373,000.00 |
| **Total** | **$175,000.00** |

**SCHEDULE B - PERSONAL PROPERTY**
**Rider B.29 - Machinery, Fixtures, Equipment and Supplies used in Business**

| DESCRIPTION | NET BOOK VALUE |
|---|---|
| Construction in Progress | $21,000.00 |
| Machinery & Equipment | $15,658,000.00 |
| Machinery & Equipment - Accumulated Depreciation | -$13,369,000.00 |
| **Total** | **$2,310,000.00** |

**SCHEDULE B - PERSONAL PROPERTY**
**Rider B.30 - Inventory**

| DESCRIPTION | NET BOOK VALUE |
|---|---:|
| Finished Goods Inventory | $560,000.00 |
| Obsolescence Reserve | -$94,000.00 |
| On-Line Inventory (WIP) | $811,000.00 |
| PPV Inventory | $30,000.00 |
| Raw Material Inventory | $2,863,000.00 |
| Unit Buy-Back Inventory | $192,000.00 |
| **Total** | **$4,362,000.00** |

**B6C (Official Form 6C) (12/07)**

In re  **Redman Homes, Inc.**                    ,          Case No.  **09-14018 (KG)**
                    **Debtor**                                              **(If known)**

# SCHEDULE C – PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:       ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $136,875.
☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable | | | |

In re  __Redman Homes, Inc._____,       Case No.   __09-14018 (KG)_____
                        **Debtor**                                              **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AMS INDIANA, INC.<br>3933 E. JACKSON BLVD<br>ELKHART, IN 46516 | | | UCC Financing Statement No. 63778727 Filed with the Delaware Department of State on 10/16/2006<br><br>VALUE $ Undetermined | X | | | Undetermined | Undetermined |
| ACCOUNT NO.<br><br>ASSOCIATES LEASING, INC.<br>8001 RIDGEPOINT DR<br>IRVING, TX 75063 | | | Continuation No. 2004078508-8 filed with the Michigan Department of Statedated 04/19/2004 relating to Financing Statement No. D508665 regarding 1999 Mitsubishi Model #FG25BLP Serial #AF17B-05479 #AF17B-05480 #AF17B-04594<br><br>VALUE $ Undetermined | X | | | Undetermined | Undetermined |
| _6_ continuation sheets attached | | | Subtotal ▶<br>(Total of this page) | | | | $ 0.00 | $0.00 |
| | | | Total ▶<br>(Use only on last page) | | | | $ | $ |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

In re  Redman Homes, Inc.                              ,          Case No.   09-14018 (KG)
                    **Debtor**                                                              **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. BANKS CORPORATION 426 NORTH MAIN ST. ELKHART, IN 46516 | | | Consignment No. 41027004 Filed with the Delaware Department of State on 04/12/2004 <br><br> VALUE $ Undetermined | | X | | Undetermined | Undetermined |
| ACCOUNT NO. BANKS CORPORATION 426 NORTH MAIN ST. ELKHART, IN 46516 | | | Amendment No. 53150241 filed with the Delaware Department of State dated 10/12/2005 relating to Financing Statement No. 53123982 regarding UCC Amendment No. 53150241 Filed with the Delaware Department of State on 10/12/2005 relating to Fin <br> VALUE $ Undetermined | | X | | Undetermined | Undetermined |
| ACCOUNT NO. BARLOWORLD FLEET LEASING LLC 11301-C GRANITE ST. CHARLOTTE, NC 28273 | | | UCC Financing Statement No. 50491127 Filed with the Delaware Department of State on 02/14/2005 <br><br> VALUE $ Undetermined | | X | | Undetermined | Undetermined |
| ACCOUNT NO. CREDIT SUISSE, CAYMAN ISLAND BRANCH AS ADMINISTRATIVE AGENT 11 MADISON AVE. NEW YORK, NY 10010 | X | | Subsidiary Guarantee - Revolving Loan, $26,676,231.82 - Funded Debt, $12,992,369.00 - Letters of Credit Issued, $954,770.85 - Accrued Interest, $332,377.01 - Fees <br> VALUE $ Undetermined | | X | | $40,955,748.68 | Undetermined |

Sheet no. _1_ of _6_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)

$ 40,955,748.68     $0.00

Total(s) ▶
(Use only on last page)

$                          $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   09-14018 (KG)
                        **Debtor**                                                              **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CREDIT SUISSE, CAYMAN ISLAND BRANCH<br>AS ADMINISTRATIVE AGENT<br>11 MADISON AVE.<br>NEW YORK, NY 10010 | X | | Subsidiary Guarantee - Synthetic LOC Facility, $42,075,505.00 Aggregate Face Amount of Letters of Credit Issued<br><br>VALUE $ Undetermined | | X | | $42,075,505.00 | Undetermined |
| ACCOUNT NO.<br><br>CREDIT SUISSE, CAYMAN ISLAND BRANCH<br>AS ADMINISTRATIVE AGENT<br>11 MADISON AVE.<br>NEW YORK, NY 10010 | X | | Subsidiary Guarantee - U.S. Term Loans, $45,453,144.79 - Funded Debt, $1,626,816.64 - Accrued Interest<br><br>VALUE $ Undetermined | | X | | $47,079,961.43 | Undetermined |
| ACCOUNT NO.<br><br>CREDIT SUISSE, CAYMAN ISLAND BRANCH<br>AS ADMINISTRATIVE AGENT<br>11 MADISON AVE.<br>NEW YORK, NY 10010 | X | | Subsidiary Guarantee - Sterling Term Loans, $59,961,768.74 - Funded Debt, $1,178,130.13 - Accrued Interest, Converted at an Exchange Rate of 1.6686 USD/GBP as of November 13,2009<br>VALUE $ Undetermined | | X | | $61,139,898.87 | Undetermined |
| ACCOUNT NO.<br><br>PACO STEEL & ENGINEERING CORP.<br>19828 SOUTH ALAMEDA STREET<br>RANCHO DOMINGUEZ, CA 90211 | | | Financing Statement No. 20093452932 filed with the Delaware Department of State dated 10/27/2009 regarding all of Bailor's inventory stored by the Bailee at the premises located at 308 Sheridan Drive, Topeka, IN 46571<br><br>VALUE $ Undetermined | | X | | Undetermined | Undetermined |

Sheet no.  _2_  of  _6_  continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)►
(Total(s) of this page)

$ 150,295,365.30   |   $0.00

Total(s) ►
(Use only on last page)

$                          |   $

(Report also on Summary of Schedules.)   |   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  Redman Homes, Inc.                                    ,          Case No.   09-14018 (KG)
                          **Debtor**                                                                        **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. PACO STEEL & ENGINEERING CORP. 19828 SOUTH ALAMEDA STREET RANCHO DOMINGUEZ, CA 90211 | | | Financing Statement No. 20093438261 filed with the Delaware Department of State dated 10/26/2009 regarding all of Bailor's inventory stored by the Bailee at the premises located at 501 S. Burleson Blvd., Burleson, TX 76028 | | X | | Undetermined | Undetermined |
| | | | VALUE $ Undetermined | | | | | |
| ACCOUNT NO. PACO STEEL & ENGINEERING CORP. 19828 SOUTH ALAMEDA STREET RANCHO DOMINGUEZ, CA 90211 | | | Financing Statement No. 20093438287 filed with the Delaware Department of State dated 10/26/2009 regarding all of Bailor's inventory stored by the Bailee at the premises located at Route #3, 1425 Sunnyside Road, Weiser, ID 83672 | | X | | Undetermined | Undetermined |
| | | | VALUE $ Undetermined | | | | | |
| ACCOUNT NO. PACO STEEL & ENGINEERING CORP. 19828 SOUTH ALAMEDA STREET RANCHO DOMINGUEZ, CA 90211 | | | UCC Financing Statement No. 93438261 Filed with the Delaware Department of State on 10/26/2009 | | X | | Undetermined | Undetermined |
| | | | VALUE $ Undetermined | | | | | |
| ACCOUNT NO. PACO STEEL & ENGINEERING CORP. 19828 SOUTH ALAMEDA STREET RANCHO DOMINGUEZ, CA 90211 | | | UCC Financing Statement No. 93438287 Filed with the Delaware Department of State on 10/26/2009 | | X | | Undetermined | Undetermined |
| | | | VALUE $ Undetermined | | | | | |

Sheet no.  _3_  of  _6_  continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (s)▶ (Total(s) of this page) | $ 0.00 | $0.00 |
| Total(s) ▶ (Use only on last page) | $ | $ |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

In re  Redman Homes, Inc.                                    ,          Case No.   09-14018 (KG)
                        **Debtor**                                                              **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PACO STEEL & ENGINEERING CORP.<br>19828 SOUTH ALAMEDA STREET<br>RANCHO DOMINGUEZ, CA 90211 | | | UCC Financing Statement No. 93452932 Filed with the Delaware Department of State on 10/27/2009<br><br>VALUE $ Undetermined | X | | | Undetermined | Undetermined |
| ACCOUNT NO.<br><br>TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 3457<br>TORRANCE, CA 90150 | | | Amendment No. 64367603 filed with the Delaware Department of State dated 12/13/2006 relating to Lease No. 63882206 regarding UCC Amendment No. 64367603 Filed with the Delaware Department of State on 12/13/2006 relating to Lease No. 6388220<br>VALUE $ Undetermined | X | | | Undetermined | Undetermined |
| ACCOUNT NO.<br><br>TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 3457<br>TORRANCE, CA 90150 | | | Amendment No. 72383403 filed with the Delaware Department of State dated 06/22/2007 relating to Lease No. 72239399 regarding UCC Amendment No. 72383403 Filed with the Delaware Department of State on 06/22/2007 relating to Lease No. 7223939<br><br>VALUE $ Undetermined | X | | | Undetermined | Undetermined |

Sheet no.  _4_  of  _6_  continuation sheets attached to Schedule of Creditors Holding Secured Claims

|  |  |
|---|---|
| Subtotal (s)▶<br>(Total(s) of this page) | $ 0.00 | $0.00 |
| Total(s) ▶<br>(Use only on last page) | $ | $ |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

In re  **Redman Homes, Inc.**                                    ,          Case No.   09-14018 (KG)
                **Debtor**                                                                                            **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>UNIVERSAL FOREST PRODUCTS EASTERN DIVISION, INC.<br>2801 EAST BELTLINE AVE. NE<br>GRAND RAPIDS, MI 49525 | | | Amendment No. 90862349 filed with the Delaware Department of State dated 03/18/2009 relating to Financing Statement No. 90856416 regarding UCC Amendment No. 90862349 Filed with the Delaware Department of State on 03/18/2009 relating to Fin | | X | | Undetermined | Undetermined |
| | | | VALUE $ Undetermined | | | | | |
| ACCOUNT NO.<br><br>UNIVERSAL FOREST PRODUCTS WESTERN DIVISION, INC.<br>2801 EAST BELTLINE AVE. NE<br>GRAND RAPIDS, MI 49525 | | | Amendment No. 90862588 filed with the Delaware Department of State dated 03/18/2009 relating to Financing Statement No. 90856465 regarding UCC Amendment No. 90862588 Filed with the Delaware Department of State on 03/18/2009 relating to Fin | | X | | Undetermined | Undetermined |
| | | | VALUE $ Undetermined | | | | | |
| ACCOUNT NO.<br><br>WELLS FARGO BANK, N.A.<br>AS COLLATERAL AGENT<br>ATTN: LYNN M. STEINER<br>CORPORATE TRUST SERVICES<br>625 MARQUETTE AVE.<br>MINNEAPOLIS, MN 55479 | X | | Secured Debt - Subsidiary Guarantee -Collateral Agent for Revolving Loan, Synthetic LOC Facility, U.S. Term Loans and Sterling Term Loans | X | X | | Undetermined | Undetermined |
| | | | VALUE $ Undetermined | | | | | |

Sheet no.  _5_  of  _6_  continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s) ▶
(Total(s) of this page)

| $ 0.00 | $0.00 |
|---|---|

Total(s) ▶
(Use only on last page)

| $ | $ |
|---|---|
| (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

In re  Redman Homes, Inc.                              ,          Case No.   09-14018 (KG)
　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  WELLS FARGO BANK, N.A., AS COLLATERAL TRUSTEE 230 WEST MONROE STREET, SUITE 2900 ATTN: CORPORATE TRUST AND ESCROW SERVICES CHICAGO, IL 60606 | | | UCC Financing Statement No. 53389526 Filed with the Delaware Department of State on 10/31/2005  VALUE $ Undetermined | X | | | Undetermined | Undetermined |
| ACCOUNT NO.  WELLS FARGO BANK, N.A., AS COLLATERAL TRUSTEE 230 WEST MONROE STREET, SUITE 2900 ATTN: CORPORATE TRUST AND ESCROW SERVICES CHICAGO, IL 60606 | | | Financing Statement No. 2005188308-9 filed with the Michigan Department of Statedated 10/31/2005 regarding all of Debtor's personal property  VALUE $ Undetermined | X | | | Undetermined | Undetermined |
| ACCOUNT NO.  WEYERHAEUSER COMPANY 1835 PENNINGTON DRIVE MURFREESBORO, TN 37129 | | | UCC Financing Statement No. 52871417 Filed with the Delaware Department of State on 09/16/2005  VALUE $ Undetermined | X | | | Undetermined | Undetermined |
| ACCOUNT NO.  | | | VALUE $ | | | | | |
| ACCOUNT NO.  | | | VALUE $ | | | | | |

Sheet no.  6  of  6  continuation
sheets attached to Schedule of Creditors
Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (s)▶ (Total(s) of this page) | $ 0.00 | $0.00 |
| Total(s) ▶ (Use only on last page) | $ 191,251,113.98 + undetermined amounts | $0.00 + undetermined amounts |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

In re   <u>Redman Homes, Inc.</u>      ,              Case No. <u>09-14018 (KG)</u>
<div style="text-align:center">Debtor                                                 (if known)</div>

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐    **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐    **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐    **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐    **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

**B6E (Official Form 6E) (12/07) – Cont.**

In re  <u>Redman Homes, Inc.</u>                           ,          Case No. <u>09-14018 (KG)</u>
                              **Debtor**                                                                          **(if known)**

☐    **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐    **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒    **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐    **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐    **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment**.**

<u>  6  </u> **continuation sheets attached**

In re  Redman Homes, Inc.                                    ,        Case No.   09-14018 (KG)
                    **Debtor**                                                                          **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Taxing Authority | | | | Undetermined | Undetermined | Undetermined |
| ALABAMA DEPARTMENT OF REVENUE BUSINESS PRIVILEGE TAX SECTION 50 N. RIPLEY MONTGOMERY, AL 36132 | | | | X | X | X | | | |
| Account No. | | | Taxing Authority | | | | Undetermined | Undetermined | Undetermined |
| ARKANSAS DEPT OF FINANCE & ADMINISTRATION 9108 NO. RODNEY PARHAM RD., SUITE 107 LITTLE ROCK, AR 72205 | | | | X | X | X | | | |
| Account No. | | | Taxing Authority | | | | Undetermined | Undetermined | Undetermined |
| COLORADO DEPT OF REVENUE 1375 SHERMAN ST. DENVER, CO 80261 | | | | X | X | X | | | |
| Account No. | | | Taxing Authority | | | | Undetermined | Undetermined | Undetermined |
| COMPTROLLER OF MARYLAND REVENUE ADMINISTRATION CENTER 80 CALVERT STREET ANNAPOLIS, MD 21404 | | | | X | X | X | | | |

Sheet no.  1  of  6  continuation sheets attached to Schedule of Creditors Holding Priority Claims

|  | | |
|---|---|---|
| Subtotals ▶ (Totals of this page) | $ 0.00 | $ 0.00 | $ 0.00 |
| Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

<u>Type of Priority for Claims Listed on This Sheet</u>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Taxing Authority | | | | Undetermined | Undetermined | Undetermined |
| COMPTROLLER OF PUBLIC ACCOUNTS 1700 CONGRESS AVENUE AUSTIN, TX 78701-1436 | | | | X | X | X | | | |
| Account No. | | | Taxing Authority | | | | Undetermined | Undetermined | Undetermined |
| CORPORATE TAX RETURN PROCESSING IOWA DEPT OF REVENUE HOOVER STATE OFFICE BUILDING, 1305 E. WALNUT DES MOINES, IA 50319 | | | | X | X | X | | | |
| Account No. | | | Taxing Authority | | | | Undetermined | Undetermined | Undetermined |
| GA DEPARTMENT OF REVENUE PROCESSING CENTER 1800 CENTURY BOULEVARD ATLANTA, GA 30345 | | | | X | X | X | | | |
| Account No. | | | Taxing Authority | | | | Undetermined | Undetermined | Undetermined |
| ILLINOIS DEPT OF REVENUE WILLARD ICE BUILDING, 101 WEST JEFFERSON STREET SPRINGFIELD, IL 62794-9008 | | | | X | X | X | | | |

Sheet no.  2  of  6  continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

$ 0.00    $ 0.00    $ 0.00

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)

$

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

$          $

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

__Type of Priority for Claims Listed on This Sheet__

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>JOHNSON COUNTY TAX ASSESSOR-COLLECTOR JOHNSON COUNTY COURTHOUSE 2 N. MAIN ST. ROOM: 312 CLEBURNE, TX 76033 | | | Taxing Authority | X | X | X | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>KANSAS FRANCHISE TAX KANSAS DEPT OF REVENUE (INCOME) 915 SW HARRISON ST TOPEKA, KS 66699-5000 | | | Taxing Authority | X | X | X | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>LAGRANGE COUNTY TREASURER 114 W. MICHIGAN STREET, #4 LAGRANGE,, IN 46761 | | | Taxing Authority | X | X | X | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>MARICOPA COUNTY TREASURER 301 WEST JEFFERSON STREET PHOENIX, AZ 85003-2199 | | | Taxing Authority | X | X | X | Undetermined | Undetermined | Undetermined |

Sheet no. _3_ of _6_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)
$ 0.00 | $ 0.00 | $ 0.00

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)
$

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)
$ | $

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>MARION COUNTY TAX COLLECTOR<br>PO BOX 3416<br>PORTLAND, OR 97208-3416 | | | Taxing Authority | X | | | $25,595.14 | Undetermined | Undetermined |
| Account No.<br><br>MISSISSIPPI STATE TAX COMMISSION<br>CORPORATE TAX DIVISION<br>P. O. BOX 1033<br>JACKSON, MS 39215-1033 | | | Taxing Authority | X | X | X | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>MISSOURI DIRECTOR OF REVENUE<br>M H & MODULAR UNITS PROGRAM<br>PO BOX 360<br>JEFFERSON CITY, MO 65102 | | | Taxing Authority | X | | | $1,290.04 | Undetermined | Undetermined |
| Account No.<br><br>NEW YORK STATE CORPORATION TAX<br>ATT: OFFICE OF COUNSEL<br>BUILDING 9, W.A. HARRIMAN CAMPUS<br>ALBANY, NY 12227 | | | Taxing Authority | X | X | X | Undetermined | Undetermined | Undetermined |

Sheet no.   4   of   6   continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals ▶ (Totals of this page) | $ 26,885.18 | $ 0.00 | $ 0.00 |
| Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> NORTH CAROLINA DEPARTMENT OF REVENUE <br> 4701 ATLANTIC AVENUE, SUITE 118 <br> RALEIGH, NC 27640-0500 | | | Taxing Authority | X | X | X | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> OHIO TREASURER OF STATE <br> OHIO DEPARTMENT OF TAXATION <br> 4485 NORTHLAND RIDGE BLVD <br> COLUMBUS, OH 43229 | | | Taxing Authority | X | X | X | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> PA DEPT OF REVENUE, BUREAU OF CORP.TAXES <br> PO BOX 280427 <br> HARRISBURG, PA 17128-0427 | | | Taxing Authority | X | X | X | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> SC DEPARTMENT OF REVENUE <br> DEPARTMENT OF REVENUE <br> 301 GERVAIS ST. <br> COLUMBIA, SC 29214 | | | Taxing Authority | X | X | X | Undetermined | Undetermined | Undetermined |

Sheet no.  5  of  6  continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

$ 0.00 | $ 0.00 | $ 0.00

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

$

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

$ | $

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

__Type of Priority for Claims Listed on This Sheet__

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Taxing Authority | | | | Undetermined | Undetermined | Undetermined |
| STATE OF NEW JERSEY DIVISION OF TAXATION, REVENUE PROC CENTER. 50 BARRACK STREET, 1ST FLOOR LOBBY TRENTON, NJ 8695 | | | | X | X | X | | | |
| Account No. | | | Taxing Authority | | | | Undetermined | Undetermined | Undetermined |
| TAXATION AND REVENUE DEPARTMENT CORPORATE INCOME & FRANCHISE TAX P. O. BOX 25127 SANTA FE, NM 87504-5127 | | | | X | X | X | | | |
| Account No. | | | Taxing Authority | | | | Undetermined | Undetermined | Undetermined |
| VIRGINIA DEPT OF TAXATION 600 EAST MAIN STREET RICHMOND, VA 23218-1500 | | | | X | X | X | | | |
| Account No. | | | Taxing Authority | | | | Undetermined | Undetermined | Undetermined |
| WISCONSIN DEPT OF REVENUE 2135 RIMROCK ROAD MADISON, WI 53713 | | | | X | X | X | | | |

Sheet no.  6  of  6  continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▶ (Totals of this page)

| $ 0.00 | $ 0.00 | $ 0.00 |
|---|---|---|

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

| $ 26,885.18 + undetermined amounts | | |
|---|---|---|

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

| | $ 0.00 + undetermined amounts | $ 0.00 + undetermined amounts |
|---|---|---|

B6F (Official Form 6F) (12/07)

In re   Redman Homes, Inc.                                          ,          Case No. 09-14018 (KG)
                        Debtor                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  <br><br> 4-S CONSTRUCTION LLC <br> UNKNOWN ADDRESS | X | | Litigation - CV-2008-004201 | X | X | X | Undetermined |
| ACCOUNT NO.  <br><br> A & G COMMERCIAL TRUCKING <br> 111 EASTSIDE DRIVE <br> PO BOX 229 <br> ASHLAND, MO 65010 | | | General Trade Payable | | | | $985.00 |
| ACCOUNT NO.  <br><br> A & H INDUSTRIES, INC <br> PO BOX 223 <br> 837 RAILROAD STREET <br> MYERSTOWN, PA 17067 | | | General Trade Payable | | | | $712.60 |

                                                                                    Subtotal ▶   $ 1,697.60

  2,170  continuation sheets attached                                                   Total ▶   $
                                                         (Use only on last page of the completed Schedule F.)
                                              (Report also on Summary of Schedules and, if applicable, on the Statistical
                                                        Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                               ,          Case No.   09-14018 (KG)
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>A&A ENTERPRISES, INC.<br>C/O TIM CAIN<br>WILSON, CAIN & ACQUAVIVA<br>300 N.W.13TH STREET, SUITE 100<br>OKLAHOMA CITY, OK 73103 | X | | Codefendant - Case No. CJ-2009-4807 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>A-1 HOMES OF AMARILLO<br>4369 AMARILLO BLVD. EAST<br>AMARILLO, TX 79107 | X | | Litigation - 97165E | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>A-1 HOMES OF AMARILLO<br>C/O D. BRENT WELLS<br>WELLS & CUELLER<br>THE LYRIC CENTRE, 440<br>LOUISIANA, SUITE 718<br>HOUSTON, TX 77002 | X | | Codefendant - Case No. 96 310-D | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>A-1 HOMES, INC<br>800 S. HUGHES<br>PO BOX 308<br>HAMILTON, MO 64644 | | | General Trade Payable | X | | | $23,459.28 |

Sheet no.  _1_ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 23,459.28

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                            ,          Case No.   **09-14018 (KG)**
            **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>A-1 MOBILE HOMES INC<br>1655 HWY SS SOUTH<br>PO BOX 348<br>RICE LAKE, WI 54868 | | | General Trade Payable | X | | | $2,127.65 |
| ACCOUNT NO.<br><br>A-1 MOBILE HOMES INC<br>1655 HWY SS SOUTH<br>PO BOX 348<br>RICE LAKE, WI 54868 | | | Customer Deposits | X | | | $1,500.00 |
| ACCOUNT NO.<br><br>A-INTERPRISE PROPERTIES, INC<br>UNKNOWN ADDRESS | X | | Litigation - 512601 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>A.D. WHITE<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |

Sheet no.  _2_ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶            $ 3,627.65

Total ▶            $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                        ,        Case No.   **09-14018 (KG)**
                          **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| AARON, MAE C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| AARON, MAE, AS NEXT FRIEND OF J.A., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4842 | | | | Undetermined |
| ABBY TREADAWAY C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no.   **3**  of  **2,170**  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ►   $ 0.00

Total ►   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                              ,          Case No.   09-14018 (KG)
　　　　　　　　**Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  |  |  | Litigation - Case No. 09 4842 |  |  |  | Undetermined |
| ABBY TREADAWAY, ON BEHALF OF THE MINOR REFERRED TO AS C.J. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 |  |  |  | X | X | X |  |
| ACCOUNT NO.  |  |  | General Trade Payable |  |  |  | $1,050.00 |
| ABC SUPPLY CO INC PO BOX 44665 MADISON, WI 53744 |  |  |  |  |  |  |  |
| ACCOUNT NO.  |  |  | Codefendant - Case No. 08-1481-CK |  |  |  | Undetermined |
| ABEL MANUFACTURED HOUSING, INC. PO BOX 126 HOUGHTON LAKE, MI 48629 | X |  |  | X | X | X |  |
| ACCOUNT NO.  |  |  | General Trade Payable |  |  |  | $106.68 |
| ABLE HOUSING CORP 1204 BOMBAY LANE ROSWELL, GA 30076 |  |  |  |  |  |  |  |

Sheet no.   4  of  2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 1,156.68

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                        ,          Case No.  **09-14018 (KG)**
_____                    _____
            **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| ABNEY, CYNTHIA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| ABNEY, CYNTHIA, AS NEXT FRIEND OF E.A., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| ABNEY, LARRY C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| ABNEY, MICHAEL C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no. _5_ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 0.00

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                              ,          Case No.   **09-14018 (KG)**
                         **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.                                        ABSTON, FRANK C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.                                        ACADEMY HOMES OF MARSHALL, LTD DBA ACADEMY HOMES 5113 EAST END BLVD. S. MARSHALL, TX 75672 | | | General Trade Payable | | | | $142.95 |
| ACCOUNT NO.                                        ACADEMY HOMES OF TYLER 915 S SW LOOP 323 TYLER, TX 75701 | | | Customer Deposits | X | | | $10,294.00 |
| ACCOUNT NO.                                        ACE HARDWARE PO BOX 338 TOPEKA, IN 46571 | | | General Trade Payable | | | | $596.49 |

Sheet no.   6  of  2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 11,033.44

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  __Redman Homes, Inc.__                                    ,        Case No.__ 09-14018 (KG)__
                        **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| ACKEF, CHARLES C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| ACKER, ANGEL C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| ACKER, AUGUSTA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| ACKER, BRENT C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no. __7__ of __2,170__ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶        $ 0.00

Total ▶        $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
                          **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| ACKER, CHIQUITA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| ACKER, CLARENCE C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| ACKER, DEBRA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| ACKER, DONALD C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.   8  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                              ,          Case No.  **09-14018 (KG)**
        **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| ACKER, EARTHA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| ACKER, JASMINE C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| ACKER, LARRY C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 08 3217 | | | | Undetermined |
| ACKER, LETECHEIA C/O GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C. GERALD MEUNIER, JUSTIN I. WOODS NEW ORLEANS, LA 70163 | | | | X | X | X | |

Sheet no. _9_ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  | $ 0.00

Total ▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Redman Homes, Inc.                                    ,          Case No.   09-14018 (KG)
                          **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 08 3217 | | | | Undetermined |
| ACKER, LETECHEIA, ON BEHALF OF MINORS G.S. AND D.S. C/O GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C. GERALD MEUNIER, JUSTIN I. WOODS 1100 POYDRAS STREET, SUITE 2800 NEW ORLEANS, LA 70163 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. MDL No. 1873, Section ""N-4"" | | | | Undetermined |
| ACKER, LETECHIEIA C/O GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER GERALD E. MEUNIER NEW ORLEANS, LA 70163-2800 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. MDL No. 1873, Section ""N-4"" | | | | Undetermined |
| ACKER, LETECHIEIA, ON BEHALF OF MINORS G.S. AND D.S. C/O GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER GERALD E. MEUNIER 2800 ENERGY CENTRE, 1100 POYDRAS NEW ORLEANS, LA 70163-2800 | | | | X | X | X | |

Sheet no.   10  of   2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Redman Homes, Inc.                                        ,        Case No.   09-14018 (KG)
_____            _____
                    **Debtor**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| ACKER, MARGARET C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| ACKER, RENE C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| ACKER, ROSE C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| ACKER, SHIRLEY C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.   11  of   2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶     $ 0.00

Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.** _____ ,        Case No.  **09-14018 (KG)** _____
                        **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ACKER, SYLVIA<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ACKER, WALTER<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ACKER, WILLIE<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ACKER, WILLIE, AS NEXT FRIEND OF D.H., A MINOR<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |

Sheet no.  _12_ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶          $ 0.00

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>Redman Homes, Inc.</u> ,
<br>            **Debtor**

Case No. <u>  09-14018 (KG)</u>
<br>            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| ACKER, WILLIE, AS NEXT FRIEND OF Z.H., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| ACKERAS, SHIRLEY, AS NEXT FRIEND OF C.A., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| ADAM, LARRY C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | General Trade Payable | | | | $1,112.80 |
| ADAMS REMCO INC PO BOX 3968 SOUTH BEND, IN 46619-0968 | | | | | | | |

Sheet no. <u> 13 </u> of <u> 2,170 </u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 1,112.80

Total ▶ | $
<br>(Use only on last page of the completed Schedule F.)
<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                        ,                    Case No.  **09-14018 (KG)**
                  **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ADAMS, DIANNE<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ADAMS, GENE<br>9946 VICTORIA AVENUE<br>RIVERSIDE, CA 92503 | X | | Litigation - 465917 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ADAMS, MICHAEL A<br>C/O LAW OFFICE OF JOSEPH M. BRUNO<br>855 BARONNE STREET<br>NEW ORLEANS, LA 70113 | | | Litigation - Case No. 09-CV-590 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ADAMS, THOMAS<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |

Sheet no.  _14_ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ►   $ 0.00

Total ►   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Redman Homes, Inc. _____ ,          Case No.   09-14018 (KG) _____
              **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Codefendant - Case No. BC411536 | | | | Undetermined |
| ADEL WIGGINS GROUP, FORMERLY A DIVISION OFIMO INDUSTRIES, INC. C/O CSC LAWYERS 2730 GATEWAY OAKS DRIVE SUITE 100 SACRAMENTO, CA 95833 | X | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| ADKISON, LARRY C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| ADKISON, STEFANIE C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.  15  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶        $ 0.00

Total ▶        $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
                        **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> ADKISON, STEFONIE, AS NEXT FRIEND OF D.M., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO. <br> ADOBE HOMES, LLC 1695 W SUNRIDGE DR TUCSON, AZ 85704 | | | General Trade Payable | | | | $100,716.74 |
| ACCOUNT NO. <br> ADUBATO, JAMES C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |
| ACCOUNT NO. <br> ADUBATO, JESSICA C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |

Sheet no.  _16_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ►    $ 100,716.74

Total ►    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                      ,        Case No.   **09-14018 (KG)**
                        **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ADUBATO, MARY<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ADUBATO, NICHOLAS<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ADVANCED AFFILIATES INC<br>96-12 43RD AVENUE<br>PO BOX 6<br>CORONA, NY 11368 | | | General Trade Payable | | | | $12,381.98 |
| ACCOUNT NO.<br><br>AFFORDABLE GREAT LOCATION<br>4305 ROUTE 5<br>CALEDONIA, NY 14423 | | | General Trade Payable | X | | | $21,997.12 |

Sheet no.  _17_ of  _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 34,379.10

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**_____ ,          Case No.___09-14018 (KG)_____
                      **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AFP, INC.<br>DBA APPROVED FIRE PROTECTION<br>2513 N BURDICK STREET<br>KALAMAZOO, MI 49007 | | | General Trade Payable | | | | $456.00 |
| ACCOUNT NO.<br><br>AGUILAR, JACKLYN<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>AIR QUALITY OF KINGMAN,  INC.<br>1420 BEALE STREET<br>KINGMAN, AZ 86401 | X | | Litigation - CV0-2007-0590 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>AIRGAS, INC.<br>C/O KIMBERLY GUEST<br>GUEST & ASSOC., PC<br>108 W. FRONT ST.<br>DEKALB, TX 75559 | | | Litigation - Case No. JC09-00016L | X | X | X | Undetermined |

Sheet no. _18_of_2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 456.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  <u>Redman Homes, Inc.</u>                              ,          Case No.  <u>09-14018 (KG)</u>
                              **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AJAN, DUDLEY RAYMOND<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>AJLEN, CAROLYN<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>AK DESIGN<br>PO BOX 55<br>HODGES, AL 35571 | | | General Trade Payable | | | | $539.11 |
| ACCOUNT NO.<br><br>AKPOTOEVWE, CLIFFORD<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |

Sheet no. <u>19</u> of <u>2,170</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 539.11

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Redman Homes, Inc.                                          ,          Case No.   09-14018 (KG)
_____                                    _____
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AKRON MOBILE HOMES, INC<br>PO BOX 244, RT 272<br>AKRON, PA 17501 | | | General Trade Payable | X | | | $1,817.74 |
| ACCOUNT NO.<br><br>AL & SON MOBILE HOME REPAIR, INC<br>147 EDDIE KAHKONEN RD<br>NORWAY, ME 04268 | | | General Trade Payable | | | | $2,511.12 |
| ACCOUNT NO.<br><br>AL STRASSER/ MOUNTAINVIEW HOMES, INC.<br>456 E. TERRACE AVE.<br>GILBERT, AZ 85234 | X | | Codefendant - Case No. CV-2008-004201 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ALAMO TITLE COMPANY<br>CT CORPORATION<br>350 NORTH ST. PAUL STREET<br>DALLAS, TX 75201 | X | | Codefendant - Case No. 09-05-04549 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ALANIZ, MARTIN<br>UNKNOWN ADDRESS<br>EEOC | | | Litigation - 31A-2009-00120 | X | X | X | Undetermined |

Sheet no.   20  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 4,328.86

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                      ,          Case No.   **09-14018 (KG)**
_____           _____
                    **Debtor**                                                       **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| ALBEREZ, LAWRENCE C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| ALBERS, PATRICA W. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| ALBERS, ROBIN DOREEN C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no.  _21_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.** ,      Case No. **09-14018 (KG)**

          **Debtor**                                                               **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 08-cv-4630 | | | | Undetermined |
| ALBERTI, MILDA C/O JACK W. HARANG, APLC 228 ST. CHARLES AVE. SUITE 501 NEW ORLEANS, LA 70130 | | | | X | X | X | |
| ACCOUNT NO. | | | General Trade Payable | | | | $407.16 |
| ALCO TOOL SUPPLY INC PO BOX 350 ELKHART, IN 46515-0350 | | | | | | | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| ALEXANDER, CRYSTAL C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| ALEXANDER, JANET C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no. _22_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 407.16

Total ▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                        ,          Case No.   **09-14018 (KG)**
_____                                    _____
                    **Debtor**                                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| ALEXANDER, JEANNE C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| ALEXANDER, JEANNE, AS NEXT FRIEND OF J.A., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-CV-590 | | | | Undetermined |
| ALEXANDER, LOUIS A C/O LAW OFFICE OF JOSEPH M. BRUNO 855 BARONNE STREET NEW ORLEANS, LA 70113 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| ALEXANDER, PHILLIP C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.  _23_ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶          | $ 0.00

Total ▶          | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __Redman Homes, Inc._____ ,         Case No. __09-14018 (KG)_____
                **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| ALEXANDER, RAYMOND C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| ALFONSO, MICHAEL C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| ALFONSO, OLIVIA C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no. __24_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re <u>Redman Homes, Inc.</u>                              ,          Case No. <u>09-14018 (KG)</u>
                    **Debtor**                                                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| ALFONSO, SHARON C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| ALFONSO, VERNON E. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| ALFORD, DARYL C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| ALFORD, KAREN C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no. __25_ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 0.00

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Redman Homes, Inc.                                    ,          Case No.   09-14018 (KG)
_____          _____
                    **Debtor**                                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 08-cv-4630 | | | | Undetermined |
| ALFORD, L.C. C/O JACK W. HARANG, APLC 228 ST. CHARLES AVE. SUITE 501 NEW ORLEANS, LA 70130 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| ALFORD, OLIVIA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| ALFORD, OLIVIA, AS NEXT FRIEND OF A.M., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| ALFORD, OLIVIA, AS NEXT FRIEND OF K.A., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.   26  of   2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶          $ 0.00

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.** _____ ,  Case No. __09-14018 (KG)_____
    **Debtor**                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| ALKURD, MOHAMAD R. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | General Trade Payable | | | | $18,652.94 |
| ALL AMERICAN DREAM HOMES, INC. 591 MAPLE ST., HWY 41 PO BOX 141 PESHTIGO, WI 54157 | | | | X | | | |
| ACCOUNT NO. | | | General Trade Payable | | | | $2,493.65 |
| ALL HOMES CORP 29399 US HWY 19 N, STE 320 CLEARWATER, FL 33761 | | | | X | | | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| ALLEN, ALBERT J. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no. __27_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 21,146.59

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  <u>Redman Homes, Inc.</u>                            ,         Case No.  <u>09-14018 (KG)</u>
               **Debtor**                                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| ALLEN, AMANDA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| ALLEN, AMANDA, AS NEXT FRIEND OF S.A., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| ALLEN, ASHLEY C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4842 | | | | Undetermined |
| ALLEN, ASHLEY C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no. __28_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
_____                     _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4842 | | | | Undetermined |
| ALLEN, ASHLEY, ON BEHALF OF THE MINOR REFERRED TO AS E.L. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - 465917 | | | | Undetermined |
| ALLEN, BETHANY C/O MICHAEL SANDS, JR. ACKERMAN, COWLES & LINDSLEY 41690 ENTERPRISE CIRCLE N., SUITE 216 TEMECULA, CA 92590 | X | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Threatened | | | | Undetermined |
| ALLEN, ELIZABETH C/O CAMERON MORGAN MCNEELY, STEPHENSON, THOPY & HARROLD 2150 INTELLIPLEX DRIVE, SUITE 134 SHELBYVILLE, IN 46176 | | | | X | X | X | |

Sheet no.   29  of   2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶        $ 0.00

Total ▶        $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
_____
          **Debtor**                                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Threatened | | | | Undetermined |
| ALLEN, JEREMY C/O CAMERON MORGAN MCNEELY, STEPHENSON, THOPY & HARROLD 2150 INTELLIPLEX DRIVE, SUITE 134 SHELBYVILLE, IN 46176 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| ALLEN, LORRIE C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| ALLEN, SHIRLEY C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.  _30_ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
                        **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> ALLIANCE HOMES, INC. D/B/A ADRIAN HOMES C/O GLINN H. SPANN 734 EAST MAIN STREET ADRIAN,, GA 31002 | X | | Codefendant - Case No. 2:09cv160 HSO-JMR | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> ALLIANCE HOMES, INC. D/B/A ADRIAN HOMES C/O GLINN H. SPANN 734 EAST MAIN STREET ADRIAN,, GA 31002 | X | | Codefendant - Case No. 3:09cv486 HSO-JMR | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> ALLIANCE HOMES, INC. D/B/A ADRIAN HOMES C/O GLINN H. SPANN 734 EAST MAIN STREET ADRIAN,, GA 31002 | X | | Codefendant - Case No. 09 4843 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> ALLIANCE HOMES, INC. D/B/A ADRIAN HOMES C/O GLINN H. SPANN 734 EAST MAIN STREET ADRIAN,, GA 31002 | X | | Codefendant - Case No. 1:09cv626 HSO-JMR | X | X | X | Undetermined |

Sheet no.  _31_ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                        ,        Case No.   **09-14018 (KG)**
_____                          _____
              **Debtor**                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ALLIANCE HOMES, INC. D/B/A ADRIAN HOMES C/O GLINN H. SPANN 734 EAST MAIN STREET ADRIAN,, GA 31002 | X | | Codefendant - Case No. CV-09-PU-1569-S | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ALLIANCE HOMES, INC. D/B/A ADRIAN HOMES C/O GLINN H. SPANN 734 EAST MAIN STREET ADRIAN,, GA 31002 | X | | Codefendant - Case No. 09 1326 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ALLIANCE HOMES, INC. D/B/A ADRIAN HOMES C/O GLINN H. SPANN 734 EAST MAIN STREET ADRIAN,, GA 31002 | X | | Codefendant - Case No. 09 4845 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ALLIANCE HOMES, INC. D/B/A ADRIAN HOMES C/O GLINN H. SPANN 734 EAST MAIN STREET ADRIAN,, GA 31002 | X | | Codefendant - Case No. 09 4842 | X | X | X | Undetermined |

Sheet no.   32  of   2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Redman Homes, Inc.                                    ,          Case No.   09-14018 (KG)
                        Debtor                                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ALLIANCE HOMES, INC. D/B/A ADRIAN HOMES C/O GLINN H. SPANN 734 EAST MAIN STREET ADRIAN,, GA 31002 | X | | Codefendant - Case No. 09 1328 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ALLIANCE HOMES, INC. D/B/A ADRIAN HOMES C/O GLINN H. SPANN 734 EAST MAIN STREET ADRIAN,, GA 31002 | X | | Codefendant - Case No. 6:09cv01006 RTH-ME | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ALLIANCE HOMES, INC. D/B/A ADRIAN HOMES C/O GLINN H. SPANN 734 EAST MAIN STREET ADRIAN,, GA 31002 | X | | Codefendant - Case No. 2:09-cv-00112-KS-MTP | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ALLIANCE HOMES, INC. D/B/A ADRIAN HOMES C/O GLINN H. SPANN 734 EAST MAIN STREET ADRIAN,, GA 31002 | X | | Codefendant - Case No. 09 1320 | X | X | X | Undetermined |

Sheet no.  33  of  2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Redman Homes, Inc.                                    ,          Case No.   09-14018 (KG)
                        **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Codefendant - Case No. 09 4840 | | | | Undetermined |
| ALLIANCE HOMES, INC. D/B/A ADRIAN HOMES C/O GLINN H. SPANN 734 EAST MAIN STREET ADRIAN,, GA 31002 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 09 497 | | | | Undetermined |
| ALLIANCE HOMES, INC. D/B/A ADRIAN HOMES C/O GLINN H. SPANN 734 EAST MAIN STREET ADRIAN,, GA 31002 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 09 4844 | | | | Undetermined |
| ALLIANCE HOMES, INC. D/B/A ADRIAN HOMES C/O GLINN H. SPANN 734 EAST MAIN STREET ADRIAN,, GA 31002 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 09 4841 | | | | Undetermined |
| ALLIANCE HOMES, INC. D/B/A ADRIAN HOMES C/O GLINN H. SPANN 734 EAST MAIN STREET ADRIAN,, GA 31002 | X | | | X | X | X | |

Sheet no.   34  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶          $ 0.00

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**_____ ,          Case No.  **09-14018 (KG)**_____
_____**Debtor**_____                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ALLIANCE HOMES, INC. D/B/A ADRIAN HOMES<br>C/O GLINN H. SPANN<br>734 EAST MAIN STREET<br>ADRIAN,, GA 31002 | X | | Codefendant - Case No. 3:09-cv-00539-JVP-SC | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ALLIANCE HOMES, INC. D/B/A ADRIAN HOMES<br>C/O GLINN H. SPANN<br>734 EAST MAIN STREET<br>ADRIAN,, GA 31002 | X | | Codefendant - Case No. 6:09cv1332 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ALLIANCE HOMES, INC. D/B/A ADRIAN HOMES<br>C/O GLINN H. SPANN<br>734 EAST MAIN STREET<br>ADRIAN,, GA 31002 | X | | Codefendant - Case No. 6:09cv01019 RFD-CM | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ALLIED INSURANCE COMPANY AS SUBROGEE<br>C/O ALEXANDER GELMAN GELMAN, LAW GROUP<br>20532 EL TORO ROAD, SUITE 301<br>MISSION VIEJO, CA 92692 | | | Litigation - 512601 | X | X | X | Undetermined |

Sheet no.  _35_ of  _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ►   $ 0.00

Total ►   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
_____          _____
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> ALLIED WASTE SERVICES #456 <br> PO BOX 78829 <br> PHOENIX, AZ 85062-8829 | | | General Trade Payable | | | | $75.00 |
| ACCOUNT NO. <br><br> ALLISON, AMBER MOSLEY <br> C/O W. BRIAN COLLINS <br> COLLINS, LIVEOAK & BOYLES <br> 2021 MORRIS AVE., SUITE 200 <br> BIRMINGHAM, AL 35203 | | | Litigation - Case No. CV:08-1056 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> ALLISON, KENNETH <br> C/O W. BRIAN COLLINS <br> COLLINS, LIVEOAK & BOYLES <br> 2021 MORRIS AVE., SUITE 200 <br> BIRMINGHAM, AL 35203 | | | Litigation - Case No. CV:08-1056 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> ALLO, EDWARD <br> C/O ROBERTA L. BURNS, DAVID C. JARRELL <br> 8301 W. JUDGE PEREZ DRIVE <br> SUITE 303 <br> CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |

Sheet no.   36  of  2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 75.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                    ,                    Case No.   **09-14018 (KG)**
               **Debtor**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| ALLO, KATHY C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - 09 9423 | | | | Undetermined |
| ALLSTATE INSURANCE CO. C/O ALFONSO GAMBONE, IVY E. ROSIER WHITE & WILLIAMS, LLP 1650 MARKET STREET, ONE LIBERTY PLACE, SUITE 1800 PHILADELPHIA, PA 19103 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Threatened | | | | Undetermined |
| ALLSTATE INSURANCE COMPANY P.O BOX 660636 DALLAS, TX 75266-0636 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| ALMOND, BEVERLY C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no. _37_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
_____          _____
                     **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> ALMONTE, DARLENE <br> C/O ROBERTA L. BURNS, DAVID C. JARRELL <br> 8301 W. JUDGE PEREZ DRIVE <br> SUITE 303 <br> CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> ALPHA SYSTEMS INC <br> 5120 BECK DRIVE <br> ELKHART, IN 46516 | | | General Trade Payable | | | | $4,616.60 |
| ACCOUNT NO. <br><br> ALRO STEEL CORPORATION <br> PO BOX 641005 <br> DETROIT, MI 48264-1005 | | | General Trade Payable | | | | $407.89 |
| ACCOUNT NO. <br><br> ALTA CIMA CORP <br> PO BOX 13708 <br> CHANDLER, AZ 85248 | | | General Trade Payable | | | | $2,553.97 |

Sheet no.  **38** of **2,170** continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 7,578.46

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,        Case No.   **09-14018 (KG)**
         **Debtor**                                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ALTA CIMA CORP<br>PO BOX 13708<br>CHANDLER, AZ 85248 | | | Customer Deposits | X | | | $25,118.60 |
| ACCOUNT NO.<br><br>AMBO, NATASHA<br>C/O ROBERTA L. BURNS, DAVID<br>C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>AMBROSE, GLADYS P<br>C/O LAW OFFICE OF JOSEPH M.<br>BRUNO<br>855 BARONNE STREET<br>NEW ORLEANS, LA 70113 | | | Litigation - Case No. 09-CV-590 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>AMBROSE, TITUS M<br>C/O LAW OFFICE OF JOSEPH M.<br>BRUNO<br>855 BARONNE STREET<br>NEW ORLEANS, LA 70113 | | | Litigation - Case No. 09-CV-590 | X | X | X | Undetermined |

Sheet no.  _39_ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 25,118.60

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
                                    **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AMERICAN CAMPER MANUFACTURING, LLC D/B/A AMERI-CAMP<br>C/O PETER J. RECCHIO<br>1406 GREENLEAF BLVD.<br>ELKHART, IN 46514 | X | | Codefendant - Case No. 2:09cv160 HSO-JMR | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>AMERICAN CAMPER MANUFACTURING, LLC D/B/A AMERI-CAMP<br>C/O PETER J. RECCHIO<br>1406 GREENLEAF BLVD.<br>ELKHART, IN 46514 | X | | Codefendant - Case No. 09 4845 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>AMERICAN CAMPER MANUFACTURING, LLC D/B/A AMERI-CAMP<br>C/O PETER J. RECCHIO<br>1406 GREENLEAF BLVD.<br>ELKHART, IN 46514 | X | | Codefendant - Case No. 09 1328 | X | X | X | Undetermined |

Sheet no.  40  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ►   $ 0.00

Total ►   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                              ,          Case No.    **09-14018 (KG)**
                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AMERICAN CAMPER MANUFACTURING, LLC D/B/A AMERI-CAMP C/O PETER J. RECCHIO 1406 GREENLEAF BLVD. ELKHART, IN 46514 | X | | Codefendant - Case No. 09 4842 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>AMERICAN CAMPER MANUFACTURING, LLC D/B/A AMERI-CAMP C/O PETER J. RECCHIO 1406 GREENLEAF BLVD. ELKHART, IN 46514 | X | | Codefendant - Case No. 09 1326 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>AMERICAN CAMPER MANUFACTURING, LLC D/B/A AMERI-CAMP C/O PETER J. RECCHIO 1406 GREENLEAF BLVD. ELKHART, IN 46514 | X | | Codefendant - Case No. CV-09-PU-1569-S | X | X | X | Undetermined |

Sheet no. __41_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   | $ 0.00

Total ▶   | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
                    **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AMERICAN CAMPER MANUFACTURING, LLC D/B/A AMERI-CAMP<br>C/O PETER J. RECCHIO<br>1406 GREENLEAF BLVD.<br>ELKHART, IN 46514 | X | | Codefendant - Case No. 1:09cv626 HSO-JMR | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>AMERICAN CAMPER MANUFACTURING, LLC D/B/A AMERI-CAMP<br>C/O PETER J. RECCHIO<br>1406 GREENLEAF BLVD.<br>ELKHART, IN 46514 | X | | Codefendant - Case No. 09 4843 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>AMERICAN CAMPER MANUFACTURING, LLC D/B/A AMERI-CAMP<br>C/O PETER J. RECCHIO<br>1406 GREENLEAF BLVD.<br>ELKHART, IN 46514 | X | | Codefendant - Case No. 3:09cv486 HSO-JMR | X | X | X | Undetermined |

Sheet no.  _42_ of  _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Redman Homes, Inc. _____ ,          Case No. __09-14018 (KG)_____
                    **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> AMERICAN CAMPER MANUFACTURING, LLC D/B/A AMERI-CAMP C/O PETER J. RECCHIO 1406 GREENLEAF BLVD. ELKHART, IN 46514 | X | | Codefendant - Case No. MDL No. 1873, Section ""N-4"" | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> AMERICAN CAMPER MANUFACTURING, LLC D/B/A AMERI-CAMP C/O PETER J. RECCHIO 1406 GREENLEAF BLVD. ELKHART, IN 46514 | X | | Codefendant - Case No. 6:09cv01019 RFD-CM | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> AMERICAN CAMPER MANUFACTURING, LLC D/B/A AMERI-CAMP C/O PETER J. RECCHIO 1406 GREENLEAF BLVD. ELKHART, IN 46514 | X | | Codefendant - Case No. 6:09cv1332 | X | X | X | Undetermined |

Sheet no. __43_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
                        **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AMERICAN CAMPER MANUFACTURING, LLC D/B/A AMERI-CAMP C/O PETER J. RECCHIO 1406 GREENLEAF BLVD. ELKHART, IN 46514 | X | | Codefendant - Case No. 09 4841 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>AMERICAN CAMPER MANUFACTURING, LLC D/B/A AMERI-CAMP C/O PETER J. RECCHIO 1406 GREENLEAF BLVD. ELKHART, IN 46514 | X | | Codefendant - Case No. 3:09-cv-00539-JVP-SC | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>AMERICAN CAMPER MANUFACTURING, LLC D/B/A AMERI-CAMP C/O PETER J. RECCHIO 1406 GREENLEAF BLVD. ELKHART, IN 46514 | X | | Codefendant - Case No. 09 4844 | X | X | X | Undetermined |

Sheet no.  _44_ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**_____ ,          Case No.   **09-14018 (KG)**_____
            **Debtor**                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> AMERICAN CAMPER MANUFACTURING, LLC D/B/A AMERI-CAMP C/O PETER J. RECCHIO 1406 GREENLEAF BLVD. ELKHART, IN 46514 | X | | Codefendant - Case No. 09 497 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> AMERICAN CAMPER MANUFACTURING, LLC D/B/A AMERI-CAMP C/O PETER J. RECCHIO 1406 GREENLEAF BLVD. ELKHART, IN 46514 | X | | Codefendant - Case No. 09 4840 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> AMERICAN CAMPER MANUFACTURING, LLC D/B/A AMERI-CAMP C/O PETER J. RECCHIO 1406 GREENLEAF BLVD. ELKHART, IN 46514 | X | | Codefendant - Case No. 09 1320 | X | X | X | Undetermined |

Sheet no.  _45_ of  _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal ▶     $ 0.00

                                    Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
                        **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AMERICAN CAMPER MANUFACTURING, LLC D/B/A AMERI-CAMP C/O PETER J. RECCHIO 1406 GREENLEAF BLVD. ELKHART, IN 46514 | X | | Codefendant - Case No. 2:09-cv-00112-KS-MTP | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>AMERICAN CAMPER MANUFACTURING, LLC D/B/A AMERI-CAMP C/O PETER J. RECCHIO 1406 GREENLEAF BLVD. ELKHART, IN 46514 | X | | Codefendant - Case No. 6:09cv01006 RTH-ME | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>AMERICAN CAMPER MANUFACTURING, LLC D/B/A AMERI-CAMP C/O PETER J. RECCHIO 1406 GREENLEAF BLVD. ELKHART, IN 46514 | X | | Codefendant - Case No. 08 3217 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>AMERICAN EXPRESS PO BOX 360001 FORT LAUDERDALE, FL 33336-0001 | | | General Trade Payable | | | | $45.00 |

Sheet no.  46  of  2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 45.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.** _____ ,                    Case No. __09-14018 (KG)_____
                    **Debtor**                                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AMERICAN FAMILY HOME INS. C<br>P.O BOX 36220<br>LOUISVILLE, KY 40233-6220 | | | Litigation - Threatened | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>AMERICAN HERITAGE<br>CONSTRUCTION<br>UNKNOWN ADDRESS | X | | Litigation - CV-2008-004201 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>AMERICAN HOMESTAR<br>CORPORATION<br>C/O CRAIG A REYNOLDS<br>2450 SOUTH SHORE BOULEVARD<br>STE.300<br>LEAGUE CITY, TX 77573 | X | | Codefendant - Case No. 08 3217 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>AMERICAN HOMESTAR<br>CORPORATION<br>C/O CRAIG A REYNOLDS<br>2450 SOUTH SHORE BOULEVARD<br>STE.300<br>LEAGUE CITY, TX 77573 | X | | Codefendant - Case No.<br>6:09cv01006 RTH-ME | X | X | X | Undetermined |

Sheet no. __47_ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶          $ 0.00

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  <u>Redman Homes, Inc.</u>                              ,          Case No.   <u>09-14018 (KG)</u>
                          **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  <br><br>AMERICAN HOMESTAR CORPORATION C/O CRAIG A REYNOLDS 2450 SOUTH SHORE BOULEVARD STE.300 LEAGUE CITY, TX 77573 | X | | Codefendant - Case No. 2:09cv160 HSO-JMR | X | X | X | Undetermined |
| ACCOUNT NO.  <br><br>AMERICAN HOMESTAR CORPORATION C/O CRAIG A REYNOLDS 2450 SOUTH SHORE BOULEVARD STE.300 LEAGUE CITY, TX 77573 | X | | Codefendant - Case No. 2:09-cv-00112-KS-MTP | X | X | X | Undetermined |
| ACCOUNT NO.  <br><br>AMERICAN HOMESTAR CORPORATION C/O CRAIG A REYNOLDS 2450 SOUTH SHORE BOULEVARD STE.300 LEAGUE CITY, TX 77573 | X | | Codefendant - Case No. 09 4841 | X | X | X | Undetermined |

Sheet no.  <u>48</u> of  <u>2,170</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
_____          _____
                 **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AMERICAN HOMESTAR CORPORATION C/O CRAIG A REYNOLDS 2450 SOUTH SHORE BOULEVARD STE.300 LEAGUE CITY, TX 77573 | X | | Codefendant - Case No. 6:09cv01019 RFD-CM | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>AMERICAN HOMESTAR CORPORATION C/O CRAIG A REYNOLDS 2450 SOUTH SHORE BOULEVARD STE.300 LEAGUE CITY, TX 77573 | X | | Codefendant - Case No. 6:09cv1332 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>AMERICAN HOMESTAR CORPORATION C/O CRAIG A REYNOLDS 2450 SOUTH SHORE BOULEVARD STE.300 LEAGUE CITY, TX 77573 | X | | Codefendant - Case No. 09 4843 | X | X | X | Undetermined |

Sheet no.  _49_ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶                 $ 0.00

Total ▶             $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,            Case No.   **09-14018 (KG)**
                  **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AMERICAN HOMESTAR CORPORATION<br>C/O CRAIG A REYNOLDS<br>2450 SOUTH SHORE BOULEVARD STE.300<br>LEAGUE CITY, TX 77573 | X | | Codefendant - Case No. MDL No. 1873, Section ""N-4"" | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>AMERICAN HOMESTAR CORPORATION<br>C/O CRAIG A REYNOLDS<br>2450 SOUTH SHORE BOULEVARD STE.300<br>LEAGUE CITY, TX 77573 | X | | Codefendant - Case No. 1:09cv626 HSO-JMR | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>AMERICAN HOMESTAR CORPORATION<br>C/O CRAIG A REYNOLDS<br>2450 SOUTH SHORE BOULEVARD STE.300<br>LEAGUE CITY, TX 77573 | X | | Codefendant - Case No. 09 1328 | X | X | X | Undetermined |

Sheet no.  _50_ of  _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                  ,        Case No.  **09-14018 (KG)**
                    **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AMERICAN HOMESTAR CORPORATION C/O CRAIG A REYNOLDS 2450 SOUTH SHORE BOULEVARD STE.300 LEAGUE CITY, TX 77573 | X | | Codefendant - Case No. CV-09-PU-1569-S | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>AMERICAN HOMESTAR CORPORATION C/O CRAIG A REYNOLDS 2450 SOUTH SHORE BOULEVARD STE.300 LEAGUE CITY, TX 77573 | X | | Codefendant - Case No. 09 1320 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>AMERICAN HOMESTAR CORPORATION C/O CRAIG A REYNOLDS 2450 SOUTH SHORE BOULEVARD STE.300 LEAGUE CITY, TX 77573 | X | | Codefendant - Case No. 09 4840 | X | X | X | Undetermined |

Sheet no.  _51_ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Redman Homes, Inc.                                    ,          Case No.   09-14018 (KG)
                        **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Codefendant - Case No. 09 497 | | | | Undetermined |
| AMERICAN HOMESTAR CORPORATION C/O CRAIG A REYNOLDS 2450 SOUTH SHORE BOULEVARD STE.300 LEAGUE CITY, TX 77573 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 09 4844 | | | | Undetermined |
| AMERICAN HOMESTAR CORPORATION C/O CRAIG A REYNOLDS 2450 SOUTH SHORE BOULEVARD STE.300 LEAGUE CITY, TX 77573 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 3:09-cv-00539-JVP-SC | | | | Undetermined |
| AMERICAN HOMESTAR CORPORATION C/O CRAIG A REYNOLDS 2450 SOUTH SHORE BOULEVARD STE.300 LEAGUE CITY, TX 77573 | X | | | X | X | X | |

Sheet no.  _52_ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                        ,          Case No.   **09-14018 (KG)**
                    **Debtor**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> AMERICAN HOMESTAR CORPORATION <br> C/O CRAIG A REYNOLDS <br> 2450 SOUTH SHORE BOULEVARD STE.300 <br> LEAGUE CITY, TX 77573 | X | | Codefendant - Case No. 09 1326 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> AMERICAN HOMESTAR CORPORATION <br> C/O CRAIG A REYNOLDS <br> 2450 SOUTH SHORE BOULEVARD STE.300 <br> LEAGUE CITY, TX 77573 | X | | Codefendant - Case No. 3:09cv486 HSO-JMR | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> AMERICAN HOMESTAR CORPORATION <br> C/O CRAIG A REYNOLDS <br> 2450 SOUTH SHORE BOULEVARD STE.300 <br> LEAGUE CITY, TX 77573 | X | | Codefendant - Case No. 09 4845 | X | X | X | Undetermined |

Sheet no.  _53_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.    09-14018 (KG)
                            **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Codefendant - Case No. 09 4842 | | | | Undetermined |
| AMERICAN HOMESTAR CORPORATION C/O CRAIG A REYNOLDS 2450 SOUTH SHORE BOULEVARD STE.300 LEAGUE CITY, TX 77573 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 09 4840 | | | | Undetermined |
| AMERICAN INTERNATIONAL GROUP C/O THE LOUISIANA SECRETARY OF STATE 8585 ARCHIVES AVENUE BATON ROUGE,, LA 70809 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 09 1320 | | | | Undetermined |
| AMERICAN INTERNATIONAL GROUP C/O THE LOUISIANA SECRETARY OF STATE 8585 ARCHIVES AVENUE BATON ROUGE,, LA 70809 | X | | | X | X | X | |

Sheet no.   54  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶          $ 0.00

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.**           ,         Case No.   **09-14018 (KG)**
              **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> AMERICAN INTERNATIONAL GROUP <br> C/O THE LOUISIANA SECRETARY OF STATE <br> 8585 ARCHIVES AVENUE <br> BATON ROUGE, LA 70809 | X | | Codefendant - Case No. 6:09cv01019 RFD-CM | X | X | X | Undermined |
| ACCOUNT NO. <br> AMERICAN INTERNATIONAL GROUP <br> C/O THE LOUISIANA SECRETARY OF STATE <br> 8585 ARCHIVES AVENUE <br> BATON ROUGE,, LA 70809 | X | | Codefendant - Case No. 6:09cv1332 | X | X | X | Undermined |
| ACCOUNT NO. <br> AMERICAN INTERNATIONAL GROUP <br> C/O THE LOUISIANA SECRETARY OF STATE <br> 8585 ARCHIVES AVENUE <br> BATON ROUGE,, LA 70809 | X | | Codefendant - Case No. 09 4841 | X | X | X | Undermined |

Sheet no.  _55_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ►    $ 0.00

Total ►    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                        ,          Case No.   09-14018 (KG)
_____                              _____
                    **Debtor**                                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AMERICAN INTERNATIONAL GROUP<br>C/O THE LOUISIANA SECRETARY OF STATE<br>8585 ARCHIVES AVENUE<br>BATON ROUGE, LA 70809 | X | | Codefendant - Case No. 3:09-cv-00539-JVP-SC | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>AMERICAN INTERNATIONAL GROUP<br>C/O THE LOUISIANA SECRETARY OF STATE<br>8585 ARCHIVES AVENUE<br>BATON ROUGE,, LA 70809 | X | | Codefendant - Case No. 6:09cv01006 RTH-ME | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>AMERICAN INTERNATIONAL GROUP<br>C/O THE LOUISIANA SECRETARY OF STATE<br>8585 ARCHIVES AVENUE<br>BATON ROUGE,, LA 70809 | X | | Codefendant - Case No. 09 4844 | X | X | X | Undetermined |

Sheet no.   56  of   2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  | $ 0.00

Total ▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                          ,          Case No.   **09-14018 (KG)**
_____

          **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AMERICAN INTERNATIONAL GROUP<br>C/O THE LOUISIANA SECRETARY OF STATE<br>8585 ARCHIVES AVENUE<br>BATON ROUGE,, LA 70809 | X | | Codefendant - Case No. 09 4842 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>AMERICAN INTERNATIONAL GROUP<br>C/O THE LOUISIANA SECRETARY OF STATE<br>8585 ARCHIVES AVENUE<br>BATON ROUGE,, LA 70809 | X | | Codefendant - Case No. 09 4845 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>AMERICAN INTERNATIONAL GROUP<br>C/O THE LOUISIANA SECRETARY OF STATE<br>8585 ARCHIVES AVENUE<br>BATON ROUGE,, LA 70809 | X | | Codefendant - Case No. 09 1326 | X | X | X | Undetermined |

Sheet no.  _57_ of  _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  | $ 0.00

Total ▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.** _____ ,          Case No.  **09-14018 (KG)** _____
            **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AMERICAN INTERNATIONAL GROUP<br>C/O THE LOUISIANA SECRETARY OF STATE<br>8585 ARCHIVES AVENUE<br>BATON ROUGE, LA 70809 | X | | Codefendant - Case No. 09 4843 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>AMERICAN INTERNATIONAL GROUP<br>C/O THE LOUISIANA SECRETARY OF STATE<br>8585 ARCHIVES AVENUE<br>BATON ROUGE,, LA 70809 | X | | Codefendant - Case No. 09 1328 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>AMERICAN INTERNATIONAL SPECIALTY LINES<br>C/O THROUGH THE LOUISIANA SECRETARY OF STATE, LEGAL SERVICES SECTION<br>PO BOX 94125<br>BATON ROUGE, LA 70804 | X | | Codefendant - Case No. 6:09cv01006 RTH-ME | X | X | X | Undetermined |

Sheet no.  _58_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                          ,          Case No.   **09-14018 (KG)**
                          **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Codefendant - Case No. 6:09cv1332 | | | | Undetermined |
| AMERICAN INTERNATIONAL SPECIALTY LINES C/O THROUGH THE LOUISIANA SECRETARY OF STATE, LEGAL SERVICES SECTION PO BOX 94125 BATON ROUGE, LA 70804 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 09 4841 | | | | Undetermined |
| AMERICAN INTERNATIONAL SPECIALTY LINES C/O THROUGH THE LOUISIANA SECRETARY OF STATE, LEGAL SERVICES SECTION PO BOX 94125 BATON ROUGE, LA 70804 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 6:09cv01019 RFD-CM | | | | Undetermined |
| AMERICAN INTERNATIONAL SPECIALTY LINES C/O THROUGH THE LOUISIANA SECRETARY OF STATE, LEGAL SERVICES SECTION PO BOX 94125 BATON ROUGE, LA 70804 | X | | | X | X | X | |

Sheet no.  _59_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                              ,          Case No.   **09-14018 (KG)**
              **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AMERICAN INTERNATIONAL SPECIALTY LINES C/O THROUGH THE LOUISIANA SECRETARY OF STATE, LEGAL SERVICES SECTION PO BOX 94125 BATON ROUGE, LA 70804 | X | | Codefendant - Case No. 3:09-cv-00539-JVP-SC | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>AMERICAN INTERNATIONAL SPECIALTY LINES C/O THROUGH THE LOUISIANA SECRETARY OF STATE, LEGAL SERVICES SECTION PO BOX 94125 BATON ROUGE, LA 70804 | X | | Codefendant - Case No. 09 1328 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>AMERICAN INTERNATIONAL SPECIALTY LINES C/O THROUGH THE LOUISIANA SECRETARY OF STATE, LEGAL SERVICES SECTION PO BOX 94125 BATON ROUGE, LA 70804 | X | | Codefendant - Case No. 09 1320 | X | X | X | Undetermined |

Sheet no.  _60_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.**             ,          Case No.   **09-14018 (KG)**

            **Debtor**                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. AMERICAN INTERNATIONAL SPECIALTY LINES C/O THROUGH THE LOUISIANA SECRETARY OF STATE, LEGAL SERVICES SECTION PO BOX 94125 BATON ROUGE, LA 70804 | X | | Codefendant - Case No. 09 4840 | X | X | X | Undetermined |
| ACCOUNT NO. AMERICAN INTERNATIONAL SPECIALTY LINES C/O THROUGH THE LOUISIANA SECRETARY OF STATE, LEGAL SERVICES SECTION PO BOX 94125 BATON ROUGE, LA 70804 | X | | Codefendant - Case No. 09 1326 | X | X | X | Undetermined |
| ACCOUNT NO. AMERICAN INTERNATIONAL SPECIALTY LINES C/O THROUGH THE LOUISIANA SECRETARY OF STATE, LEGAL SERVICES SECTION PO BOX 94125 BATON ROUGE, LA 70804 | X | | Codefendant - Case No. 09 4844 | X | X | X | Undetermined |

Sheet no. _61_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**            ,          Case No.  **09-14018 (KG)**
            **Debtor**                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AMERICAN INTERNATIONAL SPECIALTY LINES C/O THROUGH THE LOUISIANA SECRETARY OF STATE, LEGAL SERVICES SECTION PO BOX 94125 BATON ROUGE, LA 70804 | X | | Codefendant - Case No. 09 4843 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>AMERICAN INTERNATIONAL SPECIALTY LINES C/O THROUGH THE LOUISIANA SECRETARY OF STATE, LEGAL SERVICES SECTION PO BOX 94125 BATON ROUGE, LA 70804 | X | | Codefendant - Case No. 09 4842 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>AMERICAN INTERNATIONAL SPECIALTY LINES C/O THROUGH THE LOUISIANA SECRETARY OF STATE, LEGAL SERVICES SECTION PO BOX 94125 BATON ROUGE, LA 70804 | X | | Codefendant - Case No. 09 4845 | X | X | X | Undetermined |

Sheet no. _62_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.** ,                           Case No.  **09-14018 (KG)**
                    **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> AMERICAN MODERN HOME INSURANCE CO. ATTN: WARRANTY UNIT - 3RD FL 7000 MIDLAND AVENUE AMELIA, OH 45102 | | | General Trade Payable | | | | $33,804.00 |
| ACCOUNT NO. <br><br> AMERICHEM 1401 AIP DRIVE, STE 100 MIDDLETOWN, PA 17057 | | | General Trade Payable | | | | $150.74 |
| ACCOUNT NO. <br><br> AMERIDOOR CABINETRY COMPONENTS PO BOX 430 CORDELE, GA 31010-0430 | | | General Trade Payable | | | | $2,054.31 |
| ACCOUNT NO. <br><br> AMERIGAS - GOSHEN 2422 LINCOLNWAY GOSHEN, IN 46526-7313 | | | General Trade Payable | | | | $702.99 |

Sheet no. __63_ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 36,712.04

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Redman Homes, Inc.                                    ,                    Case No.   09-14018 (KG)
                        **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AMERIMAX BUILDING PRODUCTS INC<br>DEPT. #3477<br>PO BOX 2153<br>BIRMINGHAM, AL 35287-3477 | | | General Trade Payable | | | | $7,714.08 |
| ACCOUNT NO.<br><br>AMES MOBILE HOMES SALES, INC<br>131 HINCKLEY ROAD<br>CANAAN, ME 04924 | | | General Trade Payable | X | | | $44,118.53 |
| ACCOUNT NO.<br><br>AMES TAPING TOOL SYSTEMS INC.<br>PO BOX 281017<br>ATLANTA, GA 30384-1017 | | | General Trade Payable | | | | $1,569.21 |
| ACCOUNT NO.<br><br>AMS OF INDIANA<br>3933 EAST JACKSON BLVD<br>ELKHART, IN 46516 | | | General Trade Payable | | | | $79,146.88 |

Sheet no.  64  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 132,548.70

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                              ,        Case No.   09-14018 (KG)
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AMS OF KANSAS<br>3933 E JACKSON BLVD<br>ELKHART, IN 46516 | | | General Trade Payable | | | | $7,872.00 |
| ACCOUNT NO.<br><br>ANCALADE, ROSE<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ANCAR, LEONDES<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ANCHOR WIPING CLOTH COMPANY<br>PO BOX 34757<br>DETROIT, MI 48234-0757 | | | General Trade Payable | | | | $260.00 |

Sheet no.   65  of   2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶        $ 8,132.00

Total ▶        $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
_____                    _____
              **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| ANDERSON, CRYSTAL C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-CV-590 | | | | Undetermined |
| ANDERSON, JAMES A C/O LAW OFFICE OF JOSEPH M. BRUNO 855 BARONNE STREET NEW ORLEANS, LA 70113 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| ANDERSON, JOCELYN, AS NEXT FRIEND OF M.W., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| ANDERSON, JOCELYN, AS NEXT FRIEND OF T.A., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.   66  of   2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.** ,                    Case No. __09-14018 (KG)__
                **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| ANDERSON, JOCELYN, AS NEXT FRIEND OF T.D., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| ANDERSON, PHILLIP C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-CV-590 | | | | Undetermined |
| ANDERSON, ROBERT C/O LAW OFFICE OF JOSEPH M. BRUNO 855 BARONNE STREET NEW ORLEANS, LA 70113 | | | | X | X | X | |

Sheet no. __67_ of _2,170__ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
_____                    _____
           **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 08 3217 | | | | Undetermined |
| ANDERSON, SANDRA C/O GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C. GERALD MEUNIER, JUSTIN I. WOODS 1100 POYDRAS STREET, SUITE 2800 NEW ORLEANS, LA 70163 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. MDL No. 1873, Section ""N-4"" | | | | Undetermined |
| ANDERSON, SANDRA C/O GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER GERALD E. MEUNIER 2800 ENERGY CENTRE, 1100 POYDRAS NEW ORLEANS, LA 70163-2800 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| ANDERSON, STACEY C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no.   68  of   2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ►    $ 0.00

Total ►    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                              ,          Case No.   **09-14018 (KG)**
_____          _____
**Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| ANDERSON, STACY C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| ANDERSON, STACY, ON BEHALF OF THE MINOR K.A. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| ANDREWS, CECIL C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 08-cv-4630 | | | | Undetermined |
| ANDREWS, JAMES C/O JACK W. HARANG, APLC 228 ST. CHARLES AVE. SUITE 501 NEW ORLEANS, LA 70130 | | | | X | X | X | |

Sheet no. _69_ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ►   $ 0.00

Total ►   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 6:09cv01006 RTH-ME | | | | Undetermined |
| ANDREWS, JESSICA C/O HURRICAN LEGAL CENTER LAWRENCE J. CENTOLA, JR. 600 CARONDELET STREET, SUITE 602 NEW ORLEANS, LA 70130 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 6:09cv01006 RTH-ME | | | | Undetermined |
| ANDREWS, KEITH ON BEHALF OF K.A. C/O HURRICAN LEGAL CENTER LAWRENCE J. CENTOLA, JR. 600 CARONDELET STREET, SUITE 602 NEW ORLEANS, LA 70130 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 6:09cv01006 RTH-ME | | | | Undetermined |
| ANDREWS, KEITH ON BEHALF OF K.A. C/O HURRICAN LEGAL CENTER LAWRENCE J. CENTOLA, JR. 600 CARONDELET STREET, SUITE 602 NEW ORLEANS, LA 70130 | | | | X | X | X | |

Sheet no.  _70_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶          $ 0.00

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Redman Homes, Inc.**            ,      Case No. **09-14018 (KG)**
          **Debtor**                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>ANDREWS, MARK<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br>ANEWCO INC<br>4811 EASTLAND DR<br>PO BOX 2262<br>ELKHART, IN 46515-2262 | | | General Trade Payable | | | | $7,050.10 |
| ACCOUNT NO.<br>ANGELETY, ELIZABETH<br>C/O LAW OFFICE OF JOSEPH M. BRUNO<br>855 BARONNE STREET<br>NEW ORLEANS, LA 70113 | | | Litigation - Case No. 09-CV-590 | X | X | X | Undetermined |
| ACCOUNT NO.<br>ANGELETY, NATHANIEL M<br>C/O LAW OFFICE OF JOSEPH M. BRUNO<br>855 BARONNE STREET<br>NEW ORLEANS, LA 70113 | | | Litigation - Case No. 09-CV-590 | X | X | X | Undetermined |

Sheet no. _71_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 7,050.10

Total ▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,         Case No.   **09-14018 (KG)**
            **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 465917 | | | | Undetermined |
| ANGELO, ARTHUR C/O ACKERMAN, COWLES & LINDSLEY MICHAEL SANDS, JR. 41690 ENTERPRISE CIRCLE N., SUITE 216 TEMECULA, CA 92590 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 3:09-cv-00539-JVP-SC | | | | Undetermined |
| ANNIS, BRITTANY NICOLE C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | General Trade Payable | | | | $4,528.29 |
| APPLE DESIGN 6316 W 825 N LIGONIER, IN 46767 | | | | | | | |
| ACCOUNT NO. | | | General Trade Payable | | | | $35,559.14 |
| APPLEGATE INSULATION 1000 HIGHVIEW DRIVE WEBBERVILLE, MI 48892-9007 | | | | | | | |

Sheet no.  _72_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 40,087.43

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,        Case No.   **09-14018 (KG)**
                              **Debtor**                                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| APPLEGATE, JOSANA C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | General Trade Payable | | | | $59.30 |
| AQUA CHILL INC #3 PO BOX 24731 TEMPE, AZ 85285-8355 | | | | | | | |
| ACCOUNT NO. | | | General Trade Payable | | | | $490.35 |
| ARAMARK UNIFORM SERVICES, INC. - SOUTH BEND PO BOX 3906 SOUTH BEND, IN 46619 | | | | | | | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| ARBOUR, BRANDI LYNN C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no.   73  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 549.65

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                         ,          Case No.   09-14018 (KG)
                                  **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4844 | | | | Undetermined |
| ARBOUR, BRANI C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4844 | | | | Undetermined |
| ARBOUR, BRANI, ON BEHALF OF THE MINOR REFERRED TO AS C.W. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| ARCEMENT, LUCILLE MARGARET C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no.   74  of  2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Redman Homes, Inc.                                    ,        Case No.   09-14018 (KG)
         **Debtor**                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| ARCENEAUX, CATHERINE C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| ARCENEAUX, LOUIS C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 09 4842 | | | | Undetermined |
| ARCH SPECIALTY INSURANCE COMPANY C/O THROUGH THE LOUISIANA SECRETARY OF STATE, LEGAL SERVICES SECTION PO BOX 94125 BATON ROUGE, LA 70804 | X | | | X | X | X | |

Sheet no.   75  of   2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.** ,                    Case No. **09-14018 (KG)**
_____            _____
            **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Codefendant - Case No. 09 4845 | | | | Undetermined |
| ARCH SPECIALTY INSURANCE COMPANY C/O THROUGH THE LOUISIANA SECRETARY OF STATE, LEGAL SERVICES SECTION PO BOX 94125 BATON ROUGE, LA 70804 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 09 4843 | | | | Undetermined |
| ARCH SPECIALTY INSURANCE COMPANY C/O THROUGH THE LOUISIANA SECRETARY OF STATE, LEGAL SERVICES SECTION PO BOX 94125 BATON ROUGE, LA 70804 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 09 1326 | | | | Undetermined |
| ARCH SPECIALTY INSURANCE COMPANY C/O THROUGH THE LOUISIANA SECRETARY OF STATE, LEGAL SERVICES SECTION PO BOX 94125 BATON ROUGE, LA 70804 | X | | | X | X | X | |

Sheet no. _76_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.**         ,       Case No. **09-14018 (KG)**

         **Debtor**                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Codefendant - Case No. 09 4844 | | | | Undetermined |
| ARCH SPECIALTY INSURANCE COMPANY C/O THROUGH THE LOUISIANA SECRETARY OF STATE, LEGAL SERVICES SECTION PO BOX 94125 BATON ROUGE, LA 70804 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 09 1320 | | | | Undetermined |
| ARCH SPECIALTY INSURANCE COMPANY C/O THROUGH THE LOUISIANA SECRETARY OF STATE, LEGAL SERVICES SECTION PO BOX 94125 BATON ROUGE, LA 70804 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 09 1328 | | | | Undetermined |
| ARCH SPECIALTY INSURANCE COMPANY C/O THROUGH THE LOUISIANA SECRETARY OF STATE, LEGAL SERVICES SECTION PO BOX 94125 BATON ROUGE, LA 70804 | X | | | X | X | X | |

Sheet no. _77_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
                              **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> ARCH SPECIALTY INSURANCE COMPANY C/O THROUGH THE LOUISIANA SECRETARY OF STATE, LEGAL SERVICES SECTION PO BOX 94125 BATON ROUGE, LA 70804 | X | | Codefendant - Case No. 09 4840 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> ARCH SPECIALTY INSURANCE COMPANY C/O THROUGH THE LOUISIANA SECRETARY OF STATE, LEGAL SERVICES SECTION PO BOX 94125 BATON ROUGE, LA 70804 | X | | Codefendant - Case No. 3:09-cv-00539-JVP-SC | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> ARCH SPECIALTY INSURANCE COMPANY C/O THROUGH THE LOUISIANA SECRETARY OF STATE, LEGAL SERVICES SECTION PO BOX 94125 BATON ROUGE, LA 70804 | X | | Codefendant - Case No. 09 4841 | X | X | X | Undetermined |

Sheet no.  _78_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶     $ 0.00

Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                  ,          Case No.   **09-14018 (KG)**
                          **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ARIAS, JOSE<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ARIAS, WYNETTE MARIE<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ARIZONA MFD HOUSING INSTITUTE<br>4525 S LAKESHORE DR - STE 105<br>TEMPE, AZ 85282-7047 | | | General Trade Payable | | | | $2,000.00 |
| ACCOUNT NO.<br><br>ARIZONA PREMIUM INSTALLATIONS<br>1349 W 15TH LANE<br>APACHE JUNCTION, AZ 85220 | | | General Trade Payable | | | | $574.00 |

Sheet no.   79  of   2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 2,574.00

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.**                   ,          Case No. **09-14018 (KG)**

            **Debtor**                                                               (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| ARKLE, SHAN C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| ARKLE, SHAN, AS NEXT FRIEND OF C.H., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | General Trade Payable | | | | $700.00 |
| ARMORED ENTERPRISES DBA FAITH HOMES PO BOX 307 WHEATFIELD, IN 46392 | | | | | | | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| ARMSTRONG, ASHLEY C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no. _80_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶     $ 700.00

Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Redman Homes, Inc.                                    ,          Case No.   09-14018 (KG)
              **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-CV-590 | | | | Undetermined |
| ARMSTRONG, DANIELLE S C/O LAW OFFICE OF JOSEPH M. BRUNO 855 BARONNE STREET NEW ORLEANS, LA 70113 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| ARMSTRONG, RAYMOND CHRISTOPHER C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 49K09-0902-SC-00534 | | | | Undetermined |
| ARMSTRONG, SCOTT C/O RYAN RODGERS GRANT & GRANT 3520 WASHINGTON BLVD. INDIANAPOLIS, IN 46205 | | | | X | X | X | |

Sheet no.   81  of   2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  <u>Redman Homes, Inc.</u>                                    ,          Case No.  <u>09-14018 (KG)</u>
           **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| ARNOLD, DEBORAH C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| ARNOLD, ROBERT C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| ARNOLD, WILLIAM C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | General Trade Payable | | | | $2,199.01 |
| ARROW RV AND HOME SERVICE LLC 16713 W DOVE VALLEY ROAD SURPRISE, AZ 85387 | | | | | | | |

Sheet no.  <u>82</u> of <u>2,170</u> continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   | $ 2,199.01

Total ▶   | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                         ,          Case No.   **09-14018 (KG)**
_____
              **Debtor**                                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | General Trade Payable | | | | Undetermined |
| ARTHUR COX & SON INC 18311 EAST RAILROAD STREET CITY OF INDUSTRY, CA 91748 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| ARTHUR MORGAN, C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4843 | | | | Undetermined |
| ARTHUR, ARTHUR C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4843 | | | | Undetermined |
| ARTHUR, ARTHUR, INDIVIDUALLY AND ON BEHALF OF THE MINOR REFERRED TO AS A.M. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no.   83  of   2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶     $ 0.00

Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                         ,          Case No.   **09-14018 (KG)**
                          **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4843 | | | | Undetermined |
| ARTHUR, MARY C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4843 | | | | Undetermined |
| ARTHUR, MARY, ON BEHALF OF THE MINOR REFERRED TO AS A.M. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | General Trade Payable | | | | $7,596.62 |
| ARTISAN INTERIORS INC PO BOX 701 MIDDLEBURY, IN 46540 | | | | | | | |
| ACCOUNT NO. | | | General Trade Payable | | | | $5,870.24 |
| ASCOT ENTERPRISES INC PO BOX 165 NAPPANEE, IN 46550-0165 | | | | | | | |

Sheet no.   84  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶     | $ 13,466.86

Total ▶     | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
_____                                    _____
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ASPEN HOME CENTER SOUTH, INC.<br>3019 TOUPAL DR<br>TRINADAD, CO 81082 | | | General Trade Payable | X | | | $7,021.80 |
| ACCOUNT NO.<br><br>ASSAVEDO, CHRISTINE<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ASSAVEDO, COREY<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ASSAVEDO, COURTNEY<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |

Sheet no. _85_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 7,021.80

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.** _____ ,     Case No.   **09-14018 (KG)** _____
_____**Debtor**_____                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| ASSAVEDO, MELISSA C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| ASSEVEDO, BARRY C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | General Trade Payable | | | | $102,992.80 |
| ASSOCIATED DEALERS, INC 8632 E APACHE TRAIL MESA, AZ 85207 | | | | X | | | |
| ACCOUNT NO. | | | General Trade Payable | | | | $223.40 |
| AT&T PO BOX 5001 CAROL STREAM, IL 60197-5001 | | | | | | | |

Sheet no. __86_ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 103,216.20

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.**      ,       Case No. **09-14018 (KG)**
             **Debtor**                                               **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AT&T MOBILITY<br>PO BOX 6463<br>CAROL STREAM, IL 60197-6463 | | | General Trade Payable | | | | $1,076.88 |
| ACCOUNT NO.<br><br>ATHENS PARK HOMES, L.L.C.<br>C/O NORMAN A. LOFGREN<br>1601 ELM ST., STE. 4100<br>DALLAS, TX 75201 | X | | Codefendant - Case No. 09 4842 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ATHENS PARK HOMES, L.L.C.<br>C/O NORMAN A. LOFGREN<br>1601 ELM ST., STE. 4100<br>DALLAS, TX 75201 | X | | Codefendant - Case No. 09 4845 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ATHENS PARK HOMES, L.L.C.<br>C/O NORMAN A. LOFGREN<br>1601 ELM ST., STE. 4100<br>DALLAS, TX 75201 | X | | Codefendant - Case No. 09 4844 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ATHENS PARK HOMES, L.L.C.<br>C/O NORMAN A. LOFGREN<br>1601 ELM ST., STE. 4100<br>DALLAS, TX 75201 | X | | Codefendant - Case No. 09 1326 | X | X | X | Undetermined |

Sheet no. **87** of **2,170** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 1,076.88

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Redman Homes, Inc.**                                    ,                     Case No.   **09-14018 (KG)**
_____Debtor_____                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> ATHENS PARK HOMES, L.L.C. C/O NORMAN A. LOFGREN 1601 ELM ST., STE. 4100 DALLAS, TX 75201 | X | | Codefendant - Case No. 3:09cv486 HSO-JMR | X | X | X | Undetermined |
| ACCOUNT NO. <br> ATHENS PARK HOMES, L.L.C. C/O NORMAN A. LOFGREN 1601 ELM ST., STE. 4100 DALLAS, TX 75201 | X | | Codefendant - Case No. 09 4840 | X | X | X | Undetermined |
| ACCOUNT NO. <br> ATHENS PARK HOMES, L.L.C. C/O NORMAN A. LOFGREN 1601 ELM ST., STE. 4100 DALLAS, TX 75201 | X | | Codefendant - Case No. 09 1320 | X | X | X | Undetermined |
| ACCOUNT NO. <br> ATHENS PARK HOMES, L.L.C. C/O NORMAN A. LOFGREN 1601 ELM ST., STE. 4100 DALLAS, TX 75201 | X | | Codefendant - Case No. 09 4843 | X | X | X | Undetermined |
| ACCOUNT NO. <br> ATHENS PARK HOMES, L.L.C. C/O NORMAN A. LOFGREN 1601 ELM ST., STE. 4100 DALLAS, TX 75201 | X | | Codefendant - Case No. 1:09cv626 HSO-JMR | X | X | X | Undetermined |

Sheet no. _88_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.** _____ ,          Case No.   **09-14018 (KG)** _____
<div align="center">Debtor</div> <div align="right">(if known)</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ATHENS PARK HOMES, L.L.C.<br>C/O NORMAN A. LOFGREN<br>1601 ELM ST., STE. 4100<br>DALLAS, TX 75201 | X | | Codefendant - Case No. 09 1328 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ATHENS PARK HOMES, L.L.C.<br>C/O NORMAN A. LOFGREN<br>1601 ELM ST., STE. 4100<br>DALLAS, TX 75201 | X | | Codefendant - Case No. CV-09-PU-1569-S | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ATHENS PARK HOMES, L.L.C.<br>C/O NORMAN A. LOFGREN<br>1601 ELM ST., STE. 4100<br>DALLAS, TX 75201 | X | | Codefendant - Case No. 2:09cv160 HSO-JMR | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ATHENS PARK HOMES, L.L.C.<br>C/O NORMAN A. LOFGREN<br>1601 ELM ST., STE. 4100<br>DALLAS, TX 75201 | X | | Codefendant - Case No. 09 497 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ATHENS PARK HOMES, L.L.C.<br>C/O NORMAN A. LOFGREN<br>1601 ELM ST., STE. 4100<br>DALLAS, TX 75201 | X | | Codefendant - Case No. 3:09-cv-00539-JVP-SC | X | X | X | Undetermined |

Sheet no. __89__ of __2,170__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                              ,          Case No.   **09-14018 (KG)**
                    **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ATHENS PARK HOMES, L.L.C.<br>C/O NORMAN A. LOFGREN<br>1601 ELM ST., STE. 4100<br>DALLAS, TX 75201 | X | | Codefendant - Case No. 09 4841 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ATHENS PARK HOMES, L.L.C.<br>C/O NORMAN A. LOFGREN<br>1601 ELM ST., STE. 4100<br>DALLAS, TX 75201 | X | | Codefendant - Case No. 2:09cv743-mef | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ATLANTIC SERVICE & SUPPLY<br>DRAWER CS 198087<br>ATLANTA, GA 30384-8087 | | | General Trade Payable | | | | $110.00 |
| ACCOUNT NO.<br><br>ATWOOD MOBILE PRODUCTS<br>PO BOX 71979<br>CHICAGO, IL 60694-1979 | | | General Trade Payable | | | | $23,309.73 |
| ACCOUNT NO.<br><br>ATWOOD MOBILE PRODUCTS<br>CREATION WINDOWS<br>PO BOX 71979<br>CHICAGO, IL 60694-1979 | | | General Trade Payable | X | X | X | Undetermined |

Sheet no.  _90_ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 23,419.73

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                        ,          Case No.   **09-14018 (KG)**
                        **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| ATWOOD, GRETCHEN SCHULTE C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| AUCOIN, GINA C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| AUCOIN, GINA M. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no.  _91_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.**                                      ,          Case No.   **09-14018 (KG)**
_____          _____
                        **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| AUCOIN, GINA, ON BEHALF OF THE MINOR T.A. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| AUCOIN, LEONARD WILLIAM C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| AUGUSTINE, ANGEL C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no.  _92_ of  _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶     $ 0.00

Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                              ,          Case No.  __09-14018 (KG)_____
                        **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| AUGUSTINE, JOSEPH C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| AUGUSTINE, JOSEPH MILFORD C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| AUGUSTINE, JR., JOSEPH C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no. __93_ of __2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
                        **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| AUGUSTINE, JR., JOSEPH, ON BEHALF OF THE MINOR M.A. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| AUGUSTINE, JR., JOSEPH, ON BEHALF OF THE MINOR M.A. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-CV-590 | | | | Undetermined |
| AUGUSTINE, MICHELLE C/O LAW OFFICE OF JOSEPH M. BRUNO 855 BARONNE STREET NEW ORLEANS, LA 70113 | | | | X | X | X | |

Sheet no.  _94_ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶            | $ 0.00 |

Total ▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)            | $ |

In re **Redman Homes, Inc.** _____ ,          Case No. __09-14018 (KG)_____
                             **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| AUGUSTINE, ROBIN C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| AUGUSTINE, ROBIN C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| AUGUSTINE, ROBIN, ON BEHALF OF THE MINOR S.A. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no. _95_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re <u>Redman Homes, Inc.</u>                              ,          Case No. <u>  09-14018 (KG)  </u>
             **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4843 | | | | Undetermined |
| AUGUSTINE, THAIS C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| AUGUSTINE, THAIS JOYCE C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4843 | | | | Undetermined |
| AUGUSTINE, THAIS, ON BEHALF OF THE MINOR REFERRED TO AS B.P. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no. <u> 96 </u> of <u> 2,170 </u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► | $ 0.00

Total ►
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

$

In re  **Redman Homes, Inc.**                                    ,        Case No.   **09-14018 (KG)**
                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4843 | | | | Undetermined |
| AUGUSTINE, THAIS, ON BEHALF OF THE MINOR REFERRED TO AS P.P. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| AUGUSTUS, CANDICE SHA-LINDA C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| AUGUSTUS, DIEDRA FERNANDEZ C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no.  _97_ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
                    **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| AUTHEMENT, JAY J. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| AUTHEMENT, JAYLIN A. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| AUTMON, TERA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Threatened | | | | Undetermined |
| AUTO MODERN INSURANCE COMPANY UNKNOWN ADDRESS | | | | X | X | X | |

Sheet no.  _98_ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  | $ 0.00

Total ▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,                    Case No.  **09-14018 (KG)**
                              **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AUTOMATIC SPRINKLER OF TEXAS, INC.<br>PO BOX 382091<br>DUNCANVILLE, TX 75138-2091 | | | General Trade Payable | | | | $5,920.00 |
| ACCOUNT NO.<br><br>AUTOZONE, INC.<br>C/O ARCHER NORRIS<br>CHRISTOPHER M. HARNETT, ESQ., JEANNE C. SHIH, ESQ.<br>WALNUT CREEK, CA 94596-3728 | X | | Codefendant - Case No. BC411536 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>AUTOZONE, INC. (SUCCESSOR-BY-MERGER TO CHIEF AUTO PARTS)<br>C/O ARCHER NORRIS<br>CHRISTOPHER M. HARNETT, ESQ., JEANNE C. SHIH, ESQ.<br>2033 NORTH MAIN STREET, SUITE 800<br>WALNUT CREEK, CA 94596-3728 | X | | Codefendant - Case No. BC411536 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>AVALON GLASS<br>642 E. ALONDRA BLVD<br>CARSON, CA 90746-1004 | | | General Trade Payable | | | | $359.67 |

Sheet no.  99  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 6,279.67

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                              ,                    Case No.   **09-14018 (KG)**
<u>     Debtor     </u>                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AVAYA INC<br>24009 NETWORK PLACE<br>CHICAGO, IL 60673-1240 | | | General Trade Payable | | | | $139.47 |
| ACCOUNT NO.<br><br>AVCO CORPORATION D/B/A TEXTRON SYSTEMS CORPORATION<br>CT CORPORATION<br>818 WEST 7TH STREET<br>LOS ANGELES, CA 90017 | X | | Codefendant - Case No. BC411536 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>AVENUE OF HOMES LLC<br>5660 STONEHAVEN CT<br>GRANITE BAY, CA 95746 | | | General Trade Payable | | | | $1,687.24 |
| ACCOUNT NO.<br><br>AVENUE OF HOMES LLC<br>5660 STONEHAVEN CT<br>GRANITE BAY, CA 95746 | | | Customer Deposits | X | | | $1,500.00 |

Sheet no. _100_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 3,326.71

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
_____          _____
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| AYMOND, THELMA C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| AYMOND, WILLIAM C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| AYMOND, WILLIAM (BILLY) C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no.   101  of   2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
        **Debtor**                                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| AYO, LEO C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | General Trade Payable | | | | $178,233.12 |
| B & B MOBILE HOME SALES PO BOX 421 EFFINGHAM, IL 62401 | | | | X | | | |
| ACCOUNT NO. | | | Customer Deposits | | | | $3,000.00 |
| B & B MOBILE HOME SALES PO BOX 421 EFFINGHAM, IL 62401 | | | | X | | | |
| ACCOUNT NO. | | | General Trade Payable | | | | $706.04 |
| B & E MOBILE HOME PARTS & SERVICE 8484 DIXIE HIGHWAY FLORENCE, KY 41042 | | | | | | | |

Sheet no.  102  of  2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 181,939.16

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
                        **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>B & G INDUSTRIAL SALES INC<br>PO BOX 8216<br>FORT WAYNE, IN 46898-8216 | | | General Trade Payable | | | | $3,172.20 |
| ACCOUNT NO.<br><br>B & H SERVICES<br>PO BOX 1418<br>GOLDEN SHORES, AZ 86436 | | | General Trade Payable | | | | $1,960.93 |
| ACCOUNT NO.<br><br>B & P HOMES, INC<br>20 PENNEY LANE<br>HIGHLAND, NY 12528 | | | General Trade Payable | X | | | $12,385.40 |
| ACCOUNT NO.<br><br>BACHEMIN, DAVID<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |

Sheet no.   103  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 17,518.53

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.**                                    ,          Case No.   09-14018 (KG)
        **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BACHEMIN, DAVID PETER C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | General Trade Payable | | | | $880.00 |
| BACK TO PERFECTION INC 2120 JIMMY DURANTE BLVD, #120 DEL MAR, CA 92014 | | | | | | | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BACQUES, MICHELE C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BACQUES-MAGGIO, JOLIE D. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no.   104  of  2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  | $ 880.00

Total ▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
         **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BADGERLAND MFG. HOMES, INC.<br>6876 S. 13TH STREET<br>OAK CREEK, WI 53154-1468 | | | General Trade Payable | | | | $60.00 |
| ACCOUNT NO.<br><br>BAILES, BRIDGET<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BAILES, BRIDGET<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BAILES, BRIDGET, ON BEHALF OF THE MINOR J.B.<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |

Sheet no.   105  of  2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 60.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                      ,          Case No.   **09-14018 (KG)**
            **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BAILES, BRIDGET, ON BEHALF OF THE MINOR L.B. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BAILES, BRIDGET, ON BEHALF OF THE MINOR N.B. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BAILES, BRIDGET, ON BEHALF OF THE MINOR W.B. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no.   106  of   2,170   continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                              ,          Case No.   **09-14018 (KG)**
                    **Debtor**                                                       **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BAILES, KENETH<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BAILEY, BEATRICE M.<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BAILEY, CAROLINE<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |

Sheet no.   107  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶          $ 0.00

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> BAILEY, DARREN <br> C/O ROBERTA L. BURNS, DAVID C. JARRELL <br> 8301 W. JUDGE PEREZ DRIVE <br> SUITE 303 <br> CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> BAILEY, GARILYN <br> C/O ROBERTA L. BURNS, DAVID C. JARRELL <br> 8301 W. JUDGE PEREZ DRIVE <br> CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4843 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> BAILEY, GARILYN, ON BEHALF OF THE MINOR REFERRED TO AS N.M. <br> C/O ROBERTA L. BURNS, DAVID C. JARRELL <br> 8301 W. JUDGE PEREZ DRIVE <br> SUITE 303 <br> CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4843 | X | X | X | Undetermined |

Sheet no.   108 _of_ 2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                          ,          Case No.   **09-14018 (KG)**
                        **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4843 | | | | Undetermined |
| BAILEY, GARLLYN C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4843 | | | | Undetermined |
| BAILEY, GARLLYN, ON BEHALF OF THE MINOR REFERRED TO AS M.M. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BAILEY, JEROME C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no.  _109_ of  _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶     | $ 0.00

Total ▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

$

In re  **Redman Homes, Inc.**                              ,          Case No.  **09-14018 (KG)**
                      **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BAILEY, JUNE J.<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BAILEY, TIFFANY LYNN<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BAIRD HOMES OF DISTINCTION<br>1491 WEST MULBERRY STREET<br>SALEM, IN | X | | Litigation - Threatened | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BAIRD HOMES OF LEESBURG, INC<br>3495 US HWY 441<br>FRUITLAND PARK, FL 34731 | | | General Trade Payable | | | | $14,672.00 |

Sheet no.  110  of  2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 14,672.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.** _____ ,      Case No.   **09-14018 (KG)** _____
_____**Debtor**_____                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BAIRD HOMES OF LEESBURG, INC<br>3495 US HWY 441<br>FRUITLAND PARK, FL 34731 | | | Customer Deposits | X | | | $1,500.00 |
| ACCOUNT NO.<br><br>BAKER, CHARLES<br>C/O RAYMOND YACKEL<br>LAW OFFICES OF RAYMOND H. YACKEL<br>162 CHANCERY ROW<br>MORGANTOWN, WV 26505 | | | Litigation - Case No. 05-C-729 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BAKER, IRVEN<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BAKER, JAMES<br>C/O LANE MARTIN<br>MARTIN, DUGAN & MARTIN<br>509 W. PIERCE, PO BOX 2168<br>CARLSBAD, NM 88221 | | | Litigation - Case No. CV 09-143 | X | X | X | Undetermined |

Sheet no.  _111_ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 1,500.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,                    Case No.    09-14018 (KG)
                        **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BAKER, KAREN LYNN C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BAKER, KAREN LYNN, ON BEHALF OF THE MINOR K.B. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BAKER, OTIS C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no.   112  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                      ,        Case No.   **09-14018 (KG)**
                    **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> BAKER, ROSE <br> C/O ROBERT C. HILLARD, LLP <br> 719 SOUTH SHORELINE BLVD. <br> SUITE 500 <br> CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> BAKER, RUDOLPH CARL <br> C/O ROBERTA L. BURNS, DAVID C. JARRELL <br> 8301 W. JUDGE PEREZ DRIVE <br> SUITE 303 <br> CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> BAKER, SHEILA WOLFE <br> C/O ROBERTA L. BURNS, DAVID C. JARRELL <br> 8301 W. JUDGE PEREZ DRIVE <br> SUITE 303 <br> CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |

Sheet no.  113  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                     ,            Case No.   **09-14018 (KG)**
            **Debtor**                                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 05-C-729 | | | | Undetermined |
| BAKER, VIOLA C/O RAYMOND YACKEL LAW OFFICES OF RAYMOND H. YACKEL 162 CHANCERY ROW MORGANTOWN, WV 26505 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BALDWIN, NADINE C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BALEMAN, DEREK C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BALEMAN, JOSETTE, AS NEXT FRIEND OF D.B., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no. __114_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,                    Case No.   **09-14018 (KG)**
                          **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BALEMAN, LINDSEY C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BALES, CHARLES C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BALES, JONAS C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BALES, MARK C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.   115  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶     $ 0.00

Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No. **09-14018 (KG)**
_____
         **Debtor**                                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BALES, STEPHEN C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BALKCOM, RICHARD C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4732 | | | | Undetermined |
| BALLAM, AMANDA, AS NEXT FRIEND OF K.R., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BALLICOM, SAMANTHA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no. _116_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**_____,      Case No.__09-14018 (KG)_____
        **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BALOG, KAREN C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BAMES, CHANELL C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BAMES, SANDRA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BANJ, SEYMOURN C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no. _117_ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ►    $ 0.00

Total ►    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Redman Homes, Inc.                                    ,          Case No.   09-14018 (KG)
_____                    _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BANKS, CORY C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-CV-590 | | | | Undetermined |
| BANKS, DAWYAN M C/O LAW OFFICE OF JOSEPH M. BRUNO 855 BARONNE STREET NEW ORLEANS, LA 70113 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-CV-590 | | | | Undetermined |
| BANKS, EDDIE C/O LAW OFFICE OF JOSEPH M. BRUNO 855 BARONNE STREET NEW ORLEANS, LA 70113 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-CV-590 | | | | Undetermined |
| BANKS, EILIS J C/O LAW OFFICE OF JOSEPH M. BRUNO 855 BARONNE STREET NEW ORLEANS, LA 70113 | | | | X | X | X | |

Sheet no.  118  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶     $ 0.00

Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Redman Homes, Inc._____ ,        Case No.  09-14018 (KG)_____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BANKS, KENT C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BANKS, LINDA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BANKS, LINDA, AS NEXT FRIEND OF K.W., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BANKS, LINDA AS NEXT FRIEND OF S.W., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.  119  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                          ,          Case No.   **09-14018 (KG)**
                        **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BANKS, LOWONDER C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BANKS, NAKLA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BANKS, PATRICK C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BANKS, RAFAEL C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.  120  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ► $ 0.00

Total ►  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Redman Homes, Inc.                                          ,        Case No.    09-14018 (KG)
_____                    _____
                    **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BANKS, REGINALD C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BANKS, SEYMOURN, AS NEXT FRIEND OF E.W., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BANNER, LARRY J. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no.   121  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   | $ 0.00

Total ▶   | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**          ,           Case No.   **09-14018 (KG)**

             **Debtor**                                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BAQUET, CHRIS C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-CV-590 | | | | Undetermined |
| BARBARIN, BRITTNEY A C/O LAW OFFICE OF JOSEPH M. BRUNO 855 BARONNE STREET NEW ORLEANS, LA 70113 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-CV-590 | | | | Undetermined |
| BARBARIN, COREY S C/O LAW OFFICE OF JOSEPH M. BRUNO 855 BARONNE STREET NEW ORLEANS, LA 70113 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-CV-590 | | | | Undetermined |
| BARBER, REBECCA M C/O LAW OFFICE OF JOSEPH M. BRUNO 855 BARONNE STREET NEW ORLEANS, LA 70113 | | | | X | X | X | |

Sheet no. __122_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.** ,                              Case No.   09-14018 (KG)
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BARCELONA, LINDA S.<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BARCELONA, STEVE V.<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BARDWELL, RATONIA DANICE<br>C/O BECNEL LAW FIRM, LLC<br>DANIEL E. BECNEL, JR.,<br>MATTHEW B. MORELAND<br>106 W. SEVENTH STREET, P.O. DRAWER H<br>RESERVE, LA 70084 | | | Litigation - Case No. 1:09CV460 HSO-JMR* | X | X | X | Undetermined |

Sheet no.   123  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.**                       ,            Case No.   **09-14018 (KG)**

              **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BARIKS, KALHERINE, AS NEXT FRIEND OF D.B., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | General Trade Payable | | | | $150.00 |
| BARKER'S MOBILE HOMES, INC. 7641 US 321 SOUTH HAGER HILL, KY 41222 | | | | | | | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BARLOW, CREE C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BARNES, ALEXANDERIA, AS NEXT FRIEND OF B.B., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no. _124_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                      Subtotal ▶    $ 150.00

                                                      Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                ,          Case No.   **09-14018 (KG)**
              **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BARNES, ALEXANDRIA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BARNES, ALEXANDRIA, AS NEXT FRIEND OF A.B., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BARNES, ALEXANDRIAAS NEXT FRIEND OF K.B., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BARNES, CARLA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no. _125_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                               Subtotal ▶    $ 0.00

                                                  Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                      ,        Case No.   **09-14018 (KG)**
                        **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BARNES, CARLA, AS NEXT FRIEND OF J.B., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BARNES, DEBRA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BARNES, EVELYN, AS NEXT FRIEND OF A.S., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.  126  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>Redman Homes, Inc.</u>                              ,          Case No. <u>  09-14018 (KG)</u>
                 **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BARNES, EVELYN, AS NEXT FRIEND OF D.B., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BARNES, JEANEJL C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BARNES, JESSE C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BARNES, LINDA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no. <u> 127 </u> of <u> 2,170 </u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Redman Homes, Inc.                                    ,          Case No.   09-14018 (KG)
                          **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BARNES, TIFFINIE, AS NEXT FRIEND OF S.T., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BARON, LEONA C. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE., LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 1:09cv569 HSO-JMR | | | | Undetermined |
| BAROUSSE, TASHA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.   128  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.  **09-14018 (KG)**
_____          _____
                    **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 1:09cv569 HSO-JMR | | | | Undetermined |
| BAROUSSE, TASHA, AS NEXT FRIEND OF C.B., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 1:09cv569 HSO-JMR | | | | Undetermined |
| BAROUSSE, TASHA, AS NEXT FRIEND OF L., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. BC411536 | | | | Undetermined |
| BARR LUMBER COMPANY, INC. C/O PETER C. FREEMAN 16485 LAGUNA CANYON RD., STE. 230 IRVINE, CA 92618 | X | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 11055 | | | | Undetermined |
| BARRETT, ZANDRA J. C/O CHARLES SHAFFER 575 PIERCE STREET, SUITE 500 KINGSTON, PA 18704 | | | | X | X | X | |

Sheet no. _129_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  | $ 0.00

Total ▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.** _____ ,      Case No. __09-14018 (KG)__ _____

          **Debtor**                                                               **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> BARRIERE, ARLENE R <br> C/O LAW OFFICE OF JOSEPH M. BRUNO <br> 855 BARONNE STREET <br> NEW ORLEANS, LA 70113 | | | Litigation - Case No. 09-CV-590 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> BARRON, SEAN <br> C/O ROBERT C. HILLARD, LLP <br> 719 SOUTH SHORELINE BLVD. <br> SUITE 500 <br> CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> BARROW, CLARENCE <br> C/O ROBERTA L. BURNS, DAVID C. JARRELL <br> 8301 W. JUDGE PEREZ DRIVE <br> SUITE 303 <br> CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> BARROW, MARVIN <br> C/O ROBERT C. HILLARD, LLP <br> 719 SOUTH SHORELINE BLVD. <br> SUITE 500 <br> CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |

Sheet no. __130_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                  Subtotal ▶    $ 0.00

                                                    Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                              ,          Case No.   **09-14018 (KG)**
_____
        **Debtor**                                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BASIC COMPONENTS, INC<br>1201 SOUTH SECOND AVENUE<br>MANSFIELD, TX 76063 | | | General Trade Payable | | | | $3,296.58 |
| ACCOUNT NO.<br><br>BASS, LAQUEENASAVAKIA<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BASS, SANCHEZ<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BASTOE, ALYSSA<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |

Sheet no.   131  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶     $ 3,296.58

Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,                    Case No.   **09-14018 (KG)**
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BASTOE, ANDREW C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BASTOE, BLAKE CURT C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BASTOE, COREY M. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no.  _132_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
              **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BASTOE, ERICA C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BASTOE, JACK THOMAS C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BASTOE, JACK THOMAS, ON BEHALF OF THE MINOR J.B. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no.   133  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶        $ 0.00

Total ▶        $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  <u>Redman Homes, Inc.</u>                                    ,        Case No.   <u>09-14018 (KG)</u>
             **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BASTOE, REGINA B. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BATENIAN, JOSETTE C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BATES, JENNIFER C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BATES, SANDRA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.  <u>134</u> of <u>2,170</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶     $ 0.00

Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.  **09-14018 (KG)**
_____
**Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BATISLE, DEMOND C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BATISLE, JANICE C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 08-cv-4630 | | | | Undetermined |
| BATISTE, DEBRA C/O JACK W. HARANG, APLC 228 ST. CHARLES AVE. SUITE 501 NEW ORLEANS, LA 70130 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BATISTE, RONDELL C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.  _135_ of _2,170_  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶       $ 0.00

Total ▶      $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
_____                                    _____
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> BATTIE, DURAN <br> C/O GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER <br> GERALD E. MEUNIER <br> NEW ORLEANS, LA 70163-2800 | | | Litigation - Case No. MDL No. 1873, Section ""N-4"" | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> BATTIE, DURAN ON BEHALF OF MINORS D.B., JR. AND AS REPRESENTATIVE OF THE ESTATE OF DURONTE BATTIE <br> C/O GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER <br> GERALD E. MEUNIER <br> 2800 ENERGY CENTRE, 1100 POYDRAS <br> NEW ORLEANS, LA 70163-2800 | | | Litigation - Case No. MDL No. 1873, Section ""N-4"" | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> BATTLEY, IRVIN <br> C/O LAW OFFICE OF JOSEPH M. BRUNO <br> 855 BARONNE STREET <br> NEW ORLEANS, LA 70113 | | | Litigation - Case No. 09-CV-590 | X | X | X | Undetermined |

Sheet no.   136  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
_____
**Debtor**                                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BAUDEAN, LEAH C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BAUDEAN, LORI C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BAUER, BELINDA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Customer Deposits | | | | $1,500.00 |
| BAUGHMAN HOUSING GROUP LLC 1446 SOUTH 11TH STREET NILES, MI 49120 | | | | X | | | |

Sheet no.   137  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 1,500.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Redman Homes, Inc.                                    ,          Case No.   09-14018 (KG)
                          **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BAUGHMAN, DONNA<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BAY AREA PROPERTIES, INC.<br>W 1424 HWY 41<br>MARINETTE, WI 54143 | | | General Trade Payable | X | | | $31,530.23 |
| ACCOUNT NO.<br><br>BAY COUNTRY HOMES<br>501 S DIVISION ST<br>PO BOX J<br>FRUITLAND, MD 21826 | | | Customer Deposits | X | | | $2,010.31 |
| ACCOUNT NO.<br><br>BAY COUNTRY HOMES<br>501 S DIVISION ST<br>PO BOX J<br>FRUITLAND, MD 21826 | | | General Trade Payable | X | | | $3,873.72 |

Sheet no.   138  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 37,414.26

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   09-14018 (KG)
　　　　　　　　　**Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BBC DISTRIBUTION LLC<br>2649 MOMENTUM PLACE<br>CHICAGO, IL 60689-5326 | | | General Trade Payable | | | | $10,925.99 |
| ACCOUNT NO.<br><br>BC DEVELOPMENT, INC.<br>C/O KEVIN C. HARRIS<br>HARRIS & HOLMES, PLLC<br>111 W. MAIN STREET<br>RIPLEY, WV 25271 | X | | Codefendant - Case No. 08-C-29 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BC DEVELOPMENT, INC.<br>C/O KEVIN C. HARRIS<br>HARRIS & HOLMES, PLLC<br>111 W. MAIN STREET<br>RIPLEY, WV 25271 | X | | Codefendant - Case No. 08-C-30 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BCH MANUFACTURED HOMES, INC.<br>10255 US 31<br>MONTAGUE, MI 49437 | | | Customer Deposits | X | | | $3,000.00 |

Sheet no.  139 of 2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 13,925.99

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
_____          _____
          **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BCH MANUFACTURED HOMES, INC.<br>10255 US 31<br>MONTAGUE, MI 49437 | | | General Trade Payable | | | | $3,500.00 |
| ACCOUNT NO.<br><br>BEAL, LINDA<br>C/O HURRICANE LEGAL CENTER<br>LAWRENCE J. CENTOLA, JR.<br>600 CARONDELET STREET, SUITE 602<br>NEW ORLEANS, LA 70130 | | | Litigation - Case No.6:09cv01006 RTH-ME | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BEAN'S MOBILE HOMES, INC<br>#2 BACKCENTER ROAD<br>PO BOX 1375<br>LYNDONVILLE, VT 05851 | | | General Trade Payable | X | | | $20,989.94 |
| ACCOUNT NO.<br><br>BEAN, MARTHA<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |

Sheet no.   140   of   2,170   continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 24,489.94

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.**           ,          Case No. **09-14018 (KG)**

            **Debtor**                                                             **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BEARCOM<br>PO BOX 200600<br>DALLAS, TX 75320-0600 | | | General Trade Payable | | | | $327.97 |
| ACCOUNT NO.<br><br>BEARD, LISA, AS NEXT FRIEND OF A.D., A MINOR<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BEARD, MARILYN<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BEASLEY, DANIEL<br>DBA BEASLEY'S CONTRACT SERVICE<br>PO BOX 67<br>GREENWICH, OH 44837 | | | General Trade Payable | | | | $2,900.00 |

Sheet no. **141** of **2,170** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 3,227.97

Total ▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.** ,                    Case No.   **09-14018 (KG)**
　　　　　　　**Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 08 3217 | | | | Undetermined |
| BEASLEY, HEAVENLY C/O GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C. GERALD MEUNIER, JUSTIN I. WOODS 1100 POYDRAS STREET, SUITE 2800 NEW ORLEANS, LA 70163 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. MDL No. 1873, Section ""N-4"" | | | | Undetermined |
| BEASLEY, JOYCELY C/O GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER GERALD E. MEUNIER NEW ORLEANS, LA 70163-2800 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. MDL No. 1873, Section ""N-4"" | | | | Undetermined |
| BEASLEY, JOYCELY,  ON BEHALF OF MINOR H.B. C/O GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER GERALD E. MEUNIER 2800 ENERGY CENTRE, 1100 POYDRAS NEW ORLEANS, LA 70163-2800 | | | | X | X | X | |

Sheet no.   142  of  2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.**                    ,         Case No.  **09-14018 (KG)**

                      **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BEASLEY, JOYCELYN C/O GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C. GERALD MEUNIER, JUSTIN I. WOODS NEW ORLEANS, LA 70163 | | | Litigation - Case No. 08 3217 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BEASLEY, JOYCELYN, ON BEHALF OF A MINOR C/O GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C. GERALD MEUNIER, JUSTIN I. WOODS 1100 POYDRAS STREET, SUITE 2800 NEW ORLEANS, LA 70163 | | | Litigation - Case No. 08 3217 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BEASLEY, STEVEN C/O GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER GERALD E. MEUNIER NEW ORLEANS, LA 70163-2800 | | | Litigation - Case No. MDL No. 1873, Section ""N-4"" | X | X | X | Undetermined |

Sheet no. __143_ of _2,170__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 08 3217 | | | | Undetermined |
| BEASLEY, STEVEN C/O GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C. GERALD MEUNIER, JUSTIN I. WOODS NEW ORLEANS, LA 70163 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. MDL No. 1873, Section ""N-4"" | | | | Undetermined |
| BEASLEY, STEVEN,  ON BEHALF OF MINOR H.B. C/O GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER GERALD E. MEUNIER 2800 ENERGY CENTRE, 1100 POYDRAS NEW ORLEANS, LA 70163-2800 | | | | X | X | X | |

Sheet no.  **144** of **2,170** continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶          $ 0.00

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                      ,        Case No.   **09-14018 (KG)**
_____                                  _____
**Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 08 3217 | | | | Undetermined |
| BEASLEY, STEVEN, ON BEHALF OF A MINOR C/O GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C. GERALD MEUNIER, JUSTIN I. WOODS 1100 POYDRAS STREET, SUITE 2800 NEW ORLEANS, LA 70163 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BEAULIEU, CHRISTOPHER JUSTIN C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BEAULIEU, DEBRECCA C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no.  _145_ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ►   $ 0.00

Total ►   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.**                       ,           Case No. **09-14018 (KG)**
               **Debtor**                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BEAULIEU, DEBRECCA C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BEAULIEU, DEBRECCA, ON BEHALF OF THE MINOR C.B. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 1:09cv566 HSO JMR | | | | Undetermined |
| BECHTEL NATIONAL, INC CT CORPOATION SYSTEM 645 LAKELAND EAST DRIVE, SUITE 101 FLOWOOD, MS 39232 | X | | | X | X | X | |

Sheet no. _146_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                Subtotal ▶    $ 0.00

                                                Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re __Redman Homes, Inc._____ ,     Case No. __09-14018 (KG)_____
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BECHTEL NATIONAL, INC<br>CT CORPOATION SYSTEM<br>645 LAKELAND EAST DRIVE, SUITE 101<br>FLOWOOD, MS 39232 | X | | Codefendant - Case No. 1:09cv569 HSO-JMR | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BECHTEL NATIONAL, INC.<br>C/O PETER TAFARO<br>FRILOT, LLC<br>1100 POYDRAS STREET, SUITE 3700<br>NEW ORLEANS, LA 70163 | X | | Codefendant - Case No. 3:09cv486 HSO-JMR | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BECHTEL NATIONAL, INC.<br>C/O PETER TAFARO<br>FRILOT, LLC<br>1100 POYDRAS STREET, SUITE 3700<br>NEW ORLEANS, LA 70163 | X | | Codefendant - Case No. 1:09cv626 HSO-JMR | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BECHTEL NATIONAL, INC.<br>C/O PETER TAFARO<br>1100 POYDRAS STREET, SUITE 3700<br>NEW ORLEANS, LA 70163 | X | | Codefendant - Case No. 2:09cv160 HSO-JMR | X | X | X | Undetermined |

Sheet no. __147_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.** _____ ,        Case No.  **09-14018 (KG)** _____
_____**Debtor**_____                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BECHTEL NATIONAL, INC.<br>CT CORPOATION SYSTEM<br>645 LAKELAND EAST DRIVE,<br>SUITE 101<br>FLOWOOD, MS 39232 | X | | Codefendant - Case No. 1:09CV430 HSO-JMR* | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BECKER MOBILE HOMES, INC<br>901 S BEST AVE<br>WALNUTPORT, PA 18088 | | | General Trade Payable | X | | | $4,054.58 |
| ACCOUNT NO.<br><br>BECNEL, CAROL<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 3:09-cv-00539-JVP-SC | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BECNEL, ROBERT<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 3:09-cv-00539-JVP-SC | X | X | X | Undetermined |

Sheet no. __148_ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 4,054.58

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                              ,          Case No.  **09-14018 (KG)**
                **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BEHRENS, DAVID P.<br>C/O HURRICAN LEGAL CENTER<br>LAWRENCE J. CENTOLA, JR.<br>600 CARONDELET STREET, SUITE 602<br>NEW ORLEANS, LA 70130 | | | Litigation - Case No. 6:09cv01006 RTH-ME | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BEHRENS, SHAWN<br>C/O HURRICAN LEGAL CENTER<br>LAWRENCE J. CENTOLA, JR.<br>600 CARONDELET STREET, SUITE 602<br>NEW ORLEANS, LA 70130 | | | Litigation - Case No. 6:09cv01006 RTH-ME | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BELASCO HOME SALES<br>1201 WEST MAIN STREET<br>BRIDGEPORT, WV 26330 | | | General Trade Payable | | | | $10,522.67 |
| ACCOUNT NO.<br><br>BELL, AARON<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD. SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |

Sheet no.  _149_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 10,522.67

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                              ,        Case No.  **09-14018 (KG)**
_____
**Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BELL, ARIE C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 6:09cv01006 RTH-ME | | | | Undetermined |
| BELL, DOROTHY C/O HURRICAN LEGAL CENTER LAWRENCE J. CENTOLA, JR. 600 CARONDELET STREET, SUITE 602 NEW ORLEANS, LA 70130 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BELL, JUDY C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BELL, LARRY C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.  _150_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶        $ 0.00

Total ▶        $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                          ,          Case No.   **09-14018 (KG)**
 _____                    _____
                      **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BELL, MAI C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BELL, MANHA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BELL, MANHA, AS NEXT FRIEND OF I.B., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BELL, MARTHA, AS NEXT FRIEND OF A.B., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.  _151_ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶          $ 0.00

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                              ,          Case No.   **09-14018 (KG)**
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BELLO, CLAUDE C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BELLO, FRANK C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BELLO, SLEVIE, AS NEXT FRIEND OF H.B., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BELLO, STEVIE C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.  _152_ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶         $ 0.00

Total ▶         $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,        Case No.   **09-14018 (KG)**
                        **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> BELLO, STEVIE, AS NEXT FRIEND OF A.M., A MINOR <br> C/O ROBERT C. HILLARD, LLP <br> 719 SOUTH SHORELINE BLVD. <br> SUITE 500 <br> CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> BELLO-PIKE, DAPHANE <br> C/O ROBERT C. HILLARD, LLP <br> 719 SOUTH SHORELINE BLVD. <br> SUITE 500 <br> CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> BELMARES, CAROLIN <br> C/O ROBERT C. HILLARD, LLP <br> 719 SOUTH SHORELINE BLVD. <br> SUITE 500 <br> CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> BELMARES, FRANCIS <br> C/O ROBERT C. HILLARD, LLP <br> 719 SOUTH SHORELINE BLVD. <br> SUITE 500 <br> CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |

Sheet no.   153  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.** ,      Case No. **09-14018 (KG)**
_____
         **Debtor**                                             **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BELMONT HOMES, INC<br>1931 NORTH SERVICE RD<br>ST CLAIR, MO 63077 | | | Customer Deposits | X | | | $2,500.00 |
| ACCOUNT NO.<br><br>BELMONT HOMES, INC<br>1931 NORTH SERVICE RD<br>ST CLAIR, MO 63077 | | | General Trade Payable | | | | $2,724.47 |
| ACCOUNT NO.<br><br>BELYEU, JUDY<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BELYEU, MICHAEL<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |

Sheet no. _154_ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 5,224.47

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.** ,                                    Case No. **09-14018 (KG)**
                    **Debtor**                                                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BEN DREW CO, LLC<br>DBA COLONIAL ACRES<br>24995 US 12 EAST<br>EDWARDSBURG, MI 49112 | | | General Trade Payable | | | | $80.00 |
| ACCOUNT NO.<br><br>BEN, TRINA<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BEN, TRINA, ON BEHALF OF THE MINOR T.B.<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BENFATTI, RUDE T<br>C/O LAW OFFICE OF JOSEPH M. BRUNO<br>855 BARONNE STREET<br>NEW ORLEANS, LA 70113 | | | Litigation - Case No. 09-CV-590 | X | X | X | Undetermined |

Sheet no. _155_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 80.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Redman Homes, Inc.                                    ,        Case No.   09-14018 (KG)
                    **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BENNETT, JENNIE C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BENNETT, JENNIE, AS NEXT FRIEND OF C.H., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BENNETT, PAMELA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BENNETT, TANYA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.   156  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶          $ 0.00

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,                    Case No.  **09-14018 (KG)**
                        **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BENNETT, THOMAS C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BENNETT, TRACY C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BENNETT, TRACYAS NEXT FRIEND OF T.B., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | General Trade Payable | | | | $98.49 |
| BENSON SECURITY SYSTEMS INC 2065 W OBISPO AVE, SUITE 101 GILBERT, AZ 85233 | | | | | | | |

Sheet no.  157  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶      $ 98.49

Total ▶      $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
_____                    _____
              **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BENTLEY, BRITTANY C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BENTLEY, JEFFREY C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BENTLEY, JETHRO C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BENTLEY, LINDA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.   158  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                ,        Case No.   **09-14018 (KG)**

         **Debtor**                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. MDL No. 1873, Section ""N-4"" | | | | Undetermined |
| BERGENS, THOMAS ANTHONY C/O GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER GERALD E. MEUNIER 2800 ENERGY CENTRE, 1100 POYDRAS NEW ORLEANS, LA 70163-2800 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BERGERON, BRETT C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BERMOND, LILLIE C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no. _159_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                          ,          Case No.   **09-14018 (KG)**
 _____                              _____
                     **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BERNARD, ANITA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BERNARD, ERIC C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BERNARD, LAUREN C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no.   160  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   | $ 0.00

Total ▶   | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                              ,                    Case No.   **09-14018 (KG)**
              **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BERNDT, JAMES C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BERNDT, SAVANNAH C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BERNIARD, STANLEY C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BERRY, CHRISTIAN C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.   161  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶                     $ 0.00

Total ▶                     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
                          **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BERRY, CHRISTINA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BERRY, ELWOOD C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BERRY, HILDA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BERRY, JENNIFER C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.  162  of  2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
                    **Debtor**                                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BERRY, JOHN C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BERSUDER, BRIAN M. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BERSUDER, KAREN C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no.   163  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
_____
  **Debtor**                                                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Codefendant - Case No. BC411536 | | | | Undetermined |
| BETATERM USA, LLC SUCCESSOR-BY-MERGER TO BETA-THERM CORPORATION F/K/A PRECISION SENSOR CORPORATION 910 TURNPIKE ROAD SHREWSBURY, MA 01545 | X | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BETTY CLARKE, AS REPRESENTATIVE OF THE ESTATE OF ANTHONY PARKER, DECEASED C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BIAGAS, SHIRLEY C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.  _164_ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Redman Homes, Inc.                                    ,          Case No.  09-14018 (KG)
                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BICKETT, REBECCA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BICKHAM, SHELIA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 08 3217 | | | | Undetermined |
| BIDDLE, KELLINA C/O GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C. GERALD MEUNIER, JUSTIN I. WOODS 1100 POYDRAS STREET, SUITE 2800 NEW ORLEANS, LA 70163 | | | | X | X | X | |

Sheet no.  165  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
             **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BIDDLE, KELLINA<br>C/O GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER<br>GERALD E. MEUNIER<br>2800 ENERGY CENTRE, 1100 POYDRAS<br>NEW ORLEANS, LA 70163-2800 | | | Litigation - Case No. MDL No. 1873, Section ""N-4"" | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BIDUS, RUTH<br>7444 S M 221<br>PO BOX 367<br>BRIMLEY, MI 49715 | | | General Trade Payable | | | | $70.00 |
| ACCOUNT NO.<br><br>BIENEMY, JOSEPH<br>C/O LAW OFFICE OF JOSEPH M. BRUNO<br>855 BARONNE STREET<br>NEW ORLEANS, LA 70113 | | | Litigation - Case No. 09-CV-590 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BIENEMY, ROSCOE JERMAIN<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |

Sheet no.  166 of  2,170 continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 70.00

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.** _____ ,     Case No.   **09-14018 (KG)** _____
          **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> BIENEMY, SHERRY <br> C/O ROBERTA L. BURNS, DAVID C. JARRELL <br> 8301 W. JUDGE PEREZ DRIVE <br> CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4842 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> BIENEMY, SHERRY LYNN <br> C/O ROBERTA L. BURNS, DAVID C. JARRELL <br> 8301 W. JUDGE PEREZ DRIVE <br> SUITE 303 <br> CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> BIENEMY, SHERRY, ON BEHALF OF THE MINOR REFERRED TO AS J.G. <br> C/O ROBERTA L. BURNS, DAVID C. JARRELL <br> 8301 W. JUDGE PEREZ DRIVE <br> SUITE 303 <br> CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4842 | X | X | X | Undetermined |

Sheet no.   167  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ►     $ 0.00

Total ►     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
_____                                    _____
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BIG SKY HOMES<br>5112 LAUREL ROAD<br>BILLINGS, MT 59102 | X | | Litigation - Threatened | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BIG SKY MANUFACTURED HOMES, INC.<br>5112 LAUREL RD<br>BILLINGS, MT 59101 | | | General Trade Payable | | | | $15,679.51 |
| ACCOUNT NO.<br><br>BIGNER, DEBBIE<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BIGNER, DEBBIE<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |

Sheet no.   168  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   | $ 15,679.51

Total ▶   | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.**                              ,          Case No.  **09-14018 (KG)**
            **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BIGNER, DEBBIE, ON BEHALF OF THE MINOR E.B. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BIGNER, DEBBIE, ON BEHALF OF THE MINOR G.B. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BIGNER, DEBBIE, ON BEHALF OF THE MINOR K.B. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no.  169  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶         $ 0.00

Total ▶         $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Redman Homes, Inc.**                                  ,          Case No.   **09-14018 (KG)**
                    **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. BIGNER, ROBERT C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |
| ACCOUNT NO. BIGNER, ROBERT, ON BEHALF OF THE MINOR E.B. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |
| ACCOUNT NO. BIGNER, ROBERT, ON BEHALF OF THE MINOR G.B. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |

Sheet no.   170  of  2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 0.00

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  <u>Redman Homes, Inc.</u>                                        ,          Case No.   <u>09-14018 (KG)</u>
                    **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BIGNER, ROBERT, ON BEHALF OF THE MINOR K.B. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BIHM, DONALD R. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BIIL, DOMINIQUE C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | General Trade Payable | | | | $42.50 |
| BILLINGSLEY, DAVID DBA DAVID BILLINGSLEY, PE 217 EAST MAIN STREET MIDDLEBURG, PA 17842 | | | | | | | |

Sheet no. <u> 171 </u>of <u> 2,170 </u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   | $ 42.50

Total ▶   | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,                    Case No.   **09-14018 (KG)**
            **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BILLIOL, SHAUN C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BILLIOT, LUCIEN C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BINDER, DAVID M. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no.   **172**  of  **2,170**  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.**                     ,                Case No.   **09-14018 (KG)**
                   **Debtor**                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> BINDER, ROSE C. <br> C/O ROBERTA L. BURNS, DAVID C. JARRELL <br> 8301 W. JUDGE PEREZ DRIVE <br> SUITE 303 <br> CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> BINGHAM, ELIZABETH <br> C/O ROBERT C. HILLARD, LLP <br> 719 SOUTH SHORELINE BLVD. <br> SUITE 500 <br> CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> BINGHAM, L.C. <br> C/O GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C. <br> GERALD MEUNIER, JUSTIN I. WOODS <br> 1100 POYDRAS STREET, SUITE 2800 <br> NEW ORLEANS, LA 70163 | | | Litigation - Case No. 08 3217 | X | X | X | Undetermined |

Sheet no. __173_ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

                                               Subtotal ▶ | $ 0.00

                                                     Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
_____                    _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. MDL No. 1873, Section ""N-4"" | | | | Undetermined |
| BINGHAM, L.C. C/O GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER GERALD E. MEUNIER 2800 ENERGY CENTRE, 1100 POYDRAS NEW ORLEANS, LA 70163-2800 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BIRD, DENNIS J. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BIRD, LYNDA CLINE C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no.   174  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.** ,                    Case No.   09-14018 (KG)
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BIRD, MELANIE R. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BIRD, MICHELLE LYNN C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BIVENS, PRISCILLA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BIVENS, ROBERT C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.   175  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.** _____ ,          Case No. __09-14018 (KG)_____
_____**Debtor**_____                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> BLACK HAWK HOMES INC <br> 2020 W DEER VALLEY RD, STE 102 <br> PHOENIX, AZ 85027 | | | General Trade Payable | X | | | $21,386.70 |
| ACCOUNT NO. <br><br> BLACK, MARY A. <br> C/O ROBERTA L. BURNS, DAVID C. JARRELL <br> 8301 W. JUDGE PEREZ DRIVE <br> SUITE 303 <br> CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> BLACK, MATTHEW LEE <br> DBA K & A CONSTRUCTION <br> 1505 W 32 ROAD <br> BOON, MI 49618 | | | General Trade Payable | | | | $643.00 |
| ACCOUNT NO. <br><br> BLACK, TOMEKA <br> C/O ROBERTA L. BURNS, DAVID C. JARRELL <br> 8301 W. JUDGE PEREZ DRIVE <br> SUITE 303 <br> CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |

Sheet no. __176_of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 22,029.70

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
                      **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BLACK, TRENECE<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BLACKMAN, ROSIE, AS NEXT FRIEND OF S.A., A MINOR<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BLACKMON, ROSIE<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BLAIZE-BRIGGS, CATHERINE<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |

Sheet no.  177  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.**                            ,          Case No.   **09-14018 (KG)**
                        **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BLANCHARD, BOBBY W. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BLANCHARD, BRUNO PAUL C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BLANCHARD, FAYE C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no.  178  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
_____        _____
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BLANCHARD, RANDY C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BLANCHARD, REYNA L. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BLANCHARD, SR., BOBBY C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no.   179  of  2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   | $ 0.00

Total ▶   | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
_____          _____
                    **Debtor**                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BLANCHARD, SR., BOBBY, ON BEHALF OF THE MINOR T.B. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | General Trade Payable | | | | $12,280.74 |
| BLAZON INTERNATIONAL GROUP 605 EARTHWAY BLVD PO BOX 99 BRISTOL, IN 46507 | | | | | | | |
| ACCOUNT NO. | | | Litigation - Case No. 09-CV-590 | | | | Undetermined |
| BLOUIN, CHANTELL M C/O LAW OFFICE OF JOSEPH M. BRUNO 855 BARONNE STREET NEW ORLEANS, LA 70113 | | | | X | X | X | |
| ACCOUNT NO. | | | General Trade Payable | | | | $37,044.70 |
| BLUE RIBBONS HOMES DBA COUNTRYSIDE OF HASTINGS 32178 GLADE SPRINGS ROAD GRAVIOS MILLS, MO 65037 | | | | X | | | |

Sheet no.  _180_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  | $ 49,325.44

Total ▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.** ,        Case No. **09-14018 (KG)**

              **Debtor**                                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BLUELINX CORPORATION<br>PO BOX 642265<br>PITTSBURGH, PA 15264-2265 | | | General Trade Payable | | | | $138,345.42 |
| ACCOUNT NO.<br><br>BLUELINX CORPORATION<br>(GEORGIA-PACIFIC)<br>PO BOX 642265<br>PITTSBURGH, PA 15264-2265 | | | General Trade Payable | | | | $51,477.22 |
| ACCOUNT NO.<br><br>BLYMIER, RACHEL<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BODRY, ALITA<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |

Sheet no. __181_ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

                                     Subtotal ▶    $ 189,822.64

                                     Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.  **09-14018 (KG)**
                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BOGAN, BRITNEY C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BOHNE, BARRETT C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BOHNE, JEFFREY C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BOHNE, JEFFREY C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no.  **182** of  **2,170** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 0.00

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                        ,          Case No.   **09-14018 (KG)**
                                    **Debtor**                                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undermined |
| BOHNE, JEFFREY, ON BEHALF OF THE MINOR J.B. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undermined |
| BOHNE, LINDSEY C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undermined |
| BOHNE, LINDSEY C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no.   183  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶          $ 0.00

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.**                    ,          Case No.   09-14018 (KG)
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> BOHNE, LINDSEY, ON BEHALF OF THE MINOR J.B. <br> C/O ROBERTA L. BURNS, DAVID C. JARRELL <br> 8301 W. JUDGE PEREZ DRIVE <br> SUITE 303 <br> CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |
| ACCOUNT NO. <br> BOISE CASCADE <br> PO BOX 360896 <br> PITTSBURGH, PA 15251-6896 | | | General Trade Payable | | | | $10,513.66 |
| ACCOUNT NO. <br> BOLDE, LINDSEY <br> C/O ROBERT C. HILLARD, LLP <br> 719 SOUTH SHORELINE BLVD. <br> SUITE 500 <br> CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO. <br> BOLDEN, GEORGE <br> C/O HURRICAN LEGAL CENTER <br> LAWRENCE J. CENTOLA, JR. <br> 600 CARONDELET STREET, SUITE 602 <br> NEW ORLEANS, LA 70130 | | | Litigation - Case No. 6:09cv01006 RTH-ME | X | X | X | Undetermined |

Sheet no.   184  of  2,170   continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 10,513.66

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.** _____ ,     Case No.   09-14018 (KG)  _____
_____**Debtor**_____                              _____**(if known)**_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BOLLINGER, KIMBERLY MICHELLE C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BOLOEN, CHARLES C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BONDIO, PETRINA A. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | General Trade Payable | | | | $580.00 |
| BONG SALES 3500 N 12TH ST SUPERIOR, WI 54880 | | | | | | | |

Sheet no.  185 of 2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶     $ 580.00

Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,                    Case No.   **09-14018 (KG)**
                     **Debtor**                                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BONNECARRE, BRANDON CHARLES C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BONNECARRE, CLINTON C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | General Trade Payable | | | | $9,179.80 |
| BONNIE HEIGHTS HOMES, INC 7048 CARLISLE PIKE CARLISLE, PA 17015 | | | | X | | | |

Sheet no.   186  of  2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  | $ 9,179.80

Total ▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
                        **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BONOMO, PATRICIA<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BOOKER, CECILA<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BOOKER, ORLANDA<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BOOTH, CHIANTI<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |

Sheet no.   187  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶       $ 0.00

Total ▶       $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.**                    ,          Case No.   09-14018 (KG)
          **Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BORDELON, JENNIFER G. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-CV-590 | | | | Undetermined |
| BORDEN, RUTH C/O LAW OFFICE OF JOSEPH M. BRUNO 855 BARONNE STREET NEW ORLEANS, LA 70113 | | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. BC411536 | | | | Undetermined |
| BORG-WARNER CORPORATION (BY ITS SUCCESSOR-IN-INTEREST TO BORGWARNER MORSE TEE, INC.) C/O BOOTH, MITCHEL & STRANGE LLP STEVEN M. MITCHEL, ESQ., ROBERT H. BRIGGS, ESQ. 707 WILSHIRE BLVD., SUITE 4450 LOS ANGELES, CA 90017 | X | | | X | X | X | |

Sheet no.   188  of  2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.** _____,  Case No.  **09-14018 (KG)** _____
               **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BORING-SMITH<br>PO BOX 671555<br>DALLAS, TX 75267-1555 | | | General Trade Payable | | | | $2,031.16 |
| ACCOUNT NO.<br><br>BORNE, SHEILA K.<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BOSAIGE, CONNIE, AS NEXT FRIEND OF A.H., A MINOR<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BOSARG, ANGELA<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |

Sheet no.  189  of  2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 2,031.16

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Redman Homes, Inc.                                    ,          Case No.   09-14018 (KG)
                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BOSARGE, CHARLES C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BOSARGE, CONNIE C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BOSARGE, JASMINE C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BOSARGE, JASMINE, AS NEXT FRIEND OF J.T., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.   190  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Redman Homes, Inc.                                    ,          Case No.   09-14018 (KG)
_____                              _____
                  Debtor                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BOSARGE, LAMAR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BOSARGE, LOIS C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BOSARGE, LOYAL C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BOSARGE, MANUEL C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.   191  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  <u>Redman Homes, Inc.</u>                                    ,          Case No. <u>  09-14018 (KG)</u>
                      **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BOSARGE, MENA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BOSARGE, RUSSELL C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BOSARQE, CONNIE, AS NEXT FRIEND OF P.A., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 1:09cv626 HSO-JMR | | | | Undetermined |
| BOSTIC, RYAN MICHAEL C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no. <u> 192 </u>of<u> 2,170 </u>continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  | $ 0.00

Total ▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.    **09-14018 (KG)**
                        **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BOSTIC, RYAN MICHAEL C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BOSTON, TRACEY C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BOSTON, TRACEY, AS NEXT FRIEND OF C.B., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.   193  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BOTELER, AMANDA<br>C/O HURRICAN LEGAL CENTER<br>LAWRENCE J. CENTOLA, JR.<br>600 CARONDELET STREET, SUITE 602<br>NEW ORLEANS, LA 70130 | | | Litigation - Case No. 6:09cv01006 RTH-ME | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BOTELER, BOBBY<br>C/O HURRICAN LEGAL CENTER<br>LAWRENCE J. CENTOLA, JR.<br>600 CARONDELET STREET, SUITE 602<br>NEW ORLEANS, LA 70130 | | | Litigation - Case No. 6:09cv01006 RTH-ME | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BOTELER, LILLIE<br>C/O LAW OFFICES OF SIDNEY D. TORRES, III<br>ROBERTA BURNS<br>8301 W. JUDGE PEREZ DR., SUITE 303<br>CHALMETTE, LA 70043 | | | Litigation - Case No. 2:09cv160 HSO-JMR | X | X | X | Undetermined |

Sheet no.   194  of   2,170   continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶                     $ 0.00

Total ▶                     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
_____**Debtor**_____                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  BOTELER, SEAN C/O HURRICAN LEGAL CENTER LAWRENCE J. CENTOLA, JR. 600 CARONDELET STREET, SUITE 602 NEW ORLEANS, LA 70130 | | | Litigation - Case No. 6:09cv01006 RTH-ME | X | X | X | Undetermined |
| ACCOUNT NO.  BOUDREAUX, LAURA BRADLEY C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |
| ACCOUNT NO.  BOUDREAUX, MICHAEL D. C/O SIDNEY D. TORRES, III LAW OFFICES OF SIDNEY D. TORRES, P.C. 8301 WEST JUDGE PEREZ DR., SUITE 303 CHALMETTE, LA 70043 | | | Litigation - Case No. 09-3561 | X | X | X | Undetermined |

Sheet no.  **195** of **2,170** continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
            **Debtor**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4843 | | | | Undetermined |
| BOUDREAUX, MICHELLE C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4843 | | | | Undetermined |
| BOUDREAUX, MICHELLE, ON BEHALF OF THE MINOR REFERRED TO AS J.P. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BOUGHLON, MELISSA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.   196  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.  **09-14018 (KG)**
_____          _____
                **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BOUGHTON, LOUIS C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BOUGHTON, MELISSA, AS NEXT FRIEND OF B.B., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BOUGHTON, MELISSA, AS NEXT FRIEND OF C.B., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BOULLON, FLORA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.  197  of  2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ►  $ 0.00

Total ►  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
              **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BOUNDS, GLENDA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BOUNDS, GLENDA, AS NEXT FRIEND OF D.B., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BOURG, CHARMAINE L. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BOURG, CHARMIAINE C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no.   198  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Redman Homes, Inc.                                    ,        Case No.   09-14018 (KG)
　　　　　　　　Debtor                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BOURG, CHARMIAINE ON BEHALF OF THE MINOR Z.B. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BOURG, LINDA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BOURG, TRAVIS C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BOURGE, KAREN C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.  199  of  2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  __Redman Homes, Inc.__                                ,          Case No.  __09-14018 (KG)__
_____Debtor_____                                                    _____(if known)_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 08 3217 | | | | Undetermined |
| BOURGEOIS, BARRY C/O GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C. GERALD MEUNIER, JUSTIN I. WOODS 1100 POYDRAS STREET, SUITE 2800 NEW ORLEANS, LA 70163 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. MDL No. 1873, Section ""N-4"" | | | | Undetermined |
| BOURGEOIS, BARRY C/O GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER GERALD E. MEUNIER 2800 ENERGY CENTRE, 1100 POYDRAS NEW ORLEANS, LA 70163-2800 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4732 | | | | Undetermined |
| BOURGEOIS, BRENDA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no. __200_ of _2,170__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
_____          _____
                    **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BOURGEOIS, CHRIS, AS NEXT FRIEND OF C.B., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BOURGEOIS, COLIN C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-CV-590 | | | | Undetermined |
| BOURGEOIS, GLENN D C/O LAW OFFICE OF JOSEPH M. BRUNO 855 BARONNE STREET NEW ORLEANS, LA 70113 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BOURGEOIS, KAREN, AS NEXT FRIEND OF T.B., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.  _201_ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶          $ 0.00

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  <u>Redman Homes, Inc.</u>                                    ,                    Case No. <u>  09-14018 (KG)</u>
                    **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BOURGEOIS, MARGAREL C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BOURGEOIS, OWEN C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-CV-590 | | | | Undetermined |
| BOURGEOIS, TAMMY L C/O LAW OFFICE OF JOSEPH M. BRUNO 855 BARONNE STREET NEW ORLEANS, LA 70113 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BOURGEOIS, TIMOTHY C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no. <u> 202 </u>of<u> 2,170 </u>continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
                **Debtor**                                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BOURN, NEIL<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BOURQUARD, CONNIE THOMPSON<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BOURQUARD, RENE A.<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |

Sheet no.   203  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,            Case No.   **09-14018 (KG)**
　　　　　　　　　**Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> BOWERS, CATHLEEN <br> C/O ROBERTA L. BURNS, DAVID C. JARRELL <br> 8301 W. JUDGE PEREZ DRIVE <br> SUITE 303 <br> CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> BOWERS, MIKE <br> ADDRESS ON FILE | | | Management Security Plan | X | | | $42,394.00 |
| ACCOUNT NO. <br><br> BOWIE, JAMES <br> C/O ROBERT C. HILLARD, LLP <br> 719 SOUTH SHORELINE BLVD. <br> SUITE 500 <br> CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> BOWMAN DISTRIBUTION <br> DEPT CH 14079 <br> PALATINE, IL 60055-4079 | | | General Trade Payable | | | | $201.96 |

Sheet no.   204  of  2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 42,595.96

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
                        **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BOWMAN, GERAL C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-CV-590 | | | | Undetermined |
| BOWMAN, ODEAL C/O LAW OFFICE OF JOSEPH M. BRUNO 855 BARONNE STREET NEW ORLEANS, LA 70113 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BOYD, BO C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BOYD, GREGORY C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no. _205_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
           **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BOYETTE HOME CENTER OF BARNWELL<br>11924 HWY. 278<br>BARNWELL, SC 29812 | X | | Codefendant - Case No. 07-CP-25-470 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BOYINGTON, STARNELL<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BRADFORD, YVONNE<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BRADLAY, GLORIAAS NEXT FRIEND OF L.J., A MINOR<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |

Sheet no.  206  of  2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re <u>Redman Homes, Inc.</u> ,
<div style="text-align:center"><b>Debtor</b></div>

Case No. <u>09-14018 (KG)</u>
<div style="text-align:center"><b>(if known)</b></div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

<div style="text-align:center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BRADLEY, BILLY C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BRADLEY, GLORIA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BRADLEY, GLORIAAS NEXT FRIEND OF J.L., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BRADLEY, LAKEISHA, AS NEXT FRIEND OF D.B., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no. <u>207</u> of <u>2,170</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 0.00

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
                        **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BRADLEY, LATASHA, AS NEXT FRIEND OF A.S., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BRADLEY, LEKESHIA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BRADSHAW, TOMMY C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Threatened | | | | Undetermined |
| BRAND,  MARY TRANSPAC SUBROGATION SOLUTIONS | | | | X | X | X | |

Sheet no.   208  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                               ,          Case No.   **09-14018 (KG)**
                        **Debtor**                                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BRAND,  REX<br>TRANSPAC SUBROGATION<br>SOLUTIONS | | | Litigation - Threatened | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BRANDY FRICKE,AS NEXT<br>FNEND OF JOSEPH DANOS, A<br>MINOR<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BRANDY MICHELLE<br>BRIDENBAKER, MOTHER OF<br>DESMOND WILLIAMSON<br>C/O GILL, LADNER & PRIEST,<br>PLLC<br>W. BOBBY GILL, III, KIRK<br>LADNER, JAMES PRIEST, JR.<br>403 SOUTH STATE STREET<br>JACKSON, MS 39201 | | | Litigation - Case No. 1:09CV430<br>HSO-JMR* | X | X | X | Undetermined |

Sheet no.   209  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   | $ 0.00

Total ▶   | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
_____
         **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> BRANDY MICHELLE BRIDENBAKER, MOTHER OF DESTINY RILEY C/O GILL, LADNER & PRIEST, PLLC W. BOBBY GILL, III, KIRK LADNER, JAMES PRIEST, JR. 403 SOUTH STATE STREET JACKSON, MS 39201 | | | Litigation - Case No. 1:09CV430 HSO-JMR* | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> BRANDY MICHELLE BRIDENBAKER, MOTHER OF SHAELYNN BRIDENBAKER C/O GILL, LADNER & PRIEST, PLLC W. BOBBY GILL, III, KIRK LADNER, JAMES PRIEST, JR. 403 SOUTH STATE STREET JACKSON, MS 39201 | | | Litigation - Case No. 1:09CV430 HSO-JMR* | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> BRANNIN, MICHELE C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |

Sheet no.  _210_ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Redman Homes, Inc.**       ,        Case No. **09-14018 (KG)**
         **Debtor**                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BRANNIN, OLIVER C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-3561 | | | | Undetermined |
| BRAQUET, STACEY C/O SIDNEY D. TORRES, III LAW OFFICES OF SIDNEY D. TORRES, P.C. CHALMETTE, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-3561 | | | | Undetermined |
| BRAQUET, STACEY, ON BEHALF OF THE MINOR R.F. C/O SIDNEY D. TORRES, III LAW OFFICES OF SIDNEY D. TORRES, P.C. 8301 WEST JUDGE PEREZ DR., SUITE 303 CHALMETTE, LA 70043 | | | | X | X | X | |

Sheet no. _211_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.  **09-14018 (KG)**
_____              _____
            **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-3561 | | | | Undetermined |
| BRAQUET, STACY C/O SIDNEY D. TORRES, III LAW OFFICES OF SIDNEY D. TORRES, P.C. CHALMETTE, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4843 | | | | Undetermined |
| BRAQUET, STACY C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| BRAQUET, STACY C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BRAQUET, STACY L. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no.  _212_ of  _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.**       ,        Case No.   **09-14018 (KG)**
               **Debtor**                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> BRAQUET, STACY L. <br> C/O SIDNEY D. TORRES, III <br> LAW OFFICES OF SIDNEY D. TORRES, P.C. <br> 8301 WEST JUDGE PEREZ DR., SUITE 303 <br> CHALMETTE, LA 70043 | | | Litigation - Case No. 09-3561 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> BRAQUET, STACY, ON BEHALF OF THE MINOR B.F. <br> C/O SIDNEY D. TORRES, III <br> LAW OFFICES OF SIDNEY D. TORRES, P.C. <br> 8301 WEST JUDGE PEREZ DR., SUITE 303 <br> CHALMETTE, LA 70043 | | | Litigation - Case No. 09-3561 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> BRAQUET, STACY, ON BEHALF OF THE MINOR B.F. <br> C/O ROBERTA L. BURNS, DAVID C. JARRELL <br> 8301 W. JUDGE PEREZ DRIVE SUITE 303 <br> CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4840 | X | X | X | Undetermined |

Sheet no. _213_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
            **Debtor**                                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| BRAQUET, STACY, ON BEHALF OF THE MINOR R.F. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4843 | | | | Undetermined |
| BRAQUET, STACY, ON BEHALF OF THE MINOR REFERRED TO AS J.M. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BREAUX, ETHAN J. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no. __214_ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  | $ 0.00

Total ▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.  **09-14018 (KG)**
                     **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BREAUX, MELANIE C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BREAUX, MELANIE L C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BREAUX, MELANIE L. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no.  _215_ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                  ,          Case No.    **09-14018 (KG)**
_____                                    _____
                    **Debtor**                                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BREAUX, MELANIE ON BEHALF OF THE MINOR H.B. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BREAUX, RONALD A. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no.   216  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                              ,          Case No.   **09-14018 (KG)**
_____          _____
          **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. May Term, 2005 No. 3669 | | | | Undetermined |
| BRECHBIEL, EDWIN, AS ADMINISTRATOR OF THE ESTATE OF KEVIN BRECHBIEL, AND CO-ADMINISTRATOR OF THE ESTATES OF DEXIE BRECHBIEL, KAYLA BRECHBIEL, ABBY BRECHBIEL, JUSTIN BRECHBIEL AND JASON BRECHBIEL C/O JOSEPH L. MESSA, JR MESSA & ASSOCIATES, P.C. 123 SOUTH 22ND STREET PHILADELPHIA, PA 19103 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - May Term, 2005 No. 3669 | | | | Undetermined |
| BRECHBIEL, RUTH C/O JOSEPH L. MESSA, JR. MESSA & ASSOCIATES, P.C. 123 SOUTH 22ND STREET PHILADELPHIA, PA 19103 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - May Term, 2005 No. 3669 | | | | Undetermined |
| BRECHBIEL, SUSAN C/O JOSEPH L. MESSA, JR. MESSA & ASSOCIATES, P.C. 123 SOUTH 22ND STREET PHILADELPHIA, PA 19103 | | | | X | X | X | |

Sheet no. _217_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► | $ 0.00

Total ►  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re __Redman Homes, Inc._____,     Case No. __09-14018 (KG)_____
          __Debtor__                                              __(if known)__

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BRECKENRIDGE, JOHN<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 1:09cv626 HSO-JMR | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BRELAND, CYNTHIA<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BRELAND, DEIRDRE<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BRELAND, DEIRDRE, AS NEXT FRIEND OF A.B., A MINOR<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |

Sheet no. _218_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.**                              ,          Case No.   **09-14018 (KG)**
           **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BRELAND, DEIRDRE, AS NEXT FRIEND OF H.B., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 1:09cv569 HSO-JMR | | | | Undetermined |
| BRELAND, EARNSTINE C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BRELAND, JEREMY C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BRELAND, NORVELL C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.  219  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶          $ 0.00

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                        ,          Case No.   **09-14018 (KG)**
_____          _____
                    **Debtor**                                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BRENNER REAL ESTATE INVESTMENTS, LLP DBA BRENCO HOMES 4700 N IH-35 WACO, TX 76705 | | | Customer Deposits | X | | | $1,148.00 |
| ACCOUNT NO.<br><br>BRENNER REAL ESTATE INVESTMENTS, LLP DBA BRENCO HOMES 4700 N IH-35 WACO, TX 76705 | | | General Trade Payable | X | | | $4,144.50 |
| ACCOUNT NO.<br><br>BRENT, SHERIKA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BRIDENBAKER, BRANDY C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 1:09cv569 HSO-JMR | X | X | X | Undetermined |

Sheet no.   220  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 5,292.50

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>Redman Homes, Inc.</u>                    ,          Case No.   <u>09-14018 (KG)</u>
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BRIDENBAKER, BRANDY MICHELLE<br>C/O GILL, LADNER & PRIEST, PLLC<br>W. BOBBY GILL, III, KIRK LADNER, JAMES PRIEST, JR.<br>403 SOUTH STATE STREET<br>JACKSON, MS 39201 | | | Litigation - Case No. 1:09CV430 HSO-JMR* | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BRIDENBAKER, BRANDY, AS NEXT FRIEND OF D.R., A MINOR<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BRIDENBAKER, BRANDY, AS NEXT FRIEND OF S., A MINOR<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 1:09cv569 HSO-JMR | X | X | X | Undetermined |

Sheet no.  <u>221</u> of <u>2,170</u> continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BRIDENBAKER., BRANDY, AS NEXT FRIEND OF D., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 1:09cv569 HSO-JMR | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BRIDGES, BILLY C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 1:09cv569 HSO-JMR | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BRIDGES, WILLIE C/O LAW OFFICE OF JOSEPH M. BRUNO 855 BARONNE STREET NEW ORLEANS, LA 70113 | | | Litigation - Case No. 09-CV-590 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BRIDGEWATER, MAYLIN C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |

Sheet no.  _222_ of  _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶     | $ 0.00

Total ▶     | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Redman Homes, Inc.                              ,          Case No.   09-14018 (KG)
                            **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BRIDGEWATER, XIOMARA<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BRIDLE PATH ESTATES<br>282 SNOWDRIFT RD<br>DESTIN, FL 32550 | | | General Trade Payable | | | | $54.00 |
| ACCOUNT NO.<br><br>BRIGGS, JON AND STEPHANIE<br>328 S FILMORE AVENUE<br>PIERRE, SD 57501 | | | General Trade Payable | | | | $4,000.00 |
| ACCOUNT NO.<br><br>BRIGITTE WILEY, AS NEXT FRIEND OF TRTSTLN WILEY, A MINOR<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |

Sheet no.   223  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶          $ 4,054.00

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                              ,          Case No.   **09-14018 (KG)**
            **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BRIGNOLE, MIKAEL J<br>ADDRESS ON FILE | | | Management Security Plan | X | | | $370,208.00 |
| ACCOUNT NO.<br><br>BRISCOE MOBILE HOMES<br>RT 1 HWY 37 N<br>PO BOX 344<br>MITCHELL, IN 47446 | | | General Trade Payable | | | | $424.50 |
| ACCOUNT NO.<br><br>BRISCOE MOBILE HOMES (AUTO OWNERS)<br>5953 STATE ROAD 37<br>MITCHELL, IN 47446 | X | | Litigation - 2:08-CV-0030 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BRISTER, LYDIA S<br>C/O LAW OFFICE OF JOSEPH M. BRUNO<br>855 BARONNE STREET<br>NEW ORLEANS, LA 70113 | | | Litigation - Case No. 09-CV-590 | X | X | X | Undetermined |

Sheet no.  224  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 370,632.50

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
            **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BRK BRANDS INC<br>5558 RELIABLE PARKWAY<br>CHICAGO, IL 60686-0055 | | | General Trade Payable | | | | $1,192.07 |
| ACCOUNT NO.<br><br>BROACH, CHARMESE<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BROACH, REGINA<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BROACH, WALTER<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |

Sheet no.   225  of  2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶          $ 1,192.07

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                      ,          Case No.   **09-14018 (KG)**
                    **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BROOKS MANUFACTURED & MODULAR HOUSING DBA SALEM MFD & MODULAR HOMES 125 MISSOURI AVE SALEM, IL 62881 | | | General Trade Payable | | | | $3,022.69 |
| ACCOUNT NO.<br><br>BROOKS, EVELYN E. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | Litigation - Case No. 1:09cv626 HSO-JMR | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BROUGHTON, LETHAN C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BROUGHTOR, FRANK C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |

Sheet no.   226  of  2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 3,022.69

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.** _____ ,                Case No. __09-14018 (KG)_____
                  **Debtor**                                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BROUSSARD, JOEY<br>C/O HURRICAN LEGAL CENTER<br>LAWRENCE J. CENTOLA, JR.<br>600 CARONDELET STREET, SUITE 602<br>NEW ORLEANS, LA 70130 | | | Litigation - Case No. 6:09cv01006 RTH-ME | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BROUSSARD, RAYNIKA<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BROW, JOEY<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BROW, KIASHA<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |

Sheet no. __227__ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                              ,          Case No.   **09-14018 (KG)**
                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BROWN'S USED AUTO PARTS<br>112 GARDEN SPOT<br>EPHRATA, PA 17522 | | | General Trade Payable | | | | $123.59 |
| ACCOUNT NO.<br><br>BROWN, ADA M.<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BROWN, ALLIANCE, AS NEXT FRIEND OF J.B., A MINOR<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BROWN, BETTY<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 1:09cv626 HSO-JMR | X | X | X | Undetermined |

Sheet no.   228  of  2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶     $ 123.59

Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,         Case No.  **09-14018 (KG)**
_____                    _____
              **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-CV-590 | | | | Undetermined |
| BROWN, BIANCA S C/O LAW OFFICE OF JOSEPH M. BRUNO 855 BARONNE STREET NEW ORLEANS, LA 70113 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-CV-590 | | | | Undetermined |
| BROWN, CAUREY R C/O LAW OFFICE OF JOSEPH M. BRUNO 855 BARONNE STREET NEW ORLEANS, LA 70113 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-CV-590 | | | | Undetermined |
| BROWN, CHARLES C/O LAW OFFICE OF JOSEPH M. BRUNO 855 BARONNE STREET NEW ORLEANS, LA 70113 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-CV-590 | | | | Undetermined |
| BROWN, DANTRELL D C/O LAW OFFICE OF JOSEPH M. BRUNO 855 BARONNE STREET NEW ORLEANS, LA 70113 | | | | X | X | X | |

Sheet no.  229  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶     $ 0.00

Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                        ,        Case No.   **09-14018 (KG)**
            **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BROWN, ERICA M. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-CV-590 | | | | Undetermined |
| BROWN, GEORGE C/O LAW OFFICE OF JOSEPH M. BRUNO 855 BARONNE STREET NEW ORLEANS, LA 70113 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 6:09cv01006 RTH-ME | | | | Undetermined |
| BROWN, GEORGE C/O HURRICAN LEGAL CENTER LAWRENCE J. CENTOLA, JR. 600 CARONDELET STREET, SUITE 602 NEW ORLEANS, LA 70130 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BROWN, HENRY C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.   230  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                              ,        Case No.   **09-14018 (KG)**
                    **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BROWN, HILLARY C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BROWN, JENNIRER C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. MDL No. 1873, Section ""N-4"" | | | | Undetermined |
| BROWN, JESSE C/O GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER GERALD E. MEUNIER NEW ORLEANS, LA 70163-2800 | | | | X | X | X | |

Sheet no.  231  of  2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                              ,          Case No.   **09-14018 (KG)**
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 08 3217 | | | | Undetermined |
| BROWN, JESSE C/O GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C. GERALD MEUNIER, JUSTIN I. WOODS NEW ORLEANS, LA 70163 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 08 3217 | | | | Undetermined |
| BROWN, JESSE,  ON BEHALF OF MINOR T.B. C/O GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C. GERALD MEUNIER, JUSTIN I. WOODS 1100 POYDRAS STREET, SUITE 2800 NEW ORLEANS, LA 70163 | | | | X | X | X | |

Sheet no.   232  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.** _____ ,          Case No.  **09-14018 (KG)** _____
               **Debtor**                                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. MDL No. 1873, Section ""N-4"" | | | | Undetermined |
| BROWN, JESSE,  ON BEHALF OF MINOR T.B. C/O GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER GERALD E. MEUNIER 2800 ENERGY CENTRE, 1100 POYDRAS NEW ORLEANS, LA 70163-2800 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BROWN, JOEL C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BROWN, JOSEPH C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no. __233_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.** ,               Case No. **09-14018 (KG)**
           **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BROWN, JOSHUA C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-CV-590 | | | | Undetermined |
| BROWN, KAMAL J C/O LAW OFFICE OF JOSEPH M. BRUNO 855 BARONNE STREET NEW ORLEANS, LA 70113 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-CV-590 | | | | Undetermined |
| BROWN, KEITH C/O LAW OFFICE OF JOSEPH M. BRUNO 855 BARONNE STREET NEW ORLEANS, LA 70113 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BROWN, KEVIN C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no. _234_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                         ,          Case No.   **09-14018 (KG)**
                          **Debtor**                                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BROWN, LARRY C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BROWN, LEONARD C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BROWN, LINDA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BROWN, MARY C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.   235  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶        $ 0.00

Total ▶        $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.** _____ ,                    Case No. __09-14018 (KG)_____
_____**Debtor**_____                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BROWN, MAXINE<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BROWN, MAXINE, AS NEXT FRIEND OF S.B., A MINOR<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BROWN, NATALIE<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BROWN, NICOLE<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |

Sheet no. __236_ of _2,170__ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  | $ 0.00

Total ▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                              ,                    Case No.   **09-14018 (KG)**
_____                                    _____
              **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BROWN, NICOLE, AS NEXT FRIEND OF S.S., A MINOR<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BROWN, ORRY<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BROWN, QUINTIN<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BROWN, REGINALD<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |

Sheet no. _237_ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
          **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BROWN, REUBEN<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BROWN, RICHARD V<br>C/O LAW OFFICE OF JOSEPH M. BRUNO<br>855 BARONNE STREET<br>NEW ORLEANS, LA 70113 | | | Litigation - Case No. 09-CV-590 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BROWN, ROBERT L<br>C/O LAW OFFICE OF JOSEPH M. BRUNO<br>855 BARONNE STREET<br>NEW ORLEANS, LA 70113 | | | Litigation - Case No. 09-CV-590 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BROWN, TINA, AS NEXT FRIEND OF A.B., A MINOR<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |

Sheet no.   238  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                              ,          Case No.  **09-14018 (KG)**
_____**Debtor**_____                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 08 3217 | | | | Undetermined |
| BROWN, TRINA C/O GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C. GERALD MEUNIER, JUSTIN I. WOODS NEW ORLEANS, LA 70163 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. MDL No. 1873, Section ""N-4"" | | | | Undetermined |
| BROWN, TRINA C/O GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER GERALD E. MEUNIER NEW ORLEANS, LA 70163-2800 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. MDL No. 1873, Section ""N-4"" | | | | Undetermined |
| BROWN, TRINA, ON BEHALF OF THE MINOR T.B. C/O GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER GERALD E. MEUNIER 2800 ENERGY CENTRE, 1100 POYDRAS NEW ORLEANS, LA 70163-2800 | | | | X | X | X | |

Sheet no.  _239_ of  _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.** _____,          Case No.   **09-14018 (KG)**   _____
                        **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 08 3217 | | | | Undetermined |
| BROWN, TRINA, ON BEHALF OF THE MINOR T.B. C/O GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C. GERALD MEUNIER, JUSTIN I. WOODS 1100 POYDRAS STREET, SUITE 2800 NEW ORLEANS, LA 70163 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-CV-590 | | | | Undetermined |
| BROWN, WILLIE C/O LAW OFFICE OF JOSEPH M. BRUNO 855 BARONNE STREET NEW ORLEANS, LA 70113 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BRUCE, DAVID C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.   240  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,                    Case No.   09-14018 (KG)
                              **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BRUCE, ELLEN<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BRUGGE, RICK (RICHARD)<br>ADDRESS ON FILE | | | Management Security Plan | X | | | $1,253,399.00 |
| ACCOUNT NO.<br><br>BRUMFIELD TOTING, INC.<br>C/O JOHN R. FOWLER, PLLC<br>SUITE 1190 UNITED CENTER<br>500 VIRGINIA STREET EAST<br>CHARLESTON, WV 25301 | X | | Litigation - 09-C-81 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BRUMFIELD, GREGORY<br>C/O LAW OFFICE OF JOSEPH M. BRUNO<br>855 BARONNE STREET<br>NEW ORLEANS, LA 70113 | | | Litigation - Case No. 09-CV-590 | X | X | X | Undetermined |

Sheet no.   241  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 1,253,399.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
　　　　　　　　**Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> BRUNO, ANTHONY C/O GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER GERALD E. MEUNIER 2800 ENERGY CENTRE, 1100 POYDRAS NEW ORLEANS, LA 70163-2800 | | | Litigation - Case No. MDL No. 1873, Section ""N-4"" | X | X | X | Undetermined |
| ACCOUNT NO. <br> BRUNO, ANTHONY J. C/O GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C. GERALD MEUNIER, JUSTIN I. WOODS 1100 POYDRAS STREET, SUITE 2800 NEW ORLEANS, LA 70163 | | | Litigation - Case No. 08 3217 | X | X | X | Undetermined |
| ACCOUNT NO. <br> BRYAN, ANTHONY C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |

Sheet no.   242  of  2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.**       ,        Case No. **09-14018 (KG)**
<div style="margin-left:40px;"><b>Debtor</b></div>                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BRYAN, JACKIE, AS NEXT FRIEND OF A.B., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BRYAN, MICHAEL C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 11055 | | | | Undetermined |
| BRYANT'S HOMES BOX 121B, ROUTE 415 DALLAS, PA 18612 | X | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BUCKEL, TINA ANN C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no. __243_ of _2,170__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                        ,          Case No.   **09-14018 (KG)**
              **Debtor**                                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.                                                                     BUCKEL, WILLIAM JAMES C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |
| ACCOUNT NO.                                                                     BUCKLEY, JODY C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |
| ACCOUNT NO.                                                                     BUCKLEY, STANLEY, AS NEXT FRIEND OF S.B., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |

Sheet no.   244  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
_____          _____
                    **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BUCKLEY, STANLEY, AS NEXT FRIEND OF S.B., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BUCKLEY, STEVEN C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BUCKLEY, TERRENCE C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - 09-C-289 | | | | Undetermined |
| BUCKNER, JIMMY UNKNOWN ADDRESS | X | | | X | X | X | |

Sheet no.  245  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   | $ 0.00

Total ▶   | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
_____          _____
                    **Debtor**                                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BUDOVEC, KRISTY C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. BC411536 | | | | Undetermined |
| BUFFALO PUMPS, INC. C/O JACKSON & WALLACE LLP JESSICA A. STEPP, ESQ. 14724 VENTURA BLVD., SUITE 410 SHERMAN OAKS, CA 91403~3501 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. BC411536 | | | | Undetermined |
| BUFFALO PUMPS, INC. C/O JACKSON & WALLACE LLP GABRIEL A. JACKSON, ESQ., C.J. MANO11, ESQ. 55 FRANCISCO STREET, SIXTH FLOOR SANTA MONICA, CA 94133-2122 | X | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BUFKIN, CARMEL C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.  246  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶         $ 0.00

Total ▶         $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                      ,                    Case No.   **09-14018 (KG)**
                                **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> BUI, TIM <br> C/O ROBERT C. HILLARD, LLP <br> 719 SOUTH SHORELINE BLVD. <br> SUITE 500 <br> CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> BULLHEAD HOMES <br> 4465 HIGHWAY 95 <br> BULLHEAD CITY, AZ 86426 | X | | Codefendant - Case No. S1400CV200901373, Division 1 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> BULLOCK, KATHY <br> C/O ROBERT C. HILLARD, LLP <br> 719 SOUTH SHORELINE BLVD. <br> SUITE 500 <br> CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> BULLOCK, KATHY, AS NEXT FRIEND OF R.B., A MINOR <br> C/O ROBERT C. HILLARD, LLP <br> 719 SOUTH SHORELINE BLVD. <br> SUITE 500 <br> CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |

Sheet no.   247  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶     $ 0.00

Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Redman Homes, Inc.** ,                          Case No.   **09-14018 (KG)**
                                      **Debtor**                                                       **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 1320 | | | | Undetermined |
| BURAS, ANGELINA C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 1320 | | | | Undetermined |
| BURAS, ANGELINA ON BEHALF OF THE MINOR A.L.B. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BURAS, CAROLYN C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BURAS, CASIMIR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.  248  of  2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 0.00

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
_____              _____
                        **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BURAS, CYDE VICTOR<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 1320 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BURAS, DALE<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BURAS, ELIZABETH<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BURAS, KRYSTAL<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4841 | X | X | X | Undetermined |

Sheet no.  _249_ of  _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   | $ 0.00

Total ▶   | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Redman Homes, Inc.                 ,               Case No.  09-14018 (KG)
                    **Debtor**                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BURAS, KRYSTAL C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BURAS, KRYSTAL ON BEHALF OF THE MINOR C.B. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BURAS, KRYSTAL ON BEHALF OF THE MINOR N.B. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no.  250  of  2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.** _____ ,        Case No. __09-14018 (KG)_____
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BURAS, KRYSTAL, ON BEHALF OF THE MINOR M.B. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BURAS, MARK C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BURAS, MELISSA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no. __251_ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 0.00

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Redman Homes, Inc.**                                    ,          Case No.   09-14018 (KG)
_____                    _____
            **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BURAS, MELISSAAS NEXT FRIEND OF K.L., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BURDS MFG HOUSING INC 14680 HWY 20 PEOSTA, IA 52068 | | | General Trade Payable | | | | $1,585.63 |
| ACCOUNT NO.<br><br>BURG, DONALD ADDRESS ON FILE | | | Management Security Plan | X | | | $44,560.69 |
| ACCOUNT NO.<br><br>BURG, GLENDA ADDRESS ON FILE | | | Management Security Plan | X | | | $34,658.31 |

Sheet no.  252  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 80,804.63

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,        Case No.  **09-14018 (KG)**
          **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BURGE, PATRICIA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BURGE, RICHARD C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BURKE, JAEDA N. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BURKE, KELLY R. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no.  _253_ of  _2,170_  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶          $ 0.00

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
                     **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BURKETT, MAHALA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BURKHARDT, BARBARA LANDRY C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. BC411536 | | | | Undetermined |
| BURLESON, FRANK DAVID C/O SIMON, EDDINS & GREENSTONE, LLP RON C. EDDINS, ESQ., JENNIFER L. BARTLETT, ESQ. 301 EAST OCEAN BLVD., SUITE 1950 LONG BEACH, CA 90802 | | | | X | X | X | |

Sheet no.   254  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ►     $ 0.00

Total ►     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Redman Homes, Inc.                                    ,          Case No.   09-14018 (KG)
                         **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BURNS, DARIN JOSEPH C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 08 3217 | | | | Undetermined |
| BURR, PATRICIA A. C/O GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C. GERALD MEUNIER, JUSTIN I. WOODS 1100 POYDRAS STREET, SUITE 2800 NEW ORLEANS, LA 70163 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. MDL No. 1873, Section ""N-4"" | | | | Undetermined |
| BURR, PATRICIA A. C/O GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER GERALD E. MEUNIER 2800 ENERGY CENTRE, 1100 POYDRAS NEW ORLEANS, LA 70163-2800 | | | | X | X | X | |

Sheet no.   255  of  2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Redman Homes, Inc.                                                            ,        Case No.   09-14018 (KG)
                                    **Debtor**                                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BURTOIT, JASMINE C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BURTON, ALISON C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BURTON, ALISON, AS NEXT FRIEND OF M.B., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BURTON, DEEDRA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.   256  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Redman Homes, Inc.                                    ,        Case No.   09-14018 (KG)
                          **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BURTON, DEEDRA, AS NEXT FRIEND OF D.B., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-CV-590 | | | | Undetermined |
| BURTON, FRANK C/O LAW OFFICE OF JOSEPH M. BRUNO 855 BARONNE STREET NEW ORLEANS, LA 70113 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BURTON, LINDA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BUSBY, LARRY C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.   257  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶        $ 0.00

Total ▶        $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                        ,          Case No.   **09-14018 (KG)**
                    **Debtor**                                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BUSH, CHARLENE C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BUSH, JORDAN C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BUSH, SHILDON C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BUSHA, TIFFANY C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.  258  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶          $ 0.00

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.**       ,       Case No. **09-14018 (KG)**
         **Debtor**                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BUSHA, TIFFANY, AS NEXT FRIEND OF K.B., A MINOR<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BUSHA, TIFFANYAS NEXT FRIEND OF A.B., A MINOR<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BUTLER, ALBERT<br>C/O S. PRICE BARKER<br>COOK, YANCY, KING & GALLOWAY<br>333 TEXAS STREET, SUITE 1700,<br>PO BOX 22260<br>SHREVEPORT, LA 71120 | | | Litigation - Case No. 120910 | X | X | X | Undetermined |

Sheet no. _259_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**_____ ,        Case No.   **09-14018 (KG)**_____
                    **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 120910 | | | | Undetermined |
| BUTLER, BARBARA C/O S. PRICE BARKER COOK, YANCY, KING & GALLOWAY 333 TEXAS STREET, SUITE 1700, PO BOX 22260 SHREVEPORT, LA 71120 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| BUUCK, ROBERT C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-CV-590 | | | | Undetermined |
| BUXTON, FOREST J C/O LAW OFFICE OF JOSEPH M. BRUNO 855 BARONNE STREET NEW ORLEANS, LA 70113 | | | | X | X | X | |

Sheet no.  260  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                                    ,          Case No.   **09-14018 (KG)**
_____
                    **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-CV-590 | | | | Undetermined |
| BUXTON, SABRINA O C/O LAW OFFICE OF JOSEPH M. BRUNO 855 BARONNE STREET NEW ORLEANS, LA 70113 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BYERS, TAMARA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| BYERS, THUIZMAN C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 43C01-0812-PL-629 | | | | Undetermined |
| BYRAM, SANDRA C/O JOHN R. WRAY WRAY LAW OFFICE 5644 COVENTRY LANE FORT WAYNE, IN 46802 | | | | X | X | X | |

Sheet no.   261  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  <u>Redman Homes, Inc.</u>                                    ,        Case No.  <u>09-14018 (KG)</u>
                          **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> BYRD, JOHNNY <br> C/O ROBERT C. HILLARD, LLP <br> 719 SOUTH SHORELINE BLVD. <br> SUITE 500 <br> CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> C & M HOMES, INC. <br> 3603 N M-30 <br> SANFORD, MI 48657 | | | Customer Deposits | X | | | $5,700.00 |
| ACCOUNT NO. <br><br> C & M HOMES, INC. <br> 3603 N M-30 <br> SANFORD, MI 48657 | | | General Trade Payable | X | | | $14,850.88 |
| ACCOUNT NO. <br><br> C M H INC <br> 5000 CLAYTON RD <br> PO BOX 4007 <br> MARYVILLE, TN 37804 | | | General Trade Payable | X | | | $77,192.73 |

Sheet no. <u>262</u> of <u>2,170</u> continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 97,743.61

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                ,            Case No.   **09-14018 (KG)**
           **Debtor**                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>C M H INC<br>5000 CLAYTON RD<br>PO BOX 4007<br>MARYVILLE, TN 37804 | | | Customer Deposits | X | | | $491.78 |
| ACCOUNT NO.<br><br>CACIOPPO, ANTHONY CARLO<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4840 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CACIOPPO, DAWN MARIE<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4840 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CAGE, JAMES<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |

Sheet no. _263_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 491.78

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
<div style="text-align:center">**Debtor**</div>                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
<div style="text-align:center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> CAGER, LARRY <br> C/O ROBERTA L. BURNS, DAVID C. JARRELL <br> 8301 W. JUDGE PEREZ DRIVE <br> SUITE 303 <br> CHALMETTE,, LA 70043 | | | Litigation - Case No. 3:09-cv-00539-JVP-SC | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CAGLE, DARLENE <br> C/O ROBERT C. HILLARD, LLP <br> 719 SOUTH SHORELINE BLVD. <br> SUITE 500 <br> CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CAGLE, JESSICA <br> C/O ROBERT C. HILLARD, LLP <br> 719 SOUTH SHORELINE BLVD. <br> SUITE 500 <br> CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CAGLE, JESSICA, AS NEXT FRIEND OF P.T., A MINOR <br> C/O ROBERT C. HILLARD, LLP <br> 719 SOUTH SHORELINE BLVD. <br> SUITE 500 <br> CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |

Sheet no.  264  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 0.00

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
              **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 08-cv-4630 | | | | Undermined |
| CAGNOLATTI, ROBERT C/O JACK W. HARANG, APLC 228 ST. CHARLES AVE. SUITE 501 NEW ORLEANS, LA 70130 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undermined |
| CAIN, CATHERINE C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undermined |
| CAIN, LAVANA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undermined |
| CAIN, LAVANA, AS NEXT FRIEND OF T.C., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.   265  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶        $ 0.00

Total ▶        $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Redman Homes, Inc.                                    ,          Case No.   09-14018 (KG)
                          **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CAIN, NORWOOD C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CAIN, PHYLLIS C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CAIN, STEPHANIE C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CAIN, STEPHANIE, AS NEXT FRIEND OF G.C., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.   266  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                              ,          Case No.  **09-14018 (KG)**
_____              _____
            **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> CAIN, STEPHANIE, AS NEXT FRIEND OF L.C., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CAIN, VANCE C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CALAVERAS ASBESTOS, LTD. C/O FOLEY & MANSFIELD, PLLP GARY D. SHARP, ESQ., PETER B. LANGBORD, ESQ., JOHN B. LOOMIS, ESQ. 150 SOUTH LOS ROBLES AVENUE, SUITE 400 PASADENA,, CA 91101 | X | | Codefendant - Case No. BC411536 | X | X | X | Undetermined |

Sheet no.  _267_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

          Subtotal ►    $ 0.00

Total ►    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.**                                    ,                Case No.   **09-14018 (KG)**
_____
**Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-CV-590 | | | | Undetermined |
| CALHOUN, CYNTHIA B C/O LAW OFFICE OF JOSEPH M. BRUNO 855 BARONNE STREET NEW ORLEANS, LA 70113 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-CV-590 | | | | Undetermined |
| CALHOUN, MANERVIA C/O LAW OFFICE OF JOSEPH M. BRUNO 855 BARONNE STREET NEW ORLEANS, LA 70113 | | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. FCS032185 | | | | Undetermined |
| CALIFORNIA STATE  AUTO ASSOCIATION C/O JOSEPH ASTLEFORD BURESH, KAPLAN, JANG  & FELLER 2298 DURANT AVE. BERKELEY, CA 94704 | X | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-CV-590 | | | | Undetermined |
| CALISTE, DIONNE B C/O LAW OFFICE OF JOSEPH M. BRUNO 855 BARONNE STREET NEW ORLEANS, LA 70113 | | | | X | X | X | |

Sheet no.   268  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶        $ 0.00

Total ▶        $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Redman Homes, Inc.                                    ,          Case No.   09-14018 (KG)
                        **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-CV-590 | | | | Undetermined |
| CALISTE, GLENN M C/O LAW OFFICE OF JOSEPH M. BRUNO 855 BARONNE STREET NEW ORLEANS, LA 70113 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-CV-590 | | | | Undetermined |
| CALISTE, NICHOLAS P C/O LAW OFFICE OF JOSEPH M. BRUNO 855 BARONNE STREET NEW ORLEANS, LA 70113 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-CV-590 | | | | Undetermined |
| CALISTE, TARYN W C/O LAW OFFICE OF JOSEPH M. BRUNO 855 BARONNE STREET NEW ORLEANS, LA 70113 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 1:09cv626 HSO-JMR | | | | Undetermined |
| CALLAIS, DANIEL C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no.   269  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                              ,          Case No.  **09-14018 (KG)**
                    **Debtor**                                                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> CALLAIS, DANIEL, ON BEHALF OF THE MINOR REFERRED TO AS L.M. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | Litigation - Case No. 1:09cv626 HSO-JMR | X | X | X | Undetermined |
| ACCOUNT NO. <br> CALLAIS, ROBERT A. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4840 | X | X | X | Undetermined |
| ACCOUNT NO. <br> CALOGERO, MARGARET C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |

Sheet no.  270  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ►    $ 0.00

Total ►    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.** _____ ,      Case No.  **09-14018 (KG)** _____
<br>                          **Debtor**                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CALOGERO, MARGARET, AS NEXT FRIEND OF M.A., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CALVIN THIGPEN, AS REPRESENTATIVE OF THE ESTATE OF RHONDA THIGPEN, DECEASED C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | General Trade Payable | | | | $3,290.00 |
| CAMELOT MOBILE HOME SALES 655 JOE SKINNER ROAD BELPRE, OH 45714 | | | | | | | |

Sheet no. __271_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 3,290.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Redman Homes, Inc.                                    ,          Case No.   09-14018 (KG)
_____          _____
          **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CAMERON, CRAIG C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CAMERON, KOLBI C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CAMERON, KREE C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CAMERON, RICKEY C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.  272  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶     $ 0.00

Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                              ,          Case No.   **09-14018 (KG)**
                        **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CAMPAGNA, SALVADORE ANDREW C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | General Trade Payable | | | | $40.06 |
| CAMPBELL, ROBERT 4460 E US 20 LAGRANGE, IN 46761 | | | | | | | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CAMPO, AARON C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no.   273  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ►   $ 40.06

Total ►   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.** ,     Case No. **09-14018 (KG)**
    **Debtor**            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>CAMPO, CARL C.<br>C/O HURRICAN LEGAL CENTER<br>LAWRENCE J. CENTOLA, JR.<br>600 CARONDELET STREET, SUITE 602<br>NEW ORLEANS, LA 70130 | | | Litigation - Case No. 6:09cv01006 RTH-ME | X | X | X | Undetermined |
| ACCOUNT NO.<br>CAMPO, CYNTHIA F.<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4840 | X | X | X | Undetermined |
| ACCOUNT NO.<br>CAMPO, DONALD J.<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4840 | X | X | X | Undetermined |

Sheet no. **274** of **2,170** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 0.00

Total ▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Redman Homes, Inc.                                    ,          Case No.   09-14018 (KG)
                         **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CAMPO, JONATHAN E. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 6:09cv01006 RTH-ME | | | | Undetermined |
| CAMPO, RAYMOND J. C/O HURRICAN LEGAL CENTER LAWRENCE J. CENTOLA, JR. 600 CARONDELET STREET, SUITE 602 NEW ORLEANS, LA 70130 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4732 | | | | Undetermined |
| CAMPO, VICKI C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | General Trade Payable | | | | $7,048.22 |
| CANA INTERNATIONAL INC 2030 PAYSPHERE CIRCLE CHICAGO, IL 60674 | | | | | | | |

Sheet no.   275  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 7,048.22

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,                    Case No.   **09-14018 (KG)**
                          **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  CANGELOSI, PAUL ANTHONY C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4840 | X | X | X | Undetermined |
| ACCOUNT NO.  CANIZALES, JOSHUA C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4840 | X | X | X | Undetermined |
| ACCOUNT NO.  CANNELTE, TERRY C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.  CANNENE, JAMES C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |

Sheet no.   276  of   2,170   continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
_____
**Debtor**                                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CANNETTE, TIFFENIEAS NEXT FRIEND OF J.C., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CANNOL, VALARIE C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CANNON, PATRICE, AS NEXT FRIEND OF A.R., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.   277  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.**               ,          Case No.   **09-14018 (KG)**
           **Debtor**                                             **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CANNON, PATRICE, AS NEXT FRIEND OF M.K., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CANTRELL, JOHN C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CANTRELL, WILLIAM BENJAMIN C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no. __278_ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                              ,          Case No.   **09-14018 (KG)**
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CANTU, BRUCE C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | General Trade Payable | | | | $1,065.62 |
| CAPE MAY MOBILE ESTATES 755 ROUTE 9 CAPE MAY, NJ 08204 | | | | X | | | |
| ACCOUNT NO. | | | General Trade Payable | | | | $1,903.94 |
| CAPITOL HOMES, INC 550 BAY ROAD PO BOX 1295 DOVER, DE 19901 | | | | | | | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CAPPS, ALLEN C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.  279  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 2,969.56

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.  **09-14018 (KG)**
                   **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CAPPS, BRANDIS C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CAPPS, CARLA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CAPPS, CARLA, AS NEXT FRIEND OF K.C., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CAPPS, HERBERT C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.  **280** of **2,170** continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                              ,          Case No.   **09-14018 (KG)**
                    **Debtor**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CAPRO, ALBERT JOSEPH<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4840 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CAPRO, VICKI LYNN DUET<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4840 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CAPTAIN, JOAN FOUNTAIN<br>C/O SIMIEN & SIMIEN, LLC<br>EULIS SIMIEN, JR.<br>7908 WRENWOOD BLVD.<br>BATON ROUGE, LA 70809 | | | Litigation - Case No. 2:09-CV-00466-JTT-KK | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CARAMBAT, INGRID<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |

Sheet no.   281  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,            Case No.   **09-14018 (KG)**
_____                                    _____
          **Debtor**                                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CARAMBAT, INGRIDAS NEXT FRIEND OF E.C., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CARBELLO, CARLO JOSEPH C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4840 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CARDREON, GWEN C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CARDREON, RUDOLPH C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |

Sheet no.  _282_ of  _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.** _____ ,     Case No.   09-14018 (KG) _____
        **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CAREY, LARAY MAURICE C/O GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER GERALD E. MEUNIER 2800 ENERGY CENTRE, 1100 POYDRAS NEW ORLEANS, LA 70163-2800 | | | Litigation - Case No. MDL No. 1873, Section ""N-4"" | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CARGO, BERNARD C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 1320 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CARGO, JOANN C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE CHALMETTE,, LA 70043 | | | Litigation - Case No. 3:09-cv-00539-JVP-SC | X | X | X | Undetermined |

Sheet no.   283  of  2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶     $ 0.00

Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,            Case No.   **09-14018 (KG)**
_____                         _____
               **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> CARGO, JOANN <br> C/O ROBERTA L. BURNS, DAVID C. JARRELL <br> 8301 W. JUDGE PEREZ DRIVE <br> SUITE 303 <br> CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4840 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CARGO, JOANN <br> C/O ROBERTA L. BURNS, DAVID C. JARRELL <br> 8301 W. JUDGE PEREZ DRIVE <br> CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4845 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CARGO, JOANN, ON BEHALF OF THE MINOR A.T. <br> C/O ROBERTA L. BURNS, DAVID C. JARRELL <br> 8301 W. JUDGE PEREZ DRIVE <br> SUITE 303 <br> CHALMETTE,, LA 70043 | | | Litigation - Case No. 3:09-cv-00539-JVP-SC | X | X | X | Undetermined |

Sheet no.   284  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  |  $ 0.00

Total ▶  |  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                      ,        Case No.   **09-14018 (KG)**
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> CARGO, JOANN, ON BEHALF OF THE MINOR REFERRED TO AS A.T. <br> C/O ROBERTA L. BURNS, DAVID C. JARRELL <br> 8301 W. JUDGE PEREZ DRIVE <br> SUITE 303 <br> CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4845 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CARLINA-VAUGHN <br> C/O ROBERT C. HILLARD, LLP <br> 719 SOUTH SHORELINE BLVD. <br> SUITE 500 <br> CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 1:09cv569 HSO-JMR | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CARLISLE, JEREMY <br> C/O ROBERT C. HILLARD, LLP <br> 719 SOUTH SHORELINE BLVD. <br> SUITE 500 <br> CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |

Sheet no.  _285_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶　　$ 0.00

Total ▶　　$

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
          **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CARLISLE, JESSICA, AS NEXT FRIEND OF K.C., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CARLISLLL, JESSICA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CARONIA, CHANCE C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no.   286  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.**                    ,          Case No. **09-14018 (KG)**
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CARONIA, CHRISTINE C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CARPENTER, BRENNA C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CARPENTER, BRENNA ADELE C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no. __287_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.** _____ ,          Case No.   **09-14018 (KG)** _____
 _____**Debtor**_____                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CARPENTER, BRENNA, ON BEHALF OF THE MINOR R.C. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CARPENTER, BRENNA, ON BEHALF OF THE MINOR Z.C. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CARPENTER, DRIONNA A.T. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no.  _288_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶          $ 0.00

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  <u>Redman Homes, Inc.</u>                                    ,          Case No.  <u>09-14018 (KG)</u>
                                          **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 6:09cv01006 RTH-ME | | | | Undetermined |
| CARPENTER, MELINDA C/O HURRICAN LEGAL CENTER LAWRENCE J. CENTOLA, JR. 600 CARONDELET STREET, SUITE 602 NEW ORLEANS, LA 70130 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CARPENTER, SHAMAR KEYON C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE., LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CARR, BYRON C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.  <u>289</u> of  <u>2,170</u> continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   | $ 0.00

Total ▶   | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                              ,          Case No.   **09-14018 (KG)**
                              **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CARR, BYRON, AS NEXT FRIEND OF B.C., A MINOR<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CARRERAS, TRACEY<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CARRIERE, RICHARD DAMIEN<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4840 | X | X | X | Undetermined |

Sheet no. _290_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶      $ 0.00

Total ▶       $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CARSON, CHAD C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CARSON, CLAUDA C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CARSON, JENNIFER C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no.   291  of  2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                      ,          Case No.   **09-14018 (KG)**
_____
  **Debtor**                                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CARSON, JENNIFER C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CARSON, JENNIFER, ON BEHALF OF THE MINOR R.C. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CARSON, MADISON C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no.  _292_ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.**             ,           Case No.  **09-14018 (KG)**

              **Debtor**                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CARSON, RANDY<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4840 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CARSON, SR., RANDY<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4840 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CARSON, SR., RANDY, ON BEHALF OF THE MINOR R.C.<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4840 | X | X | X | Undetermined |

Sheet no. _293_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                             Subtotal ▶    $ 0.00

                             Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
_____          _____
                     **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CARSYLELL, THERESA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 576986 | | | | Undetermined |
| CARTER,  DEIDRA C/O J. RODNEY MESSINA 256 EAST BLVD. BATON ROUGE, LA 70802 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CARTER, BEVERLY C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CARTER, BEVERLYAS NEXT FRIEND OF K.R., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.   294  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Redman Homes, Inc.                                    ,          Case No.   09-14018 (KG)
_____                    _____
                    Debtor                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CARTER, BRANDY C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-CV-590 | | | | Undetermined |
| CARTER, FRANCES C/O LAW OFFICE OF JOSEPH M. BRUNO 855 BARONNE STREET NEW ORLEANS, LA 70113 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CARTER, KRYSTAL C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CARTER, LOUISE C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.   295  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶     $ 0.00

Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Redman Homes, Inc.                                  ,          Case No.  09-14018 (KG)
_____                          _____
                 Debtor                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CARTER, MICHAEL<br>C/O J. RODNEY MESSINA<br>256 EAST BLVD.<br>BATON ROUGE, LA 70802 | | | Litigation - Case No. 576986 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CARTER, ROBERT<br>C/O LAW OFFICE OF JOSEPH M. BRUNO<br>855 BARONNE STREET<br>NEW ORLEANS, LA 70113 | | | Litigation - Case No. 09-CV-590 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CARTER, ROGER<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CARTER, TERENCE<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |

Sheet no.  296  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶        $ 0.00

Total ▶        $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.** _____ ,      Case No.  **09-14018 (KG)**_____

          **Debtor**                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CARTER-WILLIAMS, COURTNEY, AS NEXT FRIEND OF C.W., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CARUSO, JR., VINCENT C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CARUSO, JR., VINCENT, ON BEHALF OF THE MINOR V.C. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no. __297_ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
                          **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CARUSO, KIM G. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CARUSO, VINCENT C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CARUSO, VINCENT B. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no.   298  of  2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
              **Debtor**                                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CARUSO, VINCENT, ON BEHALF OF THE MINOR K.C. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | General Trade Payable | | | | $7,534.68 |
| CARUTHERS, CHARLES DBA CARUTHERS CONSTRUCTION 1030 AKERSVILLE RD LAFAYETTE, TN 37083 | | | | | | | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CARVER, EVELYN C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CARVER, JOHN C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.   299  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  | $ 7,534.68

Total ▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                              ,          Case No.   **09-14018 (KG)**
          **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Customer Deposits | | | | $19,000.00 |
| CASA SUENOS DE ORO INC DBA MANUFACTURED HOME PRO 1303 S ESCONDIDO BLVD ESCONDIDO, CA 92025 | | | | X | | | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CASANOVA, GRACELYN C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CASANOVA, GRACELYN MICHELLE C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no.   300  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶     $ 19,000.00

Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.**                    ,            Case No.   **09-14018 (KG)**
                      **Debtor**                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CASANOVA, GRACELYN, ON BEHALF OF THE MINOR M.C. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CASEY, KENDAL C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CASH, MAVIS C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CASH, MELVIN C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no. _301_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.**        ,      Case No. **09-14018 (KG)**
      **Debtor**                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CASPOLICH, MANDY C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CASPOLICH, WENDY C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CASPOLICH, WENDY, AS NEXT FRIEND OF X.C., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CASPOLICH, WENDYAS NEXT FRIEND OF S.D., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no. _302_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.**                                          ,          Case No.   **09-14018 (KG)**
          **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CAST PRODUCTS CORPORATION<br>PO BOX 1368<br>ELKHART, IN 46515-1368 | | | General Trade Payable | | | | $640.00 |
| ACCOUNT NO.<br><br>CASTLE INC<br>PO BOX 750236<br>PETALUMA, CA 94975 | | | General Trade Payable | | | | $283.45 |
| ACCOUNT NO.<br><br>CASTRO, ATELA MIGUEL<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4840 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CASTRO, EMILY<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4840 | X | X | X | Undetermined |

Sheet no.   303  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 923.45

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Redman Homes, Inc.**                                    ,        Case No.  **09-14018 (KG)**
              **Debtor**                                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CASTRO, LAYLA C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CATALANOTTO, MARK ANTHONY C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CATANESE, COURTNEY C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no. _304_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Redman Homes, Inc.                                    ,          Case No.   09-14018 (KG)
_____                        _____
              **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> CATCHINGS, DOROTHY J <br> C/O LAW OFFICE OF JOSEPH M. BRUNO <br> 855 BARONNE STREET <br> NEW ORLEANS, LA 70113 | | | Litigation - Case No. 09-CV-590 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CATCHINGS, JARVIS L <br> C/O LAW OFFICE OF JOSEPH M. BRUNO <br> 855 BARONNE STREET <br> NEW ORLEANS, LA 70113 | | | Litigation - Case No. 09-CV-590 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CATCHINGS, JORDAN L <br> C/O LAW OFFICE OF JOSEPH M. BRUNO <br> 855 BARONNE STREET <br> NEW ORLEANS, LA 70113 | | | Litigation - Case No. 09-CV-590 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CAVALIER HOME BUILDERS, LLC <br> THE CORPORATION COMPANY <br> 2000 INTERSTATE PK DR., SUITE 204 <br> MONTGOMERY,, AL 36109 | X | | Codefendant - Case No. 08 3217 | X | X | X | Undetermined |

Sheet no.   305  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 0.00

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,        Case No.   **09-14018 (KG)**
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CAVALIER HOME BUILDERS, LLC THE CORPORATION COMPANY 2000 INTERSTATE PK DR., SUITE 204 MONTGOMERY,, AL 36109 | X | | Codefendant - Case No. 6:09cv01006 RTH-ME | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CAVALIER HOME BUILDERS, LLC THE CORPORATION COMPANY 2000 INTERSTATE PK DR., SUITE 204 MONTGOMERY,, AL 36109 | X | | Codefendant - Case No. 3:09-cv-00539-JVP-SC | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CAVALIER HOME BUILDERS, LLC THE CORPORATION COMPANY 2000 INTERSTATE PK DR., SUITE 204 MONTGOMERY,, AL 36109 | X | | Codefendant - Case No. 09 4841 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CAVALIER HOME BUILDERS, LLC THE CORPORATION COMPANY 2000 INTERSTATE PK DR., SUITE 204 MONTGOMERY,, AL 36109 | X | | Codefendant - Case No. 6:09cv1332 | X | X | X | Undetermined |

Sheet no.   306  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ►   $ 0.00

Total ►   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                              ,            Case No.   **09-14018 (KG)**
_____
**Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Codefendant - Case No. 6:09cv01019 RFD-CM | | | | Undetermined |
| CAVALIER HOME BUILDERS, LLC THE CORPORATION COMPANY 2000 INTERSTATE PK DR., SUITE 204 MONTGOMERY,, AL 36109 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 09 497 | | | | Undetermined |
| CAVALIER HOME BUILDERS, LLC THE CORPORATION COMPANY 2000 INTERSTATE PK DR., SUITE 204 MONTGOMERY,, AL 36109 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 09 4840 | | | | Undetermined |
| CAVALIER HOME BUILDERS, LLC THE CORPORATION COMPANY 2000 INTERSTATE PK DR., SUITE 204 MONTGOMERY,, AL 36109 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 09 1320 | | | | Undetermined |
| CAVALIER HOME BUILDERS, LLC THE CORPORATION COMPANY 2000 INTERSTATE PK DR., SUITE 204 MONTGOMERY,, AL 36109 | X | | | X | X | X | |

Sheet no.   307  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
_____              _____
**Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Codefendant - Case No. 09 4845 | | | | Undetermined |
| CAVALIER HOME BUILDERS, LLC THE CORPORATION COMPANY 2000 INTERSTATE PK DR., SUITE 204 MONTGOMERY,, AL 36109 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 09 4842 | | | | Undetermined |
| CAVALIER HOME BUILDERS, LLC THE CORPORATION COMPANY 2000 INTERSTATE PK DR., SUITE 204 MONTGOMERY,, AL 36109 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. MDL No. 1873, Section ""N-4"" | | | | Undetermined |
| CAVALIER HOME BUILDERS, LLC THE CORPORATION COMPANY 2000 INTERSTATE PK DR., SUITE 204 MONTGOMERY,, AL 36109 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 09 4843 | | | | Undetermined |
| CAVALIER HOME BUILDERS, LLC THE CORPORATION COMPANY 2000 INTERSTATE PK DR., SUITE 204 MONTGOMERY,, AL 36109 | X | | | X | X | X | |

Sheet no.  _308_ of _2,170_  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.  **09-14018 (KG)**
                     **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.                                                                       CAVALIER HOME BUILDERS, LLC THE CORPORATION COMPANY 2000 INTERSTATE PK DR., SUITE 204 MONTGOMERY,, AL 36109 | X | | Codefendant - Case No. 09 1328 | X | X | X | Undetermined |
| ACCOUNT NO.                                                                       CAVALIER HOME BUILDERS, LLC THE CORPORATION COMPANY 2000 INTERSTATE PK DR., SUITE 204 MONTGOMERY,, AL 36109 | X | | Codefendant - Case No. 1:09cv626 HSO-JMR | X | X | X | Undetermined |
| ACCOUNT NO.                                                                       CAVALIER HOME BUILDERS, LLC THE CORPORATION COMPANY 2000 INTERSTATE PK DR., SUITE 204 MONTGOMERY,, AL 36109 | X | | Codefendant - Case No. CV-09-PU-1569-S | X | X | X | Undetermined |
| ACCOUNT NO.                                                                       CAVALIER HOME BUILDERS, LLC THE CORPORATION COMPANY 2000 INTERSTATE PK DR., SUITE 204 MONTGOMERY,, AL 36109 | X | | Codefendant - Case No. 3:09cv486 HSO-JMR | X | X | X | Undetermined |

Sheet no.  _309_ of _2,170_  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                        ,        Case No.   **09-14018 (KG)**
                     **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Codefendant - Case No. 09 4844 | | | | Undetermined |
| CAVALIER HOME BUILDERS, LLC THE CORPORATION COMPANY 2000 INTERSTATE PK DR., SUITE 204 MONTGOMERY,, AL 36109 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 09 1326 | | | | Undetermined |
| CAVALIER HOME BUILDERS, LLC THE CORPORATION COMPANY 2000 INTERSTATE PK DR., SUITE 204 MONTGOMERY,, AL 36109 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 2:09cv743-mef | | | | Undetermined |
| CAVALIER HOME BUILDERS, LLC THE CORPORATION COMPANY 2000 INTERSTATE PK DR., SUITE 204 MONTGOMERY,, AL 36109 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 2:09-cv-00112-KS-MTP | | | | Undetermined |
| CAVALIER HOMES BUILDERS, LLC THE CORPORATION COMPANY 2000 INTERSTATE PK DR., SUITE 204 MONTGOMERY,, AL 36109 | X | | | X | X | X | |

Sheet no.  _310_ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 0.00

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
_____           _____
                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Codefendant - Case No. 2:09-cv-00112-KS-MTP | | | | Undetermined |
| CAVALIER HOMES INC. THE CORPORATION COMPANY 2000 INTERSTATE PK DR., SUITE 204 MONTGOMERY,, AL 36109 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 6:09cv01019 RFD-CM | | | | Undetermined |
| CAVALIER HOMES INC. THE CORPORATION COMPANY 2000 INTERSTATE PK DR., SUITE 204 MONTGOMERY,, AL 36109 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 6:09cv1332 | | | | Undetermined |
| CAVALIER HOMES INC. THE CORPORATION COMPANY 2000 INTERSTATE PK DR., SUITE 204 MONTGOMERY,, AL 36109 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 09 497 | | | | Undetermined |
| CAVALIER HOMES INC. THE CORPORATION COMPANY 2000 INTERSTATE PK DR., SUITE 204 MONTGOMERY,, AL 36109 | X | | | X | X | X | |

Sheet no.   311  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ►   $ 0.00

Total ►   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Redman Homes, Inc.**                                    ,        Case No.   **09-14018 (KG)**
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. CAVALIER HOMES INC. THE CORPORATION COMPANY 2000 INTERSTATE PK DR., SUITE 204 MONTGOMERY,, AL 36109 | X | | Codefendant - Case No. 09 4841 | X | X | X | Undetermined |
| ACCOUNT NO. CAVALIER HOMES INC. THE CORPORATION COMPANY 2000 INTERSTATE PK DR., SUITE 204 MONTGOMERY,, AL 36109 | X | | Codefendant - Case No. 2:09cv160 HSO-JMR | X | X | X | Undetermined |
| ACCOUNT NO. CAVALIER HOMES INC. THE CORPORATION COMPANY 2000 INTERSTATE PK DR., SUITE 204 MONTGOMERY,, AL 36109 | X | | Codefendant - Case No. 6:09cv01006 RTH-ME | X | X | X | Undetermined |
| ACCOUNT NO. CAVALIER HOMES INC. THE CORPORATION COMPANY 2000 INTERSTATE PK DR., SUITE 204 MONTGOMERY,, AL 36109 | X | | Codefendant - Case No. 3:09cv486 HSO-JMR | X | X | X | Undetermined |

Sheet no.  _312_ of _2,170_  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.  **09-14018 (KG)**
_____          _____
                              **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Codefendant - Case No. 09 1326 | | | | Undetermined |
| CAVALIER HOMES INC. THE CORPORATION COMPANY 2000 INTERSTATE PK DR., SUITE 204 MONTGOMERY,, AL 36109 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 09 4844 | | | | Undetermined |
| CAVALIER HOMES INC. THE CORPORATION COMPANY 2000 INTERSTATE PK DR., SUITE 204 MONTGOMERY,, AL 36109 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 09 1320 | | | | Undetermined |
| CAVALIER HOMES INC. THE CORPORATION COMPANY 2000 INTERSTATE PK DR., SUITE 204 MONTGOMERY,, AL 36109 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 09 4840 | | | | Undetermined |
| CAVALIER HOMES INC. THE CORPORATION COMPANY 2000 INTERSTATE PK DR., SUITE 204 MONTGOMERY,, AL 36109 | X | | | X | X | X | |

Sheet no. _313_ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                      ,          Case No.   **09-14018 (KG)**
                          **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Codefendant - Case No. MDL No. 1873, Section ""N-4"" | | | | Undetermined |
| CAVALIER HOMES INC. THE CORPORATION COMPANY 2000 INTERSTATE PK DR., SUITE 204 MONTGOMERY,, AL 36109 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. CV-09-PU-1569-S | | | | Undetermined |
| CAVALIER HOMES INC. THE CORPORATION COMPANY 2000 INTERSTATE PK DR., SUITE 204 MONTGOMERY,, AL 36109 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 09 1328 | | | | Undetermined |
| CAVALIER HOMES INC. THE CORPORATION COMPANY 2000 INTERSTATE PK DR., SUITE 204 MONTGOMERY,, AL 36109 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 1:09cv626 HSO-JMR | | | | Undetermined |
| CAVALIER HOMES INC. THE CORPORATION COMPANY 2000 INTERSTATE PK DR., SUITE 204 MONTGOMERY,, AL 36109 | X | | | X | X | X | |

Sheet no.  _314_ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.**             ,           Case No.   **09-14018 (KG)**
<br>           **Debtor**                                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CAVALIER HOMES INC.<br>THE CORPORATION COMPANY<br>2000 INTERSTATE PK DR., SUITE 204<br>MONTGOMERY,, AL 36109 | X | | Codefendant - Case No. 09 4843 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CAVALIER HOMES INC.<br>THE CORPORATION COMPANY<br>2000 INTERSTATE PK DR., SUITE 204<br>MONTGOMERY,, AL 36109 | X | | Codefendant - Case No. 09 4845 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CAVALIER HOMES INC.<br>THE CORPORATION COMPANY<br>2000 INTERSTATE PK DR., SUITE 204<br>MONTGOMERY,, AL 36109 | X | | Codefendant - Case No. 3:09-cv-00539-JVP-SC | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CAVALIER HOMES INC.<br>THE CORPORATION COMPANY<br>2000 INTERSTATE PK DR., SUITE 204<br>MONTGOMERY,, AL 36109 | X | | Codefendant - Case No. 09 4842 | X | X | X | Undetermined |

Sheet no. _315_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                      Subtotal ▶    $ 0.00

                                      Total ▶    $
<br>(Use only on last page of the completed Schedule F.)
<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.** _____ ,        Case No.   **09-14018 (KG)** _____

_____**Debtor**_____                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Codefendant - Case No. 2:09cv743-mef | | | | Undetermined |
| CAVALIER HOMES INC. THE CORPORATION COMPANY 2000 INTERSTATE PK DR., SUITE 204 MONTGOMERY,, AL 36109 | X | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 68D01-0905-PL-0365 | | | | Undetermined |
| CAYLOR, BILL C/O JOHN E. TANNER TANNER & TANNER 214 SOUTH MAIN STREET WINCHESTER, IN 47394 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 68D01-0905-PL-0365 | | | | Undetermined |
| CAYLOR, JOYCE C/O JOHN E. TANNER TANNER & TANNER 214 SOUTH MAIN STREET WINCHESTER, IN 47394 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CAZAUBON, ERIC J. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no.   316  of  2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶        $ 0.00

Total ▶        $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
                          **Debtor**                                                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CB SYSTEMS<br>UNKNOWN ADDRESS | | | Indemnity relating to the sale of real property commonly known as 6064 Deep Branch Road, Pembroke, NC | X | X | | Undetermined |
| ACCOUNT NO.<br><br>CCS COMMERCIAL, LLC<br>PO BOX 7249<br>PORTSMOUTH, NH 03802 | | | Litigation - Threatened | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CCT MANUFACTURING INC<br>320 NORTH POINT PKWY<br>SUITE N<br>ACWORTH, GA 30102 | | | General Trade Payable | | | | $269.84 |
| ACCOUNT NO.<br><br>CEASER, CARTRINA<br>C/O HURRICAN LEGAL CENTER<br>LAWRENCE J. CENTOLA, JR.<br>600 CARONDELET STREET, SUITE 602<br>NEW ORLEANS, LA 70130 | | | Litigation - Case No. 6:09cv01006 RTH-ME | X | X | X | Undetermined |

Sheet no.   317  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   | $ 269.84

Total ▶   | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
_____          _____
                        **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  CEASER, EDWARD C/O HURRICAN LEGAL CENTER LAWRENCE J. CENTOLA, JR. 600 CARONDELET STREET, SUITE 602 NEW ORLEANS, LA 70130 | | | Litigation - Case No. 6:09cv01006 RTH-ME | X | X | X | Undetermined |
| ACCOUNT NO.  CEASER, EDWARD ON BEHALF OF S.C. C/O HURRICAN LEGAL CENTER LAWRENCE J. CENTOLA, JR. 600 CARONDELET STREET, SUITE 602 NEW ORLEANS, LA 70130 | | | Litigation - Case No. 6:09cv01006 RTH-ME | X | X | X | Undetermined |
| ACCOUNT NO.  CEASER, III, EDWARD C/O HURRICAN LEGAL CENTER LAWRENCE J. CENTOLA, JR. 600 CARONDELET STREET, SUITE 602 NEW ORLEANS, LA 70130 | | | Litigation - Case No. 6:09cv01006 RTH-ME | X | X | X | Undetermined |

Sheet no.   318  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶     $ 0.00

Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,                    Case No.   09-14018 (KG)
_____                                          _____
                    **Debtor**                                                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> CEASER, WANDA <br> C/O HURRICAN LEGAL CENTER <br> LAWRENCE J. CENTOLA, JR. <br> 600 CARONDELET STREET, SUITE 602 <br> NEW ORLEANS, LA 70130 | | | Litigation - Case No. 6:09cv01006 RTH-ME | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CECILA BOOKER, AS NELLT FRIEND OF CECILY BOOKER, A MINOR <br> C/O ROBERT C. HILLARD, LLP <br> 719 SOUTH SHORELINE BLVD. SUITE 500 <br> CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CEDAR CREEK HOMES, LLC <br> 8949 I-70 DR NE <br> COLUMBIA, MO 65202 | | | Customer Deposits | X | | | $1,500.00 |
| ACCOUNT NO. <br><br> CEDAR CREEK HOMES, LLC <br> 8949 I-70 DR NE <br> COLUMBIA, MO 65202 | | | General Trade Payable | | | | $1,753.88 |

Sheet no.   319  of  2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 3,253.88

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,            Case No.   **09-14018 (KG)**
                          **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CELINA, BETTY C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CELINA, CHRISTIAN C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CELINO, CHRISTIAN, AS NEXT FRIEND OF N.C., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CELINO, CHRISTIANAS NEXT FRIEND OF H.C., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.   320  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
_____                                  _____
         **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CELINO, COLIN C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CEMILES, VICTORIA, AS NEXT FRIEND OF T.W., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CENALES, JAMES C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CENALES, KEVIN C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.   321  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.  **09-14018 (KG)**
_____          _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CENALES, NIDA<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CENALES, VICTORIA<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CENALES, VICTORIA, AS NEXT FRIEND OF D.W., A MINOR<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CENALES, VICTORIA, AS NEXT FRIEND OF J.W., A MINOR<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |

Sheet no.  322  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶        $ 0.00

Total ▶        $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                            ,        Case No.   **09-14018 (KG)**
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CENALES, WILLIE C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CENALS, VICTORIA, AS NEXT FRIEND OF S.C., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | General Trade Payable | | | | $1,417.36 |
| CENTURYLINK - DALLAS PO BOX 660068 DALLAS, TX 75266-0068 | | | | | | | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CERNIGLIA, CHRISTINA C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no.   323  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 1,417.36

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**         ,       Case No.   **09-14018 (KG)**
              **Debtor**                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> CERNIGLIA, MADISON C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4840 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CERNIGLIA, RAYMOND C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4840 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CERTIFICATION & CALIBRATION SERVICES INC DBA RESPONSE RENTALS DIRECT 3201 FAIR OAK DR ROWLETT, TX 75089 | | | General Trade Payable | | | | $1,268.75 |
| ACCOUNT NO. <br><br> CH2M HILL CONSTRUCTORS INC. C T CORPORATION SYSTEM 5615 CORPORATE BOULEVARD, SUITE 400B BATON ROUGE, LA 70808 | X | | Codefendant - Case No. 1:09CV460 HSO-JMR* | X | X | X | Undetermined |

Sheet no. _324_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 1,268.75

Total ▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
                                  **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CH2M HILL CONSTRUCTORS INC. C/O GERARDO BARRIOS BAKER DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC #3 SANCTUARY BOULEVARD, SUITE 201 MANDEVILLE, LA 70471 | X | | Codefendant - Case No. 09-5367* | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CH2M HILL CONSTRUCTORS, INC. C T CORPORATION SYSTEM 5615 CORPORATE BOULEVARD, SUITE 400B BATON ROUGE, LA 70808 | X | | Codefendant - Case No. 1:09cv566 HSO JMR | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CH2M HILL CONSTRUCTORS, INC. C T CORPORATION SYSTEM 5615 CORPORATE BOULEVARD, SUITE 400B BATON ROUGE, LA 70808 | X | | Codefendant - Case No. 1:09cv569 HSO-JMR | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CH2M HILL CONSTRUCTORS, INC. C T CORPORATION SYSTEM 5615 CORPORATE BOULEVARD, SUITE 400B BATON ROUGE, LA 70808 | X | | Codefendant - Case No. 2:09-cv-00112-KS-MTP | X | X | X | Undetermined |

Sheet no. _325_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**_____ ,       Case No.   **09-14018 (KG)**_____
_____**Debtor**_____                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Codefendant - Case No. 09 4709 | | | | Undetermined |
| CH2M HILL CONSTRUCTORS, INC. C T CORPORATION SYSTEM 5615 CORPORATE BOULEVARD, SUITE 400B BATON ROUGE, LA 70808 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 2:09cv743-mef | | | | Undetermined |
| CH2M HILL CONSTRUCTORS, INC. C T CORPORATION SYSTEM 5615 CORPORATE BOULEVARD, SUITE 400B BATON ROUGE, LA 70808 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 2:09cv160 HSO-JMR | | | | Undetermined |
| CH2M HILL CONSTRUCTORS, INC. C/O GERARDO BARRIOS BAKER DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC #3 SANCTUARY BOULEVARD, SUITE 201 MANDEVILLE, LA 70471 | X | | | X | X | X | |

Sheet no. _326_ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
                              **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CH2M HILL CONSTRUCTORS, INC.<br>C/O GERARDO BARRIOS<br>BAKER DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC<br>#3 SANCTUARY BOULEVARD, SUITE 201<br>MANDEVILLE, LA 70471 | X | | Codefendant - Case No. 09 1328 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CH2M HILL CONSTRUCTORS, INC.<br>C/O GERARDO BARRIOS<br>BAKER DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC<br>#3 SANCTUARY BOULEVARD, SUITE 201<br>MANDEVILLE, LA 70471 | X | | Codefendant - Case No. CV-09-PU-1569-S | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CH2M HILL CONSTRUCTORS, INC.<br>C/O GERARDO BARRIOS<br>BAKER DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC<br>#3 SANCTUARY BOULEVARD, SUITE 201<br>MANDEVILLE, LA 70471 | X | | Codefendant - Case No. 09 1326 | X | X | X | Undetermined |

Sheet no.   327  of  2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 0.00

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                              ,          Case No.   09-14018 (KG)
          **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  CH2M HILL CONSTRUCTORS, INC. C/O GERARDO BARRIOS BAKER DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC #3 SANCTUARY BOULEVARD, SUITE 201 MANDEVILLE, LA 70471 | X | | Codefendant - Case No. 09 4843 | X | X | X | Undetermined |
| ACCOUNT NO.  CH2M HILL CONSTRUCTORS, INC. C/O GERARDO BARRIOS BAKER DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC #3 SANCTUARY BOULEVARD, SUITE 201 MANDEVILLE, LA 70471 | X | | Codefendant - Case No. 09 4844 | X | X | X | Undetermined |
| ACCOUNT NO.  CH2M HILL CONSTRUCTORS, INC. C/O GERARDO BARRIOS BAKER DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC #3 SANCTUARY BOULEVARD, SUITE 201 MANDEVILLE, LA 70471 | X | | Codefendant - Case No. 3:09cv486 HSO-JMR | X | X | X | Undetermined |

Sheet no.   328  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Redman Homes, Inc.                              ,          Case No.   09-14018 (KG)
                    **Debtor**                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CH2M HILL CONSTRUCTORS, INC.<br>C/O GERARDO BARRIOS<br>BAKER DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC<br>#3 SANCTUARY BOULEVARD, SUITE 201<br>MANDEVILLE, LA 70471 | X | | Codefendant - Case No. 09 4845 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CH2M HILL CONSTRUCTORS, INC.<br>C/O GERARDO BARRIOS<br>BAKER DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC<br>#3 SANCTUARY BOULEVARD, SUITE 201<br>MANDEVILLE, LA 70471 | X | | Codefendant - Case No. 09 1320 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CH2M HILL CONSTRUCTORS, INC.<br>C/O GERARDO BARRIOS<br>BAKER DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC<br>#3 SANCTUARY BOULEVARD, SUITE 201<br>MANDEVILLE, LA 70471 | X | | Codefendant - Case No. 3:09-cv-00539-JVP-SC | X | X | X | Undetermined |

Sheet no.   329  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Redman Homes, Inc.                          ,              Case No.   09-14018 (KG)
                      **Debtor**                                             **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> CH2M HILL CONSTRUCTORS, INC. <br> C/O GERARDO BARRIOS <br> BAKER DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC <br> #3 SANCTUARY BOULEVARD, SUITE 201 <br> MANDEVILLE, LA 70471 | X | | Codefendant - Case No. 09 4841 | X | X | X | Undetermined |
| ACCOUNT NO. <br> CH2M HILL CONSTRUCTORS, INC. <br> C/O GERARDO BARRIOS <br> BAKER DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC <br> #3 SANCTUARY BOULEVARD, SUITE 201 <br> MANDEVILLE, LA 70471 | X | | Codefendant - Case No. 09-3561 | X | X | X | Undetermined |
| ACCOUNT NO. <br> CH2M HILL CONSTRUCTORS, INC. <br> C/O GERARDO BARRIOS <br> BAKER DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC <br> #3 SANCTUARY BOULEVARD, SUITE 201 <br> MANDEVILLE, LA 70471 | X | | Codefendant - Case No. 1:09cv626 HSO-JMR | X | X | X | Undetermined |

Sheet no. _330_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
                    **Debtor**                                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Codefendant - Case No. 09 4842 | | | | Undetermined |
| CH2M HILL CONSTRUCTORS, INC. C/O GERARDO BARRIOS BAKER DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC #3 SANCTUARY BOULEVARD, SUITE 201 MANDEVILLE, LA 70471 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 09 497 | | | | Undetermined |
| CH2M HILL CONSTRUCTORS, INC. C/O GERARDO BARRIOS BAKER DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC #3 SANCTUARY BOULEVARD, SUITE 201 MANDEVILLE, LA 70471 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 09 4840 | | | | Undetermined |
| CH2M HILL CONSTRUCTORS, INC. C/O GERARDO BARRIOS BAKER DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC #3 SANCTUARY BOULEVARD, SUITE 201 MANDEVILLE, LA 70471 | X | | | X | X | X | |

Sheet no.   331  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.**            ,        Case No.   **09-14018 (KG)**

              **Debtor**                                               **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Codefendant - Case No. 09 4789 | | | | Undetermined |
| CH2M HILL CONSTRUCTORS, INC. CORPORATION COMPANY 2000 INTERSTATE PARK DRIVE, SUITE 204 MONTGOMERY, AL 36109 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 1:09CV430 HSO-JMR* | | | | Undetermined |
| CH2M HILLS CONSTRUCTORS, INC. C T CORPORATION SYSTEM 5615 CORPORATE BOULEVARD, SUITE 400B BATON ROUGE, LA 70808 | X | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-CV-590 | | | | Undetermined |
| CHAMBLISS, BRENT C/O LAW OFFICE OF JOSEPH M. BRUNO 855 BARONNE STREET NEW ORLEANS, LA 70113 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CHAMBON, DONNA THERESA C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no. _332_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   09-14018 (KG)
　　　　　　　　　**Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CHAMBON, WARREN C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CHAMBON, WARREN JAMES C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Codebtor | | | | Undetermined |
| CHAMPION ENTERPRISES MANAGEMENT CO. 755 W. BIG BEAVER RD. SUITE 1000 TROY, MI 48084 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 09 497 | | | | Undetermined |
| CHAMPION ENTERPRISES, INC. THE CORPORATION COMPANY 30600 TELEGRAPH ROAD, STE.2345 BINGHAM FARMS, MI 48025 | X | | | X | X | X | |

Sheet no.   333  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
              **Debtor**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> CHAMPION ENTERPRISES, INC. THE CORPORATION COMPANY 30600 TELEGRAPH ROAD, STE.2345 BINGHAM FARMS, MI 48025 | X | | Codefendant - Case No. CV-09-PU-1569-S | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CHAMPION ENTERPRISES, INC. THE CORPORATION COMPANY 30600 TELEGRAPH ROAD, STE.2345 BINGHAM FARMS, MI 48025 | X | | Codefendant - Case No. 1:09cv626 HSO-JMR | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CHAMPION ENTERPRISES, INC. THE CORPORATION COMPANY 30600 TELEGRAPH ROAD, STE.2345 BINGHAM FARMS, MI 48025 | X | | Codefendant - Case No. 3:09cv486 HSO-JMR | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CHAMPION ENTERPRISES, INC. THE CORPORATION COMPANY 30600 TELEGRAPH ROAD, STE.2345 BINGHAM FARMS, MI 48025 | X | | Codefendant - Case No. 2:09cv160 HSO-JMR | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CHAMPION ENTERPRISES, INC. 755 W. BIG BEAVER RD. SUITE 1000 TROY, MI 48084 | X | | Codefendant | X | X | X | Undetermined |

Sheet no.  _334_ of _2,170_  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
_____
                  **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CHAMPION ENTERPRISES, INC.<br>755 W. BIG BEAVER RD.<br>SUITE 1000<br>TROY, MI 48084 | X | | Codebtor | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CHAMPION HOME BUILDERS - DOE 5<br>CT CORPORATION<br>818 WEST 7TH STREET<br>LOS ANGELES, CA 90017 | X | | Codefendant - Case No. BC411536 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CHAMPION HOME BUILDERS CO.<br>755 W. BIG BEAVER RD.<br>SUITE 1000<br>TROY, MI 48084 | X | | Codefendant | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CHAMPION HOME BUILDERS CO.<br>755 W. BIG BEAVER RD.<br>SUITE 1000<br>TROY, MI 48084 | X | | Codebtor | X | X | X | Undetermined |

Sheet no.  335  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶           $ 0.00

Total ▶           $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                              ,          Case No.   **09-14018 (KG)**
_____          _____
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CHAMPION HOME BUILDERS CO.<br>755 W. BIG BEAVER RD.<br>SUITE 1000<br>TROY, MI 48084 | | | Intercompany Payable | | | | $1,330,129.67 |
| ACCOUNT NO.<br><br>CHAMPION HOME BUILDERS CO.<br>THE CORPORATION COMPANY<br>30600 TELEGRAPH ROAD,<br>STE.2345<br>BINGHAM FARMS, MI 48025 | X | | Codefendant - Case No. 6:09cv1332 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CHAMPION HOME BUILDERS CO.<br>THE CORPORATION COMPANY<br>30600 TELEGRAPH ROAD,<br>STE.2345<br>BINGHAM FARMS, MI 48025 | X | | Codefendant - Case No. 1:09cv626 HSO-JMR | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CHAMPION HOME BUILDERS CO.<br>THE CORPORATION COMPANY<br>30600 TELEGRAPH ROAD,<br>STE.2345<br>BINGHAM FARMS, MI 48025 | X | | Codefendant - Case No. 09 497 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CHAMPION HOME BUILDERS CO.<br>THE CORPORATION COMPANY<br>30600 TELEGRAPH ROAD,<br>STE.2345<br>BINGHAM FARMS, MI 48025 | X | | Codefendant - Case No. 09-3561 | X | X | X | Undetermined |

Sheet no.  _336_ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶     $ 1,330,129.67

Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>Redman Homes, Inc.</u>                    ,          Case No. <u>  09-14018 (KG)</u>
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CHAMPION HOME BUILDERS CO.<br>THE CORPORATION COMPANY<br>30600 TELEGRAPH ROAD,<br>STE.2345<br>BINGHAM FARMS, MI 48025 | X | | Codefendant - Case No. 6:09cv01006 RTH-ME | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CHAMPION HOME BUILDERS CO.<br>THE CORPORATION COMPANY<br>30600 TELEGRAPH ROAD,<br>STE.2345<br>BINGHAM FARMS, MI 48025 | X | | Codefendant - Case No. 2:09-cv-00112-KS-MTP | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CHAMPION HOME BUILDERS CO.<br>THE CORPORATION COMPANY<br>30600 TELEGRAPH ROAD,<br>STE.2345<br>BINGHAM FARMS, MI 48025 | X | | Codefendant - Case No. 6:09cv01019 RFD-CM | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CHAMPION HOME BUILDERS CO.<br>THE CORPORATION COMPANY<br>30600 TELEGRAPH ROAD,<br>STE.2345<br>BINGHAM FARMS, MI 48025 | X | | Codefendant - Case No. CV-09-PU-1569-S | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CHAMPION HOME BUILDERS CO.<br>THE CORPORATION COMPANY<br>30600 TELEGRAPH ROAD,<br>STE.2345<br>BINGHAM FARMS, MI 48025 | X | | Codefendant - Case No. 3:09cv486 HSO-JMR | X | X | X | Undetermined |

Sheet no. <u>  337</u> of <u>  2,170</u> continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  | $ 0.00

Total ▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.  **09-14018 (KG)**
                                          **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Codefendant - Case No. 2:09cv743-mef | | | | Undetermined |
| CHAMPION HOME BUILDERS CO. THE CORPORATION COMPANY 30600 TELEGRAPH ROAD, STE.2345 BINGHAM FARMS, MI 48025 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 2:09cv160 HSO-JMR | | | | Undetermined |
| CHAMPION HOME BUILDERS CO. THE CORPORATION COMPANY 30600 TELEGRAPH ROAD, STE.2345 BINGHAM FARMS, MI 48025 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 576986 | | | | Undetermined |
| CHAMPION HOMES OF LOUISIANNA, LLC C/O RICHARD VINCENT HAYWARD 5915 WEST END BLVD. NEW ORLEANS, LA 70124 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codebtor | | | | Undetermined |
| CHAMPION RETAIL, INC. 755 W. BIG BEAVER RD. SUITE 1000 TROY, MI 48084 | X | | | X | X | X | |

Sheet no.  338  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
_____          _____
                    **Debtor**                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CHAPMAN, KENNETH C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - 09-C-289 | | | | Undetermined |
| CHAPMANVILLE HOME PLACE, INC. RT. 1, BOX 56 CHAPMANVILLE, WV | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 09 C 315 | | | | Undetermined |
| CHAPMANVILLE HOME PLACE, INC. RT. 1, BOX 56 CHAPMANVILLE, WV | X | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CHAPPETTA, TINA C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no.   339  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶            $ 0.00

Total ▶            $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.**          ,            Case No. **09-14018 (KG)**
              **Debtor**                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CHARIES, ALFREDA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CHARIOT, GLADYS C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 08-C-30 | | | | Undetermined |
| CHARLES & CO., LLC C/O TREVOR K. TAYLOR 55 DON KNOTTS BLVD. MORGANTOWN, WV 26508 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 08-C-29 | | | | Undetermined |
| CHARLES & CO., LLC AND CHARLES FRANGELLA C/O TREVOR K. TAYLOR 55 DON KNOTTS BLVD. MORGANTOWN, WV 26508 | X | | | X | X | X | |

Sheet no. _340_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Redman Homes, Inc.** ,     Case No. **09-14018 (KG)**
     **Debtor**                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>CHARLES, GERALD<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br>CHARLES, KARLTON S.<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4840 | X | X | X | Undetermined |
| ACCOUNT NO.<br>CHASE MANUFACTURING<br>1511 US HWY 6 W<br>NAPPANEE, IN 46550 | | | General Trade Payable | | | | $2,538.00 |
| ACCOUNT NO.<br>CHASEZ, DAVID<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |

Sheet no. 341 of 2,170 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 2,538.00

Total ▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.**                              ,                    Case No. __09-14018 (KG)__
　　　　　　　**Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CHASEZ, LESLIE C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CHATELAIN, BRENDA H. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CHATELAIN, RICHARD BENEDICT C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CHATMAN, CONRAD C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no. __342__ of __2,170__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.** _____ ,          Case No. **09-14018 (KG)** _____
                          **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CHAUPPETTA, CHARLES C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CHAUPPETTA, TASHIA C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CHELETTE, KAYLIE LYNN C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no. __343_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  | $ 0.00

Total ▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
                    **Debtor**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CHELETTE, SHIRELY C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CHELETTE, SHIRELY, ON BEHALF OF THE MINOR K.C. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CHELETTE, SHIRLEY C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no.   344  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**        ,        Case No.  **09-14018 (KG)**
              **Debtor**                                       **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CHELETTE, SHIRLEY ANN<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4840 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CHELETTE, SHIRLEY, ON BEHALF OF THE MINOR K.C.<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4840 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CHENEY, MARIE<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |

Sheet no.  345  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
_____
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CHENEY, PEGGY C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CHEPETTA, TASHA C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4844 | | | | Undetermined |
| CHERIE DAVIS C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no.   346  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ►            $ 0.00

Total ►
(Use only on last page of the completed Schedule F.)            $
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   09-14018 (KG)
               **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4844 | | | | Undetermined |
| CHERIE DAVIS , ON BEHALF OF THE MINOR REFERRED TO AS S.W. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4844 | | | | Undetermined |
| CHERIE KENNEDY C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4844 | | | | Undetermined |
| CHERIE KENNEDY, INDIVIDUALLY AND ON BEHALF OF THE MINOR REFERRED TO AS S.W. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no.   347  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  | $ 0.00

Total ▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
                **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CHERRY HILL HOMES, INC.<br>50 THEATRE DRIVE<br>DRY RIDGE, KY 41035 | | | General Trade Payable | X | | | $3,004.80 |
| ACCOUNT NO.<br><br>CHERRY, KERRIE<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CHESAPEAKE MOBILE HOMES, INC<br>8248 VETERANS HWY<br>PO BOX 288<br>MILLERSVILLE, MD 21108 | | | General Trade Payable | X | | | $50,574.04 |
| ACCOUNT NO.<br><br>CHIARAMONTE, BARBARA<br>C/O MARK MIODUSZEWSKI<br>516 W. TENTH ST.<br>ERIE, PA 16502 | | | Litigation - Case No. 12858-2009 | X | X | X | Undetermined |

Sheet no.   348  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  | $ 53,578.84

Total ▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                              ,        Case No.   **09-14018 (KG)**
                      **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 12858-2009 | | | | Undetermined |
| CHIARAMONTE, DENNIS C/O MARK MIODUSZEWSKI 516 W. TENTH ST. ERIE, PA 16502 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CHIASSON, ROBERT C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CHIASSON, STACEY C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CHIASSON, STACEY DESSELLE C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no.   349  of  2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶        $ 0.00

Total ▶        $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
                        **Debtor**                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. CHIASSON, STACEY, ON BEHALF OF THE MINOR R.C. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4840 | X | X | X | Undetermined |
| ACCOUNT NO. CHILDRESS, TONY C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO. CHILDS, JACK 12055 SOUTH LACORE EMPIRE, MI 49630 | | | General Trade Payable | | | | $350.00 |
| ACCOUNT NO. CHILDS, JAMES C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |

Sheet no.  350  of  2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 350.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   09-14018 (KG)
                  **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CHILTON, BELINDA<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4840 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CHILTON, BELINDA, ON BEHALF OF THE MINOR A.F.<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4840 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CHILTON, BELINDA, ON BEHALF OF THE MINOR A.F.<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4840 | X | X | X | Undetermined |

Sheet no.   351  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶     $ 0.00

Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.**                                      ,          Case No.   **09-14018 (KG)**
_____

**Debtor**                                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-CV-590 | | | | Undetermined |
| CHOPIN, DONALD L C/O LAW OFFICE OF JOSEPH M. BRUNO 855 BARONNE STREET NEW ORLEANS, LA 70113 | | | | X | X | X | |
| ACCOUNT NO. | | | General Trade Payable | | | | $35.51 |
| CHRIS'S NEW YORK PIZZERIA 128 NORTH READING RD EPHRATA, PA 17522 | | | | | | | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CHRISTOPHE, VITA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.   352  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 35.51

Total ▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> CIA-VAL CO. C/O PALMIERI, TYLER, WIENER, WILHELM & WALDRONLLP CHARLES H. KANTER, ESQ., JOHN LISTER, ESQ., ERICA M. SOROSKY, ESQ. 2603 MAIN STREET, EAST TOWER, SUITE 1300 IRVINE, CA 92614-6228 | X | | Codefendant - Case No. BC411536 | X | X | X | Undetermined |
| ACCOUNT NO. <br> CINTAS CORPORATION PO BOX 97627 CHICAGO, IL 60678-7627 | | | General Trade Payable | | | | $389.39 |
| ACCOUNT NO. <br> CIOKAJLO, JAY 982 SPRING CROSSING MIDDLEBURY, IN 46540 | | | General Trade Payable | | | | $1,081.80 |
| ACCOUNT NO. <br> CIRCLE B ENTERPRISES, INC. C/O JACKIE WILLIAMS 305 E 3RD STREET OCILLA,, GA 31774 | X | | Codefendant - Case No. 09 4841 | X | X | X | Undetermined |

Sheet no.  353  of  2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 1,471.19

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                 ,         Case No.   **09-14018 (KG)**
                **Debtor**                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CIRCLE B ENTERPRISES, INC.<br>C/O JACKIE WILLIAMS<br>305 E 3RD STREET<br>OCILLA,, GA 31774 | X | | Codefendant - Case No. 09 497 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CIRCLE B ENTERPRISES, INC.<br>C/O JACKIE WILLIAMS<br>305 E 3RD STREET<br>OCILLA,, GA 31774 | X | | Codefendant - Case No. 09 1320 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CIRCLE B ENTERPRISES, INC.<br>C/O JACKIE WILLIAMS<br>305 E 3RD STREET<br>OCILLA,, GA 31774 | X | | Codefendant - Case No. 09 1328 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CIRCLE B ENTERPRISES, INC.<br>C/O JACKIE WILLIAMS<br>305 E 3RD STREET<br>OCILLA,, GA 31774 | X | | Codefendant - Case No. CV-09-PU-1569-S | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CIRCLE B ENTERPRISES, INC.<br>C/O JACKIE WILLIAMS<br>305 E 3RD STREET<br>OCILLA,, GA 31774 | X | | Codefendant - Case No. 09 4840 | X | X | X | Undetermined |

Sheet no. _354_ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

                        Subtotal ▶    $ 0.00

                        Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                          ,          Case No.    **09-14018 (KG)**
                 **Debtor**                                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CIRCLE B ENTERPRISES, INC.<br>C/O JACKIE WILLIAMS<br>305 E 3RD STREET<br>OCILLA,, GA 31774 | X | | Codefendant - Case No. 1:09cv626 HSO-JMR | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CIRCLE B ENTERPRISES, INC.<br>C/O JACKIE WILLIAMS<br>305 E 3RD STREET<br>OCILLA,, GA 31774 | X | | Codefendant - Case No. 6:09cv01006 RTH-ME | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CIRCLE B ENTERPRISES, INC.<br>C/O JACKIE WILLIAMS<br>305 E 3RD STREET<br>OCILLA,, GA 31774 | X | | Codefendant - Case No. 2:09-cv-00112-KS-MTP | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CIRCLE B ENTERPRISES, INC.<br>C/O JACKIE WILLIAMS<br>305 E 3RD STREET<br>OCILLA,, GA 31774 | X | | Codefendant - Case No. 6:09cv1332 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CIRCLE B ENTERPRISES, INC.<br>C/O JACKIE WILLIAMS<br>305 E 3RD STREET<br>OCILLA,, GA 31774 | X | | Codefendant - Case No. 6:09cv01019 RFD-CM | X | X | X | Undetermined |

Sheet no.  _355_ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                            ,                    Case No.   **09-14018 (KG)**
_____
**Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CIRCLE B ENTERPRISES, INC.<br>C/O JACKIE WILLIAMS<br>305 E 3RD STREET<br>OCILLA,, GA 31774 | X | | Codefendant - Case No. 09 4845 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CIRCLE B ENTERPRISES, INC.<br>C/O JACKIE WILLIAMS<br>305 E 3RD STREET<br>OCILLA,, GA 31774 | X | | Codefendant - Case No. 3:09cv486 HSO-JMR | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CIRCLE B ENTERPRISES, INC.<br>C/O JACKIE WILLIAMS<br>305 E 3RD STREET<br>OCILLA,, GA 31774 | X | | Codefendant - Case No. MDL No. 1873, Section ""N-4"" | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CIRCLE B ENTERPRISES, INC.<br>C/O JACKIE WILLIAMS<br>305 E 3RD STREET<br>OCILLA,, GA 31774 | X | | Codefendant - Case No. 09 4843 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CIRCLE B ENTERPRISES, INC.<br>C/O JACKIE WILLIAMS<br>305 E 3RD STREET<br>OCILLA,, GA 31774 | X | | Codefendant - Case No. 09 4844 | X | X | X | Undetermined |

Sheet no.   356  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶          $ 0.00

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.**       ,        Case No. **09-14018 (KG)**

             **Debtor**                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CIRCLE B ENTERPRISES, INC.<br>C/O JACKIE WILLIAMS<br>305 E 3RD STREET<br>OCILLA,, GA 31774 | X | | Codefendant - Case No. 09 1326 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CIRCLE B ENTERPRISES, INC.<br>C/O JACKIE WILLIAMS<br>305 E 3RD STREET<br>OCILLA,, GA 31774 | X | | Codefendant - Case No. 09 4842 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CIRCLE B ENTERPRISES, INC.<br>C/O JACKIE WILLIAMS<br>305 E 3RD STREET<br>OCILLA,, GA 31774 | X | | Codefendant - Case No. 3:09-cv-00539-JVP-SC | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CIRCLE B ENTERPRISES, INC.<br>C/O JACKIE WILLIAMS<br>305 E 3RD STREET<br>OCILLA,, GA 31774 | X | | Codefendant - Case No. 2:09cv743-mef | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CIRCLE B ENTERPRISES, INC.<br>C/O JACKIE WILLIAMS<br>305 E 3RD STREET<br>OCILLA,, GA 31774 | X | | Codefendant - Case No. 2:09cv160 HSO-JMR | X | X | X | Undetermined |

Sheet no. _357_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                   ,                    Case No.   **09-14018 (KG)**

              **Debtor**                                                             **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CIT TECHNOLOGY FINANCE SERVICES INC<br>PO BOX 100706<br>PASADENA, CA 91189-0706 | | | General Trade Payable | | | | $68.47 |
| ACCOUNT NO.<br><br>CITIZENS NATIONAL BANK<br>UNKNOWN ADDRESS | X | | Litigation - 09-C-289 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CITY OF BURLESON<br>141 W. RENFRO<br>BURLESON, TX 76028 | | | General Trade Payable | | | | $377.85 |
| ACCOUNT NO.<br><br>CITY OF CHANDLER<br>55 N ARIZONA PLACE<br>CHANDLER, AZ 85225 | | | General Trade Payable | | | | $774.84 |

Sheet no. __358_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 1,221.16

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Redman Homes, Inc.                                    ,          Case No.   09-14018 (KG)
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  CLABAUGH, CHRIS C/O JOHN R. WRAY WRAY LAW OFFICE 5644 COVENTRY LANE FORT WAYNE, IN 46802 | | | Litigation - Case No. 43C01-0812-PL-629 | X | X | X | Undetermined |
| ACCOUNT NO.  CLAGUE, DAVID C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4840 | X | X | X | Undetermined |
| ACCOUNT NO.  CLAGUE, NICHOLAS C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4840 | X | X | X | Undetermined |
| ACCOUNT NO.  CLARION BATHWARE 44 AMSLER AVENUE SHIPPENVILLE, PA 16254 | | | General Trade Payable | | | | $9,293.28 |

Sheet no.   359  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 9,293.28

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.** _____ ,          Case No.  **09-14018 (KG)** _____
              **Debtor**                                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CLARK'S MANUFACTURED HOMES<br>5365 E. PICKARD<br>MOUNT PLEASANT, MI 48858 | | | Customer Deposits | X | | | $1,500.00 |
| ACCOUNT NO.<br><br>CLARK'S MANUFACTURED HOMES INC<br>5365 E. PICKARD<br>MT PLEASANT, MI 48858 | | | General Trade Payable | | | | $625.77 |
| ACCOUNT NO.<br><br>CLARK, ASHLEY<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CLARK, ASHLEY, AS NEXT FRIEND OF J.C., A MINOR<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |

Sheet no. __360_ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 2,125.77

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  <u>Redman Homes, Inc.</u>                    ,          Case No.  <u>09-14018 (KG)</u>
            **Debtor**                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CLARK, EVA<br>C/O WILLIAM W. DREHER<br>PO BOX 968<br>GULFPORT, MS 39502 | | | Litigation - Case No. D2401-2001-335 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CLARK, JOSEPH<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CLARK, LUCIANA MARIE<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4840 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CLARK, THOMAS<br>C/O WILLIAM W. DREHER<br>PO BOX 968<br>GULFPORT, MS 39502 | | | Litigation - Case No. D2401-2001-335 | X | X | X | Undetermined |

Sheet no.  <u>361</u> of <u>2,170</u>  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶     $ 0.00

Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.**          ,        Case No.   **09-14018 (KG)**
              **Debtor**                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CLASSIC SURROUNDS LLC<br>2610 14TH AVENUE E.<br>PO BOX 278<br>CORDELE, GA 31015 | | | General Trade Payable | | | | $1,705.00 |
| ACCOUNT NO.<br><br>CLAUDE, ALBERT<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CLAUDE, ANDREA<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CLAY, JAIME<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |

Sheet no. _362_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 1,705.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                          ,                    Case No.   **09-14018 (KG)**
                            **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CLAY, JAMES C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CLAY, LINDA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CLAYTER, SYLVIA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 13595 of 2009 | | | | Undetermined |
| CLAYTON HOMES 5961 COLUMBIA BOULEVARD, BLOOMSBURG, PA 17815 | X | | | X | X | X | |

Sheet no.   363  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶         $ 0.00

Total ▶         $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
                              **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> CLAYTON HOMES - DOE 7 <br> CT CORPORATION <br> 818 WEST 7TH STREET <br> LOS ANGELES, CA 90017 | X | | Codefendant - Case No. BC411536 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CLAYTON HOMES OF LAFAYETTE, INC (FLKLA CLAYTON HOMES, INC.) <br> C/O JOHN K. MCBRIDE <br> 201 MAIN STREET <br> SUITE 810 <br> LAFAYETTE, IN 47902 | X | | Codefendant - Case No. 1:09cv626 HSO-JMR | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CLAYTON HOMES OF LAFAYETTE, INC (FLKLA CLAYTON HOMES, INC.) <br> C/O JOHN K. MCBRIDE <br> 201 MAIN STREET <br> SUITE 810 <br> LAFAYETTE, IN 47902 | X | | Codefendant - Case No. 09 497 | X | X | X | Undetermined |

Sheet no.  364 of 2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
             **Debtor**                                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> CLAYTON HOMES OF LAFAYETTE, INC (FLKLA CLAYTON HOMES, INC.) C/O JOHN K. MCBRIDE 201 MAIN STREET SUITE 810 LAFAYETTE, IN 47902 | X | | Codefendant - Case No. 09 4840 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CLAYTON HOMES OF LAFAYETTE, INC (FLKLA CLAYTON HOMES, INC.) C/O JOHN K. MCBRIDE 201 MAIN STREET SUITE 810 LAFAYETTE, IN 47902 | X | | Codefendant - Case No. 09 1320 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CLAYTON HOMES OF LAFAYETTE, INC (FLKLA CLAYTON HOMES, INC.) C/O JOHN K. MCBRIDE 201 MAIN STREET SUITE 810 LAFAYETTE, IN 47902 | X | | Codefendant - Case No. 6:09cv1332 | X | X | X | Undetermined |

Sheet no.   365  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.**                 ,        Case No. **09-14018 (KG)**
             **Debtor**                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CLAYTON HOMES OF LAFAYETTE, INC (FLKLA CLAYTON HOMES, INC.) C/O JOHN K. MCBRIDE 201 MAIN STREET SUITE 810 LAFAYETTE, IN 47902 | X | | Codefendant - Case No. 09 4841 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CLAYTON HOMES OF LAFAYETTE, INC (FLKLA CLAYTON HOMES, INC.) C/O JOHN K. MCBRIDE 201 MAIN STREET SUITE 810 LAFAYETTE, IN 47902 | X | | Codefendant - Case No. 6:09cv01019 RFD-CM | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CLAYTON HOMES OF LAFAYETTE, INC (FLKLA CLAYTON HOMES, INC.) C/O JOHN K. MCBRIDE 201 MAIN STREET SUITE 810 LAFAYETTE, IN 47902 | X | | Codefendant - Case No. 2:09-cv-00112-KS-MTP | X | X | X | Undetermined |

Sheet no. __366__ of __2,170__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ►   $ 0.00

Total ►
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

$

In re  **Redman Homes, Inc.** _____ ,  Case No.  **09-14018 (KG)** _____

_____**Debtor**_____  _____**(if known)**_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CLAYTON HOMES OF LAFAYETTE, INC (FLKLA CLAYTON HOMES, INC.) C/O JOHN K. MCBRIDE 201 MAIN STREET SUITE 810 LAFAYETTE, IN 47902 | X | | Codefendant - Case No. 6:09cv01006 RTH-ME | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CLAYTON HOMES OF LAFAYETTE, INC (FLKLA CLAYTON HOMES, INC.) C/O JOHN K. MCBRIDE 201 MAIN STREET SUITE 810 LAFAYETTE, IN 47902 | X | | Codefendant - Case No. CV-09-PU-1569-S | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CLAYTON HOMES OF LAFAYETTE, INC (FLKLA CLAYTON HOMES, INC.) C/O JOHN K. MCBRIDE 201 MAIN STREET SUITE 810 LAFAYETTE, IN 47902 | X | | Codefendant - Case No. 09 1328 | X | X | X | Undetermined |

Sheet no.  **367** of  **2,170** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 0.00

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
             **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> CLAYTON HOMES OF LAFAYETTE, INC (FLKLA CLAYTON HOMES, INC.) C/O JOHN K. MCBRIDE 201 MAIN STREET SUITE 810 LAFAYETTE, IN 47902 | X | | Codefendant - Case No. MDL No. 1873, Section ""N-4"" | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CLAYTON HOMES OF LAFAYETTE, INC (FLKLA CLAYTON HOMES, INC.) C/O JOHN K. MCBRIDE 201 MAIN STREET SUITE 810 LAFAYETTE, IN 47902 | X | | Codefendant - Case No. 09 4843 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CLAYTON HOMES OF LAFAYETTE, INC (FLKLA CLAYTON HOMES, INC.) C/O JOHN K. MCBRIDE 201 MAIN STREET SUITE 810 LAFAYETTE, IN 47902 | X | | Codefendant - Case No. 3:09cv486 HSO-JMR | X | X | X | Undetermined |

Sheet no.   368  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  <u>Redman Homes, Inc.</u>                    ,            Case No.  <u>09-14018 (KG)</u>
                    **Debtor**                                               **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CLAYTON HOMES OF LAFAYETTE, INC (FLKLA CLAYTON HOMES, INC.)<br>C/O JOHN K. MCBRIDE<br>201 MAIN STREET<br>SUITE 810<br>LAFAYETTE, IN 47902 | X | | Codefendant - Case No. 09 4844 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CLAYTON HOMES OF LAFAYETTE, INC (FLKLA CLAYTON HOMES, INC.)<br>C/O JOHN K. MCBRIDE<br>201 MAIN STREET<br>SUITE 810<br>LAFAYETTE, IN 47902 | X | | Codefendant - Case No. 09 1326 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CLAYTON HOMES OF LAFAYETTE, INC (FLKLA CLAYTON HOMES, INC.)<br>C/O JOHN K. MCBRIDE<br>201 MAIN STREET<br>SUITE 810<br>LAFAYETTE, IN 47902 | X | | Codefendant - Case No. 3:09-cv-00539-JVP-SC | X | X | X | Undetermined |

Sheet no.  <u>369</u> of <u>2,170</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
               **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Codefendant - Case No. 09 4842 | | | | Undetermined |
| CLAYTON HOMES OF LAFAYETTE, INC (FLKLA CLAYTON HOMES, INC.) C/O JOHN K. MCBRIDE 201 MAIN STREET SUITE 810 LAFAYETTE, IN 47902 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 09 4845 | | | | Undetermined |
| CLAYTON HOMES OF LAFAYETTE, INC (FLKLA CLAYTON HOMES, INC.) C/O JOHN K. MCBRIDE 201 MAIN STREET SUITE 810 LAFAYETTE, IN 47902 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 2:09cv743-mef | | | | Undetermined |
| CLAYTON HOMES OF LAFAYETTE, INC (FLKLA CLAYTON HOMES, INC.) C/O JOHN K. MCBRIDE 201 MAIN STREET SUITE 810 LAFAYETTE, IN 47902 | X | | | X | X | X | |

Sheet no.   370  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶          $ 0.00

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.** ,                    Case No. **09-14018 (KG)**
_____              _____
            **Debtor**                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CLAYTON HOMES OF LAFAYETTE, INC (FLKLA CLAYTON HOMES, INC.) C/O JOHN K. MCBRIDE 201 MAIN STREET SUITE 810 LAFAYETTE, IN 47902 | X | | Codefendant - Case No. 2:09cv160 HSO-JMR | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CLEARSPRING CONVERSIONS, INC. C/O SEBEM COMBS 5310 E 620 S WOLCOTTVILLE, IN 46795 | X | | Codefendant - Case No. 2:09cv160 HSO-JMR | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CLEARSPRING CONVERSIONS, INC. C/O SEBEM COMBS 5310 E 620 S WOLCOTTVILLE, IN 46795 | X | | Codefendant - Case No. 09 4841 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CLEARSPRING CONVERSIONS, INC. C/O SEBEM COMBS 5310 E 620 S WOLCOTTVILLE, IN 46795 | X | | Codefendant - Case No. 2:09-cv-00112-KS-MTP | X | X | X | Undetermined |

Sheet no. _371_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re <u>Redman Homes, Inc.</u>                                ,          Case No. <u>  09-14018 (KG)          </u>
                        **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> CLEARSPRING CONVERSIONS, INC. <br> C/O SEBEM COMBS <br> 5310 E 620 S <br> WOLCOTTVILLE, IN 46795 | X | | Codefendant - Case No. 09 1326 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CLEARSPRING CONVERSIONS, INC. <br> C/O SEBEM COMBS <br> 5310 E 620 S <br> WOLCOTTVILLE, IN 46795 | X | | Codefendant - Case No. 09 4844 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CLEARSPRING CONVERSIONS, INC. <br> C/O SEBEM COMBS <br> 5310 E 620 S <br> WOLCOTTVILLE, IN 46795 | X | | Codefendant - Case No. 09 4843 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CLEARSPRING CONVERSIONS, INC. <br> C/O SEBEM COMBS <br> 5310 E 620 S <br> WOLCOTTVILLE, IN 46795 | X | | Codefendant - Case No. 1:09cv626 HSO-JMR | X | X | X | Undetermined |

Sheet no. <u> 372 </u> of <u> 2,170 </u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 0.00

Total ▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
                         **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CLEARSPRING CONVERSIONS, INC.<br>C/O SEBEM COMBS<br>5310 E 620 S<br>WOLCOTTVILLE, IN 46795 | X | | Codefendant - Case No. 09 1328 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CLEARSPRING CONVERSIONS, INC.<br>C/O SEBEM COMBS<br>5310 E 620 S<br>WOLCOTTVILLE, IN 46795 | X | | Codefendant - Case No. CV-09-PU-1569-S | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CLEARSPRING CONVERSIONS, INC.<br>C/O SEBEM COMBS<br>5310 E 620 S<br>WOLCOTTVILLE, IN 46795 | X | | Codefendant - Case No. 09 4840 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CLEARSPRING CONVERSIONS, INC.<br>C/O SEBEM COMBS<br>5310 E 620 S<br>WOLCOTTVILLE, IN 46795 | X | | Codefendant - Case No. 09 1320 | X | X | X | Undetermined |

Sheet no.   373  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ►   $ 0.00

Total ►   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.**_____,          Case No.   **09-14018 (KG)**_____
_____**Debtor**_____                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CLEARSPRING CONVERSIONS, INC.<br>C/O SEBEM COMBS<br>5310 E 620 S<br>WOLCOTTVILLE, IN 46795 | X | | Codefendant - Case No. 09 497 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CLEARSPRING CONVERSIONS, INC.<br>C/O SEBEM COMBS<br>5310 E 620 S<br>WOLCOTTVILLE, IN 46795 | X | | Codefendant - Case No. 3:09-cv-00539-JVP-SC | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CLEARSPRING CONVERSIONS, INC.<br>C/O SEBEM COMBS<br>5310 E 620 S<br>WOLCOTTVILLE, IN 46795 | X | | Codefendant - Case No. 09 4842 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CLEARSPRING CONVERSIONS, INC.<br>C/O SEBEM COMBS<br>5310 E 620 S<br>WOLCOTTVILLE, IN 46795 | X | | Codefendant - Case No. 3:09cv486 HSO-JMR | X | X | X | Undetermined |

Sheet no.   374  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶          $ 0.00

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.**                     ,          Case No.   **09-14018 (KG)**
                **Debtor**                                                             **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CLEARSPRING CONVERSIONS, INC.<br>C/O SEBEM COMBS<br>5310 E 620 S<br>WOLCOTTVILLE, IN 46795 | X | | Codefendant - Case No. 09 4845 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CLEARSPRING CONVERSIONS, INC.<br>C/O SEBEM COMBS<br>5310 E 620 S<br>WOLCOTTVILLE, IN 46795 | X | | Codefendant - Case No. 2:09cv743-mef | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CLEGGETT, SHAMIRA<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4840 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CLEMENTS, DIANE MARIE<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4840 | X | X | X | Undetermined |

Sheet no. <u>375</u> of <u>2,170</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,        Case No.   **09-14018 (KG)**
            **Debtor**                                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CLEMONS, AUGUSTA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CLEMONS, MICHELLE C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CLEMONS, ODIS C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CLEVELAND, CALVIN C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.   376  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,        Case No.  **09-14018 (KG)**
            **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CLEVELAND, MARTHA, AS NEXT FRIEND OF J.C., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CLEVELAND, MARTHA, AS NEXT FRIEND OF L.D., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CLEVELAND, RANDALL C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CLIFFORD, DORIS C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.  377  of  2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,        Case No.   **09-14018 (KG)**
                          **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  CLINTON, SHANNA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.  CLINTON, SHANNA, AS NEXT FRIEND OF C.R., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.  CLOUD, MATTHEW C/O CHRISTOPHER BARNES GIBSON & SHARPS 1930 BISHOP LANE, SUITE 1500 LOUISVILLE, KY 40218 | | | Litigation - Threatened | X | X | X | Undetermined |
| ACCOUNT NO.  CLOUD, TAMMY C/O CHRISTOPHER BARNES GIBSON & SHARPS 1930 BISHOP LANE, SUITE 1500 LOUISVILLE, KY 40218 | | | Litigation - Threatened | X | X | X | Undetermined |

Sheet no.   378  of  2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Redman Homes, Inc.** ,
Debtor

Case No. **09-14018 (KG)**
(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. CMH HOMES, INC. C/O JOHNNIE E. BROWN PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC JAMESMARK BLDG., 901 QUARRIER ST. CHARLESTON, WV 25301 | X | | Codefendant - Case No. 09-C-81 | X | X | X | Undetermined |
| ACCOUNT NO. CMH MANUFACTURING, INC. C T CORPORATION SYSTEM 800 S. GAY STREET, SUITE 2021 KNOXVILLE, TN 37929 | X | | Codefendant - Case No. 09 4845 | X | X | X | Undetermined |
| ACCOUNT NO. CMH MANUFACTURING, INC. C T CORPORATION SYSTEM 800 S. GAY STREET, SUITE 2021 KNOXVILLE, TN 37929 | X | | Codefendant - Case No. 3:09cv486 HSO-JMR | X | X | X | Undetermined |
| ACCOUNT NO. CMH MANUFACTURING, INC. C T CORPORATION SYSTEM 800 S. GAY STREET, SUITE 2021 KNOXVILLE, TN 37929 | X | | Codefendant - Case No. 09 4842 | X | X | X | Undetermined |

Sheet no. _379_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.** _____ ,       Case No. ___09-14018 (KG)_____
_____**Debtor**_____                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CMH MANUFACTURING, INC.<br>C T CORPORATION SYSTEM<br>800 S. GAY STREET, SUITE 2021<br>KNOXVILLE, TN 37929 | X | | Codefendant - Case No. 3:09-cv-00539-JVP-SC | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CMH MANUFACTURING, INC.<br>C T CORPORATION SYSTEM<br>800 S. GAY STREET, SUITE 2021<br>KNOXVILLE, TN 37929 | X | | Codefendant - Case No. 09 4844 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CMH MANUFACTURING, INC.<br>C T CORPORATION SYSTEM<br>800 S. GAY STREET, SUITE 2021<br>KNOXVILLE, TN 37929 | X | | Codefendant - Case No. 09 1326 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CMH MANUFACTURING, INC.<br>C T CORPORATION SYSTEM<br>800 S. GAY STREET, SUITE 2021<br>KNOXVILLE, TN 37929 | X | | Codefendant - Case No. 09 4843 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CMH MANUFACTURING, INC.<br>C T CORPORATION SYSTEM<br>800 S. GAY STREET, SUITE 2021<br>KNOXVILLE, TN 37929 | X | | Codefendant - Case No. 09 4840 | X | X | X | Undetermined |

Sheet no. __380_ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   | $ 0.00

Total ▶   | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
_____              _____
             **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CMH MANUFACTURING, INC.<br>C T CORPORATION SYSTEM<br>800 S. GAY STREET, SUITE 2021<br>KNOXVILLE, TN 37929 | X | | Codefendant - Case No. 09 1320 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CMH MANUFACTURING, INC.<br>C T CORPORATION SYSTEM<br>800 S. GAY STREET, SUITE 2021<br>KNOXVILLE, TN 37929 | X | | Codefendant - Case No. 09 1328 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CMH MANUFACTURING, INC.<br>C T CORPORATION SYSTEM<br>800 S. GAY STREET, SUITE 2021<br>KNOXVILLE, TN 37929 | X | | Codefendant - Case No. 1:09cv626 HSO-JMR | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CMH MANUFACTURING, INC.<br>C T CORPORATION SYSTEM<br>800 S. GAY STREET, SUITE 2021<br>KNOXVILLE, TN 37929 | X | | Codefendant - Case No. CV-09-PU-1569-S | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CMH MANUFACTURING, INC.<br>C T CORPORATION SYSTEM<br>800 S. GAY STREET, SUITE 2021<br>KNOXVILLE, TN 37929 | X | | Codefendant - Case No. 2:09cv160 HSO-JMR | X | X | X | Undetermined |

Sheet no.  __381__ of  _2,170_  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.**                 ,          Case No.   **09-14018 (KG)**
                  **Debtor**                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CMH MANUFACTURING, INC.<br>C T CORPORATION SYSTEM<br>800 S. GAY STREET, SUITE 2021<br>KNOXVILLE, TN 37929 | X | | Codefendant - Case No. 6:09cv1006 RTH-ME | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CMH MANUFACTURING, INC.<br>C T CORPORATION SYSTEM<br>800 S. GAY STREET, SUITE 2021<br>KNOXVILLE, TN 37929 | X | | Codefendant - Case No. 6:09cv01019 RFD-CM | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CMH MANUFACTURING, INC.<br>C T CORPORATION SYSTEM<br>800 S. GAY STREET, SUITE 2021<br>KNOXVILLE, TN 37929 | X | | Codefendant - Case No. 6:09cv1332 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CMH MANUFACTURING, INC.<br>C T CORPORATION SYSTEM<br>800 S. GAY STREET, SUITE 2021<br>KNOXVILLE, TN 37929 | X | | Codefendant - Case No. 2:09-cv-00112-KS-MTP | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CMH MANUFACTURING, INC.<br>C T CORPORATION SYSTEM<br>800 S. GAY STREET, SUITE 2021<br>KNOXVILLE, TN 37929 | X | | Codefendant - Case No. 09 4841 | X | X | X | Undetermined |

Sheet no. __382_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,        Case No.   **09-14018 (KG)**
                          **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> CMH MANUFACTURING, INC. <br> C T CORPORATION SYSTEM <br> 800 S. GAY STREET, SUITE 2021 <br> KNOXVILLE, TN 37929 | X | | Codefendant - Case No. 09 497 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CMH MANUFACTURING, INC. <br> C T CORPORATION SYSTEM <br> 800 S. GAY STREET, SUITE 2021 <br> KNOXVILLE, TN 37929 | X | | Codefendant - Case No. 2:09cv743-mef | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> COACHLIGHT HOMES, INC. <br> 3766 W AIRLINE HWY <br> WATERLOO, IA 50703 | | | General Trade Payable | X | | | $10,282.90 |
| ACCOUNT NO. <br><br> COACHMAN HOMES SOUTH, INC. <br> PO BOX 1607 <br> O'FALLON, MO 63366 | | | General Trade Payable | X | | | $8,965.84 |

Sheet no.   383  of  2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 19,248.74

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                              ,          Case No.   **09-14018 (KG)**
_____
        **Debtor**                                                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>COACHMEN INDUSTRIES, INC. CORPORATION SERVICE COMPANY 251 EAST OHIO ST., SUITE 500 INDIANAPOLIS,, IN 46204 | X | | Codefendant - Case No. 2:09cv160 HSO-JMR | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>COACHMEN INDUSTRIES, INC. CORPORATION SERVICE COMPANY 251 EAST OHIO ST., SUITE 500 INDIANAPOLIS,, IN 46204 | X | | Codefendant - Case No. 6:09cv01006 RTH-ME | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>COACHMEN INDUSTRIES, INC. CORPORATION SERVICE COMPANY 251 EAST OHIO ST., SUITE 500 INDIANAPOLIS,, IN 46204 | X | | Codefendant - Case No. 2:09cv743-mef | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>COACHMEN INDUSTRIES, INC. CORPORATION SERVICE COMPANY 251 EAST OHIO ST., SUITE 500 INDIANAPOLIS,, IN 46204 | X | | Codefendant - Case No. 09 4845 | X | X | X | Undetermined |

Sheet no.   **384**  of  **2,170**  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 0.00

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Redman Homes, Inc.                                    ,          Case No.   09-14018 (KG)
_____          _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>COACHMEN INDUSTRIES, INC. CORPORATION SERVICE COMPANY 251 EAST OHIO ST., SUITE 500 INDIANAPOLIS,, IN 46204 | X | | Codefendant - Case No. 09 4842 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>COACHMEN INDUSTRIES, INC. CORPORATION SERVICE COMPANY 251 EAST OHIO ST., SUITE 500 INDIANAPOLIS,, IN 46204 | X | | Codefendant - Case No. 3:09-cv-00539-JVP-SC | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>COACHMEN INDUSTRIES, INC. CORPORATION SERVICE COMPANY 251 EAST OHIO ST., SUITE 500 INDIANAPOLIS,, IN 46204 | X | | Codefendant - Case No. 09 1326 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>COACHMEN INDUSTRIES, INC. CORPORATION SERVICE COMPANY 251 EAST OHIO ST., SUITE 500 INDIANAPOLIS,, IN 46204 | X | | Codefendant - Case No. 09 4844 | X | X | X | Undetermined |

Sheet no.   385  of  2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                              ,                    Case No.   09-14018 (KG)
_____                                        _____
                **Debtor**                                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>COACHMEN INDUSTRIES, INC. CORPORATION SERVICE COMPANY 251 EAST OHIO ST., SUITE 500 INDIANAPOLIS,, IN 46204 | X | | Codefendant - Case No. 3:09cv486 HSO-JMR | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>COACHMEN INDUSTRIES, INC. CORPORATION SERVICE COMPANY 251 EAST OHIO ST., SUITE 500 INDIANAPOLIS,, IN 46204 | X | | Codefendant - Case No. 09 4843 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>COACHMEN INDUSTRIES, INC. CORPORATION SERVICE COMPANY 251 EAST OHIO ST., SUITE 500 INDIANAPOLIS,, IN 46204 | X | | Codefendant - Case No. MDL No. 1873, Section ""N-4"" | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>COACHMEN INDUSTRIES, INC. CORPORATION SERVICE COMPANY 251 EAST OHIO ST., SUITE 500 INDIANAPOLIS,, IN 46204 | X | | Codefendant - Case No. 2:09-cv-00112-KS-MTP | X | X | X | Undetermined |

Sheet no.   386  of  2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ►   $ 0.00

Total ►   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                ,         Case No.  **09-14018 (KG)**
             **Debtor**                                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> COACHMEN INDUSTRIES, INC. CORPORATION SERVICE COMPANY 251 EAST OHIO ST., SUITE 500 INDIANAPOLIS,, IN 46204 | X | | Codefendant - Case No. 6:09cv01019 RFD-CM | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> COACHMEN INDUSTRIES, INC. CORPORATION SERVICE COMPANY 251 EAST OHIO ST., SUITE 500 INDIANAPOLIS,, IN 46204 | X | | Codefendant - Case No. 09 4841 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> COACHMEN INDUSTRIES, INC. CORPORATION SERVICE COMPANY 251 EAST OHIO ST., SUITE 500 INDIANAPOLIS,, IN 46204 | X | | Codefendant - Case No. 6:09cv1332 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> COACHMEN INDUSTRIES, INC. CORPORATION SERVICE COMPANY 251 EAST OHIO ST., SUITE 500 INDIANAPOLIS,, IN 46204 | X | | Codefendant - Case No. 09 1320 | X | X | X | Undetermined |

Sheet no.  **387** of **2,170** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                              ,          Case No.   **09-14018 (KG)**
                        **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Codefendant - Case No. 09 4840 | | | | Undetermined |
| COACHMEN INDUSTRIES, INC. CORPORATION SERVICE COMPANY 251 EAST OHIO ST., SUITE 500 INDIANAPOLIS,, IN 46204 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 09 497 | | | | Undetermined |
| COACHMEN INDUSTRIES, INC. CORPORATION SERVICE COMPANY 251 EAST OHIO ST., SUITE 500 INDIANAPOLIS,, IN 46204 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 1:09cv626 HSO-JMR | | | | Undetermined |
| COACHMEN INDUSTRIES, INC. CORPORATION SERVICE COMPANY 251 EAST OHIO ST., SUITE 500 INDIANAPOLIS,, IN 46204 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 09 1328 | | | | Undetermined |
| COACHMEN INDUSTRIES, INC. CORPORATION SERVICE COMPANY 251 EAST OHIO ST., SUITE 500 INDIANAPOLIS,, IN 46204 | X | | | X | X | X | |

Sheet no.   388  of  2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶          $ 0.00

Total ▶          $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                          ,          Case No.   **09-14018 (KG)**
               **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>COACHMEN INDUSTRIES, INC.<br>CORPORATION SERVICE COMPANY<br>251 EAST OHIO ST., SUITE 500<br>INDIANAPOLIS,, IN 46204 | X | | Codefendant - Case No. CV-09-PU-1569-S | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>COACHMEN RECREATIONAL VEHICLE COMPANY, LLC<br>CORPORATION SERVICE COMPANY<br>251 EAST OHIO ST., SUITE 500<br>INDIANAPOLIS,, IN 46204 | X | | Codefendant - Case No. 09 4845 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>COACHMEN RECREATIONAL VEHICLE COMPANY, LLC<br>CORPORATION SERVICE COMPANY<br>251 EAST OHIO ST., SUITE 500<br>INDIANAPOLIS,, IN 46204 | X | | Codefendant - Case No. 3:09-cv-00539-JVP-SC | X | X | X | Undetermined |

Sheet no.   389  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶     $ 0.00

Total ▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

$

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
_____**Debtor**_____                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>COACHMEN RECREATIONAL VEHICLE COMPANY, LLC CORPORATION SERVICE COMPANY 251 EAST OHIO ST., SUITE 500 INDIANAPOLIS,, IN 46204 | X | | Codefendant - Case No. 09 4842 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>COACHMEN RECREATIONAL VEHICLE COMPANY, LLC CORPORATION SERVICE COMPANY 251 EAST OHIO ST., SUITE 500 INDIANAPOLIS,, IN 46204 | X | | Codefendant - Case No. 3:09cv486 HSO-JMR | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>COACHMEN RECREATIONAL VEHICLE COMPANY, LLC CORPORATION SERVICE COMPANY 251 EAST OHIO ST., SUITE 500 INDIANAPOLIS,, IN 46204 | X | | Codefendant - Case No. 09 4844 | X | X | X | Undetermined |

Sheet no.   390  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶          $ 0.00

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
           **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Codefendant - Case No. 09 1326 | | | | Undetermined |
| COACHMEN RECREATIONAL VEHICLE COMPANY, LLC CORPORATION SERVICE COMPANY 251 EAST OHIO ST., SUITE 500 INDIANAPOLIS,, IN 46204 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 09 4840 | | | | Undetermined |
| COACHMEN RECREATIONAL VEHICLE COMPANY, LLC CORPORATION SERVICE COMPANY 251 EAST OHIO ST., SUITE 500 INDIANAPOLIS,, IN 46204 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 09 1320 | | | | Undetermined |
| COACHMEN RECREATIONAL VEHICLE COMPANY, LLC CORPORATION SERVICE COMPANY 251 EAST OHIO ST., SUITE 500 INDIANAPOLIS,, IN 46204 | X | | | X | X | X | |

Sheet no.   391  of   2,170   continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
           **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>COACHMEN RECREATIONAL VEHICLE COMPANY, LLC CORPORATION SERVICE COMPANY 251 EAST OHIO ST., SUITE 500 INDIANAPOLIS,, IN 46204 | X | | Codefendant - Case No. 09 497 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>COACHMEN RECREATIONAL VEHICLE COMPANY, LLC CORPORATION SERVICE COMPANY 251 EAST OHIO ST., SUITE 500 INDIANAPOLIS,, IN 46204 | X | | Codefendant - Case No. 09 4843 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>COACHMEN RECREATIONAL VEHICLE COMPANY, LLC CORPORATION SERVICE COMPANY 251 EAST OHIO ST., SUITE 500 INDIANAPOLIS,, IN 46204 | X | | Codefendant - Case No. MDL No. 1873, Section ""N-4"" | X | X | X | Undetermined |

Sheet no.   392  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  | $ 0.00

Total ▶  | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                          ,            Case No.   09-14018 (KG)
               **Debtor**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>COACHMEN RECREATIONAL VEHICLE COMPANY, LLC CORPORATION SERVICE COMPANY 251 EAST OHIO ST., SUITE 500 INDIANAPOLIS,, IN 46204 | X | | Codefendant - Case No. 1:09cv626 HSO-JMR | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>COACHMEN RECREATIONAL VEHICLE COMPANY, LLC CORPORATION SERVICE COMPANY 251 EAST OHIO ST., SUITE 500 INDIANAPOLIS,, IN 46204 | X | | Codefendant - Case No. 09 1328 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>COACHMEN RECREATIONAL VEHICLE COMPANY, LLC CORPORATION SERVICE COMPANY 251 EAST OHIO ST., SUITE 500 INDIANAPOLIS,, IN 46204 | X | | Codefendant - Case No. CV-09-PU-1569-S | X | X | X | Undetermined |

Sheet no.   393  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
                        **Debtor**                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>COACHMEN RECREATIONAL VEHICLE COMPANY, LLC CORPORATION SERVICE COMPANY 251 EAST OHIO ST., SUITE 500 INDIANAPOLIS,, IN 46204 | X | | Codefendant - Case No. 2:09-cv-00112-KS-MTP | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>COACHMEN RECREATIONAL VEHICLE COMPANY, LLC CORPORATION SERVICE COMPANY 251 EAST OHIO ST., SUITE 500 INDIANAPOLIS,, IN 46204 | X | | Codefendant - Case No. 6:09cv1332 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>COACHMEN RECREATIONAL VEHICLE COMPANY, LLC CORPORATION SERVICE COMPANY 251 EAST OHIO ST., SUITE 500 INDIANAPOLIS,, IN 46204 | X | | Codefendant - Case No. 6:09cv01019 RFD-CM | X | X | X | Undetermined |

Sheet no.   394  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶     $ 0.00

Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Redman Homes, Inc.                                    ,          Case No.   09-14018 (KG)
                    **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>COACHMEN RECREATIONAL VEHICLE COMPANY, LLC CORPORATION SERVICE COMPANY 251 EAST OHIO ST., SUITE 500 INDIANAPOLIS,, IN 46204 | X | | Codefendant - Case No. 09 4841 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>COACHMEN RECREATIONAL VEHICLE COMPANY, LLC CORPORATION SERVICE COMPANY 251 EAST OHIO ST., SUITE 500 INDIANAPOLIS,, IN 46204 | X | | Codefendant - Case No. 2:09cv743-mef | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>COACHMEN RECREATIONAL VEHICLE COMPANY, LLC CORPORATION SERVICE COMPANY 251 EAST OHIO ST., SUITE 500 INDIANAPOLIS,, IN 46204 | X | | Codefendant - Case No. 2:09cv160 HSO-JMR | X | X | X | Undetermined |

Sheet no.   395  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 0.00

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  <u>Redman Homes, Inc.</u>                                    ,          Case No. <u>  09-14018 (KG)  </u>
          **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>COACHMEN RECREATIONAL VEHICLE COMPANY, LLC CORPORATION SERVICE COMPANY 251 EAST OHIO ST., SUITE 500 INDIANAPOLIS,, IN 46204 | X | | Codefendant - Case No. 08 3217 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>COACHMEN RECREATIONAL VEHICLE COMPANY, LLC CORPORATION SERVICE COMPANY 251 EAST OHIO ST., SUITE 500 INDIANAPOLIS,, IN 46204 | X | | Codefendant - Case No. 6:09cv01006 RTH-ME | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>COACHMEN RECREATIONAL VEHICLES OF GEORGIA, LLC CORPORATION SERVICE COMPANY 40 TECHNOLOGY PKWY SOUTH, #300 NORCROSS, GA 30092 | X | | Codefendant - Case No. 2:09cv743-mef | X | X | X | Undetermined |

Sheet no. <u> 396 </u> of <u> 2,170 </u> continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.** _____ ,  Case No. __09-14018 (KG)_____
         **Debtor**                                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>COACHMEN RECREATIONAL VEHICLES OF GEORGIA, LLC CORPORATION SERVICE COMPANY 40 TECHNOLOGY PKWY SOUTH, #300 NORCROSS, GA 30092 | X | | Codefendant - Case No. 2:09cv160 HSO-JMR | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>COACHMEN RECREATIONAL VEHICLES OF GEORGIA, LLC CORPORATION SERVICE COMPANY 40 TECHNOLOGY PKWY SOUTH, #300 NORCROSS, GA 30092 | X | | Codefendant - Case No. 6:09cv01006 RTH-ME | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>COACHMEN RECREATIONAL VEHICLES OF GEORGIA, LLC CORPORATION SERVICE COMPANY 40 TECHNOLOGY PKWY SOUTH, #300 NORCROSS, GA 30092 | X | | Codefendant - Case No. 09 4840 | X | X | X | Undetermined |

Sheet no. __397_ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Redman Homes, Inc.**                                    ,        Case No.   **09-14018 (KG)**
                          **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Codefendant - Case No. 09 497 | | | | Undetermined |
| COACHMEN RECREATIONAL VEHICLES OF GEORGIA, LLC CORPORATION SERVICE COMPANY 40 TECHNOLOGY PKWY SOUTH, #300 NORCROSS, GA 30092 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 1:09cv626 HSO-JMR | | | | Undetermined |
| COACHMEN RECREATIONAL VEHICLES OF GEORGIA, LLC CORPORATION SERVICE COMPANY 40 TECHNOLOGY PKWY SOUTH, #300 NORCROSS, GA 30092 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 09 1320 | | | | Undetermined |
| COACHMEN RECREATIONAL VEHICLES OF GEORGIA, LLC CORPORATION SERVICE COMPANY 40 TECHNOLOGY PKWY SOUTH, #300 NORCROSS, GA 30092 | X | | | X | X | X | |

Sheet no.   398  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  <u>Redman Homes, Inc.</u>                              ,        Case No. <u>  09-14018 (KG)</u>
               **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Codefendant - Case No. 6:09cv1332 | | | | Undetermined |
| COACHMEN RECREATIONAL VEHICLES OF GEORGIA, LLC CORPORATION SERVICE COMPANY 40 TECHNOLOGY PKWY SOUTH, #300 NORCROSS, GA 30092 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 6:09cv01019 RFD-CM | | | | Undetermined |
| COACHMEN RECREATIONAL VEHICLES OF GEORGIA, LLC CORPORATION SERVICE COMPANY 40 TECHNOLOGY PKWY SOUTH, #300 NORCROSS, GA 30092 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 09 4841 | | | | Undetermined |
| COACHMEN RECREATIONAL VEHICLES OF GEORGIA, LLC CORPORATION SERVICE COMPANY 40 TECHNOLOGY PKWY SOUTH, #300 NORCROSS, GA 30092 | X | | | X | X | X | |

Sheet no. <u> 399 </u>of<u> 2,170 </u>continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

$

In re  Redman Homes, Inc.                                    ,          Case No.   09-14018 (KG)
     **Debtor**                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>COACHMEN RECREATIONAL VEHICLES OF GEORGIA, LLC CORPORATION SERVICE COMPANY 40 TECHNOLOGY PKWY SOUTH, #300 NORCROSS, GA 30092 | X | | Codefendant - Case No. 09 4842 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>COACHMEN RECREATIONAL VEHICLES OF GEORGIA, LLC CORPORATION SERVICE COMPANY 40 TECHNOLOGY PKWY SOUTH, #300 NORCROSS, GA 30092 | X | | Codefendant - Case No. 3:09-cv-00539-JVP-SC | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>COACHMEN RECREATIONAL VEHICLES OF GEORGIA, LLC CORPORATION SERVICE COMPANY 40 TECHNOLOGY PKWY SOUTH, #300 NORCROSS, GA 30092 | X | | Codefendant - Case No. 09 4845 | X | X | X | Undetermined |

Sheet no.   400  of  2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                 ,          Case No.  **09-14018 (KG)**
                        **Debtor**                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Codefendant - Case No. 3:09cv486 HSO-JMR | | | | Undetermined |
| COACHMEN RECREATIONAL VEHICLES OF GEORGIA, LLC CORPORATION SERVICE COMPANY 40 TECHNOLOGY PKWY SOUTH, #300 NORCROSS, GA 30092 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 09 1326 | | | | Undetermined |
| COACHMEN RECREATIONAL VEHICLES OF GEORGIA, LLC CORPORATION SERVICE COMPANY 40 TECHNOLOGY PKWY SOUTH, #300 NORCROSS, GA 30092 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 09 4844 | | | | Undetermined |
| COACHMEN RECREATIONAL VEHICLES OF GEORGIA, LLC CORPORATION SERVICE COMPANY 40 TECHNOLOGY PKWY SOUTH, #300 NORCROSS, GA 30092 | X | | | X | X | X | |

Sheet no. __401__ of __2,170__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.** _____ ,        Case No.   **09-14018 (KG)** _____
<div style="text-align:center"><b>Debtor</b>         <b>(if known)</b></div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
<div style="text-align:center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Codefendant - Case No. 09 1328 | | | | Undetermined |
| COACHMEN RECREATIONAL VEHICLES OF GEORGIA, LLC CORPORATION SERVICE COMPANY 40 TECHNOLOGY PKWY SOUTH, #300 NORCROSS, GA 30092 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. CV-09-PU-1569-S | | | | Undetermined |
| COACHMEN RECREATIONAL VEHICLES OF GEORGIA, LLC CORPORATION SERVICE COMPANY 40 TECHNOLOGY PKWY SOUTH, #300 NORCROSS, GA 30092 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 09 4843 | | | | Undetermined |
| COACHMEN RECREATIONAL VEHICLES OF GEORGIA, LLC CORPORATION SERVICE COMPANY 40 TECHNOLOGY PKWY SOUTH, #300 NORCROSS, GA 30092 | X | | | X | X | X | |

Sheet no.   402  of   2,170   continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 0.00

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,        Case No.  **09-14018 (KG)**
_____                          _____
                         **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| COBB, JERRY C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| COBB, JOAN C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| COBB, JOAN, AS NEXT FRIEND OF A.S., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| COBB, JOAN, AS NEXT FRIEND OF J.S., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.  403  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.** _____ ,          Case No.   **09-14018 (KG)** _____
_____**Debtor**_____                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| COBB, JOAN, AS NEXT FRIEND OF L.R., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| COBB, JOAN, AS NEXT FRIEND OF M.R., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| COBB, JOAN, AS NEXT FRIEND OF W.K., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.   404  of  2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶        $ 0.00

Total ▶        $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.**         ,         Case No.   **09-14018 (KG)**
                **Debtor**                                             **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>COBLE, ANNEMARIE<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 1:09cv626 HSO-JMR | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>COCALICO SCHOOL DISTRICT - TAXES<br>SOUTH SIXTH STREET<br>PO BOX 800<br>DENVER, PA 17517-0800 | | | General Trade Payable | | | | $14,213.38 |
| ACCOUNT NO.<br><br>CODY, CNYTHIA<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4840 | X | X | X | Undetermined |

Sheet no.   405   of   2,170   continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 14,213.38

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
                    **Debtor**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CODY, CNYTHIA, ON BEHALF OF THE MINOR J.C. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CODY, CYNTHIA ANN C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 43C01-0812-PL-629 | | | | Undetermined |
| CODY, DENISE C/O JOHN R. WRAY WRAY LAW OFFICE 5644 COVENTRY LANE FORT WAYNE, IN 46802 | | | | X | X | X | |

Sheet no.   406  of  2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
_____                              _____
                     **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 43C01-0812-PL-629 | | | | Undetermined |
| CODY, LARRY C/O JOHN R. WRAY WRAY LAW OFFICE 5644 COVENTRY LANE FORT WAYNE, IN 46802 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CODY, MICHAEL WAYNE C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | General Trade Payable | | | | $199.38 |
| COFFEE TIME 55645 CURRANT ROAD - STE #4 MISHAWAKA, IN 46545 | | | | | | | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| COFFEY, PAULA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.  _407_ of  _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   | $ 199.38

Total ▶   | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,              Case No.   **09-14018 (KG)**
<div align="center">**Debtor**                                                            **(if known)**</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| COLBERT, ELLEN C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| COLBERT, THOMAS C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4842 | | | | Undetermined |
| COLBY C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4842 | | | | Undetermined |
| COLBY, ON BEHALF OF THE MINOR REFERRED TO AS C.G. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no.   408  of  2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
_____          _____
                    **Debtor**                                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>COLE'S MOBILE HOMES<br>DBA RICHARD L COLE<br>15266 US 50 E<br>ATHENS, OH 45701 | | | General Trade Payable | | | | $4,571.65 |
| ACCOUNT NO.<br><br>COLE'S MOBILE HOMES<br>DBA RICHARD L COLE<br>15266 US 50 E<br>ATHENS, OH 45701 | | | Customer Deposits | X | | | $1,500.00 |
| ACCOUNT NO.<br><br>COLE, LAQUETTA<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>COLE, LAQUETTA, AS NEXT FRIEND OF B.S., A MINOR<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |

Sheet no.   409  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 6,071.65

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                      ,          Case No.   **09-14018 (KG)**
                          **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| COLEMAN, KASSANDRA, AS NEXT FRIEND OF A.N., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| COLEMAN, KASSANDRAAS NEXT FRIEND OF N.N. A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| COLEMAN, KASSAUNDRA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.  410  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
_____          _____
                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| COLEMAN, KASSAUNDRA, AS NEXT FRIEND OF K.C., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - 1:02-10199CI-7 | | | | Undetermined |
| COLLIER, BEVERLY, AS TRUSTEE OF R&B MOBILE HOME SALES, INC. D/B/A AMERICAN HOMES OF HOMOSASSA 5240 SOUTH SUNCOAST BLVD. HOMOSSASA, FL 34446 | X | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| COLLIER, DARRISHA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.   411  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
                         **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| COLLIER, DARRISHA, AS NEXT FRIEND OF C.C., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| COLLIER, DARRISHA, AS NEXT FRIEND OF K.C., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| COLLIER, KIMBERLY C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.  _412_ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Redman Homes, Inc.                                    ,          Case No.   09-14018 (KG)
_____          _____
                        **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> COLLIER, KIMBERLY, AS NEXT FRIEND OF B.C., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> COLLIER, KIMBERLY, AS NEXT FRIEND OF S.C., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> COLLIER, MARTHA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |

Sheet no.   413  of  2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.  **09-14018 (KG)**
                    **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| COLLIER, MARTHA, AS NEXT FRIEND OF J.C., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| COLLIER, PHELAND C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - 1:02-10199CI-7 | | | | Undetermined |
| COLLIER, RICK  AS TRUSTEE OF R&B MOBILE HOME SALES, INC. D/B/A AMERICAN HOMES OF HOMOSASSA 5240 SOUTH SUNCOAST BLVD. HOMOSSASA, FL 34446 | X | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| COLLIER, ROBERT C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.  414  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶          $ 0.00

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Redman Homes, Inc.**                              ,          Case No.   **09-14018 (KG)**
             **Debtor**                                                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> COLLINS & COMPANY <br> PO BOX 1009 <br> BRISTOL, IN 46507-1009 | | | General Trade Payable | | | | $6,502.03 |
| ACCOUNT NO. <br> COLLINS, DENILRA, AS NEXT FRIEND OF J.C., A MINOR <br> C/O ROBERT C. HILLARD, LLP <br> 719 SOUTH SHORELINE BLVD. <br> SUITE 500 <br> CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO. <br> COLLINS, DENILRAAS NEXT FRIEND OF J.C., A MINOR <br> C/O ROBERT C. HILLARD, LLP <br> 719 SOUTH SHORELINE BLVD. <br> SUITE 500 <br> CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO. <br> COLLINS, MARSHALL <br> C/O ROBERT C. HILLARD, LLP <br> 719 SOUTH SHORELINE BLVD. <br> SUITE 500 <br> CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |

Sheet no. _415_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 6,502.03

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.  **09-14018 (KG)**
_____                              _____
**Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| COLLINS, MARVIN C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 08-cv-4630 | | | | Undetermined |
| COLLINS, MAXINE C/O JACK W. HARANG, APLC 228 ST. CHARLES AVE. SUITE 501 NEW ORLEANS, LA 70130 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| COLLINS, PERNECIA, AS NEXT FRIEND OF L.M., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | General Trade Payable | | | | $4,500.00 |
| COLLINS, WILLIAM DBA COLLINS TRANSPORT PO BOX 1942 LITCHFIELD PARK, AZ 85340 | | | | | | | |

Sheet no.  416  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  | $ 4,500.00

Total ▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.**               ,          Case No.   **09-14018 (KG)**

                **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>COLONIAL EAST, LP<br>DBA BAYSIDE HOMES, LLC<br>30769 LEWES GEORGETOWN HWY<br>LEWES, DE 19958 | | | General Trade Payable | X | | | $3,447.78 |
| ACCOUNT NO.<br><br>COLSON, STACY BORDELON<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4840 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>COLVILLE, UNA<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>COLVILLE, UNA, AS NEXT FRIEND OF E.G., A MINOR<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |

Sheet no. _417_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                   Subtotal ▶    $ 3,447.78

                                                    Total ▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.**               ,          Case No.   **09-14018 (KG)**

                  **Debtor**                                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>COLVIN, NICHOLAS G<br>C/O LAW OFFICE OF JOSEPH M. BRUNO<br>855 BARONNE STREET<br>NEW ORLEANS, LA 70113 | | | Litigation - Case No. 09-CV-590 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>COLVIN, NICHOLAS R<br>C/O LAW OFFICE OF JOSEPH M. BRUNO<br>855 BARONNE STREET<br>NEW ORLEANS, LA 70113 | | | Litigation - Case No. 09-CV-590 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CON-WAY FREIGHT, INC<br>PO BOX 5160<br>PORTLAND, OR 97208-5160 | | | General Trade Payable | | | | $2,293.43 |
| ACCOUNT NO.<br><br>CONN, GREGORY<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |

Sheet no. _418_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal ▶    $ 2,293.43

                                      Total ▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.**                              ,          Case No.   **09-14018 (KG)**
          **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CONN, LISA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | General Trade Payable | | | | $40.00 |
| CONNECTICUT MFG HOUSING ASSOCIATION PO BOX 605 BRISTOL, CT 06011-0605 | | | | | | | |
| ACCOUNT NO. | | | General Trade Payable | | | | $411.41 |
| CONNOLLY'S MOBILE HOME 205 OCEAN VIEW AVENUE MYSTIC, CT 06355 | | | | X | | | |
| ACCOUNT NO. | | | Litigation - D2401-2001-335 | | | | Undetermined |
| CONSECO FINANCE SERVICING CORPORATION 7711 BONHOMME AVE., SUITE 600 ST. LOUIS, MO 63105 | X | | | X | X | X | |

Sheet no.  419  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 451.41

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,                    Case No.   **09-14018 (KG)**
                              **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CONSTRUCTION TOOL & SUPPLY<br>5213 SOUTH 30TH ST #C300<br>PHOENIX, AZ 85040 | | | General Trade Payable | | | | $603.03 |
| ACCOUNT NO.<br><br>CONTINENTAL INDUSTRIES INC<br>PO BOX 1248<br>ELKHART, IN 46515-1248 | | | General Trade Payable | | | | $652.42 |
| ACCOUNT NO.<br><br>CONTINENTAL MANAGEMENT SERVICES<br>2015 SPRING ROAD, STE 600<br>OAK BROOK, IL 60523 | | | General Trade Payable | X | | | $49,883.60 |
| ACCOUNT NO.<br><br>COOK, MARCELLA<br>C/O COOK AND COOK ATTORNEYS<br>WENDLE D. COOK<br>62 AVENUE C, PO BOX 190<br>MADISON, WV 25130 | | | Litigation - Case No. 09-C-289 | X | X | X | Undetermined |

Sheet no.   420  of   2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 51,139.05

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                      ,        Case No.   **09-14018 (KG)**
              **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| COOK, PRISCILLA LUCILLE C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-C-289 | | | | Undetermined |
| COOK, RONALD C/O COOK AND COOK ATTORNEYS WENDLE D. COOK 62 AVENUE C, PO BOX 190 MADISON, WV 25130 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| COOK, SEQUINA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.   421  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ►      $ 0.00

Total ►      $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,                    Case No.   **09-14018 (KG)**
_____            _____
                        **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| COOK, SEQUINAAS NEXT FRIEND OF J.C., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-CV-590 | | | | Undetermined |
| COOLEY, SHABREE I C/O LAW OFFICE OF JOSEPH M. BRUNO 855 BARONNE STREET NEW ORLEANS, LA 70113 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-CV-590 | | | | Undetermined |
| COOLEY, TOMMY L C/O LAW OFFICE OF JOSEPH M. BRUNO 855 BARONNE STREET NEW ORLEANS, LA 70113 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| COON, JAMES C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.   422  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶        $ 0.00

Total ▶        $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __Redman Homes, Inc._____,        Case No. __09-14018 (KG)_____
                  **Debtor**                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Codefendant - Case No. 512601 | | | | Undetermined |
| COOPER LIGHTING C/O CYRIL E. ARMBRISTER, JR. GORDON & REES, LLP 633 W. FIFTH STREET, SUITE 4900 LOS ANGELES, CA 90071 | X | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-CV-590 | | | | Undetermined |
| COOPER, ALAYAH J C/O LAW OFFICE OF JOSEPH M. BRUNO 855 BARONNE STREET NEW ORLEANS, LA 70113 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 6:09cv01006 RTH-ME | | | | Undetermined |
| COOPER, BRENDA L. C/O HURRICAN LEGAL CENTER LAWRENCE J. CENTOLA, JR. 600 CARONDELET STREET, SUITE 602 NEW ORLEANS, LA 70130 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| COOPER, DENNA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no. _423_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ►    $ 0.00

Total ►    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.** _____ ,      Case No. __09-14018 (KG)_____

          **Debtor**                                                             **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| COOPER, NIKELAND C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| COOPER, TANYA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-CV-590 | | | | Undetermined |
| COOPER, VEMA L C/O LAW OFFICE OF JOSEPH M. BRUNO 855 BARONNE STREET NEW ORLEANS, LA 70113 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - CV0-2007-0590 | | | | Undetermined |
| COOPERSTATE SERVICES 4395 NORTH CHARLES DRIVE KINGMAN, AZ 86401 | X | | | X | X | X | |

Sheet no. __424_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.**             ,           Case No. **09-14018 (KG)**

                **Debtor**                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| COPELAND, DINAH C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| COPELAND, RANDOLPH C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 1:09cv566 HSO JMR | | | | Undetermined |
| COPELAND, ROY C/O WARE, CLIFFORD LAW FIRM, PLLC DANIEL WARE 2625 RIDGEWOOD RD., SUITE 100 JACKSON, MS 39216 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 1:09cv566 HSO JMR | | | | Undetermined |
| COPELAND, SUSAN C/O WARE, CLIFFORD LAW FIRM, PLLC DANIEL WARE 2625 RIDGEWOOD RD., SUITE 100 JACKSON, MS 39216 | | | | X | X | X | |

Sheet no. _425_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
_____        _____
                    **Debtor**                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| COPENHAVER, LUNDY C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. BC411536 | | | | Undetermined |
| COPES VULCAN, INC. C/O MILO EVANS, VP, C IND. 16410 WATERFORD MANOR COURT GROVER, MO 63040 | X | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| COPPERSMITH, LISA AUGUSTINE C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| COPPERSMITH, LONNIE KELONE C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no.   426  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶           $ 0.00

Total ▶           $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
                           **Debtor**                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>COPPERSMITH, MARLENE KELONE C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4840 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>COPY SOLUTIONS 6140 W CHANDLER STE #5 CHANDLER, AZ 85226 | | | General Trade Payable | | | | $272.14 |
| ACCOUNT NO.<br><br>CORASS, MICHAEL J. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4840 | X | X | X | Undetermined |

Sheet no.  427 of  2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 272.14

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
                        **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CORASS, RACHEL C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| COREY C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4841 | | | | Undetermined |
| COREY,  ON BEHALF OF THE MINOR M.B. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no.   428  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶     $ 0.00

Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.**               ,         Case No.   **09-14018 (KG)**
                        **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> CORLEY, LESLIE REE <br> C/O ROBERTA L. BURNS, DAVID C. JARRELL <br> 8301 W. JUDGE PEREZ DRIVE <br> SUITE 303 <br> CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 1320 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CORMIER, DARLENE <br> C/O GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, LLC <br> GERALD E. MEUNIER <br> 2800 ENERGY CENTRE, 1100 POYDRAS STREET <br> NEW ORLEANS, LA 70163 | | | Litigation - Case No. 2:09-CV-00930-PM-KK | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CORMIER, TERRY LEE <br> C/O GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, LLC <br> GERALD E. MEUNIER <br> 2800 ENERGY CENTRE, 1100 POYDRAS STREET <br> NEW ORLEANS, LA 70163 | | | Litigation - Case No. 2:09-CV-00930-PM-KK | X | X | X | Undetermined |

Sheet no. _429_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                            Subtotal ▶    $ 0.00

                                                      Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
_____                                    _____
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.                                                          CORMIER, TORIANO C/O GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, LLC GERALD E. MEUNIER 2800 ENERGY CENTRE, 1100 POYDRAS STREET NEW ORLEANS, LA 70163 | | | Litigation - Case No. 2:09-CV-00930-PM-KK | X | X | X | Undetermined |
| ACCOUNT NO.                                                          CORTES, ROY WATERS C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | Litigation - Case No. 1:09cv626 HSO-JMR | X | X | X | Undetermined |
| ACCOUNT NO.                                                          CORTES, SHARON LIPRIE C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | Litigation - Case No. 1:09cv626 HSO-JMR | X | X | X | Undetermined |

Sheet no.   430  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶            $ 0.00

Total ▶            $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.** _____ ,     Case No. __09-14018 (KG)_____
                        **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| COSSIE, PERRY C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| COSTELLA, BROOKE LEIGH C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| COUGET, ALECIA C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no. __431_ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶     $ 0.00

Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
                    **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| COUGET, COLEEN M. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| COUGET, PAUL C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| COUGET, PAUL M. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no.   432  of  2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶          $ 0.00

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
                            **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>COULTER, JAMES<br>DBA JAMES COULTERS HOME REPAIR<br>156 LOIS LANE<br>LAFAYETTE, TN 37083 | | | General Trade Payable | | | | $8,839.57 |
| ACCOUNT NO.<br><br>COUNTY MOBILE HOMES<br>PO BOX 329<br>MOUNT UNION, PA 17066 | | | General Trade Payable | | | | $67.65 |
| ACCOUNT NO.<br><br>COURTEAUX, JODY<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>COURTEAUX, JODY, AS NEXT FRIEND OF P.C., A MINOR<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |

Sheet no.   433  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   | $ 8,907.22

Total ▶   | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.** ,                                    Case No. **09-14018 (KG)**
                    **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| COURTEAUX, PERRY C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| COUSIN, BELINDA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| COUSIN, BELINDA, AS NEXT FRIEND OF A.C., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| COUSINS, BRAXTON C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no. _434_ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Redman Homes, Inc.                                    ,          Case No.   09-14018 (KG)
_____                     _____
                    **Debtor**                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| COUSINS, CHRISTOPHER C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| COUSINS, CHRISTOPHER DAVID C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| COUSINS, CHRISTOPHER, ON BEHALF OF THE MINOR Z.C. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no.   435  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶          $ 0.00

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Redman Homes, Inc.                 ,        Case No.  09-14018 (KG)
           **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>COUSINS, TRINITY<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4840 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>COWAN, JOHNNY<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>COWANS, CLIFTON<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>COWANS, LYDIA<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |

Sheet no.  436  of  2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
               **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>COWART, DEBRAH<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>COWART, DEBRAH, AS NEXT FRIEND OF A.C., A MINOR<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>COWART, KELLY<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>COWGILL,  SUSAN<br>C/O J. ROBERT ECKLEY<br>ECKLEY & ASSOCIATES<br>THE ECKLEY BLDG., 3602 EAST CAMPBELL AVE.<br>PHOENIX, AZ 85018 | | | Litigation - Case No. CV0-2007-0590 | X | X | X | Undetermined |

Sheet no.  _437_ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 0.00

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**_____,      Case No.  **09-14018 (KG)**_____
     **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. CV0-2007-0590 | | | | Undetermined |
| COWGILL, JAMES C/O J. ROBERT ECKLEY ECKLEY & ASSOCIATES THE ECKLEY BLDG., 3602 EAST CAMPBELL AVE. PHOENIX, AZ 85018 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| COX, CHARLES C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 1:09cv566 HSO JMR | | | | Undetermined |
| COX, DAVID C/O WARE, CLIFFORD LAW FIRM, PLLC DANIEL WARE 2625 RIDGEWOOD RD., SUITE 100 JACKSON, MS 39216 | | | | X | X | X | |

Sheet no. _438_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,            Case No.   **09-14018 (KG)**
               **Debtor**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 6:09cv01006 RTH-ME | | | | Undetermined |
| COX, MARTIN C/O HURRICAN LEGAL CENTER LAWRENCE J. CENTOLA, JR. 600 CARONDELET STREET, SUITE 602 NEW ORLEANS, LA 70130 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| COX, PATRICIA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| COX, TERRY C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.   439  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Codefendant - Case No. BC411536 | | | | Undetermined |
| CRANE CO. C/O K&LGATES DANIEL S. HURWITZ, ESQ., BRADLEY W. GUNNING, ESQ. 10100 SANTA MONICA BLVD.,7TH FLOOR LOS ANGELES, CA 90067 | X | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CRAWFORD, CHARLELLA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CRAWFORD, DOMINIC C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CRAWFORD, GWENDOLYN C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.   440  of   2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶         $ 0.00

Total ▶         $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
                    **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CRAWFORD, PATRICK C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CREACH, GWENDOLYNAS NEXT FRIEND OF D.W. A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CREAGH, GWENDOLYN C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CREER, ARTHER C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.   441  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶     $ 0.00

Total ▶     $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,                    Case No.   **09-14018 (KG)**
                    **Debtor**                                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CREER, ROSIE C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CREER, SHEENA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CREGER, DORIS B. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CREGER, PHILIP C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no.  _442_ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶          $ 0.00

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                      ,          Case No.   09-14018 (KG)
  **Debtor**                                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CRENIER, MARY C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | General Trade Payable | | | | $5,581.48 |
| CRESTON MOBILE HOME, INC. 1446 HWY 34 WEST CRESTON, IA 50801 | | | | | | | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4843 | | | | Undetermined |
| CRISTY OURSO C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4843 | | | | Undetermined |
| CRISTY OURSO, INDIVIDUALLY AND ON BEHALF OF THE MINOR REFERRED TO AS J.O. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no.   443  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 5,581.48

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Redman Homes, Inc.                                    ,          Case No.   09-14018 (KG)
                        **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4843 | | | | Undetermined |
| CRISTY OURSO, INDIVIDUALLY AND ON BEHALF OF THE MINOR REFERRED TO AS K.O. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CRONIER, ORMOND C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CROSBY, APNL C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.   444  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
_____          _____
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CROSBY, CARMELLA GIOIELLO C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CROSS, GOLDIE C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CROSS, JONATHAN C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | General Trade Payable | | | | $80.23 |
| CROSS, PATRICK PO BOX 436 EARLVILLE, IA 52041 | | | | | | | |

Sheet no.  445  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶          | $ 80.23

Total ▶          | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Redman Homes, Inc.                              ,          Case No.  09-14018 (KG)
                          Debtor                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CROSS, RAMAL<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CROSSROADS<br>W. 6585 HWY 82<br>OXFORD, WI 59352 | | | General Trade Payable | X | | | $11,835.78 |
| ACCOUNT NO.<br><br>CROSSROADS RV, INC<br>CT CORPORATION SYSTEM<br>36 S. PENNSYLVANIA ST., SUITE 700<br>INDIANAPOLIS, IN 46204 | X | | Codefendant - Case No. 6:09cv1332 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CROSSROADS RV, INC<br>CT CORPORATION SYSTEM<br>36 S. PENNSYLVANIA ST., SUITE 700<br>INDIANAPOLIS, IN 46204 | X | | Codefendant - Case No. 6:09cv01019 RFD-CM | X | X | X | Undetermined |

Sheet no.  446  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 11,835.78

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Redman Homes, Inc.                                    ,        Case No.   09-14018 (KG)
_____                              _____
             **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> CROSSROADS RV, INC <br> CT CORPORATION SYSTEM <br> 36 S. PENNSYLVANIA ST., SUITE 700 <br> INDIANAPOLIS, IN 46204 | X | | Codefendant - Case No. 6:09cv01006 RTH-ME | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CROSSROADS RV, INC. <br> CT CORPORATION SYSTEM <br> 36 S. PENNSYLVANIA ST., SUITE 700 <br> INDIANAPOLIS,, IN 46204 | X | | Codefendant - Case No. 2:09-cv-00112-KS-MTP | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CROWE, MELISSA <br> C/O ROBERT C. HILLARD, LLP <br> 719 SOUTH SHORELINE BLVD. <br> SUITE 500 <br> CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CROWLEY, MURIEL <br> C/O ROBERT C. HILLARD, LLP <br> 719 SOUTH SHORELINE BLVD. <br> SUITE 500 <br> CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |

Sheet no.   447  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶      $ 0.00

Total ▶      $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
_____          _____
              **Debtor**                                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Codefendant - Case No. BC411536 | | | | Undetermined |
| CROWN CORK & SEAL COMPANY, INC. C/O MORRIS, POLICH & PURDY DEAN A. OLSON, ESQ. 1055 WEST SEVENTH STREET, 24TH FLOOR LOS ANGELES, CA 90017-2503 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 09 4841 | | | | Undetermined |
| CRUM & FORSTER SPECIALTY INSURANCE COMPANY C/O THROUGH THE LOUISIANA SECRETARY OF STATE, LEGAL SERVICES SECTION PO BOX 94125 BATON ROUGE, LA 70804 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 09 1320 | | | | Undetermined |
| CRUM & FORSTER SPECIALTY INSURANCE COMPANY C/O THROUGH THE LOUISIANA SECRETARY OF STATE, LEGAL SERVICES SECTION PO BOX 94125 BATON ROUGE, LA 70804 | X | | | X | X | X | |

Sheet no.   448  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.**              ,       Case No.    **09-14018 (KG)**

            **Debtor**                                                       **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Codefendant - Case No. 09 4840 | | | | Undetermined |
| CRUM & FORSTER SPECIALTY INSURANCE COMPANY C/O THROUGH THE LOUISIANA SECRETARY OF STATE, LEGAL SERVICES SECTION PO BOX 94125 BATON ROUGE, LA 70804 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 09 1328 | | | | Undetermined |
| CRUM & FORSTER SPECIALTY INSURANCE COMPANY C/O THROUGH THE LOUISIANA SECRETARY OF STATE, LEGAL SERVICES SECTION PO BOX 94125 BATON ROUGE, LA 70804 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 09 4843 | | | | Undetermined |
| CRUM & FORSTER SPECIALTY INSURANCE COMPANY C/O THROUGH THE LOUISIANA SECRETARY OF STATE, LEGAL SERVICES SECTION PO BOX 94125 BATON ROUGE, LA 70804 | X | | | X | X | X | |

Sheet no. <u>449</u> of <u>2,170</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ►    $ 0.00

Total ►    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.** ,                    Case No. **09-14018 (KG)**
_____          _____
              **Debtor**                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Codefendant - Case No. 09 4844 | | | | Undetermined |
| CRUM & FORSTER SPECIALTY INSURANCE COMPANY C/O THROUGH THE LOUISIANA SECRETARY OF STATE, LEGAL SERVICES SECTION PO BOX 94125 BATON ROUGE, LA 70804 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 09 1326 | | | | Undetermined |
| CRUM & FORSTER SPECIALTY INSURANCE COMPANY C/O THROUGH THE LOUISIANA SECRETARY OF STATE, LEGAL SERVICES SECTION PO BOX 94125 BATON ROUGE, LA 70804 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 09 4845 | | | | Undetermined |
| CRUM & FORSTER SPECIALTY INSURANCE COMPANY C/O THROUGH THE LOUISIANA SECRETARY OF STATE, LEGAL SERVICES SECTION PO BOX 94125 BATON ROUGE, LA 70804 | X | | | X | X | X | |

Sheet no. _450_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,        Case No.   **09-14018 (KG)**
_____          _____
                        **Debtor**                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CRUM & FORSTER SPECIALTY INSURANCE COMPANY C/O THROUGH THE LOUISIANA SECRETARY OF STATE, LEGAL SERVICES SECTION PO BOX 94125 BATON ROUGE, LA 70804 | X | | Codefendant - Case No. 09 4842 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CRUM & FORSTER SPECIALTY INSURANCE COMPANY C/O THROUGH THE LOUISIANA SECRETARY OF STATE, LEGAL SERVICES SECTION PO BOX 94125 BATON ROUGE, LA 70804 | X | | Codefendant - Case No. 3:09-cv-00539-JVP-SC | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CRUM & FORSTER SPECIALTY INSURANCE COMPANY J MICHAEL LOW LOW AND CHILDERS PC, 29999 N 44TH STREET, 250 PHOENIX, AZ 85018 | X | | Codefendant - Case No. 6:09cv01019 RFD-CM | X | X | X | Undetermined |

Sheet no.  _451_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.** ,                    Case No. __09-14018 (KG)__
              **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Codefendant - Case No. 6:09cv1332 | | | | Undetermined |
| CRUM & FORSTER SPECIALTY INSURANCE COMPANY J MICHAEL LOW LOW AND CHILDERS PC, 29999 N 44TH STREET, 250 PHOENIX, AZ 85018 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 6:09cv01006 RTH-ME | | | | Undetermined |
| CRUM & FORSTER SPECIALTY INSURANCE COMPANY J MICHAEL LOW LOW AND CHILDERS PC, 29999 N 44TH STREET, 250 PHOENIX, AZ 85018 | X | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CRUZ, ELIEZER C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CRUZ, QUINLIN C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no. __452_ of _2,170__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.** _____ ,          Case No. __09-14018 (KG)_____
                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CRUZ, WANDA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | General Trade Payable | | | | $474.05 |
| CRYSTAL BAY CORP. DBA WOODLUND HOMES 5184 FALLBROOK CT, PO BOX 600 WYOMING, MN 55092 | | | | | | | |
| ACCOUNT NO. | | | General Trade Payable | | | | $153.89 |
| CRYSTAL SPRINGS PO BOX 660579 DALLAS, TX 75266-0579 | | | | | | | |
| ACCOUNT NO. | | | General Trade Payable | | | | $9,204.83 |
| CRYSTAL VALLEY SALES, INC. 4100 BULLARD ROAD ELKHART, IN 46516 | | | | | | | |

Sheet no. __453_ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 9,832.77

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                              ,          Case No.   **09-14018 (KG)**
_____                                        _____
                    **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> CSMC, INC. <br> 10425 W. NORTH AVENUE <br> SUITE 100 <br> WAUWATOSA, WI 53226 | X | | Codefendant - Case No. CVH20091049 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CUCINELLA, MIA <br> C/O ROBERTA L. BURNS, DAVID C. JARRELL <br> 8301 W. JUDGE PEREZ DRIVE <br> SUITE 303 <br> CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4840 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CUEVAS, BRENDIA <br> C/O ROBERT C. HILLARD, LLP <br> 719 SOUTH SHORELINE BLVD. <br> SUITE 500 <br> CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CUEVAS, ELVIN <br> C/O ROBERT C. HILLARD, LLP <br> 719 SOUTH SHORELINE BLVD. <br> SUITE 500 <br> CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |

Sheet no.   454  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  | $ 0.00

Total ▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  <u>Redman Homes, Inc.</u>                                    ,                    Case No. <u>  09-14018 (KG)</u>
                        **Debtor**                                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CUEVAS, ETHEL C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CUEVAS, HUEY C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CUEVAS, JUDY C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CUEVAS, KERRY C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no. <u> 455 </u> of <u> 2,170 </u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.** ,                    Case No.   **09-14018 (KG)**
            **Debtor**                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CUEVAS, SHELIA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. MDL No. 1873, Section ""N-4"" | | | | Undetermined |
| CULLER, JEROME C/O GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER GERALD E. MEUNIER NEW ORLEANS, LA 70163-2800 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. MDL No. 1873, Section ""N-4"" | | | | Undetermined |
| CULLER, JEROME, AS REPRESENTATIVE OF THE ESTATE OF JOAN CULLER C/O GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER GERALD E. MEUNIER 2800 ENERGY CENTRE, 1100 POYDRAS NEW ORLEANS, LA 70163-2800 | | | | X | X | X | |

Sheet no.   456  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶       $ 0.00

Total ▶       $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
_____          _____
**Debtor**          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CULLIGAN WATER CONDITIONING<br>PO BOX 414<br>KENDALLVILLE, IN 46755 | | | General Trade Payable | | | | $81.32 |
| ACCOUNT NO.<br><br>CUMBERLAND, HEATHER, AS NEXT FRIEND OF E.J., A MINOR<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CUMMINS, JULIUS<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4840 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CUMMINS, TAMMY<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4840 | X | X | X | Undetermined |

Sheet no.   457  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶        | $ 81.32

Total ▶        | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.  **09-14018 (KG)**
                        **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CUNNINGHAM, DAVID C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CUNNINGHAM, KAREN C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CURE, JOYLIN R. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CURE, WILLIAM C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no. _458_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.** _____,     Case No. __09-14018 (KG)_____
                    **Debtor**                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CURLEY SUMMIIRS C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CURRIE, ASHLEY C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CURRIE, WILLIAM C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4844 | | | | Undetermined |
| CURTIS SR. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no. __459_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶     $ 0.00

Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
_____              _____
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CURTIS, DUCOTE<br>C/O HURRICAN LEGAL CENTER<br>LAWRENCE J. CENTOLA, JR.<br>600 CARONDELET STREET, SUITE 602<br>NEW ORLEANS, LA 70130 | | | Litigation - Case No. 6:09cv01006 RTH-ME | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CURTISS-WRIGHT CORPORATION<br>C/O MENDES & MOUNT<br>GARTH W. AUBERT, ESQ., LAN P. NGUYEN, ESQ.<br>445 S. FIGUEROA ST., 38TH FLOOR<br>LOS ANGELES, CA 90071 | X | | Codefendant - Case No. BC411536 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CUSHMAN, INC.<br>40 WESTMINISTER STREET<br>PROVIDENCE, RI 02903 | X | | Codefendant - Case No. BC411536 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CUSTER, FORREST MICHAEL<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4840 | X | X | X | Undetermined |

Sheet no.   460  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   | $ 0.00

Total ▶   | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Redman Homes, Inc.** ,                    Case No. **09-14018 (KG)**
_____                    _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CUSTER, MARSHA ANN C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| CUSTER, MICHAEL FORREST C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | General Trade Payable | | | | $477.48 |
| CUSTODIAN OF PETTY CASH DICK BORTZ PO BOX 428 EPHRATA, PA 17528 | | | | | | | |
| ACCOUNT NO. | | | General Trade Payable | | | | $292.07 |
| CUSTODIAN OF PETTY CASH WILLIAM FIELDS II 501 S BURLESON BLVD BURLESON, TX 76028 | | | | | | | |

Sheet no. __461_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 769.55

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                      ,            Case No.   **09-14018 (KG)**
             **Debtor**                                                                               **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CYNTHIA DIAZ, AS REPRESENTATIVE OF THE ESTATE OF RAYMOND DIAZ, DECEASED C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CYNTHIA PRITCHETT, AS NELLI FRIEND OF MONA PRITCHETT, A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| CYNTHIA PRITCHETT, AS NELLI FRIEND OF WINSTON PRITCHETT, A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.  _462_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
          **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>D & D ENT. INC.<br>NEW CASTLE MH SALES, INC.<br>PO BOX 219<br>HARRISONVILLE, MO 64701 | | | General Trade Payable | | | | $2,387.41 |
| ACCOUNT NO.<br><br>D & D ENT. INC.<br>NEW CASTLE MH SALES, INC.<br>PO BOX 219<br>HARRISONVILLE, MO 64701 | | | Customer Deposits | X | | | $1,500.00 |
| ACCOUNT NO.<br><br>D & E COMMUNICATIONS<br>PO BOX 511<br>EPHRATA, PA 17522-0511 | | | General Trade Payable | | | | $733.25 |
| ACCOUNT NO.<br><br>D & E VENTURES<br>DBA FIVE STAR COURIER<br>PO BOX 87538<br>PHOENIX, AZ 85080-7538 | | | General Trade Payable | | | | $417.52 |
| ACCOUNT NO.<br><br>D & H HOUSING LLC<br>158 RT 78<br>SWANTON, VT 05488 | | | General Trade Payable | X | | | $40,122.52 |

Sheet no.   463  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 45,160.70

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                            ,          Case No.   **09-14018 (KG)**
_____**Debtor**_____                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>D & W ESTATES, INC.<br>HC 89 STATE ROUTE 35<br>HENDERSON, WV 25106 | | | General Trade Payable | X | | | $28,606.27 |
| ACCOUNT NO.<br><br>D & W ESTATES, INC.<br>DBA D & W HOMES<br>91 ST ROUTE 327<br>JACKSON, OH 45640 | | | Customer Deposits | X | | | $9,500.00 |
| ACCOUNT NO.<br><br>D & W ESTATES, INC.<br>DBA D & W HOMES<br>91 ST ROUTE 327<br>JACKSON, OH 45640 | | | General Trade Payable | X | | | $119,451.60 |
| ACCOUNT NO.<br><br>D & W ESTATES, INC.<br>HC 89 STATE ROUTE 35<br>HENDERSON, WV 25106 | | | Customer Deposits | X | | | $1,800.00 |
| ACCOUNT NO.<br><br>D & W INCORPORATED -<br>ELKHART, IN<br>941 OAK STREET<br>ELKHART, IN 46514 | | | General Trade Payable | | | | $309.60 |

Sheet no. _464_ of _2,170_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 159,667.47

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Redman Homes, Inc.** _____ ,  Case No.  **09-14018 (KG)** _____
_____**Debtor**_____  _____**(if known)**_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> D A ELLIOTT COMPLIANCE SERVICE, LLC <br> 58440 FILLMORE CT <br> GOSHEN, IN 46528 | | | General Trade Payable | | | | $525.00 |
| ACCOUNT NO. <br> D'AQUIN, ELAINE B <br> C/O LAW OFFICE OF JOSEPH M. BRUNO <br> 855 BARONNE STREET <br> NEW ORLEANS, LA 70113 | | | Litigation - Case No. 09-CV-590 | X | X | X | Undetermined |
| ACCOUNT NO. <br> D'AQUIN, ROBERT A <br> C/O LAW OFFICE OF JOSEPH M. BRUNO <br> 855 BARONNE STREET <br> NEW ORLEANS, LA 70113 | | | Litigation - Case No. 09-CV-590 | X | X | X | Undetermined |
| ACCOUNT NO. <br> D.J. BIRDSELL/FACTORY DIRECT HOMES <br> 11455 OUTPOST COVE DRIVE <br> WILLIS, TX 77318-5485 | X | | Codefendant - Case No. 09-05-04549 | X | X | X | Undetermined |

Sheet no.  465  of  2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 525.00

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Redman Homes, Inc. _____ ,          Case No.   09-14018 (KG) _____
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-CV-590 | | | | Undetermined |
| DABON, JULES L C/O LAW OFFICE OF JOSEPH M. BRUNO 855 BARONNE STREET NEW ORLEANS, LA 70113 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| DAGGS, DWAYNE C. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| DAHIELS-ROLES, CHANNAINE C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| DAHL, LAZANNA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.   466  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶       $ 0.00

Total ▶       $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                          ,          Case No.   **09-14018 (KG)**
                          **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| DAIGLE, DAMIAN M. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| DAIGREPONL, DANIEL C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| DAILEY, DAVID C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| DAILEY, REGINA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.   467  of  2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶          $ 0.00

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
_____          _____
                **Debtor**                                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>DAILEY, SHALENA<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>DALE'S HOMES, INC<br>92 BLAKE DRIVE<br>WHITE RIVER JUNCTION, VT 05001-3824 | | | General Trade Payable | X | | | $3,888.30 |
| ACCOUNT NO.<br><br>DALLAS, CHRISTINE, AS NEXT FRIEND OF J.M., A MINOR<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>DALLAS, CHRISTINE, AS NEXT FRIEND OF K.D., A MINOR<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |

Sheet no.   468  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   | $ 3,888.30

Total ▶   | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Redman Homes, Inc.                                    ,          Case No.   09-14018 (KG)
                        **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| DALLAS, CHRISTINE, AS NEXT FRIEND OF K.D., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| DALLAS, CHRISTINEAS NEXT FRIEND OF J.M., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| DALLAS, CHRISTINEAS NEXT FRIEND OF M.D., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.   469  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶      $ 0.00

Total ▶      $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
_____                              _____
                    **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| DALLAS, CHRISTINEAS NEXT FRIEND OF M.D., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| DALLAS, CHRISTINEAS NEXT FRIEND OF V.D., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| DALLAS, JAWAN C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| DALLAS, VEMITA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.  470  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶          $ 0.00

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
              **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| DALON, DEBORAH ANN C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| DALON, DUSTIN C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | X | | Codefendant - Case No. 2:09-cv-00112-KS-MTP | | | | Undetermined |
| DAMON CORP CT CORPORATION SYSTEM 36 S. PENNSYLVANIA ST., SUITE 700 INDIANAPOLIS,, IN 46204 | X | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. 6:09cv01006 RTH-ME | | | | Undetermined |
| DAMON CORP CT CORPORATION SYSTEM 36 S. PENNSYLVANIA ST., SUITE 700 INDIANAPOLIS,, IN 46204 | X | | | X | X | X | |

Sheet no.  471  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶         $ 0.00

Total ▶         $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
                          **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>DAMON CORP<br>CT CORPORATION SYSTEM<br>36 S. PENNSYLVANIA ST., SUITE 700<br>INDIANAPOLIS, IN 46204 | X | | Codefendant - Case No. 6:09cv1332 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>DAMON CORP<br>CT CORPORATION SYSTEM<br>36 S. PENNSYLVANIA ST., SUITE 700<br>INDIANAPOLIS, IN 46204 | X | | Codefendant - Case No. 6:09cv01019 RFD-CM | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>DANA MEYER<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4843 | X | X | X | Undetermined |

Sheet no.   472  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.    **09-14018 (KG)**
                                    **Debtor**                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>DANA MEYER, ON BEHALF OF THE MINOR REFERRED TO AS A.M.<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4843 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>DANA MEYER, ON BEHALF OF THE MINOR REFERRED TO AS C.M.<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4843 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>DANASTASIO, DALE<br>C/O HURRICAN LEGAL CENTER LAWRENCE J. CENTOLA, JR.<br>600 CARONDELET STREET, SUITE 602<br>NEW ORLEANS, LA 70130 | | | Litigation - Case No. 6:09cv1332 | X | X | X | Undetermined |

Sheet no.   473  of  2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
_____          _____
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>DANASTASIO, DEBORAH<br>C/O HURRICAN LEGAL CENTER<br>LAWRENCE J. CENTOLA, JR.<br>600 CARONDELET STREET, SUITE 602<br>NEW ORLEANS, LA 70130 | | | Litigation - Case No. 6:09cv01006 RTH-ME | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>DANELTE PETILT-SMITH, AS REPRESENTATIVE OF THE ESTATE OF RANDALL HARTMAN, DECEASED<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD. SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>DANIEL HUNTS NEXT FRIEND OF ANTHONY HUNT, A MINOR<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD. SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |

Sheet no.   474  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶     $ 0.00

Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  <u>Redman Homes, Inc.</u>                                    ,          Case No.   <u>09-14018 (KG)</u>
                          **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>DANIEL TALLEY AS NEXT FRLEND OF JASPER JAYNES, A MINOR<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undermined |
| ACCOUNT NO.<br><br>DANIEL TALLEY, AS NEXT FRLEND OF LEVIATHAN JAYNES, A MINOR<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undermined |
| ACCOUNT NO.<br><br>DANIELS-ROLES, CHANNAINE, AS NEXL FNEND OF M.D., A MINOR<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undermined |

Sheet no.  <u>475</u> of <u>2,170</u> continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶     $ 0.00

Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
 _____
                    **Debtor**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| DANIELS-ROLES, CHARMAINE, AS NEXT FNEND OF N.D., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Codefendant - Case No. BC411536 | | | | Undetermined |
| DAP, INC. C/O JACKSON & WALLACE LLP GABRIEL A. JACKSON, ESQ., PETER RENSTROM, ESQ., ANA PORTILLO, ESQ. 55 FRANYISCO STREET, SIXTH FLOOR SAN FRANCISCO, CA 94133 | X | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| DAPHANE BELLO-PIKE, AS REPRESENTATIVE OF THE ESTATE OF MARGARET LEMOINE, DECEASED C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.  _476_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,        Case No.   **09-14018 (KG)**
_____        _____
**Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| DARBY, CHRISTOPHER C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| DARBY, EDWIN THOMAS C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| DARBY, KENNETH C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| DARDAR, MICHELLE C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.  477  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Redman Homes, Inc.                                    ,          Case No.   09-14018 (KG)
                        Debtor                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| DARDAR, NICKOLAS C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| DARDAR, WALTER C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-CV-590 | | | | Undetermined |
| DARDEN, JESSIE W C/O LAW OFFICE OF JOSEPH M. BRUNO 855 BARONNE STREET NEW ORLEANS, LA 70113 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| DARENSBOURG, IRBY C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.  478  of  2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Redman Homes, Inc.                                    ,         Case No.   09-14018 (KG)
                          **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| DARENSBOURG, KEVIN C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| DARWIN, SADANA C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| DAUGHTRY, KEVIN C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| DAUGHTRY, NEKYLAH C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.   479  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.  **09-14018 (KG)**
_____          _____
                    **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| DAUGHTRY, RAMONE C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| DAUGHTRY, RUBY C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| DAUGHTRY-JENKINS, SHEILA, AS NEXT FRIEND OF C.D., A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.  **480** of **2,170** continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                              ,          Case No.   **09-14018 (KG)**
_____          _____
　　　　　　　　**Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| DAUTH, AUDREY C. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | General Trade Payable | | | | $54,079.42 |
| DAVE CARTER & ASSOCIATES, INC. PO BOX 934842 ATLANTA, GA 31193-4842 | | | | | | | |
| ACCOUNT NO. | | | General Trade Payable | | | | $7,487.35 |
| DAVE WALTERS HOMES INC PO BOX 1004 BEMIDJI, MN 56619 | | | | X | | | |
| ACCOUNT NO. | | | Litigation - Case No. 09-CV-590 | | | | Undetermined |
| DAVENPORT, CLARISSA D C/O LAW OFFICE OF JOSEPH M. BRUNO 855 BARONNE STREET NEW ORLEANS, LA 70113 | | | | X | X | X | |

Sheet no.   481  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 61,566.77

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                            ,                    Case No.  **09-14018 (KG)**
_____
        **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| DAVID DAILEY, AS REPRESENTATIVE OF THE ESTATE OF LEONIE DAILEY, DECEASED C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| DAVID HENDERSON, AS NELLT FRIEND OF TYLER HENDERSON, A MINOR C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 6:09cv01006 RTH-ME | | | | Undetermined |
| DAVID MANES, JR C/O HURRICAN LEGAL CENTER LAWRENCE J. CENTOLA, JR. 600 CARONDELET STREET, SUITE 602 NEW ORLEANS, LA 70130 | | | | X | X | X | |

Sheet no.  **482** of  **2,170**  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶         $ 0.00

Total ▶         $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
_____                              _____
                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>DAVID SEMIEN, JR.<br>C/O GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.<br>GERALD MEUNIER, JUSTIN I. WOODS<br>1100 POYDRAS STREET, SUITE 2800<br>NEW ORLEANS, LA 70163 | | | Litigation - Case No. 08 3217 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>DAVID SEMIEN, JR.<br>C/O GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER<br>GERALD E. MEUNIER<br>2800 ENERGY CENTRE, 1100 POYDRAS<br>NEW ORLEANS, LA 70163-2800 | | | Litigation - Case No. MDL No. 1873, Section ""N-4"" | X | X | X | Undetermined |

Sheet no. __483_ of _2,170_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                      ,                    Case No.   **09-14018 (KG)**
_____                                              _____
                    **Debtor**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>DAVID SEMIEN, SR.<br>C/O GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.<br>GERALD MEUNIER, JUSTIN I. WOODS<br>1100 POYDRAS STREET, SUITE 2800<br>NEW ORLEANS, LA 70163 | | | Litigation - Case No. 08 3217 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>DAVID SEMIEN, SR.<br>C/O GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER<br>GERALD E. MEUNIER<br>2800 ENERGY CENTRE, 1100 POYDRAS<br>NEW ORLEANS, LA 70163-2800 | | | Litigation - Case No. MDL No. 1873, Section ""N-4"" | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>DAVIDSON, ASHLEY<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |

Sheet no.   484  of  2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.** _____ ,      Case No.  **09-14018 (KG)** _____
_____**Debtor**_____                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| DAVIDSON, RICHARD E. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| DAVIDSON, RICKY C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| DAVIDSON, RICKY, ON BEHALF OF THE MINOR C.D. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no.  **485** of  **2,170**  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶        $ 0.00

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
_____          _____
                    **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| DAVIDSON, RICKY, ON BEHALF OF THE MINOR H.D. C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| DAVIDSON, STACY C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| DAVIDSON, STACY ANN C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |

Sheet no.   486  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶          $ 0.00

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>DAVIDSON, STACY, ON BEHALF OF THE MINOR C.D.<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4840 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>DAVIDSON, STACY, ON BEHALF OF THE MINOR H.D.<br>C/O ROBERTA L. BURNS, DAVID C. JARRELL<br>8301 W. JUDGE PEREZ DRIVE<br>SUITE 303<br>CHALMETTE,, LA 70043 | | | Litigation - Case No. 09 4840 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>DAVILLIER, DORTHY<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |

Sheet no.   487  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   **09-14018 (KG)**
                        **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>DAVIS HOMES<br>2200 E WASHINGTON ST<br>MT. PLEASANT, IA 52641 | | | General Trade Payable | | | | $8,631.39 |
| ACCOUNT NO.<br><br>DAVIS, BASSIE<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>DAVIS, BEVERLY<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>DAVIS, BOBBY<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |

Sheet no.   488  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶          $ 8,631.39

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Redman Homes, Inc.                                    ,                    Case No.   09-14018 (KG)
                          **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 6:09cv01019 RFD-CM | | | | Undetermined |
| DAVIS, BRITTANY C/O HURRICAN LEGAL CENTER LAWRENCE J. CENTOLA, JR. AND PAUL Y. LEE 600 CARONDELET STREET, SUITE 602 NEW ORLEANS, LA 70130 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-CV-590 | | | | Undetermined |
| DAVIS, BRUCE T C/O LAW OFFICE OF JOSEPH M. BRUNO 855 BARONNE STREET NEW ORLEANS, LA 70113 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| DAVIS, CHARLES C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-CV-590 | | | | Undetermined |
| DAVIS, CYNTHIA C/O LAW OFFICE OF JOSEPH M. BRUNO 855 BARONNE STREET NEW ORLEANS, LA 70113 | | | | X | X | X | |

Sheet no.   489  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶     $ 0.00

Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                      ,        Case No.   **09-14018 (KG)**
        <u>**Debtor**</u>                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 6:09cv01019 RFD-CM | | | | Undetermined |
| DAVIS, DIANA C/O HURRICAN LEGAL CENTER LAWRENCE J. CENTOLA, JR. AND PAUL Y. LEE NEW ORLEANS, LA 70130 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 6:09cv01019 RFD-CM | | | | Undetermined |
| DAVIS, DIANA, ON BEHALF OF GEORGE DAVIS C/O HURRICAN LEGAL CENTER LAWRENCE J. CENTOLA, JR. AND PAUL Y. LEE 600 CARONDELET STREET, SUITE 602 NEW ORLEANS, LA 70130 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 6:09cv01006 RTH-ME | | | | Undetermined |
| DAVIS, DIANE C/O HURRICAN LEGAL CENTER LAWRENCE J. CENTOLA, JR. 600 CARONDELET STREET, SUITE 602 NEW ORLEANS, LA 70130 | | | | X | X | X | |

Sheet no.   490  of  2,170  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  | $ 0.00

Total ▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Redman Homes, Inc.** ,
      **Debtor**

Case No. **09-14018 (KG)**
      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>DAVIS, DIANE ON BEHALF OF B.D.<br>C/O HURRICAN LEGAL CENTER<br>LAWRENCE J. CENTOLA, JR.<br>600 CARONDELET STREET, SUITE 602<br>NEW ORLEANS, LA 70130 | | | Litigation - Case No. 6:09cv01006 RTH-ME | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>DAVIS, DIANE ON BEHALF OF I.S.<br>C/O HURRICAN LEGAL CENTER<br>LAWRENCE J. CENTOLA, JR.<br>600 CARONDELET STREET, SUITE 602<br>NEW ORLEANS, LA 70130 | | | Litigation - Case No. 6:09cv01006 RTH-ME | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>DAVIS, DIANE ON BEHALF OF J.S.<br>C/O HURRICAN LEGAL CENTER<br>LAWRENCE J. CENTOLA, JR.<br>600 CARONDELET STREET, SUITE 602<br>NEW ORLEANS, LA 70130 | | | Litigation - Case No. 6:09cv01006 RTH-ME | X | X | X | Undetermined |

Sheet no. **491** of **2,170** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.** _____ ,      Case No. __09-14018 (KG)_____
_____**Debtor**_____                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> DAVIS, DIANE ON BEHALF OF K.S. <br> C/O HURRICAN LEGAL CENTER <br> LAWRENCE J. CENTOLA, JR. <br> 600 CARONDELET STREET, SUITE 602 <br> NEW ORLEANS, LA 70130 | | | Litigation - Case No. 6:09cv01006 RTH-ME | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> DAVIS, DIONNE <br> C/O GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C. <br> GERALD MEUNIER, JUSTIN I. WOODS <br> NEW ORLEANS, LA 70163 | | | Litigation - Case No. 08 3217 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> DAVIS, DIONNE <br> C/O GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER <br> GERALD E. MEUNIER <br> NEW ORLEANS, LA 70163-2800 | | | Litigation - Case No. MDL No. 1873, Section ""N-4"" | X | X | X | Undetermined |

Sheet no. __492_ of _2,170__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Redman Homes, Inc.**                                    ,          Case No.   09-14018 (KG)
                        **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>DAVIS, DIONNE,  ON BEHALF OF MINOR T.G.<br>C/O GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.<br>GERALD MEUNIER, JUSTIN I. WOODS<br>1100 POYDRAS STREET, SUITE 2800<br>NEW ORLEANS, LA 70163 | | | Litigation - Case No. 08 3217 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>DAVIS, DIONNE,  ON BEHALF OF MINOR T.G.<br>C/O GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER<br>GERALD E. MEUNIER<br>2800 ENERGY CENTRE, 1100 POYDRAS<br>NEW ORLEANS, LA 70163-2800 | | | Litigation - Case No. MDL No. 1873, Section ""N-4"" | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>DAVIS, DONALD<br>C/O ROBERT C. HILLARD, LLP<br>719 SOUTH SHORELINE BLVD.<br>SUITE 500<br>CORPUS CHRISTI, TX 78401 | | | Litigation - Case No. 09-50311 | X | X | X | Undetermined |

Sheet no.   493  of  2,170  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   | $ 0.00

Total ▶   | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  <u>Redman Homes, Inc.</u>                                      ,          Case No.  <u>09-14018 (KG)</u>
               **Debtor**                                                                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation - Case No. 09-CV-590 | | | | Undetermined |
| DAVIS, GAIL M C/O LAW OFFICE OF JOSEPH M. BRUNO 855 BARONNE STREET NEW ORLEANS, LA 70113 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09 4840 | | | | Undetermined |
| DAVIS, GERALD C/O ROBERTA L. BURNS, DAVID C. JARRELL 8301 W. JUDGE PEREZ DRIVE SUITE 303 CHALMETTE,, LA 70043 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| DAVIS, GERALD C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Case No. 09-50311 | | | | Undetermined |
| DAVIS, GLENN C/O ROBERT C. HILLARD, LLP 719 SOUTH SHORELINE BLVD. SUITE 500 CORPUS CHRISTI, TX 78401 | | | | X | X | X | |

Sheet no.  <u>494</u> of <u>2,170</u> continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  | $ 0.00

Total ▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)