# EXHIBIT "A"

651.002-25138

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re: :
:
:
CHAMPION ENTERPRISES, INC., et al.,[1] :
:
:
Debtors. :
_____ :

Chapter 11
Case No.: 09-14019 (KG)
(Jointly Administered)

## DECLARATION OF ROBERT NABHOLZ IN SUPPORT OF APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF CHANIN CAPITAL PARTNERS AS FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## NUNC PRO TUNC TO NOVEMBER 30, 2009

Robert Nabholz, under penalty of perjury, hereby declares as follows:

1.      I am a Managing Director at Chanin Capital Partners ("Chanin"), a professional services firm engaged in the business of providing financial advisory and related professional investment banking services, the corporate parent of which is Duff & Phelps, LLC ("D&P"). I submit this affidavit on behalf of Chanin in support of the Application (the "Application")[2] for Order Authorizing Employment of Chanin Capital Partners as Financial Advisors for the Official Committee of Unsecured Creditors (the "Committee") of Champion Enterprises, Inc. ("Champion") *nunc pro tunc* to November 30, 2009, and certain of its subsidiaries and affiliates and debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors" or "Company")

---

[1] The debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Redman Homes, Inc. (4957); Champion Enterprises, Inc. (3168); Champion Home Builders Co. (4984); New Era Building Systems, Inc. (0928); North America Housing Corp. (1097); Homes of Merit, Inc. (8488); Western Homes Corporation (6910); Star Fleet, Inc. (0506); Champion Enterprises Management Co. (6726); Champion Retail, Inc. (2154); San Jose Advantage Homes, Inc. (1951); Highland Acquisition Corp. (8962); Highland Manufacturing Company LLC (6762); SSH Liquidating Corp. (6678); Champion Homes of Boaz, Inc. (3165); Iseman Corp. (5899); MHCDC, LLC (3417); HomePride Finance Corp. (4767); and Champion Development Corp. (4642). The address for all Debtors is 755 W. Big Beaver, Suite 1000, Troy, MI 48084.

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Application.

pursuant to sections 328(a) and 1103 of title 11 of the United States Code, 11 U.S.C §§ 101-1532 (as amended, the "Bankruptcy Code"), Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (as amended, the Bankruptcy Rules") and Rule 2014-1 of the Local Rules of the Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (as amended, the "Local Rules"). I have personal knowledge of the matters set forth herein, and if called as a witness, would testify competently thereto.

## QUALIFICATIONS OF PROFESSIONALS

2.     The Committee has selected Chanin as its financial advisor because of the firm's diverse experience and extensive knowledge in corporate restructurings and business reorganizations.

3.     The Committee believes that Chanin is well qualified and uniquely able to provide financial advisory services to it in these cases in an efficient manner. Moreover, Chanin has advised debtors and creditors committees in numerous restructuring transactions, including some of the largest and most complicated cases. Some of Chanin's more prominent recent creditor committee representations were in the following chapter 11 cases:

> Visteon Corporation
> Hayes Lemmerz International, Inc.
> Dura Automotive Systems, Inc.
> Global Power Equipment Group, Inc.
> Immunicon Corporation
> Intermet Corporation
> ION Media Networks
> Motor Coach International Inc.
> Philadelphia Newspapers
> Scotia Development LLC
> The Star Tribune Company
> Washington Group International

4.      The Committee needs assistance in collecting and analyzing financial and other information in relation to these Chapter 11 cases. Chanin has considerable experience with rendering such services to committees and other parties in numerous Chapter 11 cases. As such, Chanin is qualified to perform the work required in these cases.

## SERVICES TO BE RENDERED

5.      The Committee anticipates that Chanin may render the following services in these cases:

     (a)     Review and analyze the Company's operations, financial condition, cash flows, business plan, strategy, and operating forecasts;

     (b)     Assist in the determination of an appropriate go-forward capital structure for the Company;

     (c)     Determine a theoretical range of values for the Company on a going concern basis;

     (d)     Assist the Committee in developing, evaluating, structuring and negotiating the terms and conditions of a restructuring or Plan of Reorganization (the "Plan"), including the value of the securities, if any, that may be issued to the Committee under any such restructuring or Plan;

     (e)     Assist the Committee in monitoring any sales process and evaluating bids to purchase the Company;

     (f)     Analyze any merger, divestiture, joint-venture, or investment transaction;

(g)    Assist the Committee in analyzing any anew debt and/or equity capital including debtor-in-possession funding (including advice on the nature and terms of new securities);

(h)    Provide testimony, as necessary, before the bankruptcy court; and

(i)    Provide the Committee with other appropriate general restructuring advice and litigation support.

6.    Subject to this Court's approval of the Application, Chanin is willing to serve as the Committee's financial advisor and to perform the services described above.

## DISINTERESTEDNESS OF PROFESSIONALS

7.    Based upon the information supplied by Committee counsel, Chanin conducted an extensive review ("Conflict Check") of Chanin's and D&P's databases ("Connections Databases") to ascertain whether Chanin had any "connection" (as such term is used in Bankruptcy Rule 2014(a)) with the Debtors, their creditors, any other party in interest herein or their respective attorneys or accountants, to the extent any such entities were known at such time (the "Case Parties").

8.    Attached hereto as Schedule 1 is a list of Case Parties that were checked against the firms' Connections Databases, and then manually reviewed to identify any matters on which work was performed in the last 3 years.

9.    In addition, the Case Parties list was emailed or otherwise circulated to all Chanin professionals for further review, for the purpose of identifying connections.

10.    A copy of the results of Chanin's Conflict Check is annexed hereto as Schedule 2.

11. Based on the Conflict Check described above, Chanin does not represent any other entity having an adverse interest in connection with these cases, and does not represent or hold an interest adverse to the interests of the estates with respect to the matter on which Chanin will be employed, in accordance with Sections 328(c) and 1103(b) of the Bankruptcy Code.

12. To the best of my knowledge and except as set forth on <u>Schedule 2</u> attached hereto and as described below in paragraph 17, (a) Chanin has no connections with the Debtors, creditors, and any other party-in-interest, or their respective attorneys and accountants; and (b) the Chanin professionals working on this matter are not relatives of the United States Trustee of the District of Delaware of any known employee in the office thereof, or any United States Bankruptcy Judge of the District of Delaware.

13. Chanin has been involved in a number of unrelated cases with various professionals involved in these cases, both in adverse and non-adverse roles.

14. Moreover, Chanin has a well-known reorganization and restructuring practice, which encompasses the representation of many investors, financial institutions and other persons or entities, some of which may become creditors or parties in interest including, without limitation, potential acquirers of the Debtors' assets in these Chapter 11 cases. Furthermore, as part of its practice, Chanin appears in cases, proceedings, and transactions involving numerous attorneys, accountants, and financial advisors, some of which may represent the Debtors', creditors, or parties in interest, or themselves be creditors or parties in interest in these Chapter 11 cases. Chanin has not and will not represent any of these creditors, investors, potential acquirers, parties in interest,

attorneys, accountants, financial advisors, or any other entity in connection with these Chapter 11 cases.

15.    Chanin has represented, currently represents, and may represent in the future the entities as described in Schedule 2 as clients (or their affiliates), in matters unrelated to the Debtors.  Also, Chanin represents, in unrelated matters, numerous entities, including entities listed on Schedule 2 that buy and sell distressed debt of Chapter 11 debtors.  Because distressed bank and note debt is actively traded in the commercial markets, Chanin may be unaware of the actual holder of such debt at any given moment.

16.    Contained in Schedule 2 is a list of entities having current or recent relationships with D&P (in unrelated matters), with which Chanin has established an ethical wall in these cases (*i.e.* no sharing of information, personnel and facilities).

17.    D&P, in the past, has performed a variety of valuation engagements for Champion, specifically in the areas of impairment and purchase price allocation. Additionally, Duff & Phelps Securities, LLC (the FINRA registered affiliate of D&P) was previously engaged to provide financial advisory services in respect of Champion's efforts to sell Star Fleet, a wholly-owned subsidiary of Champion; this engagement has been terminated by D&P and D&P has waived its right to receive fees and payments in respect of such engagement (including during a tail period) from and after the date on which such engagement was terminated.

18.    Chanin will file appropriate supplemental disclosure(s) with the Court to the extent that additional information concerning connections is discovered.

19.     Notwithstanding the above, I believe Chanin is a disinterested person, and does not hold or represent an interest adverse to the Debtors' estates with respect to the matters for which Chanin is being employed, as required by Section 328(c) of the Bankruptcy Code.

## PROFESSIONAL COMPENSATION

20.     In accordance with Section 504 of the Bankruptcy Code, I hereby state that there is no agreement or understanding between Chanin and any other entity for the sharing of compensation received or to be received for services rendered in connection with these cases. These cases are likely to raise complex issues and the Committee will require financial advisors with extensive experience in insolvency and bankruptcy cases.

21.     Chanin intends to apply to the Court for the reimbursement of expenses incurred in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules. Chanin has agreed to accept as compensation such sums as may be allowed by the Court. Chanin understands that interim awards are subject to final approval by this Court.

22.     The flat monthly rate of $150,000 and the cash restructuring transaction fee of $450,000 to be charged to the Committee by Chanin is at the low end of the range of compensation as compared to other professional services firms providing similar financial advisory and related investment banking services. It is Chanin's policy to charge its clients in all areas of practice for all other expenses incurred in connection with each client's engagement. The expenses charged to clients include, but are not limited to, reasonable travel expenses, computer and research charges, messenger services, and long distance telephone calls incurred by Chanin in connection with the services to be

provided to the Committee. Chanin will charge for these expenses in a manner and at rates consistent with charges made generally to Chanin's bankruptcy and non-bankruptcy clients in a manner consistent with the Local Rules.

23. Chanin, like other investment banking firms, is not the general practice of maintaining detailed time records similar to those customarily kept by attorneys. Chanin's restructuring professionals do as a practice, and in the Debtors' cases will as a practice, keep time records detailing and describing their daily activities, the identity of persons who performed such tasks and the amount of time expended on a daily basis. Chanin will record its time in increments of 1/10 of one hour. It is hereby requested that Chanin be authorized to file its fee applications in accordance with the streamlined time recording format outlined above.

24. Based upon the foregoing, I respectfully submit that the requirements for the Committee's retention of Chanin have been met.

I have read the Application, and to the best of my knowledge, information and belief, the contents of said Application are true and correct.

Executed on December 24, 2009



_____
Robert Nabholz
Managing Director

SWORN TO AND SUBSCRIBED before me, a notary public on this 24th day of December, 2009.

_____
Notary Public

ZAHIRA REYES
Commission # 1834831
Notary Public - California
Los Angeles County
My Comm. Expires Feb 3, 2013

8

# SCHEDULE 1

**Debtors and Affiliates**

Redman Homes, Inc.
Champion Enterprises, Inc.
Champion Home Builders Co.
New Era Building Systems, Inc.
North American Housing Corp.
Homes of Merit, Inc.
Western Homes Corporation
Star Fleet, Inc.
Champion Enterprises Management Co.
Champion Retail, Inc.
San Jose Advantage Homes, Inc.
Highland Acquisition Corp.
Highland Manufacturing Company LLC
Champion Homes of Boaz, Inc.
SSH Liquidating Corp.
Iseman Corp.

**Directors and Officers**

Robert W. Anestis
Eric S. Belsky
William C. Griffiths
Selwyb Isakow
G. Michael Lynch
Thomas A. Madden

Phyllis A. Knight
Roger K. Scholten
Richard P. Hevelhorst
William H. Stamer
John W. Glenhill
Louis F. Ventura
Kevin J. Goethels
Jimmy E. Paul
Thomas DaRosa
Tim Ackeret
Marci Maison
Al Whitehouse
Craig Fleming
Bob Siembieda
Daniel McMurtrie
Jenny Kim
Sue Rutkowski
Kevin Goethals

Tom Snudden

**Secured Creditors/Lienholders**

Babson Capital Management
Canyon Partners
Comerica Bank
Credit Suisse
CS Alternative Capital Management
Cypresstree Investment Management Co
Deutsche Asset Management / Scudder
Fifth Third Bank
Fraser Sullivan
General Electric Investment Corp
Gulf Stream Asset Management
Highland Capital Management
JP Morgan Chase
LaSalle National Bank
Lonestar
MAK Capital
National City Bank
Raven Asset Management
RBS Citizen
Westgate Horizons
White Horse Capital
Z Capital

AMS OF INDIANA, INC.
BANK OF THE WEST
BANK ONE, MICHIGAN, AS AGENT
BANKS CORPORATION
BARLOWORLD FLEET LEASING LLC
CITICORP VENDOR FINANCE, INC.
FIRST NATIONAL BANK, FULDA, MN
GENERAL ELECTRIC CAPITAL
CORPORATION
IKON FINANCIAL SERVICES
IOS CAPITAL
LASALLE BRISTOL CORPORATION
PACO STEEL & ENGINEERING
CORPORATION
TOYOTA MOTOR CREDIT
CORPORATION
U S BANCORP

UNIVERSAL FOREST PRODUCTS
EASTERN
UNIVERSAL FOREST PRODUCTS
WESTERN
US BANCORP
WELLS FARGO BANK, NA,
WELLS FARGO FINANCIAL LEASING
WEYERHAEUSER COMPANY

**Top Unsecured Creditors**

LaGrange County Treasurer
First Insurance Funding Corp
Ernst & Young
National Buyer's Group Inc
AFCO
Palace Sports & Entertainment
Luxury Homes, Inc.
Jensen Homes, Inc
Universal Forest Products
The Hartford
James L Howard
Factory Homes Outlet, Inc
NaviSite, Inc
Volume Buyers LLC
Clines's Modular Builders
Syntec Industries
Southport Assoc I LLLP
Hopjohn, Inc.
Quality Homes, Inc.
Golden Rule Homes Inc.
Mountain State Home Showcase, Inc
Aspen Laser Inc
Powell's Tire and Axle Inc
John A Alverez & Sons Inc
General Electric Co - Appliance
Fastenal Company
Paco Steel & Engineering Corp
Cypress Lake Association
Nordyne, Inc
RDH - Silvercrest Homes
5724 Industry Lane LLC
Hughes Wheel and Axle
R C Manufactured Homes
Seven D Wholesale of PA LP
TJT Inc - Emmett ID

Guardian Building Products
Dow Chemical Company - Chicago, IL
Best Choice Mfd Hsg Contractors Inc
Adorn LLC
BlueLinx Corporation - Net 2nd 10th Prox
Cocalico School District - Taxes
Karsten Enterprises-FL, Inc.
Nucor Steel Berkeley
ALLSET MOBILE HOME SERVICES,
INC
Kinro, Inc
Wesco Distribution Inc
Vision Service Plan
Southern California Edison
HI Desert Affordable Housing, Inc.
Patrick Industries Inc
Orepac Building Products
J & S Recycling
Hambro Forest Products Inc
Blazon International Group
Dairyman Supply Co Inc
Dairyman Supply Co. Inc.
Santana Towers  (MULLER COMPANY)
General Electric Co-Appliance
Structural Component Systems Inc
Weyerhaeuser NR Company
BlueLinx Corporation
Boise Cascade
BBC Distribution LLC
Sage Software, Inc
Sign of the Unicorn
Material Distributors, Inc.
Star Fleet, Inc.
RVP Construction Inc
Walker Sales & Distribution
AMS of Indiana
C & G Homes of Lake City, Inc.
BlueLinx Corporation (Georgia-Pacific)
State Industries, Inc
Ringer Henry Buckley & Seacord PA
Perrotta, Charles
Ferguson Enterprises Inc.
DeGol Carpet
SANDI MARPLE (CLARABEN HOMES
RENT)
Woodgrain Millwork, Inc

Dave Carter & Associates, Inc.
Shaw Industries
ADP Inc - Divisionals
TJT Inc
Home Depot Commercial Credit
Phoenix Housing Group
Masco Builder Cabinet Group
United States Dept. of the Interior
Western Showcase Homes, Inc.
Thomson Financial LLC
Sure Trac of Texas, Inc.
Keystone Cabinet Distribution
ICI Dulux Paint Centers
Bartow Municipal Airport Dev. Authority
Dow Chemical Company
GreenFiber
California Axle and Tire
Evergreen Empire Mills
VCOM Solutions
ESCO Industries
Syntec Industries LLC
LaSalle Bristol
Alpha Systems Inc
Quality Aluminum Products, Inc.
United Fibers LLC
BAKER MANAGEMENT CO
Lippert Components, Inc
Clarion Bathware
Hawks Enterprises, Inc.
Cana International Inc
Elixir Industries
North Pacific - San Francisco
Applegate Insulation
Atwood Mobile Products
Shepherd Distribution Co
Automatic Sprinkler of Texas, Inc.
Building Products, Inc.
Idaho Western
Robert Weed Plywood
Whirlpool Corporation
Swann Sales
Heartland Village, Inc.

## **Professionals**

Pachulski Stang Ziehl & Jones

Morgan Joseph
Alvarez & Marcel
Sitrick
Dykema Gossett
Wilkie Farr & Gallagher
Epiq Bankruptcy Solutions
Aiken Bridges Nunn Elliott & Tyler, P.A.
Allensworth, Porter, LLP
Appel Law Office, PLLC
AVI Engineering
Bair, Hilty PC
Baird, Holm, McEachen, et al.
Balch & Bingham, LLP
Benesch, Friedlander, Coplan & Aranoff, LLP
Bernstein, Shur
Blank Rome LLP
Boone, Karlberg & Haddon
Boult, Cummings, Conners & Berry
Bowman & Brooke
Bowne
Bradley & Riley, PC
Bradley, Arant, Rose & White, LLP
Brewster, Morhous, Cameron, Caruth, Moore, et al.
Buchanan & Land, LLP
Burch, Porter & Johnson, PLLC
Campbell, Black, Carnine Hedlin
Chernay Peterson
Clark Lindauer McClinton Fetherston Edmonds
Conboy, McKay, Buchanan & Kendall, LLP
Cook, Brown, LLP
Costello, Cooney & Fearon, LLP
Danner & Associates
Deatrick & Spies, PSC
Decker, Jones, McMackin, McClane, Hall & Bates, P.C.
Delany & O'Brien
Dinsmore & Shohl, LLP
Driggers, Shultz & Herbst, P.C.
Dykema Gossett PLLC
Ellis & Winters, LLP
Elmore & Wall, P.A.
Fasken, Martineau DuMoulin, LLC
Foley & Lardner

Franke & Salloum
Frost, Brown & Todd, LLC
Harness, Dickey & Pierce, PLC
Harris, Beach, PLLC
Hartman, Underhill & Brubaker
Herndon, Coleman, Brading & McKee
Hickman, Goza & Spragins, PLLC
Honigman Miller Schwartz and Cohn LLP
Howell, Gibson & Hughes, P.A.
Howser Newman & Besley, LLC
Jackson, Walker, LLP
Jones, Skelton & Hochuli
Juneau David
Kennon, Craver, Belo, Craig, McKee, PLLC
Klinedinst, PC
Kolano & Saha Associates
Lanier, Ford, Shaver & Payne
Lavin, O'Neil, Ricci, Cedrone & DiSipio
Law Offices of Don Featherstone
Law Offices of Jennifer Rogers, LLC
Liebmann, Conway, Olejniczak & Jerry
Littler, Mendelson, PC
Looney, Nichols & Johnson, PLLC
Lunn, Irion, Salley, Carlisle & Gardner
Malone, Middleman, P.C.
Manning, Gosda & Arredondo, LLP
Marshall, Dennehey, Warner, Coleman &
Goggin, P.C.
McDowell, Rice, Smith & Buchanan
McGuire, Woods, LLP
McLennan Ross, LLP
Miller & Martin, PLLC
Miller, Canfield, Paddock & Stone
Miller, Faignant & Behrens, PC
Miller, Kistler, Campbell, Miller, Williams
& Benson
Northrup, McConnell & Sizemore, PLLC
O'Malley, Harris, Durkin & Perry, PC
O'Neil, Parker & Williamson
Odgen, Murphy & Wallace, PLLC
Origen Financial, LLC
Pearce & Durick
PFS Corporation
Plauche, Smith & Nieset
Poliquin & DeGrave, LLP
Porteous, Hainkel, Johnson & Sarpy

PR Newswire
Pringle & Herigstad, PC
Pullin, Fowler & Flanagan, PLLC
Rabbitt, Pitzer & Snodgras, P.C.
Ray, Quinney & Nebeker
Ringer, Henry, Buckley & Seacord, P.C.
Ritchey, Simpson & Glick, PLLC
Riter Mayer Hofer Wattier & Brown, LLP
Robert T. Varney & Associates
Robinson, Bradshaw & Hinson
Rodey, Dickason, Sloan, Akin & Robb, PA
Rupp, Baasee, Pfalzgfaf, Cunningham &
Coppola, LLC
Schroder, Joseph & Associates, LLP
Steenhof Building
Stevenson Keppleman Associates
Stradley Ronon Stevens & Young LLP
Sulloway & Hollis, LLP
Sweeney & Sheehan
Taylor, Porter, Brooks & Phillips
The Mattacola Law Firm
Thomson Reuters
Tucker, Ellis & West, LLP
Turner, Reid, Duncan, Loomer & Patton
Voorhies & Labbe
Warner, Norcross & Judd
Wells & Cuellar
Wheeler, Trigg, O'Donnell, LLP
Wilson, Halbrook & Bayard, LLP
Wilson, Smith, Cochran, Dickerson
Woolf, McClane, Bright, Allen & Carpenter,
PLLC
Wright, Lindsay & Jennings, LLP
Young, Clement, Rivers, LLP
Eversheds LLP

## Landlords

5724 INDUSTRY LANE LLC
755 TOWER ASSOCIATES LLC
BARTOW MUNICIPAL AIRPORT
BARTOW MUNICIPAL AIRPORT
BENJOR LLC
CALISTOGA DEPOT
CAPITAL ADVISORY GROUP
CHAPMAN REALTY COMPANY INC.

CHARLES E LESTER
CHARLES PERROTTA
CORONA INVESTMENT CO
DAVID & BARBARA SMITH
FFT LAND MANAGEMENT INC.
FROG PROPERTIES TN - DRESDEN LLC
GLENHARDIE PARTNERS LP
GREG LITTLE
HIRA N PATEL
HOWE GROUP LLC
JOHN P FULTZ
LDC MOUNTAIN/ARROW SHOPPING
CENTER LLC
LONE BUTTE INDUSTRIAL
DEVELOPMENT CORP
NEW YORK REAL ESTATE
ASSOCIATES LLC
ONEIDA CNTY INDSTRL
DEVELOPMENT AGENCY
PANELLA PROPERTIES LTD
PHARUS DEVELOPMENT GROUP LLC
PLAZA DEL AMO LLC
PLAZA ENTERPRISES
SANDI MARPLE
SANTANA TOWERS IRP MULLER-
SBOT LP
STRATFORD VILLAGE BUSINESS
PARK LL
THE CITY OF LAKE CITY, FLORIDA
THE CITY OF LAKE CITY, FLORIDA
THERESA MONTE LEONE
TURF CARE SUPPLY CORP
UNIVERSITY HEIGHTS CORPORATION
VALLEY PARKWAY - VINEYARD
PARTNERSHIP
VILLAGE PROPERTIES LLC

**Utilities**

Alabama Power
Allegheny Power
American Electric Power
Appalachian Power
Atmos Energy
Black Hills Utility Holdings, Inc.
Board of Public Utilities

Boaz Water & Sewer Board
City of Burleson
City of Bartow
City of Corona-Utilities
City of Chandler
City of Lake City
City of Silverton
City of Sanford
City of Salisbury
City of Woodland - Utility Dept.
City of York - Water Dept
Duke Power
Dominion Peoples
Dayton Power & Light Company
East Cocalico Township
Florida Power & Light Company
Frederick County Division Of Utilities-Solid
Waste
Greenfield Twp Municipal
The Gas Company
Hudson Energy Services, LLC
Henry Water Department
Harnett County Dept. of Public Utiltieis
Hess Corporation
Idaho Power
Intermountain Gas Co.
LaGrange County REMC
LaGrange Water & Sewage
Lumbee River Electric
Lindsay-Strathmore Irrigation
Little Thompson Water District
Municipal Authority
Minnesota Energy Resources
Marshall-Dekalb Electric Cooperative
Metro Lift Propane
Nebraska Public Power Dist
Northwest Alabama Gas District
Northern Indiana Public Service Company
National Fuel
Northwest Natural Gas
New York State Electric & Gas
Open Flow Energy
Pacific Gas & Electric, Inc
Piedmont Natural Gas
Pennsylvania-American Water Co
Penelec

PP&L Electric Utilities Corp
Progress Energy Carolinas, Inc.
Portland General Electric
PSNC Payment Center
Seminole Energy Services LLC
Southern California Edison
Stand Energy Corporation
South Jersey Industries
South River EMC
State Water Resources Control Board
Topeka Utilities
Town of Berthoud
Town of Boones Mill
UGI Utilities
United States Electric Corp of Washington
Virginia Department of Health
Worthington Public Utilities
West Tennessee Public Utility
Waterworks and Sewer Board
Xcel - Public Service CO OP

**Litigation Parties**

A&A ENTERPRISES, INC.
A. NORRIS HOPKINS, JR.
A. RICHARD SNELL
A. TODD ROSE
A-1 HOMES OF AMARILLO
ABBA ELECTRIC
ACQUILLA, INC.
ADAM WEINER
AFFORDABLE HOUSING
ALBERT HARKER
ALDO STOLTE
ALEXANDER GELMAN
ALFONSO GAMBONE
ALICIA CARTER
ALLEN SRAGOW
AMY MORIN F/K/A GUNVILLE
ANDRE CHERNAY
ANDRE DENNIS
ANDREA TEVES SMITH
ANDREW HICKS
ANTHONY TARGIA
AUDUBON INSURANCE COMPANY

BARBARA MCKEE TRAVELERS
PROPERTY CAS.
BARRY DOMINGUE
BC DEVELOPMENT, INC.
BENJAMIN MCCOY HOWSER
BENJAMIN TAYLOR
BERNARD L. NACHTRAB, CPCU
BILL GROVER
BILLY CALLOWAY MOBILE HOMES,
INC.
BOBBY SCOTT
BRANDON NICHOLS
BRETT HAACKER
BRIAN RAGAN
BROOKSIDE HOMES, INC.
BRUCE MCKENZEE
BRYAN BAUMANN
BUCHART HORN ARCHITECTS
BUD'S MOBILE HOMES, INC.
C. SCOTT MASEL
CA STATE AUTO ASSOC. JOSEPH
ASTLEFORD
CAMERON MCKINNEY
CAMERON MORGAN
CAMPBELL, BLACK, CARNINE,
HEDIN, BALLARD
CAREY COOPER
CAREY VARNADO
CARLYLE SHERRILL
CASEY YOUNG
CASH MOBILE HOMES, INC.
CHAMPION HOMES OF LOUISIANNA,
LLC
CHARLES & CO., LLC AND
CHARLES BULL, JR.
CHARLES D. CHRISTMAS
CHARLES SHAFFER
CHARLES WATSON CROSS
CHERYL RYAN
CHRIS BOYCHUK
CHRISTOPHER BARNES
CHRISTOPHER DAVIS
CHRISTOPHER MYERS
CHUBB INSURANCE CO.
CLARK'S

CMH HOMES INC, VANDERBILT MORT. & FIN.

CO-COUNSEL IN TEXAS:

COMMUNITY SALES

CONRAD S.P. WILLIAMS III

CRAIG BROWN

CRAIG PATRICK

D. BRENT WELLS

DAN GASS

DAN L. SCHAAP

DANIEL BATES

DANIEL D. WARE

DANIEL HILL

DANIEL WARE

DARYL ROSIN

DAVID B. TRUJILLO, ESQ.

DAVID BREWSTER

DAVID C. WRIGHT, III

DAVID DEATRICK, JR.

DAVID HENNINGS

DAVID JUSTIN LYNCH

DAVID SOLOMON, ESQ.

DAWNMARIE OZOG

DEBORAH HERNDON

DEBRA HOFFARTH

DENIS P. ZUZIK

DENNIS H. SNYDER

DEREK SWAJANEN

DIANE RUTT

DOMINIC O. FARIELLO

DON GALVEZ

DONALD BRUCE, ESQ.

DONALD LEE

DONNA INHERN

DOROTHY NASH

DOUGLAS M. BATES

DWIGHT HATFIELD MANUFACTURED HOMES, INC.

ED ZIONCHECK

EDWARD & JEANNE CLEMENT

EDWARD RICCO

EEOC

EILEEN RIDLEY

ENTERPRISE MANUFACTURED HOMES

ERIC HOWARD

ERIC PAUL EDWARDSON

ERIC ZALUD

ERNEST WILLIAMS

ESTATE OF CONSTANCE MAYO:

ESTATE OF KEVIN BRECHBIEL:

EULIS SIMIEN, JR.

EXPRESS ESCROW CO.

FIELDING E. BALLARD III

FRANK JOHNSTON

FRANK ORTEL

FREDRICK FEENEY, II

FREEDOM HOMES

GENE TURK, JR., ESQ.

GEOFFREY MARSH

GEORGE R. PIERCE, INC.

GEORGE VINCI

GERALD "MARTY" JOHNSON, JR.

GERALD BUCKOSKY

GERALD HANCHULAK

GERALD MEUNIER

GLENN ADAMS

GLESNER MOBILE HOME SALES, INC.

GOODLOE LEWIS

GRANT COUNTY MANUFACTURED HOUSING

GRANT PARK DEVELOPMENT

GREEN TREE CREDIT SERVICES, LLC.

GREENBERG & SADA, P.C.

GREG MATTACOLA

GREGORY RITCHEY

GUY BLAIRE

HANK NESS

HANOVER CITIZENS INSURANCE CO.

HARBOR VILLAGE HOME CENTER, INC.

HURST, MORRISSEY & HURST, PLLC

IN PRO PER

J. D. HUDSON

J. FORD LITTLE

J. ROBERT BEAUVAIS

J. ROBERT ECKLEY

J. RODNEY MESSINA

JACK HARANG, APLC

JACK L. GARTON

JACK W. HARANG, APLC

JAMES "DART" MEADOWS

JAMES CAHANIN
JAMES COLLINS
JAMES E. MARINO
JAMES J. MAJERNIK
JAMES KING
JAMES KOMMERS, ESQ.
JAMES L. MCRAE
JAMES LEE TEAGUE
JAMES M. HARTMANN
JAMES MAJERNIK
JAMES MERRITT, JR.
JAMES MURPHY
JAMES OWERS
JAMIE FLANAGAN
JAMIE FLANAGAN
JARED DES ROSIERS
JARROD W. SMITH UNIVERSITY
BUILDING
JASON DEAN/INDYMAC BANK
JEFFREY TZERMAN
JENNIFER ROGERS
JENNY KASER
JERALD ALBUM
JEREMY & ELIZABETH ALLEN.
JESSE ELISON
JOEL CRAIG
JOHN ANDREWS
JOHN BIRMINGHAM, JR.
JOHN DEBERRY, ESQ.
JOHN DELANY III
JOHN HANEY, JR.
JOHN HARWICK
JOHN JJJ. SYLVANUS
JOHN R. HOOPES
JOHN R. WRAY
JOHN SMALLEY
JOHN W. PARKER
JOHNNIE BROWN
JOSEPH KUEBER
JOSEPH MAY
JOSEPH STENGEL
JOSEPH T. LANDER
JOSEPH W. STEELE
KAREN KURNAT
KEN HARPER
KENNETH LOUGEE

KENNETH PIERCE
KENN-SCHELL
KENTUCKY HOMES, JEFFREY BUNDY
KEVIN BELL
KEVIN GRAMLING
KEVIN MIMS
KEVIN PRICE
KEVIN R. PATMORE
KIDDE, INC.
KIMBERLY GUEST
KIMBERLY HERLIHY
KIRK BLECHA
KIRK OKAY
KRISTIN DAVIS
KRISTINA THOMAS WHITAKER
KYLE JONES
KYLE WILSON
KYLE WOLF
L. ANDREW HOLLIS, JR.
LACY WHALEY
LAMONT DOMINGUE
LANE MARTIN
LARRY D. WINES
LARRY FORD
LARRY'S HOMES OF PENNSYLVANIA,
INC.
LAUREN UDDEN
LAURENCE A. STEEL
LAW OFFICE OF JOSEPH M. BRUNO
LAW OFFICES OF CRAIG A. SHERMAN
LAW OFFICES OF JAMES STOUT
LAW OFFICES OF WILLIAM FOLSOM
LAWRENCE J. CENTOLA, JR.
LAWRENCE J. CENTOLA, JR.
LAWRENCE MORHOUS
LEONARD FEIGEL
LEONARD HOWES
LEWIS GOODLOE
LEXINGTON INSURANCE CO.
LINDA JOSEPH
LINDA PISANI
LORI COLEMAN
LOUIS W. OLIVER, III
LUXURY HOMES, INC.
M. LEWIS HALL
M. TERRANCE HOYCHICK

| | |
|---|---|
| MAIA TSURUMI | MOUNTAIN STATE HOME SHOWCASE, |
| MARC APPEL | INC. |
| MARCIA MOLLERE | NATIONWIDE MUTUAL INSURANCE |
| MARK BOGARD | CO. |
| MARK D. BALL | NORDYNE |
| MARK LOVETT | OHIO DEPT. OF JOB & FAMILY |
| MARK MIODUSZEWSKI | SERVICE |
| MARK POLIQUIN | OLG LAND, INC. D/B/A HOLLY |
| MARK POLIQUIN | VILLAGE |
| MARK ZUKOWSKI | ORIGIN FINANCIAL, INC. |
| MART G. FENDLEY | ORLANDO & ANGELINA MONTOYA |
| MARTIN BUCKLEY | P.O BOX 2736 |
| MARTIN MASTERS | PAMELA FORD |
| MARVIN GRAS, ESQ. | PARKS-MOBILE AIR OF WEST |
| MARY C. MCLANE | MONROE, LLC |
| MARYANNA PENTON | PATRICK HIGGINS |
| MATTHEW & TAMMY CLOUD | PAUL BURNS |
| MATTHEW BUTLER | PAUL FLOHR D/B/A FLOHR |
| MATTHEW PEAIRE | CONSTRUCTION |
| MATTHEW SALAZAR | PAUL G. MINOLETTI |
| MATTHEW SCHALK | PAUL JORDAN |
| MATTHEW TURNER | PAUL KOLLER |
| MATTHEW VOORS | PAUL Y. LEE |
| MATTHEW VOORS | PERSONAL INJURY PORTION OF |
| MAXEY HOMES, INC. | CLAIM INSURED |
| MEGAN WILLOUGHBY | PETER CUMMINS |
| MICHAEL & DONNA HENDERSON | PETER MARCHESI |
| MICHAEL BEGOUN | PHILIP FOCO |
| MICHAEL BOSSE | PHILIP O'SHEA, JR. |
| MICHAEL CONNON | PHILLIP KOENIG |
| MICHAEL DANIELS | PICOTTE MNGMT. CO., INC. |
| MICHAEL DESJARDINS | PIERCE HOMES, INC. |
| MICHAEL F. CAVANAUGH | POWELL "GEE" OGELTREE, JR. |
| MICHAEL HARPER | PROGRESSIVE INS. CO. |
| MICHAEL J. KUNSCH | QUALITY MANUFACTURED HOMES |
| MICHAEL J. SCHULTE | R & R MOVERS, INC. CODY RIVERS |
| MICHAEL MCNULTY | R. D. ANDERSON |
| MICHAEL PARRISH | R. RICHARD FARNELL RONALD E. |
| MICHAEL PIERCE | NORMAN |
| MICHAEL SANDS, JR. | R. SCOTT WHITEHEAD |
| MIKAL C. WATTS, P.C. | RAINBOW HOME CENTER |
| MITCHELL ELLIS GREEN, ESQ. | RALPH'S HOME SALES |
| MODULAR MARKET PLACE | RAY COOK |
| MODULAR SPACE CORP. | RAYMOND YACKEL |
| MONICA PENNESI MARSICO | REBECCA FISCHER |
| MORGAN TEMPLETON | |

REBECCA MESSAL HACKSTAFF, GESSLER
RICHARD BUCHWALD
RICHARD DALTON
RICHARD GLEASON
RICHARD J. BOYD, JR.
RICHARD K. GOLL
RICHARD P. IEYOUB
RICHARD TONRY, II
RICK ROSE
RICKY HEMBA
RIOU LAW OFFICE
ROBERT "BOB" ANDRE
ROBERT ABDELLA
ROBERT BOWMAN, JR.
ROBERT C. HILLARD, LLP
ROBERT DEKOCK
ROBERT HERRING HOMES/ROBERT HERRING
ROBERT KEETON, III, ESQ.
ROBERT LUCAS
ROBERT MCCRAE
ROBERT SMITH
ROBERT TODD GOOLSBY
ROBERT VARNEY
ROBERT W. HEDRICK
ROBERTA BURNS
RON EDDINS
RUSS MORGAN & PETER SALES
RUSTY SAVOIE
RYAN RODGERS
S. PRICE BARKER
SAUNDERS BRIDGES, JR.
SCOTT SCHOLL
SCOTT STEARNS
SCOTT T. KNOWLES
SEAN BAKER
SIDNEY D. TORRES, III
STANLEY J. BRASSINGTON
STEPHEN BANTON
STEPHEN DUGGAN
STEPHEN MULLINS
STEPHENVILLE HOMES, INC.
STEVEN BOREL
STEVEN GEBO
STEVEN HAROWITZ

STEVEN WARD
SUBURBAN ENERGY SERVICE
TERENCE MATTHEWS, ESQ.
TERRI BROPHY BAIR
TERRYL T. MATT, PLLC
THE OLIVE LAW FIRM
THOMAS BENTON, JR.
THOMAS LANGLEY
TIM UNGER
TIMOTHY SCOTT
TODD ROSE
TODD ROSE
TOM CUNNINGHAM
TOM RAPER
TRACEY BENSON
TRENTON M. STUPAK
U.S. BANK
UNITED HEALTHCARE OF
UNIVERSAL PROPERTY & CASUALTY CO.
VINCENT NOWAK
W. BRIAN COLLINS
W. BRIAN CORNWELL
WENDY SMITH
WILKENSON & RADER
WILLIAM G. ALMAND, P.A.
WILLIAM N. SWIFT
WILLIAM THOMAS
WILLIAM W. DREHER
WILLOW TREE HOMES & COMMERCIAL, INC.
WOODS, OVIATT, GILMAN, LLP

SCHEDULE 2

# CHANIN CAPITAL PARTNERS

## CONFLICT CHECK

| PARTY IN INTEREST | RELATIONSHIP TO CHANIN |
|---|---|
| | |
| Alvarez & Marsal | Working or worked with or against on other engagements in wholly unrelated matters. |
| Babson Capital Management | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Balch & Bingham, LLP | Working or worked with or against on other engagements in wholly unrelated matters. |
| Champion Enterprises; William C. Griffiths | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Credit Suisse | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Deutsche Asset Management/Scudder | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Ernst & Young | Working or worked with or against on other engagements in wholly unrelated matters. |
| General Electric Investment Corp; General Electric Capital Corporation (or related entity) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Highland Capital Management | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| JP Morgan Chase | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| McGuire Woods, LLP | Working or worked with or against on other engagements in wholly unrelated matters. |
| Miller, Canfield, Paddock & Stone | Working or worked with or against on other engagements in wholly unrelated matters. |
| Pachulski Stang Ziehl & Jones | Working or worked with or against on other engagements in wholly unrelated matters. |
| Warner, Norcross & Judd | Working or worked with or against on other engagements in wholly unrelated matters. |
| Wells Fargo Bank, N.A.; Wells Fargo Financial Leasing (or related entity) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Z Capital | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |

**DUFF & PHELPS (PARENT COMPANY OF CHANIN CAPITAL PARTNERS)**

## CONFLICT CHECK RESULTS

Duff & Phelps has active engagements with the following entities (or a related entity):

Atmos Energy
Blank Rome LLP
Canyon Partners
Citicorp Vendor Finance, Inc.
Credit Suisse
Deutsche Asset Management
Dow Chemical Company
Dykema Gossett
GE entities
Green Tree Credit Services, LLC
Highland Manufacturing Company LLC
Home Depot Commercial Credit
JP Morgan Chase
Littler Mendelson, PC
McGuire Woods LLP
Nationwide Mutual Insurance Co.
Star Fleet Inc.
Toyota Motor Credit (Fulbright engagement)
Tucker Ellis & West
U.S. Bank; US Bancorp
Wells Fargo Bank, NA; Wells Fargo Financial Leasing
Woodgrain Millwork, Inc

Duff and Phelps has recent (within the last 5 years) or current client relationships with the following entities:

Allegheny Power
American Electric Power
Atmos Energy
Atwood Mobile Products
Bank One, Michigan (JPMorgan engagement)
Benesch, Friedlander, Coplan & Aranoff, LLP
Black Hills Utility Holdings, Inc.
Blank Rome LLP
Boise Cascade
Canyon Partners
Champion entities

Chubb Insurance Co.
Citicorp Vendor Finance, Inc.
Clark's
Credit Suisse
Deutsche Asset Management
Dominion Peoples
Dow Chemical Company
Duke Energy
Dykema Gossett
Ernst & Young
Faskan, Martineau, DuMoulin, LLC
Fastenal Company
First Insurance Funding Corp (Shidler Group engagement)
First National Bank (Union Bank engagement)
Florida Power & Light Company
Foley & Lardner
GE entities
GreenFiber
Home Depot Commercial Credit
Jackson Walker, LLP
JP Morgan Chase
LaSalle National Bank
Littler Mendelson, PC
Lonestar (Southwest Bank of TX engagement)
Masco Builder Cabinet Group
Modular Space Corp. (GE Equip. Fin. engagement)
National City Bank
National Fuel (Byrne & Clayton engagement)
Nationwide Mutual Insurance Co.
Nucor Steel Berkeley
PFS Corporation
PP&L Electric Utilities Corp
Progress Energy Carolinas, Inc.
RBS Citizen
Santana Towers (Muller Company)
Thomson Financial LLC
Toyota Motor Credit
U.S. Bank; US Bancorp
United Healthcare
Wells Fargo Bank, NA; Wells Fargo Financial Leasing
Wesco Distribution, Inc.
Weyerhaeuser Company
Willkie Farr & Gallagher
Woods, Oviatt, Gilman, LLP