# EXHIBIT "C"

651.002-24572

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: :
:
CHAMPION ENTERPRISES, INC., et al.,[1] : Chapter 11
: Case No.: 09-14019 (KG)
: (Jointly Administered)
Debtors. :
_____ :

## ORDER AUTHORIZING EMPLOYMENT OF
## CHANIN CAPITAL PARTNERS, LLC AS FINANCIAL ADVISORS TO
## THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## NUNC PRO TUNC TO NOVEMBER 30, 2009

Upon consideration of the Application ("Application") of the Official Committee of Unsecured Creditors of Champion Enterprises, Inc. ("Champion") and its affiliated debtors and debtors in possession (collectively, the "Debtors" or "Company") in the above-captioned chapter 11 cases, ("Committee") for entry of an Order Authorizing Employment of Chanin Capital Partners ("Chanin") as Financial Advisors to the Committee *Nunc Pro Tunc* to November 30, 2009, and upon the Declaration of Robert Nabholz on behalf of Chanin (the "Chanin Declaration"); and the Court being satisfied based on the representations made in the Application and in the Chanin Declaration that Chanin represents no interest adverse to the Debtors' estates with respect to the matters upon which they are to be engaged, that they are disinterested persons as that term is defined under Section 101(14) of the Bankruptcy Code, as modified by section 1103(b) of the Bankruptcy Code, and that their employment is necessary and would be in the

---

[1] The debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Redman Homes, Inc. (4957); Champion Enterprises, Inc. (3168); Champion Home Builders Co. (4984); New Era Building Systems, Inc. (0928); North America Housing Corp. (1097); Homes of Merit, Inc. (8488); Western Homes Corporation (6910); Star Fleet, Inc. (0506); Champion Enterprises Management Co. (6726); Champion Retail, Inc. (2154); San Jose Advantage Homes, Inc. (1951); Highland Acquisition Corp. (8962); Highland Manufacturing Company LLC (6762); SSH Liquidating Corp. (6678); Champion Homes of Boaz, Inc. (3165); Iseman Corp. (5899); MHCDC, LLC (3417); HomePride Finance Corp. (4767); and Champion Development Corp. (4642). The address for all Debtors is 755 W. Big Beaver, Suite 1000, Troy, MI 48084.

best interests of the Debtors' estates, and after due deliberation and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED.

2. In accordance with sections 1102, 1103, 328, and 504 of the Bankruptcy Code and Bankruptcy Rules 2014, 2016, and 5002, the Committee is authorized to employ and retain Chanin as financial advisors *nunc pro tunc* to November 30, 2009, on the terms set forth in the Application and the Chanin Declaration.

C. Chanin shall be entitled to allowance of compensation and reimbursement of expenses, upon the filing and approval of interim and final applications pursuant to the Federal Rules of Bankruptcy Procedure, the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and such other orders as this Court may direct, except that Chanin shall only be required to keep time records detailing and describing its activities in 1/10 hour increments and Chanin shall not be required to report its time records on a "project category" basis.

D. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated:_____, 2010

_____
Honorable Kevin Gross
United States Bankruptcy Judge