# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CHAMPION ENTERPRISES, INC., *et al.*, | Case No. 09-14019 (KG) |
| Debtors. | (Jointly Administered) |
| | Hearing Date: January 19, 2010 at 4:00 p.m. (EST)<br>Objection Deadline: January 12, 2010 at 4:00 p.m. (EST) |

## NOTICE OF APPLICATION

The Official Committee of Unsecured Creditors (the "Committee"), by and through the undersigned counsel, has filed the attached **Application for Order Authorizing Employment of Chanin Capital Partners as Financial Advisors for the Official Committee of Unsecured Creditors Nunc Pro Tunc to November 30, 2009** (the "Application").

Objections, if any, to the Application must be filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **January 12, 2010 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the objection upon the undersigned counsel so as to be **received no later than 4:00 p.m. (ET) on January 10, 2010.**

A HEARING ON THE APPLICATION WILL BE HELD ON **January 19, 2010 AT 4:00 P.M. (ET)** BEFORE THE HONORABLE KEVIN GROSS, UNITED STATES BANKRUPTCY COURT JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, WILMINGTON, DELAWARE 19801.

Dated: December 28, 2009     **LANDIS RATH & COBB LLP**
    Wilmington, Delaware

                */s/ Mark D. Olivere*
              Adam G. Landis (No. 3407)
              William E. Chipman, Jr. (No. 3818)
              Mark D. Olivere (No. 4291)
              919 Market Street, Suite 1800
              Wilmington, Delaware 19801
              Telephone:  (302) 467-4400
              Facsimile:  (302) 467-4450

                - and -

**LeCLAIR RYAN**
Michael E. Hastings, Esquire
1800 Wachovia Tower, Drawer 1200
Roanoke, Virginia 24006
Telephone:     (540) 777-3065
Facsimile:     (540) 510-3050

**LeCLAIR RYAN**
James L. Messenger, Esquire
One International Place
Eleventh Floor
Boston, Massachusetts 02110-2602
Telephone:     (617) 502-8231
Facsimile:     (617) 502-8241

**LeCLAIR RYAN**
Bruce H. Matson, Esquire
Riverfront Plaza, East Tower
951 East Byrd Street
Eighth Floor
Richmond, Virginia 23219
Telephone:     (804) 343-4090
Facsimile:     (804) 783-7629

*Proposed Counsel for the Official Committee of
Unsecured Creditors*