IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHAMPION ENTERPRISES, INC., et al.,[1] | ) | Case No. 09-14019 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON FEBRUARY 8, 2010, AT 1:00 P.M.**

**PLEASE NOTE THAT THE HEARING WILL BE
HELD AT THE FOLLOWING LOCATION:**

**824 N. MARKET STREET
6th FLOOR, COURTROOM NO. 3
WILMINGTON, DELAWARE**

**UNCONTESTED MATTER WITH CERTIFICATION OF COUNSEL:**

1. Emergency Motion for Approval of Consensual Third Amendment to DIP Credit Agreement [Filed: 1/21/10] (Docket No. 300)

    Related Documents:

    A. [Signed] Order Granting Motion for Expedited Hearing and Shortened Notice on the Debtors' Emergency Motion for Approval of Consensual Third Amendment to DIP Credit Agreement [Filed: 1/22/10] (Docket No. 305)

    B. Notice of Hearing on Debtors' Emergency Motion for Approval of Consensual Third Amendment to DIP Credit Agreement [Filed: 1/22/10] (Docket No. 309)

    C. Notice of Lodging of Proposed Third Amendment to DIP Credit Agreement [Filed: 1/22/10] (Docket No. 311)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Redman Homes, Inc. (4957); Champion Enterprises, Inc. (3168); Champion Home Builders Co. (4984); New Era Building Systems, Inc. (0928); North American Housing Corp. (1097); Homes of Merit, Inc. (8488); Western Homes Corporation (6910); Star Fleet, Inc. (0506); Champion Enterprises Management Co. (6726); Champion Retail, Inc. (2154); San Jose Advantage Homes, Inc. (1951); Highland Acquisition Corp. (8962); Highland Manufacturing Company LLC (6762); SSH Liquidating Corp. (6678); Champion Homes of Boaz, Inc. (3165); Iseman Corp. (5899); MHCDC, LLC (3417); HomePride Finance Corp. (4767); and Champion Development Corp. (4642). The address for all Debtors is 755 W. Big Beaver, Suite 1000, Troy, MI 48084.

D. [Proposed] Order Granting Debtors' Emergency Motion for Approval of Consensual Third Amendment to DIP Credit Agreement [Filed: 1/22/10] (Docket No. 312)

E. Notice of Rescheduled Hearing on the Emergency Motion for Approval of Consensual Third Amendment to DIP Credit Agreement [Filed: 1/27/10] (Docket No. 321)

F. Notice of Lodging of Revised Proposed Third Amendment to DIP Credit Agreement [Filed: 2/4/10] (Docket No. 361)

G. Certification of Counsel Regarding Revised Order Granting Debtors' Emergency Motion for Approval of Consensual Third Amendment to DIP Credit Agreement [Filed: 2/4/10] (Docket No. 362)

Response Deadline: January 27, 2010 at 12:00 p.m.

Responses Received: None.

Status: A revised, proposed order has been filed under certification of counsel.

## UNCONTESTED MATTER GOING FORWARD:

2. The Official Committee of Unsecured Creditors' Motion for Entry of an Order Extending the Deadline for Filing an Adversary Proceeding or Contested Matter Against the Prepetition Agent or Any of the Prepetition Lenders or, in the Alternative, Motion for Enforcement of Order Authorizing Rule 2004 Examination [Filed: 2/1/10] (Docket No. 347)

   Related Documents:

   A. [Proposed] Order Granting the Official Committee of Unsecured Creditors' Motion for Entry of an Order Extending the Deadline for Filing an Adversary Proceeding or Contested Matter Against the Prepetition Agent or Any of the Prepetition Lenders or, in the Alternative, Motion for Enforcement of Order Authorizing Rule 2004 Examination [Filed: 2/1/10] (Docket No. 347)

   B. [Signed] Order Granting Motion Pursuant to Del. Bankr. L.R. 9006-1(e) for an Order Shortening Time for Notice of the Hearing to Consider the Official Committee of Unsecured Creditors' Motion for Entry of an Order Extending the Deadline for Filing an Adversary Proceeding or Contested Matter Against the Prepetition Agent or Any of the Prepetition Lenders, or in the Alternative, Motion for Enforcement of Order Authorizing Rule 2004 Examination [Filed: 2/2/10] (Docket No. 353)

   C. Notice of Motion [Filed: 2/3/10] (Docket No. 357)

   Response Deadline: February 5, 2010 at 4:00 p.m.

Responses Received: None as of the time of the filing of this agenda.

Status: This matter will go forward.

**CONTESTED MATTER GOING FORWARD:**

3.  Debtors' Motion for Entry of an Order (A) Approving Bidding Procedures for the Sale of the Debtors' Assets, (B) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amounts; (D) Approving Certain Expense Reimbursement Provisions and Breakup Fee; and (E) Granting Related Relief [Filed: 1/15/10] (Docket No. 272)

    Related Documents:

    A.  [Proposed] Order Pursuant to Bankruptcy Code Sections 363 and 365 (A) Authorizing Debtors' Entry Into the Asset Purchase Agreement, (B) Authorizing and Approving the Bidding Procedures, (C) Authorizing and Approving a Break-Up Fee and Expense Reimbursement, (D) Approving Notice Procedures, (E) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (F) Setting a Date for the Sale Hearing [Filed: 1/15/10] (Docket No. 272)

    B.  [Signed] Order Granting Motion for Expedited Hearing and Shortened Notice on the Debtors' Motion for Entry of an Order (A) Approving Bidding Procedures for the Sale of the Debtors' Assets, (B) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amounts; (D) Approving Certain Expense Reimbursement Provisions and Breakup Fee; and (E) Granting Related Relief [Filed: 1/20/10] (Docket No. 291)

    C.  Notice of Hearing on Debtors' Motion for Entry of an Order (A) Approving Bidding Procedures for the Sale of the Debtors' Assets, (B) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amounts; (D) Approving Certain Expense Reimbursement Provisions and Breakup Fee; and (E) Granting Related Relief [Filed: 1/20/10] (Docket No. 295)

    D.  Asset Purchase Agreement [Filed: TBF] (Docket No. TBD)

    E.  Notice of Rescheduled Hearing on the Debtors' Motion for Entry of an Order (A) Approving Bidding Procedures for the Sale of the Debtors' Assets, (B) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amounts; (D) Approving Certain Expense Reimbursement

Provisions and Breakup Fee; and (E) Granting Related Relief [Filed: 1/27/10] (Docket No. 320)

Response Deadline: January 27, 2010 at 12:00 p.m.

Responses Received:

A. Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Entry of an Order (A) Approving Bidding Procedures for the Sale of the Debtors' Assets, (B) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amounts; (D) Approving Certain Expense Reimbursement Provisions and Breakup Fee; and (E) Granting Related Relief [Filed: 1/28/10] (Docket No. 327)

Status: This matter will go forward.

Dated: February 4, 2010

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Curtis A. Hehn*

Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Curtis A. Hehn (DE Bar No. 4264)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: ljones@pszjlaw.com
dbertenthal@pszjlaw.com
chehn@pszjlaw.com
tcairns@pszjlaw.com

Counsel to Debtors and Debtors in Possession