## EXHIBIT SUMMARY SHEET

Exhibit A -    Sale Notice

Exhibit B -    Creditor Notice

Exhibit C -    Cure Notice

Exhibit D -    Bidding Procedures

Exhibit E -    Asset Purchase Agreement

Exhibit F -    Assignment Procedures

13814-001\DOCS_DE:157358.1