**EXHIBIT A**

Sale and Bidding Procedures Notice

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CHAMPION ENTERPRISES, INC., et al.,[1] | ) Case No. 09-14019 (KG) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

Bid Deadline: February 24, 2010 at 12:00 p.m. (Noon) E.T.
Auction: March 1, 2010 at 11:00 a.m. E.T.
Deadline to Object to Sale Motion: February 23, 2010 at 4:00 p.m. E.T.
Sale Hearing: March 2, 2010 at 1:00 p.m. E.T.

## NOTICE OF BIDDING PROCEDURES, AUCTION DATE, AND SALE HEARING

PLEASE BE ADVISED that on January 15, 2010, the debtors and debtors in possession (herein the "Debtors") filed the *Motion of the Debtors for an Order (A) Approving Bidding Procedures For the Sale of the Debtors' Assets, (B) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amounts; and (D) Granting Related Relief* [Docket No. 272] (the "Motion").[2] On February 8, 2010, the Debtors filed the Asset Purchase Agreement [Docket No. ___] referenced in the Motion.

---

[1] The Debtors in these cases are Redman Homes, Inc.; Champion Enterprises, Inc.; Champion Home Builders Co.; New Era Building Systems, Inc.; North American Housing Corp.; Homes of Merit, Inc.; Western Homes Corporation; Star Fleet, Inc.; Champion Enterprises Management Co.; Champion Retail, Inc.; San Jose Advantage Homes, Inc.; Highland Acquisition Corp.; Highland Manufacturing Company LLC; Champion Homes of Boaz, Inc.; Iseman Corp.; and SSH Liquidating Corp.

[2] Capitalized terms not otherwise defined herein shall have the meanings set forth in the Motion.

PLEASE BE FURTHER ADVISED that the procedures attached hereto as Exhibit A (the "Bidding Procedures") shall govern the bidding process and the sale at any auction (the "Auction") of the assets of the Debtors as described in the Motion and the Exhibits thereto (the "Assets"). Any party in interest that wishes to receive a copy of the Motion or the Bidding Procedures Order (as defined below) shall make such request in writing to Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801), Attn: Laura Davis Jones. These Bidding Procedures have been approved and authorized by an order (the "Bidding Procedures Order") signed by the Honorable Kevin Gross, United States Bankruptcy Judge, at a hearing on January 28, 2010 in the chapter 11 case of the Debtors.

PLEASE BE FURTHER ADVISED that objections to the proposed Sale as requested by the Motion shall be set forth in writing and shall specify with particularity the grounds for such objections or other statements of position and shall be filed with the Bankruptcy Court by not later than February 23, 2010 at 4:00 p.m. Eastern time, and shall be served so as to be received by that same date and time on (i) Debtors' counsel – Pachulski Stang Ziehl & Jones LLP, Attn: Laura Davis Jones, Esq., 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801) facsimile number (302) 652-4400; (ii) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lock Box 35, Wilmington, Delaware 19801, Attn: Richard L. Schepacarter, Esq.; (iii) counsel to the Official Committee of Unsecured Creditors, Landis Rath & Cobb LLC, 919 North Market Street, Suite 1800, Wilmington, Delaware 19801, Attn: William E. Chipman, Jr., Esq., and LeClair Ryan, Riverfront Plaza, East Tower, 951 East Byrd Street, Eighth Floor,

Richmond, VA 23219, Attn: Bruce H. Matson, Esq.; and (iv) counsel to the DIP Agent, Willkie Farr & Gallagher LLP, Attn: Paul V. Shalhoub, Esq., 787 Seventh Avenue, New York, NY 10019, and Young Conaway Stargatt & Taylor, LLP, Attn: Matthew Lunn, Esq., The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, Delaware 19801.

PLEASE BE FURTHER ADVISED that an evidentiary hearing (the "Sale Hearing") on the relief requested in the Motion with respect to the Sale (among other things, to confirm the results of any Auction and approve the Sale of the Assets to the Successful Bidder(s) (as defined in the attached Bidding Procedures)) will be held before the Honorable Kevin Gross, United States Bankruptcy Judge, on March 2, 2010 at 1:00 p.m Eastern time, or as such time thereafter as counsel may be heard. The sale of the Assets will be subject to the entry of an order of the Bankruptcy Court approving the Sale.

*[Remainder of Page Intentionally Left Blank]*

PLEASE BE FURTHER ADVISED that all requests for information concerning information on the Bidding Procedures, the proposed sale of the Assets or the Motion should be directed in writing to Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801), Attn. Laura Davis Jones, Esquire.

Dated: February __, 2010  PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Curtis A. Hehn (DE Bar No. 4264)
Timothy P. Cairns (Bar No. 4228)
Mark M. Billion (Bar No. 5263)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: 302-652-4100
Facsimile: 302-652-4400

email: ljones@pszjlaw.com
dbertenthal@pszjlaw.com
chehn@pszjlaw.com
tcairns@pszjlaw.com
mbillion@pszjlaw.com

Counsel for Debtors and Debtors in Possession