IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHAMPION ENTERPRISES, INC., *et al.*,[1] | ) | Case No. 09-14019 (KG) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Hr'g Date: March 2, 2010 at 1:00 p.m. |
| | ) | Obj. Deadline: February 23, 2010 at 4:00 p.m. |
| | ) | Related Docket Item: 273 |

### OBJECTION OF WESTERN SHOWCASE HOMES, INC. AND WESTERN SHOWCASE HOMES BUYERS GROUP, LLC TO DEBTORS' MOTION FOR AN ORDER (I) APPROVING ASSET PURCHASE AGREEMENT AND AUTHORIZING THE SALE OF ASSETS OUTSIDE THE ORDINARY COURSE OF BUSINESS, (II) AUTHORIZING THE SALE OF ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS PURSUANT TO SECTIONS 363(b), (f) AND (m) OF THE BANKRUPTCY CODE; (III) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (IV) GRANTING RELATED RELIEF

COME NOW Western Showcase Homes, Inc. and Western Showcase Homes Buyers Group, LLC (collectively, "Western Showcase"), by and through undersigned counsel, and hereby object (the "Objection") to the *Debtors' Motion For An Order (I) Approving Asset Purchase Agreement And Authorizing The Sale Of Assets Outside The Ordinary Course Of Business, (II) Authorizing The Sale Of Assets Free And Clear Of All Liens, Claims, Encumbrances And Interests Pursuant To Sections 363(b), (f) And (m) Of The Bankruptcy Code; (III) Authorizing The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases; And (IV) Granting Related Relief* (the "Sale Motion") and in support of their Objection respectfully state as follows:

---

[1] The Debtors in these cases are Redman Homes, Inc.; Champion Enterprises, Inc.; Champion Home Builders Co.; New Era Building Systems, Inc.; North American Housing Corp.; Homes of Merit, Inc.; Western Homes Corporation; Star Fleet, Inc.; Champion Enterprises Management Co.; Champion Retail, Inc.; San Jose Advantage Homes, Inc.; Highland Acquisition Corp.; Highland Manufacturing Company LLC; Champion Homes of Boaz, Inc.; Iseman Corp.; and SSH Liquidating Corp.

## BACKGROUND

1. On November 15, 2009 (the "Petition Date"), the Debtors filed their voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code")

2. Western Showcase is in the business of marketing manufactured housing that it purchases from various manufacturers to retailers and developers for ultimate sale to the consumer by the retailer or developer.

3. In furtherance of its business purposes, pre-petition Western Showcase entered into certain agreements with one or more of the Debtors and/or their manufacturing facilities (the "Agreements").

4. The Debtors purport to have terminated certain of the Agreements effective January 18, 2010, however, it is not clear that the Court has entered an order approving any decision by the Debtors to either assume or reject any of the Agreements.

5. In March of 2009, pre-petition, Western Showcase and another plaintiff filed a lawsuit against Debtor Champion Home Builders Company in the United States District Court for the District of Colorado, which has been assigned civil action number 09-cv-00791 REB-BNB (the "Colorado Action"). The Colorado Action demands trial by petit jury and sounds in six counts: Breach of Contract, Interference with Contract, Negligence, Breach of Duty of Good Faith and Fair Dealing, Breach of Warranty, and Unjust Enrichment. (A copy of the amended complaint in the Colorado Action is attached hereto as Exhibit A.)

6. The Colorado Action is presently subject to the automatic stay arising under Section 362 of the Bankruptcy Code.

7. On January 20, 2010, in connection with the Colorado Action, Western Showcase filed a proof of claim in the amount of $2,301,676.40 on account of pre-petition amounts due and owing from one or more of the Debtors to Western Showcase, including, dealer volume discount ("DVD") arrearages/commissions, warranty claims, and unauthorized changes to certain Bills of Materials. Western Showcase reserves the right to amend its proof of claim, including, without limitation, to assert an additional claim for damages alleged in the Canadian Action (as that term is defined in the next paragraph). (A copy of the proof of claim is attached hereto as Exhibit B.)

8. Approximately two months ago, Western Showcase Homes, Inc. and certain other plaintiffs filed suit against certain of the Debtor and other non-debtor defendants in the Court of Queen's Bench of Alberta, Judicial District of Calgary, which has been assigned action number 1001-00345 (the "Canadian Action") asserting, *inter alia*, that certain of the defendants named therein (knowingly) used faulty or inappropriate design, used faulty or inappropriate building materials, used faulty or inappropriate construction methods, used faulty or inappropriate workmanship, negligently carried out certification inspections and processes and used improper and flowed certification inspections and processes. The plaintiffs in the Canadian Action are seeking damages in excess of $17 million (CND). (A copy of the Statement of Claim in the Canadian Action is attached hereto as Exhibit C.)

9. Certain of the defendants in the Canadian Action are presently preparing their Statement of Defense.

## THE OBJECTION

10. Western Showcase objects to the Sale Motion and the contemplated asset purchase agreement (the "APA") (as well as any Order entered in connection therewith) to the extent that such documents could be construed to affect Western Showcase's rights, without limitation, of (i) set-off and/or recoupment, if any, and/or (ii) access to any and all insurance proceeds potentially applicable to their proof of claim (as may be subsequently amended), as well as any and all surety and/or guarantee obligations undertaken by the Debtors and/or any third parties for the benefit of Western Showcase, as well as any performance and/or other bonds and/or letters of credit issued by the Debtors and/or any third parties for the benefit of Western Showcase, if any.

11. Western Showcase further objects to the Sale Motion and the contemplated APA (as well as any Order entered in connection therewith) to the extent that such documents could be construed to affect Western Showcase's rights, without limitation, to cure and/or adequate assurance of future performance with regard to any proposed assumption and assignment of any of the Agreements.[2]

## CONCLUSION

WHEREFORE, Western Showcase respectfully requests that this Honorable Court enter an order (i) sustaining the Objection, (ii) denying the Sale Motion to the extent that the relief sought in accordance therewith is inconsistent with this Objection, and (iii) granting to Western Showcase such other and further relief as the Court deems just and proper.

---

[2] By using the terms "Agreements" throughout this Objection, Western Showcase does not concede that any such Agreements are (i) executory and/or (ii) not one unified Agreement for any and all purposes, including any proposed assumption and/or assignment of any such Agreements pursuant to the Sale Motion and/or the APA or otherwise.

Date: February 23, 2010
Wilmington, Delaware

SULLIVAN · HAZELTINE · ALLINSON LLC

*/s/ E.E. Allinson III*
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195

*Attorneys for Western Showcase Homes, Inc. and Western Showcase Homes Buyers Group, LLC*