Judge Kevin Gross
United States Bankruptcy Court
824 North Market Street
6th Floor
Wilmington, DE 19801
Courtroom: 3

Honorable Judge Gross:
I am writing this letter to request a stockholder's committee to protect the common shareholder of Champion Enterprises. After reading recent court filings, I have concern that we will not be properly represented after a hurried asset sale. There are many life savings at stake here and we deserve a voice. An Official Equity Committee would ensure protection of the estate and remaining equity. The common shareholders deserve compensation if it is proved that assets exceed liabilities which I believe to be the case. At the time of this writing a US Trustee has not been assigned. Thank you very much for your time and consideration.

Respectfully yours,

Chet L. Hockett Jr.
1691 Roosevelt Drive
Greenfield, IN 46140
317-467-0242
chethockett@gmail.com
100,000 shares owned of CJHBQ
Member of Champion Shareholders Alliance


CC: Office of the United States Trustee
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE 19801
Re: Champion Enterprises, Inc. Case No. 09-14019