# EXHIBIT "A"

13814-001\DOCS_DE:162897.1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CEI LIQUIDATION ESTATES,[1] | ) | Case No. 09-14019 (KG) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## DECLARATION OF JACK B. FISHMAN IN SUPPORT OF FOURTH OMNIBUS OBJECTION TO THE CLASSIFICATION OF FILED PROOFS OF CLAIM

I, JACK B. FISHMAN, declare as follows:

1. I am an attorney at law admitted to practice in the Southern District of Indiana, Wisconsin, United States Tax Court, Northern District of Illinois and Illinois. I have personal knowledge of the facts set forth herein, and if called upon to testify, I would and could, competently testify thereto.

2. Pursuant to this Court's Order of April 20, 2010 [Docket No. 656], I was appointed the Estate Administrator ("Administrator") for the above-encaptioned Debtors and have begun the process of overseeing claims objections and other estate administrative functions.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: RH Liquidation Estate (f/k/a Redman Homes, Inc. (4957)); CEI Liquidation Estate (f/k/a Champion Enterprises, Inc. (3168)); CHBC Liquidation Estate (f/k/a Champion Home Builders Co. (4984)); NEBSI Liquidation Estate (f/k/a New Era Building Systems, Inc. (0928)); NAHC Liquidation Estate (f/k/a/ North American Housing Corp. (1097)); Homes of Merit, Inc. (8488); WHC Liquidation Estate (f/k/a Western Homes Corporation (6910)); SFI Liquidation Estate (f/k/a Star Fleet, Inc. (0506)); CEMC Liquidation Estate (f/k/a Champion Enterprises Management Co. (6726)); CRI Liquidation Estate (f/k/a Champion Retail, Inc. (2154)); SJAHI Liquidation Estate (f/k/a San Jose Advantage Homes, Inc. (1951)); HAC Liquidation Estate (f/k/a Highland Acquisition Corp. (8962)); HMCLLC Liquidation Estate (f/k/a Highland Manufacturing Company LLC (6762)); SSH Liquidating Corp. (6678); CHBI (f/k/a Champion Homes of Boaz, Inc. (3165)); Iseman Corp. (5899); MHCDC, LLC (3417); HomePride Finance Corp. (4767); and CDC Liquidation Estate (f/k/a Champion Development Corp. (4642)). The address for all Debtors is 755 W. Big Beaver, Suite 1000, Troy, MI 48084.

3.     I have complete access to the books and records of the Debtors as they relate to the Debtors' accounts payable, employee records, employee benefit plans and litigation files, which records were made by the employees of the Debtors who had a business duty to accurately enter into the Debtors' records events or transactions at or near the time the events or transactions occurred based upon information transmitted to them by individuals with personal knowledge of the particular event or transaction. To the extent that information contained in the Debtor's books and records is computer generated, I am informed and believe that the computers used by the Debtors are generally accepted in the Debtors' industry, were in good working order at all relevant times and the computer operator possessed the knowledge and training to operate the computer correctly.

4.     I have reviewed Exhibit "B" to the Objection, the proofs of claim that are the subject of this Objection, and with the assistance of Alvarez & Marsal North America, LLC, Restructuring Advisor to the Debtors and Debtors' counsel, I have reviewed the pertinent Debtor records in relation to those proofs of claim and the data base of claims information maintained for the Debtors by Epiq Bankruptcy Solutions, LLC as Noticing, Claims and Balloting Agent.

5.     Based upon that review, the "Reasons for Modification" set forth in Exhibit "B" are true and correct to the best of my knowledge and are incorporated herein by this reference.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed this 18th day of August, 2010, at McHenry County, Illinois.

_____
JACK B. FISHMAN