# EXHIBIT "B"

# EXHIBIT "B"

## Fourth Omnibus Objection To The Classification Of Filed Proofs Of Claim

| Name of Claimant | Claim No. | Claim Amount | Claim Classification Status | Modified Classification Status | Reason for Modification |
|---|---|---|---|---|---|
| Bloomer, Robert and Christina | 177 | $54,000 | 507(a)(7); 507(a)(_) | General Unsecured | Claim is for alleged unfinished home repairs unrelated to a consumer deposit. No basis for priority classification stated. |
| Carr, Duane | 1258 | $117,000 | General Unsecured: $114,575 507(a)(7): $2,425 | General Unsecured | Claim is for breach of warranty relating to purchased modular home. No basis stated for 507(a)(7) priority. |
| Carter, Deidra | 2415 | $5,000,000 | General Unsecured: $4,997,575 507(a)(7): $2,425 | General Unsecured | Damages for alleged defects in delivered modular home. No basis stated for 507(a)(7) priority. |
| Carter, Michael | 2414 | $5,000,000 | General Unsecured: $4,997,575 507(a)(7): $2,425 | General Unsecured | Damages for alleged defects in delivered modular home. No basis stated for 507(a)(7) priority. |
| Carter, Michael | 2416 | $5,000,000 | General Unsecured: $4,997,575 507(a)(7): $2,425 | General Unsecured | Damages for alleged defects in delivered modular home. No basis stated for 507(a)(7) priority. |

| Name of Claimant | Claim No. | Claim Amount | Claim Classification Status | Modified Classification Status | Reason for Modification |
|---|---|---|---|---|---|
| Grothe, Osa Mary | 1287 | $50,000 | General Unsecured: $47,575 507(a)(7): $2,425 | General Unsecured | Alleged defects in delivered and installed modular home. No basis for 507(a)(7) priority stated. |
| Grothe, Osa Mary | 1258 | $50,000 | General Unsecured: $47,575 507(a)(7): $2,425 | General Unsecured | Alleged defects in delivered and installed modular home. No basis for 507(a)(7) priority stated. |
| Hutchinson, Esperanza | 965 | $25,000 | 507(a)(_) | General Unsecured | Claim is for alleged personal injury suffered while touring an RV at a fairground. No basis for priority classification stated. |
| Oakbridge Consulting | 265 | $24,707 | 507(a)(_) and 507(a)(7): $22,282 | General Unsecured | Claimant is not an individual. Debtors have no record of any deposit amount owed to claimant or its borrower. |
| Oakbridge Consulting | 505 | $24,707 | 507(a)(_) and 507(a)(7): $22,282 | General Unsecured | Claimant is not an individual. Debtors have no record of any deposit amount owed to claimant or its borrower. |
| Oakbridge Consulting | 506 | $24,707 | 507(a)(_) and 507(a)(7): $22,282 | General Unsecured | Claimant is not an individual. Debtors have no record of any deposit amount owed to claimant or its borrower. |

| Name of Claimant | Claim No. | Claim Amount | Claim Classification Status | Modified Classification Status | Reason for Modification |
|---|---|---|---|---|---|
| Oakbridge Consulting | 507 | $24,707 | 507(a)(_) and 507(a)(7): $22,282 | General Unsecured | Claimant is not an individual. Debtors have no record of any deposit amount owed to claimant or its borrower. |
| Pigman, Michael and Jamie | 115 | In excess of $20,000 | General Unsecured: in excess of $20,000 507(a)(7): $2,425 | General Unsecured | Claim is for alleged defects in and misinstallation of delivered modular home. No basis for 507(a)(7) priority stated. |
| Pigman, Jamie | 4066 | In excess of $20,000 | General Unsecured: in excess of $20,000 507(a)(7): $2,425 | General Unsecured | Claim is for alleged defects in and misinstallation of delivered modular home. No basis for 507(a)(7) priority stated. |
| Pigman, Michael | 4068 | In excess of $20,000 | General Unsecured: in excess of $20,000 507(a)(7): $2,425 | General Unsecured | Claim is for alleged defects in and misinstallation of delivered modular home. No basis for 507(a)(7) priority stated. |
| Pigman, Michael and Jamie | 4067 | In excess of $20,000 | General Unsecured: in excess of $20,000 507(a)(7): $2,425 | General Unsecured | Claim is for alleged defects in and misinstallation of delivered modular home. No basis for 507(a)(7) priority stated. |

| Name of Claimant | Claim No. | Claim Amount | Claim Classification Status | Modified Classification Status | Reason for Modification |
|---|---|---|---|---|---|
| Read Development Corp. | 998 | $11,941 | 507(a)(_): $11,941 | General Unsecured | Claim is for alleged deposit for purchase of modular home, the contract for which was cancelled by claimant's customer. Claimant is a corporation. No basis for priority claim stated. Further, the deposited funds were returned to the claimant's customer. |
| Read Development Corp. | 1001 | $11,941 | 507(a)(_): $11,941 | General Unsecured | Claim is for alleged deposit for purchase of modular home, the contract for which was cancelled by claimant's customer. Claimant is a corporation. No basis for priority claim stated. Further, the deposited funds were returned to the claimant's customer. |
| Reynaga, Constantine | 786 | "Pending Settlement" | 507(a)(_): unliquidated | General Unsecured | Claim is for amount due under an alleged workers' compensation claim settlement. No basis for priority stated. |
| Rogers, William and Deborah | 1274 | $130,299.08 | General Unsecured: $127,874.08 507(a)(7): $2,425 | General Unsecured | Claim is for damages resulting for alleged breach of contract and failure to timely repair delivered modular home. No basis for 507(a)(7) priority stated. |

| Name of Claimant | Claim No. | Claim Amount | Claim Classification Status | Modified Classification Status | Reason for Modification |
|---|---|---|---|---|---|
| Stuckey, Brad and Kelly | 247 | $128,687.41 | Secured: $126,262.41 507(a)(7): $2,425 | General Unsecured | Damages for alleged financing irregularities relating to purchase of delivered modular home. No basis for secured claim or 507(a)(7) priority stated. |