# EXHIBIT "C"

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CEI LIQUIDATION ESTATES,[1] | ) | Case No. 09-14019 (KG) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Related Docket No.** _____ |

**ORDER SUSTAINING FOURTH OMNIBUS OBJECTION TO THE CLASSIFICATION FILED PROOFS OF CLAIM PURSUANT TO 11 U.S.C. § 502(B) AND FED. R. BANKR. P. 3001, 3007 AND LOCAL RULE 3007-1 [CONSUMER PRIORITY CLAIMS] [SUBSTANTIVE]**

Upon the Fourth Omnibus Objection to the Classification of Filed Proofs of Claim Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3001, 3007 and Local Rule 3007-1 [Substantive] (the "Objection"), and upon the Fishman Declaration, attached as Exhibit A to the Objection, seeking entry of an order reclassifying the claims on the grounds set forth in the Objection and in the attached exhibit; and it appearing that notice of the Objection was proper and sufficient under the particular circumstances and that no other or further notice need be given; and the Court having considered the Objection and any responses thereto; and this Court having determined that granting the relief requested in the Objection with respect to the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: RH Liquidation Estate (f/k/a Redman Homes, Inc. (4957)); CEI Liquidation Estate (f/k/a Champion Enterprises, Inc. (3168)); CHBC Liquidation Estate (f/k/a Champion Home Builders Co. (4984)); NEBSI Liquidation Estate (f/k/a New Era Building Systems, Inc. (0928)); NAHC Liquidation Estate (f/k/a/ North American Housing Corp. (1097)); Homes of Merit, Inc. (8488); WHC Liquidation Estate (f/k/a Western Homes Corporation (6910)); SFI Liquidation Estate (f/k/a Star Fleet, Inc. (0506)); CEMC Liquidation Estate (f/k/a Champion Enterprises Management Co. (6726)); CRI Liquidation Estate (f/k/a Champion Retail, Inc. (2154)); SJAHI Liquidation Estate (f/k/a San Jose Advantage Homes, Inc. (1951)); HAC Liquidation Estate (f/k/a Highland Acquisition Corp. (8962)); HMCLLC Liquidation Estate (f/k/a Highland Manufacturing Company LLC (6762)); SSH Liquidating Corp. (6678); CHBI (f/k/a Champion Homes of Boaz, Inc. (3165)); Iseman Corp. (5899); MHCDC, LLC (3417); HomePride Finance Corp. (4767); and CDC Liquidation Estate (f/k/a Champion Development Corp. (4642)). The address for all Debtors is 755 W. Big Beaver, Suite 1000, Troy, MI 48084.

Claimants is in the best interest of the Debtors, its creditors and other parties in interest; and after due deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY FOUND THAT:

A. Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to such terms in the Objection;

B. The holders of the Claims were properly and timely served with a copy of the Objection, the Proposed Order and any accompanying exhibits;

C. Any entity known to have an interest in the claim subject to the Objection has been afforded reasonable opportunity to respond or to be heard regarding the relief requested in the Objection;

D. The Objection is a core proceeding under 28 U.S.C. § 157(b)(2)(B).

E. The relief requested in the Objection is in the best interests of the Debtors, its creditors and other parties in interest.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The relief sought in the Objection is GRANTED as set forth herein.

2. Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3001, 3007 and Local Rule 3007-1, Claimant's Claims listed in Exhibit "B" to the Objection are reclassified, in whole or in part, to general unsecured claims, as more fully set forth in that column entitled "Modified Classification Status" on Exhibit "B" to the Objection.

3. Pursuant to Local Rule 3007-1(f)(iii), nothing in this Order or Objection shall be deemed to preclude the Debtors or any other party in interest from objecting to the claims reclassified herein on any other substantive or non-substantive grounds.

4. This Order is also without prejudice to the Debtors' or any other party in interest's right to object to any other proofs of claim or interest filed in this chapter 11 case.

5. This Court shall retain jurisdiction over the Debtors and Claimants whose Claims are subject to the Objection with respect to any matters related to or arising from the Objection or the implementation of this Order.

Dated: _____

                                                   The Honorable Kevin Gross
                                                 United States Bankruptcy Judge