IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CEI LIQUIDATION ESTATE, et al.[1] | ) | Case No. 09-14019 (KG) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Related Docket No.** ____ |

## ORDER AUTHORIZING DEBTORS TO LIQUIDATE PREPETITION 401(K) PLAN AND PROCESS ROLLOVER OF PLAN FUNDS

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order authorizing the Debtors to liquidate the 401(k) Plan, take such steps as may be necessary and appropriate to rollover the remaining funds in the 401(k) Plan into IRAs at Fidelity and Millennium, and effectuate the other relief set forth in the Motion; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and this Motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been given; and after due deliberation and it appearing that sufficient cause exists for

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: RH Liquidation Estate (f/k/a Redman Homes, Inc. (4957)); CEI Liquidation Estate (f/k/a Champion Enterprises, Inc. (3168)); CHBC Liquidation Estate (f/k/a Champion Home Builders Co. (4984)); NEBSI Liquidation Estate (f/k/a New Era Building Systems, Inc. (0928)); NAHC Liquidation Estate (f/k/a/ North American Housing Corp. (1097)); Homes of Merit, Inc. (8488); WHC Liquidation Estate (f/k/a Western Homes Corporation (6910)); SFI Liquidation Estate (f/k/a Star Fleet, Inc. (0506)); CEMC Liquidation Estate (f/k/a Champion Enterprises Management Co. (6726)); CRI Liquidation Estate (f/k/a Champion Retail, Inc. (2154)); SJAHI Liquidation Estate (f/k/a San Jose Advantage Homes, Inc. (1951)); HAC Liquidation Estate (f/k/a Highland Acquisition Corp. (8962)); HMCLLC Liquidation Estate (f/k/a Highland Manufacturing Company LLC (6762)); SSH Liquidating Corp. (6678); CHBI (f/k/a Champion Homes of Boaz, Inc. (3165)); Iseman Corp. (5899); MHCDC, LLC (3417); HomePride Finance Corp. (4767); and CDC Liquidation Estate (f/k/a Champion Development Corp. (4642)). The address for all Debtors is 3520 Lakeview Drive, Algonquin, IL 60102.

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

granting the requested relief; and that the relief requested under the Motion is in the best interests of the Debtors' estates and creditors; it is hereby

ORDERED that the Motion is granted in its entirety; and it is further

ORDERED that the Estate Administrator is authorized to direct the Plan Trustee to transfer the remaining account balances in the 401(k) Plan as of the Transfer Deadline, by;

(i) executing a letter of instruction directing the Plan Trustee to transfer any remaining balances in the 401(k) Plan and open rollover IRAs for Plan Beneficiaries at Fidelity to the extent that (a) Fidelity has a valid address to contact the Plan Beneficiary, and (b) the Plan Beneficiary's 401(k) Plan account contains a minimum balance of $5,000; and

(ii) executing a letter of instruction directing the Plan Trustee to transfer to Millennium the remaining 401(k) balances for all other Plan Beneficiaries; and it is further

ORDERED that the Estate Administrator is authorized, in his reasonable discretion, to execute any documents or deliver any instructions to either Fidelity or Millennium necessary to transfer the existing amounts in the 401(k) Plan to the appropriate parties consistent the relief requested in the Motion; and it is further;

ORDERED that the Estate Administrator is authorized to take such further steps as may be necessary to liquidate the 401(k) Plan without further order of this Court; and it is further

ORDERED that the 401(k) Plan shall reimburse the Debtors for any Plan Fees submitted by the Debtors to the extent authorized under such plan.

Dated: _____, 2010

                                                      The Honorable Kevin Gross
                                                      United States Bankruptcy Judge