CALDWELL PADISH & WELLS
7333 E. Doubletree Ranch Road, Suite 255
Scottsdale, Arizona 85258
Telephone: (480) 264-7470
Facsimile: (480) 307-6763
Barbara Lee Caldwell – 003246
Email: bcaldwell@cpwlawyers.com

Attorneys for Maricopa County

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CEI LIQUIDATION ESTATE, et al., | Case No. 1:09-bk-14019-KG |
| Debtors. | (Jointly Administered) |
| | **OBJECTION TO DEBTORS' JOINT PLAN OF LIQUIDATION PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE** |
| | **[Docket No. 962]** |

Maricopa County, a secured tax lien creditor, by and through its undersigned counsel, hereby objects to approval of Debtors' Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code (the "Plan").

Maricopa County filed a Proof of Claim, #61, on December 18, 2009 in the amount of $8,004.94 representing 2009 personal property taxes. Interest accrues on the afore-mentioned secured tax claims at the statutory rate of 16% per annum, if not timely paid. *See* 11 U.S.C. § 511 and A.R.S. § 42-18053.

Maricopa County filed a Request for Payment of Administrative Expense in the

amount of $15,082.80 regarding the 2010 post-petition personal property taxes. The 2010 personal property tax liens attached to Debtors' property on January 1, 2010. The 2010 tax rate was set in August and the 2010 taxes became known around September 1, 2010. The first half of 2010 became due on October 1, 2010 and the second half if due on March 1, 2011.

Maricopa County objects to confirmation of the Plan as it is unclear as to how Debtors intend to treat Maricopa County's Secured Tax Claim for pre-petition taxes and is unclear how Debtors intend to pay the 2010 post-petition taxes. The Plan proposes treatment of Priority Tax Claims and Secured Claims. It is unclear whether the Plan is treating Maricopa County as a Priority Tax Claim or a Secured Claim. Maricopa County contends it is a Secured Tax Claimant. Arizona law grants Maricopa County valid liens that are "prior and superior to all other liens and encumbrances on the property." *See* A.R.S. § 42-17153. The Plan is also incorrectly fails to provide for the accrual of interest. Maricopa County's Secured Tax Claims, including the 2009 pre-petition and 2010 post-petition tax years, accrue interest at the statutory rate of 16% per annum, if not timely paid. *See* 11 U.S.C. § 511 and A.R.S. § 42-18053.

Based on the foregoing, Maricopa County respectfully requests that the Court deny confirmation of the Plan unless Debtors further amend the Plan to specifically provide that Maricopa County's Secured Tax Claims and Secured Administrative Expenses, including 2009 pre-petition and 2010 post-petition tax years, will be paid in

*///*

*///*

*///*

*///*

2

full along with accrued and accruing interest at the statutory rate of 16% per annum until paid in full, if not timely paid.

Respectfully submitted this 6th day of October, 2010.

CALDWELL PADISH & WELLS

BY: /s/ Barbara Lee Caldwell
BARBARA LEE CALDWELL
Attorney for Maricopa County

ORIGINAL of the foregoing electronically
filed this 6th day of October, 2010, with:

Clerk, U.S. Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801
*https://ecf.deb.uscourts.gov*

COPIES of the foregoing mailed or electronically
mailed this 6th day of October, 2010 to:

PACHULSKJ STANG ZIEHL & JONES LLP
Laura Davis Jones (Bar No. 2436)
Henry C. Kevane (CA Bar No. *125757)*
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Email: ljones@pszjlaw.com
hkevane@pszilaw.com
dbertenthal@pszjlaw.com
tcairns@pszjlaw.com
*Counsel for the Debtors*

Jack Fishman, Esq.
JACK B. FISHMAN & ASSOCIATES, P.C.
3250 Lakeview Drive
Algonquin, IL 60102
Estate Administrator

3

William E. Chipman, Jr., Esq.
Landis Rath & Cobb LLP
919 N. Market Street, Suite 1800
Wilmington, DE 19801
*Counsel for the Committee*

Michael E. Hastings, Esq.
LeClairRyan
1800 Wachovia Tower, Drawer 1200
Roanoke, VA 24006

Bruce H. Matson, Esq.
LeClairRyan
951 East Byrd Street
Riverfront Plaza East Tower
Richmond, VA 23218

United States Trustee
844 King Street, Room 2207
Lockbox *#35*
Wilmington, DE 19801

By: /s/ Lisa Rustenburg_____

4