IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CEI LIQUIDATION ESTATE,[1] | ) | Case No. 09-14019 (KG) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Related Docket No. 1051** |

## SECOND AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 26, 2010, AT 2:00 P.M.

**PLEASE NOTE THAT THE HEARING WILL BE HELD AT THE FOLLOWING LOCATION:**

**824 N. MARKET STREET**
**6th FLOOR, COURTROOM NO. 3**
**WILMINGTON, DELAWARE**

## UNCONTESTED MATTER:

1.  Debtors' Motion for an Order Authorizing Debtors to Liquidate Prepetition 401(k) Plan and Process Rollover of Plan Funds [Filed: 10/5/10] (Docket No. 986)

    Related Documents:

    A.  Notice of Debtors' Motion for an Order Authorizing Debtors to Liquidate Prepetition 401(k) Plan and Process Rollover of Plan Funds [Filed: 10/5/10] (Docket No. 986)

    B.  [Proposed] Order Authorizing Debtors to Liquidate Prepetition 401(k) Plan and Process Rollover of Plan Funds [Filed: 10/5/10] (Docket No. 986)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: RH Liquidation Estate (f/k/a Redman Homes, Inc. (4957)); CEI Liquidation Estate (f/k/a Champion Enterprises, Inc. (3168)); CHBC Liquidation Estate (f/k/a Champion Home Builders Co. (4984)); NEBSI Liquidation Estate (f/k/a New Era Building Systems, Inc. (0928)); NAHC Liquidation Estate (f/k/a/ North American Housing Corp. (1097)); Homes of Merit, Inc. (8488); WHC Liquidation Estate (f/k/a Western Homes Corporation (6910)); SFI Liquidation Estate (f/k/a Star Fleet, Inc. (0506)); CEMC Liquidation Estate (f/k/a Champion Enterprises Management Co. (6726)); CRI Liquidation Estate (f/k/a Champion Retail, Inc. (2154)); SJAHI Liquidation Estate (f/k/a San Jose Advantage Homes, Inc. (1951)); HAC Liquidation Estate (f/k/a Highland Acquisition Corp. (8962)); HMCLLC Liquidation Estate (f/k/a Highland Manufacturing Company LLC (6762)); SSH Liquidating Corp. (6678); CHBI (f/k/a Champion Homes of Boaz, Inc. (3165)); Iseman Corp. (5899); MHCDC, LLC (3417); HomePride Finance Corp. (4767); and CDC Liquidation Estate (f/k/a Champion Development Corp. (4642)). The address for all Debtors is 3520 Lakeview Drive, Algonquin, IL 60102.

[2] **Amended information is reflected in bold.**

Response Deadline: October 19, 2010 at 4:00 p.m.; extended for U.S. Department of Labor to October 22, 2010 at 4:00 p.m.

Responses Received: None.

Status: This matter will go forward.

**CONTESTED MATTER:**

2. Debtors' Motion for Entry of an Order (A) Approving the Adequacy of the Disclosure Statement; (B) Scheduling a Hearing to Confirm the Debtors' Joint Chapter 11 Plan of Liquidation; (C) Establishing Deadline for Filing Objections to Confirmation of the Plan; (D) Approving Form of Ballots, Voting Deadline and Solicitation Procedures; and (E) Approving Form and Manner of Notice [Filed: 10/5/10] (Docket No. 987)

   Related Documents:

   A. Debtors' Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 9/22/10] (Docket No. 962)

   B. Disclosure Statement Describing Debtors' Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 9/22/10] (Docket No. 963)

   C. Notice of Hearing on Disclosure Statement and Objection Deadline [Filed: 9/22/10] (Docket No. 964)

   D. Notice of Debtors' Motion for Entry of an Order (A) Approving the Adequacy of the Disclosure Statement; (B) Scheduling a Hearing to Confirm the Debtors' Joint Chapter 11 Plan of Liquidation; (C) Establishing Deadline for Filing Objections to Confirmation of the Plan; (D) Approving Form of Ballots, Voting Deadline and Solicitation Procedures; and (E) Approving Form and Manner of Notice [Filed: 10/5/10] (Docket No. 987)

   E. [Proposed] Order (A) Approving the Adequacy of the Disclosure Statement; (B) Scheduling a Hearing to Confirm the Debtors' Joint Chapter 11 Plan of Liquidation; (C) Establishing Deadline for Filing Objections to Confirmation of the Plan; (D) Approving Form of Ballots, Voting Deadline and Solicitation Procedures; and (E) Approving Form and Manner of Notice [Filed: 10/5/10] (Docket No. 987)

   F. Debtors' Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 10/22/10] (Docket No. 1046)

   G. Disclosure Statement Describing Debtors' Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 10/22/10] (Docket No. 1047)

H.  Notice of Filing of Redlines to (A) Debtors' Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code, and (B) Disclosure Statement Describing Debtors' Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 10/22/10] (Docket No. 1048)

Response Deadline for Motion: October 19, 2010 at 4:00 p.m.

Response Deadline for Disclosure Statement: October 20, 2010 at 4:00 p.m.; extended for the Official Committee of Unsecured Creditors, Champion Enterprise Holdings LLC and New Champion Homes, Inc. to October 21, 2010 at 5:00 p.m.

Responses Received:

A.  Objection of Maricopa County to Debtors' Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 10/6/10] (Docket No. 991)

B.  Response of William Frank Raither [Filed: 10/20/10] (Docket No. 1038)

C.  Limited Objection of the Official Committee of Unsecured Creditors to Debtors' Disclosure Statement [Filed: 10/21/10] (Docket No. 1043)

D.  **Letter Response of Diane Rutt [Filed: 10/19/10] (Docket No. 1036)**

Status: This matter will go forward. Maricopa County has confirmed that the Objection noted above is to confirmation of the plan and not to the disclosure statement. The Debtors **have filed** an amended plan and disclosure statement.

Dated: October 26, 2010

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Curtis A. Hehn (Bar No. 4264)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail:  ljones@pszjlaw.com
 dbertenthal@pszjlaw.com
 chehn@pszjlaw.com
 tcairns@pszjlaw.com

Counsel to Debtors and Debtors in Possession