# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | CEI Liquidation Estates | | |
| **Case Number:** | 09-14019-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, OCTOBER 26, 2010 02:00 PM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | GINGER MACE | | |

## *Matter:*

Disclosure Statement
**R / M #:**   1,055 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 -  ORDER SIGNED
#2 - Confirmation 12/7 @ 1:30 pm ;  Order to be submitted under Certification of Counsel ;