IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CEI LIQUIDATION ESTATE,[1] | ) | Case No. 09-14019 (KG) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JANUARY 24, 2011, AT 11:00 A.M.**

**THERE ARE NO MATTERS GOING FORWARD.**
**THE HEARING HAS BEEN CANCELLED BY THE COURT.**

**CONTINUED MATTER:**

1. Debtors' Second Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 11/16/10] (Docket No. 1083)

   Plan Objection Deadline: December 20, 2010 at 4:00 p.m.

   Responses Received:

   A. Objection of Maricopa County to Debtors' Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 10/6/10] (Docket No. 991)

      i. Notice of Withdrawal of Maricopa County's Objection to Debtors' Joint Plan of Reorganization [Filed: 1/17/11] (Docket No. 1185)

   B. City of Burleson, Burleson ISD, and Johnson County's Objection to Debtor's Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 12/20/10] (Docket No. 1153)

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: RH Liquidation Estate (f/k/a Redman Homes, Inc. (4957)); CEI Liquidation Estate (f/k/a Champion Enterprises, Inc. (3168)); CHBC Liquidation Estate (f/k/a Champion Home Builders Co. (4984)); NEBSI Liquidation Estate (f/k/a New Era Building Systems, Inc. (0928)); NAHC Liquidation Estate (f/k/a/ North American Housing Corp. (1097)); Homes of Merit, Inc. (8488); WHC Liquidation Estate (f/k/a Western Homes Corporation (6910)); SFI Liquidation Estate (f/k/a Star Fleet, Inc. (0506)); CEMC Liquidation Estate (f/k/a Champion Enterprises Management Co. (6726)); CRI Liquidation Estate (f/k/a Champion Retail, Inc. (2154)); SJAHI Liquidation Estate (f/k/a San Jose Advantage Homes, Inc. (1951)); HAC Liquidation Estate (f/k/a Highland Acquisition Corp. (8962)); HMCLLC Liquidation Estate (f/k/a Highland Manufacturing Company LLC (6762)); SSH Liquidating Corp. (6678); CHBI (f/k/a Champion Homes of Boaz, Inc. (3165)); Iseman Corp. (5899); MHCDC, LLC (3417); HomePride Finance Corp. (4767); and CDC Liquidation Estate (f/k/a Champion Development Corp. (4642)). The address for all Debtors is 3520 Lakeview Drive, Algonquin, IL 60102.

i. Notice of Withdrawal Regarding City of Burleson, Burleson ISD, and Johnson County's Objection to Debtor's Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 12/22/10] (Docket No. 1156)

C. Objection of Great American Insurance Company to Debtors' Second Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 12/20/10] (Docket No. 1154)

Related Documents:

A. Debtors' Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 9/22/10] (Docket No. 962)

B. Disclosure Statement Describing Debtors' Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 9/22/10] (Docket No. 963)

C. Debtors' Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 10/22/10] (Docket No. 1046)

D. Disclosure Statement Describing Debtors' Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 10/22/10] (Docket No. 1047)

E. Notice of Filing of Redlines to (A) Debtors' Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code, and (B) Disclosure Statement Describing Debtors' Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 10/22/10] (Docket No. 1048)

F. Disclosure Statement Describing Debtors' Second Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 11/16/10] (Docket No. 1084)

G. Notice of Filing of Redlines to (A) Debtors' Second Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code, and (B) Disclosure Statement Describing Debtors' Second Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 11/16/10] (Docket No. 1085)

H. [Signed] Order (A) Approving the Adequacy of the Debtors' Disclosure Statement; (B) Scheduling a Hearing to Confirm the Debtors' Second Amended Joint Chapter 11 Plan of Liquidation; (C) Establishing Deadline for Filing Objections to Confirmation of Plan; (D) Approving Form of Ballots, Voting Deadline and Solicitation Procedures; and (E) Approving Form and Manner of Notice [Filed: 11/17/10] (Docket No. 1088)

I. Summary of Plan and Disclosure Statement [Filed: 11/17/10] (Docket No. 1092)

J. Notice of: (I) Entry of Order Approving Disclosure Statement; (II) Hearing to Confirm Plan; and (III) Related Important Dates [Filed: 11/17/10] (Docket No. 1093)

K. [Signed] Supplemental Order (A) Scheduling a Hearing to Confirm the Debtors' Second Amended Joint Chapter 11 Plan of Liquidation and (B) Establishing Certain Deadlines for Filing Objections to Confirmation of Plan [Filed: 12/28/10] (Docket No. 1166)

L. Certification of Counsel Regarding Second Supplemental Order (A) Scheduling a Hearing to Confirm the Debtors' Second Amended Joint Chapter 11 Plan of Liquidation and (B) Establishing Certain Deadlines for Filing Objections to Confirmation of Plan [Filed: 1/19/11] (Docket No. 1191)

Status: This matter has been continued to March 7, 2011 at 10:00 a.m. A second supplemental order scheduling the adjourned hearing date has been submitted under certification of counsel.

Dated: January 19, 2011

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: ljones@pszjlaw.com
dbertenthal@pszjlaw.com
tcairns@pszjlaw.com

Counsel to Debtors and Debtors in Possession