## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CEI LIQUIDATION ESTATES, | Case No. 09-14019 (KG) |
| Debtors, | (Jointly Administered) |
| | Ref. No. _____ |

## ORDER CONVERTING DEBTORS' CHAPTER 11 CASES
## TO CHAPTER 7 CASES PURSUANT TO 11 U.S.C. 1112(b)

Upon consideration of the motion of the Official Committee of Unsecured Creditors (the "**Committee**")[1] to convert the Debtors' chapter 11 cases to chapter 7 cases pursuant to 11 U.S.C. § 1112(b) (the "**Motion**"); and upon the record in these cases; and notice of the Motion and hearing thereon having been provided as set forth in the Motion; and following a hearing on the Motion, and after due deliberation and good and sufficient cause appearing therefore;

**IT IS HEREBY FOUND AND DETERMINED THAT:**

A.    The Court has jurisdiction to grant the relief provided for herein pursuant to 28 U.S.C. §§ 157 and 1334.  This matter constitutes a core proceeding within the meaning of 28 U.S.C. § 157(b).  Venue of these chapter 11 cases and the Motion is proper under 28 U.S.C. §§ 1408 and 1409(a).

B.    Notice of the Motion was timely, adequate, proper and sufficient, and no other or further notice of the Motion is required.

---

[1] All terms not otherwise defined herein have the meaning ascribed to such terms in the Motion.

{798.001-W0013005.}

C.      A reasonable opportunity to object or be heard with respect to the Motion and the relief requested therein and granted in this Order has been afforded.

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1.      All objections to the Motion or the relief requested therein that have not been withdrawn, waived or settled, including all reservations of rights in connection therewith, which are not otherwise resolved in this Order, are overruled on the merits.

2.      The Motion is hereby GRANTED.

3.      As of the date of entry of this Order, pursuant to section 1112(b) of the Bankruptcy Code, the chapter 11 cases of the Debtors are converted to cases under chapter 7 of the Bankruptcy Code.

Dated: March _____, 2011
       Wilmington, Delaware

_____
The Honorable Kevin Gross
United States Bankruptcy Judge