IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CEI LIQUIDATION ESTATE,[1] | ) | Case No. 09-14019 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Related Docket No. 1239** |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CHAMPION ENTERPRISES, INC., | ) ) ) ) | |
| Plaintiff, | ) | Adv. No. 10-50514 (KG) |
| | ) | |
| v. | ) | **Related Adv. Docket No. 353** |
| | ) | |
| CREDIT SUISSE, | ) | |
| Defendant. | ) | |

## AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 7, 2011, AT 10:00 A.M.[3]

**PLEASE NOTE THAT THE HEARING WILL BE HELD AT THE FOLLOWING LOCATION:**

**824 N. MARKET STREET**
**6th FLOOR, COURTROOM NO. 3**
**WILMINGTON, DELAWARE**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: RH Liquidation Estate (f/k/a Redman Homes, Inc. (4957)); CEI Liquidation Estate (f/k/a Champion Enterprises, Inc. (3168)); CHBC Liquidation Estate (f/k/a Champion Home Builders Co. (4984)); NEBSI Liquidation Estate (f/k/a New Era Building Systems, Inc. (0928)); NAHC Liquidation Estate (f/k/a/ North American Housing Corp. (1097)); Homes of Merit, Inc. (8488); WHC Liquidation Estate (f/k/a Western Homes Corporation (6910)); SFI Liquidation Estate (f/k/a Star Fleet, Inc. (0506)); CEMC Liquidation Estate (f/k/a Champion Enterprises Management Co. (6726)); CRI Liquidation Estate (f/k/a Champion Retail, Inc. (2154)); SJAHI Liquidation Estate (f/k/a San Jose Advantage Homes, Inc. (1951)); HAC Liquidation Estate (f/k/a Highland Acquisition Corp. (8962)); HMCLLC Liquidation Estate (f/k/a Highland Manufacturing Company LLC (6762)); SSH Liquidating Corp. (6678); CHBI (f/k/a Champion Homes of Boaz, Inc. (3165)); Iseman Corp. (5899); MHCDC, LLC (3417); HomePride Finance Corp. (4767); and CDC Liquidation Estate (f/k/a Champion Development Corp. (4642)). The address for all Debtors is 3520 Lakeview Drive, Algonquin, IL 60102.

[2] **Amended information is reflected in bold.**

[3] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946), no later than 12:00 p.m. one business day prior to the hearing.

**CONTINUED MATTERS:**

1. CEI Liquidation Estate's Motion to Quash the Committee's Subpoena and Request for a Protective Order [Filed: 11/3/10] (Adv. Case No. 10-50514 - Docket No. 292)

   Response Deadline: November 12, 2010 at 4:00 p.m.

   Responses Received: None as of the date of this agenda.

   Related Documents:

   A. Notice of CEI Liquidation Estate's Motion to Quash the Committee's Subpoena and Request for a Protective Order [Filed: 11/3/10] (Adv. Case No. 10-50514 - Docket No. 292)

   B. Declaration of John A. Morris in Support of Estate's Motion to Quash the Committee's Subpoena and Request for a Protective Order [Filed: 11/3/10] (Adv. Case No. 10-50514 - Docket No. 292)

   C. [Proposed] Order Granting CEI Liquidation Estate's Motion to Quash the Committee's Subpoena and Request for a Protective Order [Filed: 11/3/10] (Adv. Case No. 10-50514 - Docket No. 292)

   D. Notice of Adjournment Regarding CEI Liquidation Estate's Motion to Quash the Committee's Subpoena and Request for a Protective Order [Filed: 11/12/10] (Adv. Case No. 10-50514 - Docket No. 298)

   Status: This matter has been continued to April 14, 2011 at 1:30 p.m.

**CONTESTED MATTERS:**

2. Debtors' Second Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 11/16/10] (Docket No. 1083)

   Plan Objection Deadline: December 20, 2010 at 4:00 p.m.; extended to March 2, 2011 at 12:00 noon for the Official Committee of Unsecured Creditors

   Responses Received:

   A. Objection of Maricopa County to Debtors' Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 10/6/10] (Docket No. 991)

      i. Notice of Withdrawal of Objection of Maricopa County to Debtors' Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 1/17/11] (Docket No. 1185)

   B. City of Burleson, Burleson ISD, and Johnson County's Objection to Debtor's Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 12/20/10] (Docket No. 1153)

> i. Notice of Withdrawal Regarding City of Burleson, Burleson ISD, and Johnson County's Objection to Debtor's Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 12/22/10] (Docket No. 1156)

C. Objection of Great American Insurance Company to Debtors' Second Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 12/20/10] (Docket No. 1154)

D. The United States Trustee's Objection to the Debtors' Second Amended Joint Chapter 11 Plan of Liquidation [Filed: 2/23/11] (Docket No. 1233)

E. Objection of the Official Committee of Unsecured Creditors to Debtors' Second Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 3/2/11] (Docket No. 1237)

Related Documents:

A. Debtors' Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 9/22/10] (Docket No. 962)

B. Disclosure Statement Describing Debtors' Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 9/22/10] (Docket No. 963)

C. Debtors' Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 10/22/10] (Docket No. 1046)

D. Disclosure Statement Describing Debtors' Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 10/22/10] (Docket No. 1047)

E. Notice of Filing of Redlines to (A) Debtors' Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code, and (B) Disclosure Statement Describing Debtors' Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 10/22/10] (Docket No. 1048)

F. Disclosure Statement Describing Debtors' Second Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 11/16/10] (Docket No. 1084)

G. Notice of Filing of Redlines to (A) Debtors' Second Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code, and (B) Disclosure Statement Describing Debtors' Second Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 11/16/10] (Docket No. 1085)

H. [Signed] Order (A) Approving the Adequacy of the Debtors' Disclosure Statement; (B) Scheduling a Hearing to Confirm the Debtors' Second Amended

Joint Chapter 11 Plan of Liquidation; (C) Establishing Deadline for Filing Objections to Confirmation of Plan; (D) Approving Form of Ballots, Voting Deadline and Solicitation Procedures; and (E) Approving Form and Manner of Notice [Filed: 11/17/10] (Docket No. 1088)

I. Summary of Plan and Disclosure Statement [Filed: 11/17/10] (Docket No. 1092)

J. Notice of: (I) Entry of Order Approving Disclosure Statement; (II) Hearing to Confirm Plan; and (III) Related Important Dates [Filed: 11/17/10] (Docket No. 1093)

K. [Signed] Supplemental Order (A) Scheduling a Hearing to Confirm the Debtors' Second Amended Joint Chapter 11 Plan of Liquidation and (B) Establishing Certain Deadlines for Filing Objections to Confirmation of Plan [Filed: 12/28/10] (Docket No. 1166)

L. [Signed] Second Supplemental Order (A) Scheduling a Hearing to Confirm the Debtors' Second Amended Joint Chapter 11 Plan of Liquidation and (B) Establishing Certain Deadlines for Filing Objections to Confirmation of Plan [Filed: 1/20/11] (Docket No. 1193)

M. Declaration of Stephenie Kjontvedt on Behalf of Epiq Bankruptcy Solutions, LLC, Certifying Voting on the Second Amended Joint Plan of Liquidation [Filed: 3/3/11] (Docket No. 1238)

N. Debtors' Memorandum in Support of Confirmation of Second Amended Joint Plan of Liquidating Pursuant to Chapter 11 of the Bankruptcy Code **[Filed: 3/3/11] (Docket No. 1241)**

O. Declaration of Jack B. Fishman in Support of Confirmation of Second Amended Joint Plan of Liquidation of CEI Liquidation Estate, et al. **[Filed: 3/3/11] (Docket No. 1242)**

Status: This matter will go forward.

3. Motion of Official Committee of Unsecured Creditors to Convert Debtors' Chapter 11 Cases to Chapter 7 Cases Pursuant to 11 U.S.C. § 1112(b) [Filed: 2/14/11] (Docket No. 1215)

Response Deadline: February 28, 2011 at 4:00 p.m.; extended for the Debtors to March 2, 2011 at 12:00 noon

Responses Received:

A. Debtors' Response to Motion of the Official Committee of Unsecured Creditors to Convert Debtors' Chapter 11 Cases to Chapter 7 Cases Pursuant to 11 U.S.C. § 1112(b) [Filed: 3/2/11] (Docket No. 1236)

Related Documents:

A.  Notice of Motion [Filed: 2/14/11] (Docket No. 1215)

B.  [Proposed] Order Converting Debtors' Chapter 11 Cases to Chapter 7 Cases Pursuant to 11 U.S.C. § 1112(b) [Filed: 2/14/11] (Docket No. 1215)

Status: This matter will go forward.

## QUARTERLY FEE APPLICATIONS:

4.  Certain quarterly fee applications are scheduled to go forward at this hearing. Attached **to Docket No. 1239 (Adv. Docket No. 353)** as Exhibit A is a complete list of those fee applications scheduled to be heard. The items listed on Exhibit A **to Docket No. 1239 (Adv. Docket No. 353)** correspond to the order of the fee applications, and documents related thereto, that were in the binders previously submitted to the Court, pursuant to the Court's Chambers' Procedures.

Related Documents:

A.  Notice of Hearing to Consider Approval and Allowance of Certain Quarterly Fee Applications [Filed: 2/14/11] (Docket No. 1218)

Status: This matter will go forward.

Dated: March 4, 2011

PACHULSKI STANG ZIEHL & JONES LLP

/s/ 
Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail:   ljones@pszjlaw.com
          dbertenthal@pszjlaw.com
          tcairns@pszjlaw.com

Counsel to Debtors and Debtors in Possession