# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

| | |
|---:|:---|
| **Debtor:** | Champion Enterprises, Inc. |
| **Case Number:** | 09-14019-KG  **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, MARCH 07, 2011 10:00 AM  CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | GINGER MACE |

## Matter:

1) CONFIRMATION & MOTION TO CONVERT; OMNIBUS HEARING
   **R / M #:** 1,244 / 0

2) **ADV: 1-10-50514**
   **The Official Committee of Unsecured Cred vs Credit Suisse, Cayman Islands Branch**
   Pretrial Conference
   **R / M #:** 354 / 0
   **VACATED:** Continued to 4/14/11 @ 1:30 pm

## Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

## Proceedings:

HEARING HELD. AGENDA ITEMS:
#1 - Continued to 4/14/11 @ 1:30 pm
#2 - Plan Confrimed - Revised Order to be submitted
#3 - Motion will be withdrawn
#4 - ORDER SIGNED