IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CEI LIQUIDATION ESTATE, et al., | ) | Case No. 09-14019 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re Dkt Nos. 1810 & 1812** |

## ORDER

Movants seek leave of the Court to pursue claims for construction defects and assemblage of property and to grant relief from the automatic stay pursuant to 11 U.S.C. § 362(a). The Court has reviewed the Motion and there being no response,

IT IS HEREBY ORDERED that any claims made by the Movants against Western Home Corporation or its division, Silvercrest, may be pursued against its insurance carriers, but any recovery is to be limited to the amount of insurance coverage available.

Dated: August 17, 2015

_____
KEVIN GROSS, U.S.B.J.